4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY

DOE I, and DOE II,

    Plaintiffs,

v.                    Case No.  7cv909 CFD

Anthony Ciolli; Individuals, whose true names are unknown, using the following pseudonyms: Pauliewalnuts; neoprag; STANFORDtroll; :D; :D (Hillary vs. Jeb '08); MoreDoughHi; Remember when I said I would kill you last? I lied.; lkjhgf; yalelaw; Spanky; ylsdooder; Community Norm; HI; David Carr (Glass of water for Mr. Grainger); vincimus; Beach Body Brady; Cheese Eating Surrender Monkey; Todd Christopher; A horse walks into a bar (saving one CPGWBT at a time); The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo (Let me lay it on the line, he had two on the vine); Ari Gold; Ugly Women; playboytroll; Get_to_da_choppa; Dean_Harold_Koh,

    Defendants.

    Plaintiffs Doe I and Doe II move for permission to proceed anonymously against the above Defendants. The basis of this motion is as follows:

    1.    The Plaintiffs' complaint is directed at sexually harassing and threatening conduct against them by the Defendants;

    2.    In connection with many harassing, false, defamatory, and threatening statements, the Defendants have broadly disseminated the Plaintiffs' identities over the internet, and the use of the Plaintiffs' names in this complaint will lead to further dissemination via Google and other internet search engines. In fact, the Defendants have expressly stated that one of their goals in harassing the Plaintiffs is to affect their reputations through public dissemination of their

identities in relation to the Defendants' harassing, defamatory, and threatening comments;

3. After the Plaintiffs discussed the Defendants' harassing, offensive, and threatening behavior to the media, Defendants responded by subjecting the Plaintiffs to additional extremely dangerous and provocative comments, threats, and inciting of others to harm the Plaintiffs. To give one of many examples, "[c]learly she deserves to be raped so that her little fantasy world can be shattered by real life;"

4. Plaintiffs' true names are known by all of the Defendants. In fact, the complaint involves the Defendants' repeated misuse of the Plaintiffs' names for the purpose of harassing and defaming the Plaintiffs.

Dated: June 8, 2007

PLAINTIFFS DOE I AND
DOE II

By: _____
David Rosen
David Rosen & Associates PC
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Facsimile: (203) 789-1605
Email: drosen@davidrosenlaw.com