## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II,<br><br>      Plaintiffs,<br><br>v.<br><br>Anthony Ciolli; GTO, aka Great Teacher Onizuka; Pauliewalnuts; neoprag; YLS Yale; STANFORDtroll; :D; :D (Hillary vs. Jeb '08); MoreDoughHi; Remember when I said I would kill you last? I lied.; lkjhgf; Brittan Heller got a 157 LSAT.' yalelaw; Spanky; ylsdooder; Community Norm; HI; David Carr (Glass of water for Mr. Grainger); vincimus; Beach Body Brady; Cheese Eating Surrender Monkey; Todd Christopher; A horse walks into a bar (saving one CPGWBT at a time); The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo (Let me lay it on the line, he had two on the vine); Ugly Women; playboytroll; Get_to_da_choppa; Dean_Harold_Koh,<br><br>      Defendants. | **AFFIDAVIT OF MARK A. LEMLEY**<br><br>Case No. 307CV00909 CFD |

    1.    I, Mark A. Lemley, practice at the law firm Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111-1704, Telephone: (415) 391-5400, Facsimile: (415) 397-7188, Email: MLemley@kvn.com.

    2.    I, Mark A. Lemley, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of California, the Northern District of California, the Central District of California, the Ninth Circuit Court of Appeals, the Second Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the Federal Circuit Court of Appeals, and the United States Supreme Court.

    3.    I have not been the subject of disciplinary proceedings, nor have any criminal charges ever been instituted against me. Further, I have not been denied admission to the courts of any state or federal court since my admission to the Bar.

4.  I have fully reviewed and am familiar with the Local Rules of this Court.

5.  I am associated with David Rosen of David Rosen & Associates PC, 400 Orange Street, New Haven, CT 06511, Telephone: (203) 787-3513, Facsimile: (203) 789-1605. I agree that service may be made on David Rosen for all matters connected with this case, and that service upon same will have the same effect as if personally made upon me.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: June 21, 2007

_____
Mark A. Lemley
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: MLemley@kvn.com

State of California      )
County of San Francisco  )

On June 21, 2007, before me, Patty Lemos, Notary Public, personally appeared Mark A. Lemley, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.



WITNESS my hand and official seal

_____

397795.01

2