# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II, <br><br> Plaintiffs, <br><br> v. <br><br> Anthony Ciolli;  Individuals, whose true names are unknown, using the following pseudonyms: Pauliewalnuts; neoprag; STANFORDtroll; :D; :D (Hillary vs. Jeb '08); MoreDoughHi; Remember when I said I would kill you last? I lied.; lkjhgf; yalelaw; Spanky; ylsdooder; Community Norm; HI; David Carr (Glass of water for Mr. Grainger); vincimus; Beach Body Brady; Cheese Eating Surrender Monkey; Todd Christopher; A horse walks into a bar (saving one CPGWBT at a time); The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo (Let me lay it on the line, he had two on the vine); Ari Gold; Ugly Women; playboytroll; Get_to_da_choppa; Dean_Harold_Koh, <br><br> Defendants. | MOTION TO ADMIT VISITING ATTORNEYS <br><br> Case No. 3:07CV00909 (CFD) |

## MOTION TO ADMIT VISITING ATTORNEYS

Pursuant to L.Civ.R. 83.1(d), plaintiffs move for permission for visiting attorneys Mark Lemley and Dorothy McLaughlin to represent plaintiffs.  I am a member of the bar of this Court.  Attached are affidavits sworn by attorneys Lemley and McLaughlin containing the information required of visiting lawyers, as well as a payment of $50.00 to the Clerk of the Court.

THE PLAINTIFFS

By /s/ David N. Rosen
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com
Their Attorney

397769.01

2