## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DOE I, and DOE II,

       Plaintiffs,

v.

Anthony Ciolli; Individuals, whose true names
are unknown, using the following pseudonyms:
Pauliewalnuts; neoprag; STANFORDtroll; :D;
:D (Hillary vs. Jeb '08); MoreDoughHi;
Remember when I said I would kill you last? I
lied.; lkjhgf; yalelaw; Spanky; ylsdooder;
Community Norm; HI; David Carr (Glass of
water for Mr. Grainger); vincimus; Beach Body
Brady; Cheese Eating Surrender Monkey; Todd
Christopher; A horse walks into a bar (saving
one CPGWBT at a time); The Ayatollah of
Rock-n-Rollah; DRACULA; Sleazy Z; Whamo
(Let me lay it on the line, he had two on the
vine); Ari Gold; Ugly Women; playboytroll;
Get_to_da_choppa; Dean_Harold_Koh,

       Defendants.

**AFFIDAVIT OF MARK A. LEMLEY**

Case No. 307CV00909 CFD

1.      I, Mark A. Lemley, practice at the law firm Keker & Van Nest, L.L.P., 710
Sansome Street, San Francisco, California 94111-1704, Telephone: (415) 391-5400, Facsimile:
(415) 397-7188, Email: MLemley@kvn.com.

2.      I, Mark A. Lemley, do hereby certify that I have been enrolled as a member of the
Bar of the Supreme Court of California, the Northern District of California, the Central District
of California, the Ninth Circuit Court of Appeals, the Second Circuit Court of Appeals, the Fifth
Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the Federal Circuit Court of
Appeals, and the United States Supreme Court.

3.      I have not been the subject of disciplinary proceedings, nor have any criminal
charges ever been instituted against me. Further, I have not been denied admission to the courts
of any state or federal court since my admission to the Bar.

398639.01

Dockets.Justia.com

4.      I have fully reviewed and am familiar with the Local Rules of this Court.

5.      I am associated with David Rosen of David Rosen & Associates PC, 400 Orange Street, New Haven, CT 06511, Telephone: (203) 787-3513, Facsimile: (203) 789-1605. I agree that service may be made on David Rosen for all matters connected with this case, and that service upon same will have the same effect as if personally made upon me.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: July 12 2007

_____

Mark A. Lemley
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188
Email:    MLemley@kvn.com

State of California        )
County of :                )

On July 12, 2007, before me, Clara McKennett, Notary Public, personally appeared Mark A. Lemley, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.

WITNESS my hand and official seal



CLARA MARIA MCKENNETT
COMM. #1482416
Notary Public - California
San Francisco County
My Comm. Expires Apr. 11, 2008