# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

DOE I and DOE II, Plaintiffs

v.                                    **CASE NUMBER:**   307CV00909 CFD

ANTHONY CIOLLI, et al., Defendants

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:   Plaintiffs, DOES I and II

Aug. 2, 2007
_____
**Date**

PHV 01993
_____
**Connecticut Federal Bar Number**

415/391-5400
_____
**Telephone Number**

415/397-7188
_____
**Fax Number**

DMcLaughlin@KVN.com
_____
**E-mail address**

_____
**Signature**

Dorothy McLaughlin
_____
**Print Clearly or Type Name**

Keker & Van Nest
_____
**Address**

710 Sansome St.

San Francisco, CA   94111-1704

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

No responsive pleadings have been filed in this case.

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001