# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Doe I and Doe II, plaintiffs
v.
Anthony Ciolli, et al.

CASE NUMBER: 307CV00909 CFD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Plaintiffs Doe I and Doe II

| | |
|---|---|
| 8/6/07 | *signature* |
| **Date** | **Signature** |
| PHV 01993 | Mark A. Lemley |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 415/391-5400 | Keker & Van Nest LLP |
| **Telephone Number** | **Address** |
| 415/397-7188 | 710 Sansome St. |
| **Fax Number** | San Francisco, CA 94111 |
| MAL@KVN.COM | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

No responsive pleadings have been filed

*signature*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001