UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I and DOE II, | : |
|     Plaintiffs, | |
| VS. | :    Civil Action No.: 3:07CV00909(CFD) |
| ANTHONY CIOLLI, ET AL, | |
|     Defendants. | :    SEPTEMBER 6, 2007 |

### SECOND MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs move to modify the scheduling order in this case to allow them an additional 30 days within which to amend their Complaint. Plaintiffs are continuing to investigate the facts and require additional time to do so and to draft an Amended Complaint.

THE PLAINTIFFS

By _[signature: David Rosen (dnwt)]_
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com
Their Attorney

1

## CERTIFICATION OF SERVICE

      The addresses of all the defendants except Anthony Ciolli is unknown. This is to certify that a copy of this motion has been sent to Mr. Ciolli by first class mail, postage prepaid on September 6, 2007 to:

Mr. Anthony Ciolli
4020 Spruce Street
Philadelphia, PA 19104


                                                               David N. Rosen