UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOE I and DOE II, | : | |
| Plaintiffs, | | |
| | | |
| VS. | : | Civil Action No.: 3:07CV00909(CFD) |
| | | |
| ANTHONY CIOLLI, ET AL, | : | |
| Defendants. | : | OCTOBER 4, 2007 |

### THIRD MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs move to modify the scheduling order in this case to allow them an additional 30 days within which to amend and serve their Complaint. Plaintiffs are investigating recently-revealed information regarding one of the parties. Plaintiffs require 30 more days to investigate these issues and therefore request that the Court grant their motion.

THE PLAINTIFFS

By  */s/ Mark Lemley*
Mark Lemley
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
Admitted Pro Hac Vice
E-mail: mlemley@kvn.com
- and -
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com

Their Attorneys

1

403918.01

## CERTIFICATION OF SERVICE

       The addresses of all the defendants except Anthony Ciolli is unknown. This is to certify that a copy of this motion has been sent to Mr. Ciolli by first class mail, postage prepaid on October 4, 2007, to:

Mr. Anthony Ciolli
4020 Spruce Street
Philadelphia, PA 19104


                                                     */s/ Mark Lemley*
                                                         Mark Lemley