# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DOE I and DOE II,
      Plaintiffs,         :

VS.                    :     Civil Action No.: 3:07CV00909(CFD)

ANTHONY CIOLLI, ET AL,
      Defendants.     :     NOVEMBER 5, 2007

## MOTION TO ADMIT VISITING ATTORNEYS

Pursuant to L.Civ.R. 83.1(d), plaintiffs more for permission for visiting attorneys Rose Darling, Ashok Ramani, Benjamin Berkowitz and Steve Mitra to represent plaintiffs. I am a member of the bar of this Court. Attached are affidavits sworn by attorneys Darlin, Ramani, Berkowitz and Mitra containing information required of visiting lawyers, as well as payment of $100.00 to the Clerk of Court.

THE PLAINTIFFS

By_____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com
Their Attorney

1

## CERTIFICATION OF SERVICE

The addresses of all the defendants except Anthony Ciolli is unknown. This is to certify that a copy of this motion has been sent to Mr. Ciolli by first class mail, postage prepaid on November 5, 2007 to:

Mr. Anthony Ciolli
4020 Spruce Street
Philadelphia, PA 19104

David N. Rosen