UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOE I, and DOE II,

    Plaintiffs,

v.

Anthony Ciolli;  Individuals, whose true names
are unknown, using the following pseudonyms:
Pauliewalnuts; neoprag; STANFORDtroll; :D;
:D (Hillary vs. Jeb '08); MoreDoughHi;
Remember when I said I would kill you last? I
lied.; lkjhgf; yalelaw; Spanky; ylsdooder;
Community Norm; HI; David Carr (Glass of
water for Mr. Grainger); vincimus; Beach Body
Brady; Cheese Eating Surrender Monkey; Todd
Christopher; A horse walks into a bar (saving
one CPGWBT at a time); The Ayatollah of
Rock-n-Rollah; DRACULA; Sleazy Z; Whamo
(Let me lay it on the line, he had two on the
vine); Ari Gold; Ugly Women; playboytroll;
Get_to_da_choppa; Dean_Harold_Koh,

    Defendants.

**AFFIDAVIT OF ROSE DARLING**

Case No. 3:07CV00909(CFD)

1.    I, Rose Darling, practice at the law firm Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111-1704, Telephone: (415) 391-5400, Facsimile: (415) 397-7188, Email: RDarling@kvn.com.

2.    I, Rose Darling, do hereby certify that I have been enrolled as a member of the Bar of the Northern District of California.

3.    I have not been the subject of disciplinary proceedings, nor have any criminal charges ever been instituted against me. Further, I have not been denied admission to the courts of any state or federal court since my admission to the Bar.

4.    I have fully reviewed and am familiar with the Local Rules of this Court.

5.    I am associated with David Rosen of David Rosen & Associates PC, 400 Orange Street, New Haven, CT 06511, Telephone: (203) 787-3513, Facsimile: (203) 789-1605.  I agree

405188.01

that service may be made on David Rosen for all matters connected with this case, and that service upon same will have the same effect as if personally made upon me.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: October 29 2007

Rose Darling
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email:    RDarling@kvn.com

State of California          )
County of                    )

On October 2, 2007, before me, Bryant Cavers, Notary Public, personally appeared Rose Darling, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.

WITNESS my hand and official seal.



BRYANT LAMOUNT CAVERS
Commission # 1727925
Notary Public - California
San Francisco County
My Comm. Expires Feb 26, 2011