UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOE I, and DOE II,

    Plaintiffs,

v.

Anthony Ciolli; Individuals, whose true names are unknown, using the following pseudonyms: Pauliewalnuts; neoprag; STANFORDtroll; :D; :D (Hillary vs. Jeb '08); MoreDoughHi; Remember when I said I would kill you last? I lied.; lkjhgf; yalelaw; Spanky; ylsdooder; Community Norm; HI; David Carr (Glass of water for Mr. Grainger); vincimus; Beach Body Brady; Cheese Eating Surrender Monkey; Todd Christopher; A horse walks into a bar (saving one CPGWBT at a time); The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo (Let me lay it on the line, he had two on the vine); Ari Gold; Ugly Women; playboytroll; Get_to_da_choppa; Dean_Harold_Koh,

    Defendants.

AFFIDAVIT OF BENJAMIN BERKOWITZ

Case No. 3:07CV00909(CFD)

    1.    I, Benjamin Berkowitz, practice at the law firm Keker & Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111-1704, Telephone: (415) 391-5400, Facsimile: (415) 397-7188, Email: BBerkowitz@kvn.com.

    2.    I, Benjamin Berkowitz, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of California, the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the Northern District of California, and Ninth Circuit Court of Appeals.

    3.    I have not been the subject of disciplinary proceedings, nor have any criminal charges ever been instituted against me. Further, I have not been denied admission to the courts of any state or federal court since my admission to the Bar.

    4.    I have fully reviewed and am familiar with the Local Rules of this Court.

    5.    I am associated with David Rosen of David Rosen & Associates PC, 400 Orange Street, New Haven, CT 06511, Telephone: (203) 787-3513, Facsimile: (203) 789-1605. I agree

that service may be made on David Rosen for all matters connected with this case, and that service upon same will have the same effect as if personally made upon me.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: October 26 2007

Benjamin Berkowitz
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email:   BBerkowitz@kvn.com

State of California      )
County of                )

On October 26, 2007, before me, Bryant Cavers, Notary Public, personally appeared Benjamin Berkowitz, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.

WITNESS my hand and official seal



BRYANT LAMOUNT CAVERS
Commission # 1727925
Notary Public - California
San Francisco County
My Comm. Expires Feb 26, 2011

405185.01