UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOE I and DOE II,                              :
      Plaintiffs,

VS.                                            :          Civil Action No.: 3:07CV00909(CFD)

ANTHONY CIOLLI, ET AL,
      Defendants.                            :          JANUARY 22, 2008

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs move, nunc pro tunc, to modify the Court's scheduling order by allowing plaintiffs an additional six months within which to file their motion for summary judgment. The basis of this motion is as follows:

1.    This case involves claims made by the plaintiffs, who are law students, that the defendants took advantage of the anonymity provided by an internet website directed at law students to publicize defamatory - and vile - statements about the plaintiffs. All the defendants have hidden their true identities. Accordingly, plaintiffs have filed suit against them under their pseudonyms, at present the only means of identifying them. None of the defendants has appeared, although it is highly likely that they all know that they are being sued, since plaintiffs posted the complaint on the same message board that the defendants used to disseminate their defamatory statements.

2.    Plaintiffs have done substantial investigation and will shortly file a motion for permission to conduct discovery, in order to get additional information from sources that may lead to uncovering the true identity of the defendants.

3.    Under the Court's scheduling order, the time set for filing a dispostive motions

1

was by January 7, 2008.

4. Plaintiffs believe that judicial economy would be best served if the Court allowed dispositive motions but deferred the time for filing them until after additional steps have been taken to identify the defendants. Defendants may well appear once they have been identified and, if so, will wish to be heard on any dispositive motions.

Wherefore, plaintiffs move that the Court modify its scheduling order by allowing them an additional six months, to and including July 7, 2008, within which to file any dispositive motions.

THE PLAINTIFFS

By _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com
Her Attorney

## CERTIFICATION OF SERVICE

The addresses of all the defendants except Anthony Ciolli is unknown. This is to certify that a copy of this motion has been sent to Mr. Ciolli by first class mail, postage prepaid on January 22, 2007 to:

Mr. Anthony Ciolli
4020 Spruce Street
Philadelphia, PA 19104


_____
David N. Rosen