# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG **VAu 748 – 759**

EFFECTIVE DATE OF REGISTRATION

6 - 6 - 07
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

[DOE II] and Jay on Halloween

**NATURE OF THIS WORK ▼** See Instructions

Photograph

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**   **NAME OF AUTHOR ▼**

Katherine Wilson-Milne

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   United States
   Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
   Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a**   **Year in Which Creation of This Work Was Completed**

2006

This information must be given Year in all cases.

**b**   **Date and Nation of First Publication of This Particular Work**

Complete this information ONLY if this work has been published.

Month    Day    Year

Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

[DOE II]

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

**APPLICATION RECEIVED**
JUN 0 6 2007
**ONE DEPOSIT RECEIVED**
JUN 0 6 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

Dockets.Justia.com

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Andrew N. Shen, Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

b

Area code and daytime telephone number ( 415 ) 391-5400          Fax number ( 415 ) 397-7188

Email AShen@kvn.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of **[DOE II]**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew N. Shen          Date June 4, 2007

Handwritten signature (X) ▼

X _Shen_

**CERTIFICATE**
Certificate will be mailed in window envelope to this address:

Name ▼
Andrew N. Shen, Keker & Van Nest, LLP

Number/Street/Apt ▼
710 Sansome Street

City/State/ZIP ▼
San Francisco, CA 94111

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA Rev: 07/2006 Print: 07/2006—30,000 Printed on recycled paper          U.S. Government Printing Office: 2006-330-945/60,109

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 748 – 760**

EFFECTIVE DATE OF REGISTRATION

6 - 6 - 07

Month　　Day　　Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
[DOE II] and Aladdin at Kannabye

**NATURE OF THIS WORK ▼** See Instructions
Photograph

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼　　Number ▼　　Issue Date ▼　　On Pages ▼

## 2

**NAME OF AUTHOR ▼**
a　Elisabeth Page

**DATES OF BIRTH AND DEATH**
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of　United States
☐ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?　☑ Yes　☐ No
Pseudonymous?　☐ Yes　☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing
☐ 2-Dimensional artwork　☑ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ☐ Citizen of
☐ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?　☐ Yes　☐ No
Pseudonymous?　☐ Yes　☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing
☐ 2-Dimensional artwork　☐ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
2006
Year　in all cases.
This information must be given

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____　Day _____　Year _____　Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

[DOE II]

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
JUN 0 6 2007
ONE DEPOSIT RECEIVED
JUN 0 6 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Andrew N. Shen, Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

b

Area code and daytime telephone number  ( 415 ) 391-5400                    Fax number   ( 415 ) 397-7188

Email   AShen@kvn.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     [DOE II]
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew N. Shen                                              Date  June 4, 2007

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼  Andrew N. Shen, Keker & Van Nest, LLP  Number/Street/Apt ▼  710 Sansome Street  City/State/ZIP ▼  San Francisco, CA 94111 | YOU MUST:  • Complete all necessary spaces  • Sign your application in space 8  SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:  1. Application form  2. Nonrefundable filing fee in check or money order payable to Register of Copyrights  3. Deposit material  MAIL TO:  Library of Congress  Copyright Office  101 Independence Avenue SE  Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev. 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-323-955/60,132

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA

VAu 748-761

EFFECTIVE DATE OF REGISTRATION

6 6 07

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

[DOE II] 's Last Day in Jordan

**NATURE OF THIS WORK ▼** See instructions

Photograph

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Elisabeth Page

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   United States
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed** 2006
*This information must be given in all cases.* Year

**b** **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month    Day    Year    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

[DOE II]

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

See instructions before completing this space.

APPLICATION RECEIVED
JUN 0 6 2007
ONE DEPOSIT RECEIVED
JUN 0 6 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Andrew N. Shen, Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**b**

Area code and daytime telephone number ( 415 ) 391-5400          Fax number  ( 415 ) 397-7188

Email  AShen@kvn.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of      **[DOE II]**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andrew N. Shen                                    Date  June 4, 2007

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Andrew N. Shen, Keker & Van Nest, LLP

Number/Street/Apt ▼
710 Sansome Street

City/State/ZIP ▼
San Francisco, CA 94111

**9**

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office: 2004-330-908/60,121

# EXHIBIT 31

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⚙ Back  ▶ Refresh ▶ Options

YLS 1L CGWBT

| | | |
|---|---|---|
| 📄 http://t14talent.googlepages.com/____yls **[DOE II]** | pauliewalnuts | 02/20/07 |
| ↳📄 very cheerful | David Carr | 02/20/07 |
| ↳📄 credited site | Procrastinating 1.5L | 02/20/07 |
| ↳📄 ... | pilgatin | 02/20/07 |
| ↳📄 word. | there's a wocket in my pocket | 02/20/07 |
| ↳📄 Quit using that pig shit. then. | Guy struggling with modernity | 02/20/07 |
| ↳📄 ? | pilgatin | 02/20/07 |
| ↳📄 ... | Great Techsupport Okinawan | 02/21/07 |
| ↳📄 She's the presumptuous winner in my book. It's going to take... | Beach Body Brady | 02/20/07 |
| ↳📄 I think LB from GULC might be close | pauliewalnuts | 02/20/07 |
| ↳📄 YLS CGWBT's tits are bigger and she's far more prestigious. | Beach Body Brady | 02/20/07 |
| ↳📄 well if we judge just by tit size and prestige of school, sh... | pauliewalnuts | 02/20/07 |
| ↳📄 ... | A horse walks into a bar | 02/20/07 |
| ↳📄 dude i love this girl. im just saying i've received a half d... | pauliewalnuts | 02/20/07 |
| ↳📄 Awesome dood. Great to hear so many people are participating... | Beach Body Brady | 02/20/07 |
| ↳📄 ... | A horse walks into a bar | 02/20/07 |
| ↳📄 ... | A horse walks into a bar | 02/20/07 |
| ↳📄 PICTURES OF **[DOE II]** | white girls with asian guys | 03/04/07 |
| 📄 wtf is with the wgwag hate dood? | superstudyasian | 02/20/07 |
| ↳📄 Your schtick is very old, fat bastard. CGWBT is the rage. Go... | TimothyArcher | 02/20/07 |
| ↳📄 oh, and having sex with a BLONDE and BRUNETTE in one week fr... | superstudyasian | 02/20/07 |
| ↳📄 fat escorts you meet on slickdeals.com do not count | David Carr | 02/20/07 |
| ↳📄 hmm, i will have to check that out now | superstudyasian | 02/20/07 |
| 📄 ... | vincimus | 02/20/07 |
| 📄 The 1L girls at YLS shun **[DOE II]** They think she looks and act... | Baron | 02/21/07 |
| ↳📄 She shouldn't be surprised by this. She pwns them in every r... | Beach Body Brady | 02/21/07 |
| ↳📄 btw her name is  **[DOE II]**  not **[DOE II]** | Baron | 02/21/07 |
| ↳📄 AHWIAB supports WGWAG! | A horse walks into a bar | 02/21/07 |
| ↳📄 DISH. lathorpe, someone correct this... tyia | pauliewalnuts | 02/21/07 |
| ↳📄 This thread will be with you on your wedding night. | Always Subtracting Value | 02/21/07 |
| 📄 her breasts are amazing; her face is below average. yls +... | NAACP ain't nothing but the Klan with a Tan | 02/21/07 |
| 📄 she looks great in the pic in the middle with her hair strai... | argent | 02/21/07 |
| 📄 I would like to date a girl like that | David Carr | 02/21/07 |
| ↳📄 ... | A horse walks into a bar | 02/21/07 |
| ↳📄 *gets in line and waits patiently* | David Carr | 02/21/07 |
| ↳📄 I would pour syrup on that. | Beach Body Brady | 02/21/07 |
| ↳📄 *high five* | David Carr | 02/21/07 |
| ↳📄 ... | A horse walks into a bar | 02/21/07 |
| ↳📄 speaking of which i will go to dairy queen today | David Carr | 02/21/07 |
| ↳📄 ... | this is | 02/21/07 |
| ↳📄 I would put money on it. | A horse walks into a bar | 02/21/07 |
| 📄 her face isn't that great | sweetpea | 02/21/07 |

