# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909(CFD) |
|       Plaintiffs, | |
| v. | |
| Individuals, whose true names are unknown, using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | |
|       Defendants. | |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

On January 24, 2008, plaintiffs in the above-captioned action filed a motion for expedited discovery. The court, having reviewed and considered the moving papers, and good cause appearing, it is hereby ordered:

Plaintiffs' Motion For Expedited Discovery Is Hereby GRANTED. Plaintiffs may conduct formal discovery for the purpose of identifying defendants in this action.

 Dated:                                                                                                                              _____

                                                                                                                                _____

                                                                                                     The Honorable Christopher F. Droney