# EXHIBIT 2

# AutoAdmit ™

The most prestigious *law school admissions discussion* board in the world.

◯ Back ▸Refresh ▸Options

The *first name* of Doe II

**Women named Jill and ▮▮ should be raped.**

| | | |
|---|---|---|
| 📄 ... | AK47 | 06/17/07 |

📄 Post new message in this thread

◉ Top   ◉ Reply

**Date:** June 17th, 2007 4:50 PM
**Author:** AK47

(http://www.autoadmit.com/thread.php?thread_id=646214&forum_id=2#8266805)