| | | |
|---|---|---|
| ... | long time lurker, first time poster | 02/21/07 |
| REPORTER BUMP | Ben Shapiro | 03/04/07 |
| └ Huh? | this is | 03/04/07 |
| └ http://major-newspaper-hit-piece-on-gto-and-xoxo-coming.auto... | Ben Shapiro | 03/04/07 |
| To site administrators: This thread falls specifically under... | Reputation Defender | 03/04/07 |
| └ STOP BUMPING THE THREAD | Ben Shapiro | 03/04/07 |
| └ ... | we | 03/04/07 |
| └ Dude, he's really not from ReputationDefender. He's a schti... | white girls with asian guys | 03/04/07 |
| └ sounds like someone has some BIG CHANGES planned | there's a wocket in my pocket | 03/04/07 |
| That wasn't [DOE I] or [DOE II] on Good Morning ... | veelee | 03/12/07 |

Post new message in this thread

---

⊕ Top   ⊕ Next   ⊕ Reply

**Date:** February 20th, 2007 4:41 PM
**Author:** pauliewalnuts

http://t14talent.googlepages.com/[DOE II]_yls

(http://www.autoadmit.com/thread.php?thread_id=583360&forum_id=2#7637032)

---

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** February 20th, 2007 4:42 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

very cheerful

(http://www.autoadmit.com/thread.php?thread_id=583360&forum_id=2#7637043)

---

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** February 20th, 2007 4:44 PM
**Author:** Procrastinating 1.5L (*Me, Jay Hova*)

credited site

(http://www.autoadmit.com/thread.php?thread_id=583360&forum_id=2#7637049)

---

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** February 20th, 2007 4:45 PM
**Author:** pilgatin

# EXHIBIT 32





CGWBT

Urban Dictionary is a slang dictionary with your definitions. Define you

browse   word of the day   add   edit   new book   press   tools   chat

random  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  #



order mo' urban
on amazon and b&n
now shipping

## 1. CGWBT

🍺 126 up, 136 down 🍺

Prounounced as "Chig-whibt," this is a phrase that stands for "cheerful girls with big tits," the most prestigious sort of girls. Guys that are lucky enough to have a CGWBT girlfriend are envied by their friends.

*I like CGWBT. They need not be particularly smart. They do, however, need to be cheerful and have big tits.*

tags cheerful girls with big tits  cheerful  tits  girls  girlfriends  xoxohth
by TimothyArcher  Los Angeles, CA Jan 20, 2007  email it

        

737        vespa        floorgy        mini skirt        graduation

cghram
CGI
CGI Joe
CGI Porn
CGIA
cgizzle
CGK
cgl
CGL CREW
cgn
cgnp
CGNU
CGP
CGP - Cheers Gets the Pussy
CGQ
CGR
cgrk
CGS
CGU
CGW

**CGWBT**

CH
ch ching
Ch'fyes
Ch'mon
ch-chea
Ch-Five
Ch-Furfel
ch.
Ch0/Sen
ch00b
ch00blet
ch00bz
ch00k
ch00n
ch0b0
ch0de
ch0n
ch0p
ch0rx
ch33blet

browse  word of the day  add  edit  new book  press  tools  newest

Urban Dictionary is not appropriate for all audiences. ©1999-2007. terms of service | feedback | tools | rss | advertise

# EXHIBIT 33

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⬡ Back  ▶**Refresh** ▶**Options**

YLS 1L CGWBT      [DOE II]    HAS A FELON FOR A FATHER!!! YALE LAW

| | | |
|---|---|---|
| 📄 [DOE II]      is the daughter of a felon (      [DOE II's father]      ) !!! | Joel Schellhammer | 03/07/07 |
| ↳📄 You mean to say big-titted      [DOE II]'s father [DOE II's father] | atlas | 03/07/07 |
| ↳📄 wow...no wonder she has such a sense of entitlement | Maximum Boner | 03/07/07 |
| 📄 Date: March 7th, 2007 5:23 PM Author: Joel Schellhammer Su... | Prof. Brian Leiter | 03/07/07 |
| 📄 O. M. F. G. | ephudebbie | 03/07/07 |
| 📄 good lord, amazing. | Jew_Gold | 03/07/07 |
| ↳📄 heads are going to roll at ReputationDefender... they are th... | Prof. Brian Leiter | 03/07/07 |
| ↳📄 i think reputation defender likely has one employee...but ye... | Jew_Gold | 03/07/07 |
| 📄 I think I'm going to go for a walk. | Vector | 03/07/07 |
| 📄 wow, just leave the poor girl alone | Dwight K Schrute, Chief Education Director | 03/07/07 |
| 📄 How do we know she's his daughter? Although, I suppose the t... | Maharushy © | 03/07/07 |
| ↳📄 http://www.unc.edu/news/archives/apr04/udall042604.html U... | r@ygold | 03/07/07 |
| ↳📄 Yeah, I suppose it's impossible for there to be two | Maharushy © | 03/07/07 |
| 📄 Holy shit, not only is he a felon, he's *mentally ill*, &... | atlas | 03/07/07 |
| 📄 I am both shocked and disgusted and thouroughly impressed. ... | Women are like dogs, except for the loyalty part | 03/07/07 |
| 📄 People, this is sick. Have you forgotten there's a real hum... | chancemeeting's echo | 03/07/07 |
| ↳📄 where is your backbone moderator?! this will pass like ev... | Women are like dogs, except for the loyalty part | 03/07/07 |
| ↳📄 Perhaps it will pass. (I doubt it ever fully will...there w... | chancemeeting's echo | 03/07/07 |
| ↳📄 It all goes back to the Mafia/civilian dichotomy. I felt the... | Quaser | 03/07/07 |
| ↳📄 oh yea that was horrible. except the difference was that it ... | Maximum Boner | 03/07/07 |
| ↳📄 that was awesome | Edgar Martinez Disciple | 03/08/07 |
| ↳📄 WGWAG | Ring General | 03/07/07 |
| ↳📄 actually, it's exactly the sort of cruelty you'd expect from... | Konstantinov pwned | 03/07/07 |
| ↳📄 There ain't no 'we' doing this. | sealclubber | 03/07/07 |
| ↳📄 TITCR. im no prude, but this is getting creepy. | dr. joseph smith's rotting corpse, esq. | 03/07/07 |
| ↳📄 It's a new low, even for this forum. GTO and rach should car... | Quaser | 03/07/07 |
| ↳📄 I agree. Everyone should agree to remove information they po... | Maximum Boner | 03/07/07 |
| ↳📄 this post makes no sense. lackofgrammarpwned | Maharushy © | 03/07/07 |
| ↳📄 titcr | Prof. Brian Leiter | 03/07/07 |
| ↳📄 hesitantly, i also throw my titcream into this ring | there's a wocket in my pocket | 03/07/07 |
| ↳📄 titcr. you people need to be a little more respectful. | ()+i | 03/07/07 |
| ↳📄 [fuck, this posted to the wrong place] | chancemeeting's echo | 03/07/07 |
| ↳📄 titcr | sarcaschtick | 03/07/07 |
| ↳📄 You're right. | atlas | 03/07/07 |
| ↳📄 That's right. | Bodhi Tree Miracle | 03/07/07 |
| ↳📄 agree | Vir (AKA ip ban winkle) | 03/07/07 |
| ↳📄 95% of us agree. doesnt matter because the remaining 5% are ... | Coach K's Aching Back | 03/07/07 |
| ↳📄 Some of them are impossible to stop. One troll in particula... | chancemeeting's echo | 03/07/07 |
| ↳📄 This is also true. The actual costs of policing and enforci... | PeterGunz | 03/07/07 |
| ↳📄 Correct. This is why the entire theory behind the no modera... | PeterGunz | 03/07/07 |
| ↳📄 titcr. please stop. | Cheese Eating Surrender Monkey | 03/08/07 |
| 📄 http://reputationdestroyer.googlepages.com/challenge | Prof. Brian Leiter | 03/07/07 |

http://steamsteamlol.ytmnd.com/                                      Maximum Boner                  03/19/07
I wonder if Reputation Defender can alter published Fourth C...       GOING NATIONAL                 03/19/07

Post new message in this thread

---

Top   Next   Reply

**Date:** March 7th, 2007 5:23 PM
**Author:** Joel Schellhammer
**Subject:**     [DOE II] is the daughter of a felon (  [DOE II's father]  ) !!!

http://www.unc.edu/news/archives/apr04/udall042604.html

UNC's [DOE II] awarded Morris Udall Scholarship

"[DOE II] the daughter of [DOE II's mother] of Gaston County and [DOE II's father] of Shiraz, Iran, graduated from Myers Park High School in Charlotte in 2001. The Udall covers tuition, books, room and board up to $5,000 for one year."

==========

http://www.highbeam.com/doc/1P2-915261.html

Ex-World Bank Official Disappears From Trial

From: The Washington Post | Date: October 21, 1994 | Author: Rajiv Chandrasekaran

"Federal and local investigators are searching for a former World Bank official who disappeared this week during his trial in Loudoun County on charges of using forged checks to buy thoroughbred horses for his 10-year-old daughter.

[DOE II's father] , 48, allegedly used a complex scheme involving several aliases, phony businesses, unwitting intermediaries and counterfeit checks to buy two horses and horse-related supplies valued at more than $20,000, according to prosecutors.

[DOE II's father] also is a suspect in a federal investigation into a series of computer equipment thefts worth about $200,000 in ... "

==========

http://www.vlex.us/caselaw/U-S-Court-Of-Appeals-Fourth-Circuit/US-v-     2100-18179654,01.html

US v. [DOE II's father]

Docket num. 97-5026, November 1998

Id. vLex: VLEX-TBVO054

"

UNPUBLISHED

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.  **[DOE II's father]**  , a/k/a John No. 97-5026 Putko, a/k/a Robert Ganley, a/k/a

Frank Swigert, a/k/a Dominic

Carcelli,

Defendant-Appellant.

Appeal from the United States District Court

for the District of Maryland, at Greenbelt.

Alexander Williams, Jr., District Judge.

(CR-96-338-AW)

Submitted: September 29, 1998

Decided: November 9, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

COUNSEL

W. Michel Pierson, PIERSON, PIERSON & NOLAN, Baltimore,

Maryland, for Appellant. Lynne A. Battaglia, United States Attorney,

Dale P. Kelberman, Assistant United States Attorney, Baltimore,

Maryland, for Appellee.

Unpublished opinions are not binding pr ecedent in this circuit. See Local Rule 36(c).

OPINION

PER CURIAM

 **[DOE II's father]** appeals from the district court order entered pursuant to his guilty plea finding him guilty of aiding and abetting the interstate transfer of stolen property in violation of 18 U.S.C. §§ 2, 4 (1994). Finding no merit to his claims, we affirm.

**[DOE II's father]** claims that the district court's failure to further inquire into the details of his mental disorder and his

medication requires this Court to find that he did not knowingly and intelligently plead guilty, thereby invalidating his guilty plea. Due process requires that a guilty plea be knowingly and voluntarily entered. See Henderson v. Morgan , 426 U.S. 637, 645 n.13 (1976). "A plea may be involuntary either because the accused does not understand the nature of the constitutional protections that he is waiving . . . or because he has such an incomplete understanding of the charge that his plea cannot stand as an intelligent admission of guilt." Id. (citation omitted). The voluntariness of a plea is a mixed question of law and fact that this Court reviews de novo. See Savino v. Murray , 82 F.3d 593, 603 (4th Cir. 1996). Federal Rule of Criminal Procedure 11 was designed to assist the district court in "making the constitutionally required determination that a defendant's guilty plea is truly voluntary." McCarthy v. United States , 394 U.S. 459, 465 (1969). However, in assessing the voluntariness of a defendant's plea, this court does not require district courts to follow a set script in conducting Rule 11 colloquies, see United States v. Wilson , 81 F.3d 1300, 1307 (4th Cir. 1996), and will reverse a conviction made pursuant to a plea only if a trial court's violation of Rule 11 affects a defendant's substantial rights. United States v. DeFusco , 949 F.2d 114, 116-17 (4th Cir. 1991).

[DOE II's father] claims that the district court had an obligation to go beyond the normal Rule 11 colloquy to ensure the voluntariness of his plea due to his psychiatric history and current use of medication. We find that [DOE II's father] has failed to demonstrate a defect in his Rule 11 hearing.

The district court made a point of developing the record with respect to [DOE II's father] state of mind, and then made an express finding of competence which took into account         's medical history, assertion of recent drug use, overall awareness and ability to res pond to questioning, and the assurances of counsel that [DOE II's father] possessed the capacity to voluntarily plead guilty. See United States v. Rossillo , 853 F.2d 1062, 1066 (2d Cir. 1988); see also United States v. Cole , 813 F.2d 43, 46 (3d Cir. 1987). Therefore, we find no merit to         's claim that the trial court failed to adequately protect his constitutional rights.

We also find that [DOE II's father] has failed to demonstrate that his plea was not voluntarily entered in violation of his due process rights. Initially, we note that         does not concretely claim that at the time of his plea hearing he lacked the capacity to voluntarily plead guilty or that his psychological disorders had any effect on his ability to understand the nature of the charges against him or the consequences of pleading guilty. Notably absent from the record is any indication that         was not in complete command of his faculties at his plea hearing, see Carey v. United States , 50 F.3d 1097, 1099 (1st Cir. 1995), and         's comments from that hearing suggest that he understood the specific nature of the charges to which he pled guilty. The only evidence in the record suggesting that         may have lacked the capacity to voluntarily plead guilty is a synopsis of his medical history included in his presentence report. Despite this account of         's poor mental and emotional health, the record taken as a whole supports the district court's determination that [DOE II's father] knowingly and voluntarily pled guilty.

[DOE II's father] further claims that counsel was ineffective for not ensuring that he possessed the requisite capacity to voluntarily plead guilty. "The rule in this circuit is that a claim of ineffective assistance should be raised in a 28 U.S.C. § 2255 motion in the district court rather than on direct appeal, unless the record conclusively shows ineffective assistance." United States v. Williams , 977 F.2d 866, 871 (4th Cir. 1992). B ecause [DOE II's father] fails to demonstrate that he did not knowingly and voluntarily plead guilty, he has not conclusively shown that his attorney was ineffective for allowing him to enter his guilty plea on this basis. Accordingly, he is foreclosed from raising his ineffective assistance of counsel claim in this pro ceeding. We therefore affirm         's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

11

--------------------------------------------------------------------------

NOTE: If you plan to cite this case as a valid precedent in a legal proceeding we encourage you to check it's

authority using either Lexis Transactional Shepard's or Westlaw Transactional KeyCite

(http://www.autoadmit.com/thread.php?thread_id=591653&forum_id=2#7722789)

---

⚙Top  ⚙Previous  ⚙Next  ⚙Reply

**Date:** March 7th, 2007 5:36 PM
**Author:** atlas (*aefl*)

You mean to say big-titted    [DOE II] 's father [DOE II's father] stole money in order to buy his
daughter horses!?!

Hahahahahaah!

(http://www.autoadmit.com/thread.php?thread_id=591653&forum_id=2#7722812)

---

⚙Top  ⚙Previous  ⚙Next  ⚙Reply

**Date:** March 7th, 2007 6:01 PM
**Author:** Maximum Boner

wow...no wonder she has such a sense of entitlement

(http://www.autoadmit.com/thread.php?thread_id=591653&forum_id=2#7722854)

---

⚙Top  ⚙Previous  ⚙Next  ⚙Reply

**Date:** March 7th, 2007 5:32 PM
**Author:** Prof. Brian Leiter

Date: March 7th, 2007 5:23 PM

Author: Joel Schellhammer

Subject:    [DOE II]    is the daughter of a felon (  [DOE II's father]  ) !!!

http://www.unc.edu/news/archives/apr04/udall042604.html

UNC's [DOE II] awarded Morris Udall Scholarship

"[DOE II] the daughter of  [DOE II's mother]  of Gaston County and .  [DOE II's father]  of Shiraz, Iran, graduated
from Myers Park High School in Charlotte in 2001. The Udall covers tuition, books, room and board up to
$5,000 for one year."

========

# EXHIBIT 34

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

🌐 Back  ▶Refresh ▶Options

[DOE II] 's father

| | | |
|---|---|---|
| 📄 Date: March 7th, 2007 5:23 PM Author: Joel Schellhammer ... | hitlerhitlerhitler | 03/08/07 |
| ┗📄 Someone should e-mail this to all of the Yale law professors... | Ugly Women | 03/08/07 |
| ┗📄 and this (shows great respect for the Law): http://www.hi... | hitlerhitlerhitler | 03/08/07 |
| ┗📄 Nobody likes a kid with a pony. | slick_nick | 03/08/07 |

📄 Post new message in this thread

---

🌐 Top  ▶Next  🌐 Reply

**Date:** March 8th, 2007 6:32 PM
**Author:** hitlerhitlerhitler

Date: March 7th, 2007 5:23 PM

Author: Joel Schellhammer

Subject:     [DOE II]    is the daughter of a felon (   [DOE II's father] ) !!!

http://www.unc.edu/news/archives/apr04/udall042604.html

UNC's [DOE II] awarded Morris Udall Scholarship

"[DOE II], the daughter of [DOE II's mother] of Gaston County and   [DOE II's father]   of Shiraz, Iran, graduated from Myers Park High School in Charlotte in 2001. The Udall covers tuition, books, room and board up to $5,000 for one year."

==========

http://www.highbeam.com/doc/1P2-915261.html

Ex-World Bank Official Disappears From Trial

From: The Washington Post | Date: October 21, 1994 | Author: Rajiv Chandrasekaran

"Federal and local investigators are searching for a former World Bank official who disappeared this week during his trial in Loudoun County on charges of using forged checks to buy thoroughbred horses for his 10-year-old daughter.

[DOE II's father], 48, allegedly used a complex scheme involving several aliases, phony businesses, unwitting intermediaries and counterfeit checks to buy two horses and horse-related supplies valued at more than $20,000, according to prosecutors.

[DOE II's father] also is a suspect in a federal investigation into a series of computer equipment thefts worth about $200,000 in ... "

=============

http://www.vlex.us/caselaw/U-S-Court-Of-Appeals-Fourth-Circuit/US-v-    /2100-18179654,01.html

US v. [DOE II's father]

Docket num. 97-5026, November 1998

Id. vLex: VLEX-TBVO054

"

UNPUBLISHED

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.    [DOE II's father]    , a/k/a John No. 97-5026 Putko, a/k/a Robert Ganley, a/k/a

Frank Swigert, a/k/a Dominic

Carcelli,

Defendant-Appellant.

Appeal from the United States District Court

for the District of Maryland, at Greenbelt.

Alexander Williams, Jr., District Judge.

(CR-96-338-AW)

Submitted: September 29, 1998

Decided: November 9, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

COUNSEL

W. Michel Pierson, PIERSON, PIERSON & NOLAN, Baltimore,

Maryland, for Appellant. Lynne A. Battaglia, United States Attorney,

Dale P. Kelberman, Assistant United States Attorney, Baltimore,

Maryland, for Appellee.

Unpublished opinions are not binding pr ecedent in this circuit. See Local Rule 36(c).

OPINION

PER CURIAM

[DOE II's father] appeals from the district court order entered pursuant to his guilty plea finding him guilty of aiding and abetting the interstate transfer of stolen property in violation of 18 U.S.C. §§ 2, 4 (1994). Finding no merit to his claims, we affirm.

[DOE II's father] claims that the district court's failure to further inquire into the details of his mental disorder and his medication requires this Court to find that he did not knowingly and intelligently plead guilty, thereby invalidating his guilty plea. Due process requires that a guilty plea be knowingly and voluntarily entered. See Henderson v. Morgan , 426 U.S. 637, 645 n.13 (1976). "A plea may be involuntary either because the accused does not understand the nature of the constitutional protections that he is waiving . . . or because he has such an incomplete understanding of the charge that his plea cannot stand as an intelligent admission of guilt." Id. (citation omitted). The voluntariness of a plea is a mixed question of law and fact this Court reviews de novo. See Savino v. Murray , 82 F.3d 593, 603 (4th Cir. 1996). Federal Rule of Criminal Procedure 11 was designed to assist the district court in "making the constitutionally required determination that a defendant's guilty plea is truly voluntary." McCarthy v. United States , 394 U.S. 459, 465 (1969). However, in assessing the voluntariness of a defendant's plea, this court does not require district courts to follow a set script in conducting Rule 11 colloquies, see United States v. Wilson , 81 F.3d 1300, 1307 (4th Cir. 1996), and will reverse a conviction made pursuant to a plea only if a trial court's violation of Rule 11 affects a defendant's substantial rights. United States v. DeFusco , 949 F.2d 114, 116-17 (4th Cir. 1991).

[DOE II's father] claims that the district court had an obligation to go beyond the normal Rule 11 colloquy to ensure the voluntariness of his plea due to his psychiatric history and current use of medication. We find that [DOE II's father] has failed to demonstrate a defect in his Rule 11 hearing.

The district court made a point of developing the record with respect to      's state of mind, and then made an express finding of competence which took into account      's medical history, assertion of recent drug use, overall awareness and ability to res pond to questioning, and the assurances of counsel that [DOE II's father] possessed the capacity to voluntarily plead guilty. See United States v. Rossillo , 853 F.2d 1062, 1066 (2d Cir. 1988); see also United States v. Cole , 813 F.2d 43, 46 (3d Cir. 1987). Therefore, we find no merit to      's claim that the trial court failed to adequately protect his constitutional rights.

We also find that      has failed to demonstrate that his plea was not voluntarily entered in violation of his due process rights. Initially, we note that      does not concretely claim that at the time of his plea hearing he lacked the capacity to voluntarily plead guilty or that his psychological disorders had any effect on his ability to understand the nature of the charges against him or the consequences of pleading guilty. Notably absent from the record is any indication that      was not in complete command of his faculties at his plea hearing, see Carey v. United States , 50 F.3d 1097, 1099 (1st Cir. 1995), and      's comments from that hearing suggest that he understood the specific nature of the charges to which he pled guilty. The only evidence in the record suggesting that      may have lacked the capacity to voluntarily plead guilty is a synopsis of his medical history included in his presentence report. Despite this account of      's poor mental and emotional health, the record taken as a whole supports the district court's determination that [DOE II's father] knowingly and voluntarily pled guilty.

[DOE II's father] further claims that counsel was ineffective for not ensuring that he possessed the requisite capacity
to voluntarily plead guilty. "The rule in this circuit is that a claim of ineffective assistance should be raised
in a 28 U.S.C. § 2255 motion in the district court rather than on direct appeal, unless the record conclusively
shows ineffective assistance." United States v. Williams , 977 F.2d 866, 871 (4th Cir. 1992). B ecause
[DOE II's father] fails to demonstrate that he did not knowingly and voluntarily plead guilty, he has not conclusively
shown that his attorney was ineffective for allowing him to enter his guilty plea on this basis. Accordingly,
he is foreclosed from raising his ineffective assistance of counsel claim in this pro ceeding. We therefore
affirm         's conviction. We dispense with oral argument because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

"

--------------------------------------------------------------------------------

NOTE: If you plan to cite this case as a valid precedent in a legal proceeding we encourage you to check it's
authority using either Lexis Transactional Shepard's or Westlaw Transactional KeyCite

(http://www.autoadmit.com/thread.php?thread_id=591653&forum_id=2#7722810)


(http://www.autoadmit.com/thread.php?thread_id=592194&forum_id=2#7726399)


--------------------------------------------------------------------------------

   ☺Top   ☺Previous   ☺Next   ☺Reply

**Date:** March 8th, 2007 6:34 PM
**Author:** Ugly Women

Someone should e-mail this to all of the Yale law professors so they know what type of self-entitled
princess they have on their hands.

(http://www.autoadmit.com/thread.php?thread_id=592194&forum_id=2#7726405)


--------------------------------------------------------------------------------

   ☺Top   ☺Previous   ☺Next   ☺Reply

**Date:** March 8th, 2007 6:35 PM
**Author:** hitlerhitlerhitler

and this (shows great respect for the Law):

http://www.highbeam.com/doc/1P2-915261.html

(http://www.autoadmit.com/thread.php?thread_id=592194&forum_id=2#7726409)


--------------------------------------------------------------------------------

   ☺Top   ☺Previous   ☺Reply

# EXHIBIT 35

```
> >
> > ---------- Forwarded message ----------
> > From: Patrick Bateman <batemanhls08@hotmail.com>
> > Date: Mar 9, 2007 2:08 PM
> > Subject: Yale Law School faculty: Notice
> > To:                    .@yale.edu
> > Cc:        [DOE II]     @yale.edu
> >
> >
> > Dear Yale Law faculty,
> >
> > I write to you now about a very important issue that affects a
non-trivial
> > number of you. Although you undoubtedly deal with self-entitled,
> > spoiled students on a regular basis, there's one person in
> > particular whose
> history
> > I feel you must be made aware of before problems arise. [DOE II]
> >          , a student in your 09 class, has a felon as a father who
> > stole money from
the
> > World Bank to buy her horses. I kid you not, she asked her father
> > for
> horses
> > so he took money from an organization aimed at helping the poor.
> > Just imagine how hard she must have begged him in order to commit
> > such an
> odious
> > crime. One could make the argument that her character at ten is not
> > representative of her values as an adult, if it wasn't for the
> > recent evidence to the contrary. She spent in excess of $150 to
> > remove material that was in the public domain, simply because she
> > found it offensive
that
> it
> > emphasized her good looks.  If such reckless use of money in the
> > name of free speech suppression is not indicative of a damaged
> > character, I
don't
```

```
> > know what it is. Best of luck to you in managing this liability, it
> > is regretful that the admissions process can't encapsulate the
> > entire
person.
> >
> > XOXO
> >
> > HTH
> >
> > Patrick Bateman (Harvard Law School 08)
> >
> >
> > References:
> >    http://www.unc.edu/news/archives/apr04/udall042604.html
> >    http://www.highbeam.com/doc/1P2-915261.html
> >    http://abcnews.go.com/US/print?id=2912364
> >
> > _____
> > Rates near 39yr lows!  $430K Loan for $1,399/mo - Paying Too Much?
> Calculate
> > new payment
> >
>
http://www.lowermybills.com/lre/index.jsp?sourceid=lmb-9632-18226&moid=7581
> >
> >
>
>
```

# EXHIBIT 36

# AutoAdmit ™

The most prestigious law school admissions discussion board in the world.

🔄 Back  ▶ Refresh ▶ Options

**Notice to YLS faculty concerning [DOE II]**

| | | |
|---|---|---|
| 📄 This e-mail will be dispatched to the entire YLS faculty wit... | lonelyvirgin | 03/09/07 |
| ↳📄 Your moniker makes sense. | .......43.r543.3. | 03/09/07 |
| ↳📄 titcr | manonbottomofahorsewalksintowomanontopofsemiregula | 03/09/07 |
| ↳📄 some of the worst writing i've ever read. good job on the sp... | fourletters | 03/15/07 |
| ↳📄 you were expecting a sonnet from the type of person that wou... | Drexel 2L | 03/15/07 |
| ↳📄 who is "Patrick Bateman (Harvard Law School 08)" ... | blew_lacoon | 03/09/07 |
| ↳📄 Patrick Bateman went to HBS. He is the main character in Ame... | Oh Snap! | 03/09/07 |
| ↳📄 Who has the power now? | dragonslayer | 03/13/07 |
| 📄 I advise against this course of action. You will be SMOTED ... | Vista Operating System | 03/09/07 |
| ↳📄 CANCEL | hereinbefore | 03/09/07 |
| ↳📄 CANCEL! Oh noes. UNINTERRUPTEDLOOPPWN3D! | Vista Operating System | 03/09/07 |
| ↳📄 Yeah, no way I would do this sort of thing (given the attent... | KingSlender | 03/09/07 |
| 📄 Awesome. | DwyaNigger Wade | 03/09/07 |
| 📄 you have to make an inference she bugged him for horses. I w... | 45 yo man posting from Filene's basement | 03/09/07 |
| ↳📄 exactly.... | Stern & Montana lawyer | 03/09/07 |
| 📄 please don't | Disco Sucks | 03/09/07 |
| 📄 If you search for [DOE II's father] in Lexis a lot more turns up... | DorfFan2008 | 03/09/07 |
| ↳📄 Oh no you didn't. | Vista Operating System | 03/09/07 |
| ↳📄 what else shows up? | Stern & Montana lawyer | 03/09/07 |
| 📄 DUDE, DONT DO IT! | David Carr | 03/09/07 |
| 📄 This is a great idea that you are guaranteed never to regret... | Crimson Staff Writer | 03/09/07 |
| ↳📄 Clearly. Will likely lead to a Congessional medal of some... | Bodhi Tree Miracle | 03/09/07 |
| 📄 I can't see how an inflammatory e-mail to individuals with a... | Bee Tea | 03/09/07 |
| ↳📄 titcr | Indubitably | 03/09/07 |
| ↳📄 180 | -.- | 03/09/07 |
| 📄 This is the worst idea in a long series of bad ideas. I p... | Remember when I said I would kill you last? I lied | 03/09/07 |
| ↳📄 well... | Stern & Montana lawyer | 03/09/07 |
| 📄 Has it been sent yet? | DwyaNigger Wade | 03/09/07 |
| ↳📄 way more than 5 min have passed | hereinbefore | 03/09/07 |
| 📄 horribe, stupid idea | BIGWELLSFARGO | 03/09/07 |
| 📄 horribly written. that and it's a retarded idea. good work, ... | Esaias | 03/09/07 |
| 📄 Send it. This will definitely prove your manhood and make w... | r@ygold | 03/09/07 |
| 📄 Good Lord, don't do this. Really, if you want to go that ... | derkad | 03/09/07 |
| 📄 Don't do this. As several have pointed out already, it is a... | John Madden | 03/09/07 |
| 📄 Don't do it UNLESS YOU HAVE TAKEN SEVERAL PRECAUTIONS TO PRO... | atlas | 03/09/07 |
| ↳📄 or just dont do it in general. | boudoir | 03/09/07 |
| ↳📄 Credited. | Remember when I said I would kill you last? I lied | 03/09/07 |
| ↳📄 I don't intend to respond anymore, but I will tell you that ... | lonelyvirgin | 03/09/07 |
| ↳📄 AIDINGANDABETTINGLIABILITYPWN3D!!!! "Date: March 9th... | Edgar Martinez Disciple | 03/13/07 |
| 📄 is this a contest to see who can commit the most evil act po... | loafer | 03/09/07 |
| ↳📄 It certainly seems this way. Everyone here just needs to ... | Remember when I said I would kill you last? I lied | 03/09/07 |
| ↳📄 No way. Let's keep pushing it! | Whamo | 03/09/07 |

**Date:** March 9th, 2007 2:03 PM
**Author:** lonelyvirgin

This e-mail will be dispatched to the entire YLS faculty within the next five minutes. I've assembled a spreadsheet with their addresses and every single one of them will be notified about what our darling little [DOE II] has done. I post this here as a warning to all those who would try to regulate the more antisocial posters- we have the power now.

-----------------------

Dear Yale Law faculty,

I write to you now about a very important issue that affects a non-trivial number of you. Although you undoubtedly deal with self-entitled, spoiled students on a regular basis, there's one person in particular whose history I feel you must be made aware of before problems arise.       [DOE II]    , a student in your 09 class, has a felon as a father who stole money from the World Bank to buy her horses. I kid you not, she asked her father for horses so he took money from an organization aimed at helping the poor. Just imagine how hard she must have begged him in order to commit such an odious crime. One could make the argument that her character at ten is not representative of her values as an adult, if it wasn't for the recent evidence to the contrary. She spent in excess of $150 to remove material that was in the public domain, simply because she found it offensive that it emphasized her good looks. If such reckless use of money in the name of free speech suppression is not indicative of a damaged character, I don't know what it is. Best of luck to you in managing this liability, it is regretful that the admissions process can't encapsulate the entire person.

XOXO

HTH

Patrick Bateman (Harvard Law School 08)

References:

http://www.unc.edu/news/archives/apr04/udall042604.html

http://www.highbeam.com/doc/1P2-915261.html

http://abcnews.go.com/US/print?id=2912364


(http://www.autoadmit.com/thread.php?thread_id=592608&forum_id=2#7729592)

---

🖉 Top   🖉 Previous   🖉 Next   🖉 Reply

**Date:** March 9th, 2007 2:07 PM
**Author:** .......43.r543.3.

Your moniker makes sense.

(http://www.autoadmit.com/thread.php?thread_id=592608&forum_id=2#7729612)

# EXHIBIT 37

\



**AutoAdmit** ™   *The most prestigious law school admissions discussion board in the world.*

⊙ Back  ▶ Refresh ▶ Options

**will I get in everywhere i apply? LOLZ**

| | | |
|---|---|---|
| 📄 Just sent this using the feedback part of their site. Gre... | t14 gunner | 04/28/07 |
| └📄 You did not... | Iman | 04/29/07 |
| └📄 no. effing. way. | @323##322 | 04/29/07 |
| 📄 bump | t14 gunner | 04/29/07 |
| 📄 That's weak. That's not enough | ...... | 04/29/07 |
| └📄 I tried d00d. Ideas? | t14 gunner | 04/29/07 |
| └📄 how about actually telling them what she has done and about ... | reminderdood | 04/29/07 |
| └📄 http://www.google.com/search?hl=en&q=Heide+iravani+stole | @323##322 | 04/29/07 |
| 📄 you need to include the allegations: that her FATHER stole m... | joe cool | 04/29/07 |

📄 Post new message in this thread

---

⊙ Top   ⊙ Next   ⊙ Reply

**Date:** April 28th, 2007 11:55 PM
**Author:** t14 gunner (   **[DOE II]**   *works at a fourth tier toilet*)

Just sent this using the feedback part of their site.

Greetings,

I want to bring your attention to some information potentially harmful to your firm's reputation. Obviously your clients do not want to be represented by someone who is not of the highest character value, which is why I believe you should know a bit more about an employee of yours.

I've recently discovered   **[DOE II]**   of Yale Law School is one of your summer hires. It is true that she does have a fine academic pedigree, but there is some distressing information about her readily available online. Some of what is written about her is of dubious value. Regardless, there is good reason to believe some of your clients may not be so careful in how they interpret what has been written—especially as to how it relates to the quality of your firm. Included below is a sample, but a simple Google search will return an even more extensive record.

See:

http://www.autoadmit.com/thread.php?thread_id=590907&mc=22&forum_id=2

http://www.xoxohth.com/thread.php?thread_id=622342&mc=29&forum_id=2#8022554

http://www.xoxohth.com/thread.php?thread_id=622352&mc=4&forum_id=2

I sincerely hope this helps

# EXHIBIT 38

From:   [DOE II]     < [DOE II]    @yale.edu>
Date: Mar 2, 2007 3:52 AM
Subject: follow-up
To: contact@autoadmit.com, jcohen@autoadmit.com

I noticed that two autoadmit threads about me have been removed from my google cache. If you were responsible for that, I would like to thank you. Could you please deactivate those threads altogether so that they are no longer accessible?
- http://www.autoadmit.com/thread.php?thread_id=578881&mc=69&forum_id=2
- http://rate-this-huge-breasted-cheerful-big-tit-girl-from-yls.autoadmit.com/thread.php?thread_id=572917&mc=80&forum_id=2

I would also like to request that you remove/deactivate the following thread, which still appears on google:
- http://www.xoxohth.com/thread.php?thread_id=583360&forum_id=2&PHPSESSID=27a3e7dd2ec4d1e69d7ff9ca2a28498f

Finally, there are photos of me still posted on hidebehind.com, which can be accessed through top14girls.blogspot.com. If you have control over that website, I would appreciate your removing the links.

Thanks for your assistance,

**[DOE II]**

On 2/12/07,    [DOE II]   <  [DOE II]   @yale.edu> wrote:
> Dear Mr. Ciolli and Mr. Cohen,
>
> My name is    [DOE II]   and I am a first-year student at Yale Law
> School. I understand that you are the administrators for
> autoadmit.com, and I am writing to request for a second time that you
> deactivate the following thread:
>
> http://rate-this-huge-breasted-cheerful-big-tit-girl-from-yls.autoadmi
> t.com/thread.php?thread_id=572917&mc=80&forum_id=2
>
> I had never heard of your website before a friend forwarded me this
> link, which contains humiliating and degrading commentary about my
> body. More importantly, it lists my full name and shows pictures of me
> that I never consented to have posted on the site. Since the last time
> I wrote you asking to have the page removed, it has begun appearing in
> my Google cache.
>
> As you can imagine, this has been a very painful experience for me. I
> have been unable to concentrate on my schoolwork, have been
> embarrassed to go out in public, and have even had to seek therapy. I
> can't tell you how much I would appreciate it if you would simply
> deactivate this thread and make my life go back to normal.
>
> I am a nice person and don't deserve this humiliation--it's been a
> rough enough year already.

```
>
> Thanks so much for your time.
>
> Sincerely,
>
>      [DOE II]
>
>
> On 2/2/07,        [DOE II]        <      [DOE II]      @yale.edu> wrote:
> > I am a student at Yale Law School and was dismayed to discover that
> > there is a discussion page on your site that includes pictures of me
> > and other personal information, such as my full name, my current
> > enrollment status, etc. This information was added to your site
> > without my knowledge or consent and I request that you remove it
> > immediately.
> >
> > To clarify, could you please remove the following page and all
> > photographic links:
> >
> > http://rate-this-huge-breasted-cheerful-big-tit-girl-from-yls.autoad
> > mit.com/thread.php?thread_id=572917&mc=80&forum_id=2
> >
> > Please write to confirm that this page has been taken down.
> >
> > Thank you.
> >
> > Sincerely,
> >
> >      [DOE II]
> >
>
```

# EXHIBIT 39

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊜ Back  ▶Refresh ▶Options

Stop spamming my school inbox

| | | |
|---|---|---|
| 📄 Just got another email sent to my personal school email addr... | Great Teacher Onizuka | 02/12/07 |
| ⌐📄 On internet, GTO tough guy. IRL Anthony Ciolli little fuckin... | ...,,...,,..........,,,..,,,,,...,,........... | 02/12/07 |
| ⌐📄 GTO doesn't seem to be acting tough, he's stating a new poli... | 45 yo man posting from Filene's basement | 02/12/07 |
| ⌐📄 His \'new policy\' sounds like \'don\'t bother me if I don\'... | HatTrik | 02/12/07 |
| ⌐📄 Well, I *can't* help them. That's the whole point... rachmie... | Great Teacher Onizuka | 02/12/07 |
| ⌐📄 dood this is going to ruin xoxo | Anfernee | 02/12/07 |
| ⌐📄 penn accounts only have 35mb? will they be changing that so... | enjoythesilence | 02/12/07 |
| ⌐📄 No clue if they're changing it, but you're right, it's absol... | Great Teacher Onizuka | 02/12/07 |
| ⌐📄 Forward it to Gmail. Problem solved. | ... ... . . ... ...... , ... , ... | 02/12/07 |
| 📄 tizzag | Anfernee | 02/12/07 |
| 📄 <aciolli@law.upenn.edu> | DING! Chavez | 02/12/07 |
| ⌐📄 Pls remove this or I'll be serving you with a subpoena momen... | pauliewalnuts | 02/12/07 |
| ⌐📄 CIOLLIPWN3D! | DING! Chavez | 02/12/07 |
| ⌐📄 I'm 100% serious. | pauliewalnuts | 02/12/07 |
| ⌐📄 Me too. CIOLLIPWN3D!!! | DING! Chavez | 02/12/07 |
| ⌐📄 *cues Alanis Morrisette* | ... ... ... ... ..... ... ... ... ..... | 06/21/07 |
| ⌐📄 176 | A Horse Walks Into A Bar-Bri Course | 06/21/07 |
| 📄 would a message in a bottle also work? | ............................,,,, | 02/12/07 |
| 📄 ... | superstudyasian | 02/12/07 |
| ⌐📄 ... | cavalier302 | 02/12/07 |
| 📄 so this gets a sticky but the temporary january mail call th... | Sweep the Leg, Johnny | 02/12/07 |
| 📄 LOL. | figs | 02/12/07 |
| 📄 Anthony | briboy15 | 02/12/07 |
| ⌐📄 fuck you Leiter | Anfernee | 02/12/07 |
| ⌐📄 What are you talking about? | briboy15 | 02/12/07 |
| 📄 Can we still be AIM friends? p.s. Sorry about doing that ... | llI1l1I1l11l111 11Illl1l1ILIllll | 02/12/07 |
| ⌐📄 Yea, I IMed him a few months back about deleting a thread wi... | this is | 02/12/07 |
| 📄 the internet is for porn. e-mail is for spam. | Idiota Gigante Supreme | 02/12/07 |
| 📄 That's right. Fucking pwn them. | white girls with asian guys | 02/12/07 |
| 📄 Was it the Northwestern kids making most of the requests? Th... | Beach Body Brady | 02/12/07 |
| ⌐📄 Nope, none from Northwestern (haven't heard anything about t... | Great Teacher Onizuka | 02/12/07 |
| ⌐📄 Must've been over the thread about the huge tittied YLS stud... | sarcaschtick | 02/12/07 |
| ⌐📄 Since you guessed right, yes. In fact that particular email ... | Great Teacher Onizuka | 02/12/07 |
| ⌐📄 what kind of idiot get upset over facebook pictures being po... | sarcaschtick | 02/12/07 |
| ⌐📄 Complaining to us about the pictures is very odd given that ... | Great Teacher Onizuka | 02/12/07 |
| ⌐📄 A cute girl who posts pictures of herself on the internet, w... | 45 yo man posting from Filene's basement | 02/12/07 |
| 📄 *signs GTO up for a million online accounts* | Jimmy McNulty | 02/12/07 |
| ⌐📄 SRSLY. This is just asking for trouble. You'd think the xo... | figs | 02/12/07 |
| 📄 telephone? People call you? OHMYGOD I have to talk t... | rasquach | 02/12/07 |
| 📄 wow a 35 meg quota??? w hat is this, 1999? | Dr. Marty Lipton King, Jr. | 02/12/07 |
| ⌐📄 I think this is his way of asking for a Gmail invite. | Your Top Choice Law School | 02/12/07 |
| ⌐📄 are you stupid? in 1999, the usual quota was 2-6 mb. | SonicYouth | 02/12/07 |

| | | |
|---|---|---|
| GTO doesn't get enough gratitude for running this site, ya'l... | Great Speedway Talladega | 02/12/07 |
| ⤷ titcr | Henryetta Egg | 02/13/07 |
| Inbox Quota is 45 MB, not 35 MB. Check LawKeyTools, ... | DiscoStu | 02/12/07 |
| ⤷ Odd, guess they raised it. | Great Teacher Onizuka | 02/12/07 |
| ⤷ Further proof that the powers that be read this board. I kno... | DiscoStu | 02/12/07 |
| lolz. why should this be such a big concern? is it really ... | David Krieg | 02/12/07 |
| ⤷ If it was from someone he talks to saying "Dude, check ... | this is | 02/12/07 |
| ⤷ titcr | Great Teacher Onizuka | 02/12/07 |
| ⤷ are you forgetting: 1) he's a businessman 2) it's busines... | SonicYouth | 02/12/07 |
| ⤷ ... | ——— | 02/13/07 |
| Very interesting. | [DOE I] got a 157 LSAT | 06/21/07 |
| ⤷ Yes. It supports what he is saying now. Date: February 12... | ... .... .... ..... ..... ..... .... ..... | 06/21/07 |
| I guess using laughably trivial justifications to be a compl... | carry on my wayward son | 06/21/07 |

Post new message in this thread

---

Top    Next    Reply

**Date:** February 12th, 2007 12:31 PM
**Author:** Great Teacher Onizuka

Just got another email sent to my personal school email address asking that some thread be deleted. This is the fourth time this has happened in the past week or so, and it's starting to get really annoying.

You see that email address listed on the right of the main page, right under the text "Email Us"? Well, in case you haven't figured it out, THAT'S THE EMAIL TO SEND COMPLAINTS TO.

In other words:

-- Do not send stuff to my personal (non-business) email address. There are many reasons my school email isn't listed anywhere on this site (35 meg quota, violation of school ITS policy to use school email business purposes, etc.). If I wanted you to email me about something related to xo at my school email address, I would have given you my school email address.

-- Do not send stuff to my personal AutoAdmit address, since at best all I'm going to do is forward it to the contact account so rachmiel can look it over.

-- Do not send stuff to rachmiel's personal (non-business) email address.

-- Do not contact me via AIM, telephone, or other means asking me to delete a thread or remove something, *especially* if I have no idea who you are and have never spoken to you in my entire life.

-- Do not contact rachmiel via AIM, telephone, or other means.

-- The same goes for CCs. If you emailed contact@autoadmit.com, CCing the email to my personal address, rachmiel's personal address, etc. is just going to piss us off.

I'm not sure what's caused this sudden onslaught of people sending stuff to my personal address, but I am *this close* to just taking every xo-related complaint that's sent to my personal email address and posting it on this thread.

So, in conclusion, if you want to contact us, email us at the contact email, and ONLY the contact email.

Thank you.

(http://www.autoadmit.com/thread.php?thread_id=579219&forum_id=2#7589840)

---

⊛Top  ⊛Previous  ⊛Next  ⊛Reply

**Date:** February 12th, 2007 1:00 PM
**Author:** ....,,,.....,.......,,..,..,,,,.,,.......,......

On internet, GTO tough guy. IRL Anthony Ciolli little fucking pussy.

Live IRL.

(http://www.autoadmit.com/thread.php?thread_id=579219&forum_id=2#7589996)

---

⊛Top  ⊛Previous  ⊛Next  ⊛Reply

**Date:** February 12th, 2007 2:08 PM
**Author:** 45 yo man posting from Filene's basement

GTO doesn't seem to be acting tough. he's stating a new policy for ppl who message him about the board at his personal school email.

(http://www.autoadmit.com/thread.php?thread_id=579219&forum_id=2#7590318)

---

⊛Top  ⊛Previous  ⊛Next  ⊛Reply

**Date:** February 12th, 2007 7:49 PM
**Author:** HatTrik

His \'new policy\' sounds like \'don\'t bother me if I don\'t know you, I\'ll only help out my internet friends\'

(http://www.autoadmit.com/thread.php?thread_id=579219&forum_id=2#7592014)

---

⊛Top  ⊛Previous  ⊛Next  ⊛Reply

**Date:** February 12th, 2007 7:54 PM
**Author:** Great Teacher Onizuka

Well, I *can't* help them. That's the whole point... rachmiel is the point person for all the stuff these people are complaining about, not me. Emailing me serves no purpose except to waste my time.

(http://www.autoadmit.com/thread.php?thread_id=579219&forum_id=2#7592041)