# EXHIBIT 3

Web   Images   Maps   News   Shopping   Gmail   more ▼                    Sign in

# Google

ryan mariner                             Search | Advanced Search
                                                  Preferences

**Web**                              Results **1 - 10** of about **296,000** for **ryan mariner**. (0.24 seconds)

### AutoAdmit.com - calling ryan mariner a dirty snitching nigger is ...
calling **ryan mariner** a dirty snitching nigger is immature. so stop doing it. how would
you like it if people said that ... my shitty acapella group ruins ...
www.autoadmit.com/thread.php?thread_id=757918&mc=2&forum_id=2 - 6k -
Cached - Similar pages

### AutoAdmit.com - Ryan Mariner - taking qs
**Ryan Mariner** - taking qs. Ask away. Ryan_Mariner, 01/25/08 ... I decline the answer
because I, **Ryan Mariner**, don't want to ... Ryan_Mariner, 01/25/08 ...
www.autoadmit.com/thread.php?thread_id=753128&mc=5&forum_id=2 - 11k -
Cached - Similar pages
More results from www.autoadmit.com »

### AutoAdmit.com - Is Ryan Mariner really a dirty snitching nigger?
Is **Ryan Mariner** really a dirty snitching nigger? ... NYC4TTT, 02/02/08. *waits for
lawsuits. nyuug, 02/02/08 ... NYC4TTT, 02/02/08 ...
www.xoxohth.com/thread.php?thread_id=757907&mc=4&forum_id=2 - 8k -
Cached - Similar pages

### AutoAdmit.com - What made Ryan Mariner decide to be a dirty ...
What made **Ryan Mariner** decide to be a dirty snitching nigger? ... hizzle hizzle,
02/02/08 ... hizzle hizzle, 02/02/08 ... !UR DA BEST AROUND, NOTHING GONNA ...
www.xoxohth.com/thread.php?thread_id=757912&mc=3&forum_id=2 - 7k -
Cached - Similar pages
More results from www.xoxohth.com »

### [PDF] White Bear Lake resident, Judy Ryan, taught in North St. Paul's ...
File Format: PDF/Adobe Acrobat - View as HTML
Initial contributors to the **Ryan** Family Fund are. Foundation President, Dudley **Ryan**
(**Mariner** High School, Class of 1974), and his ...
www.whitebear.k12.mn.us/district/PDFs/WBLAEF_ArtFund_2006.pdf - Similar pages

### VersionTracker
The intermittent save issue discovered in 3.6.1 was corrected in 3.6.2. Give it a shot!
Thanks! Logan **Ryan** Marketing **Mariner** Software [alert admin] ...
www.versiontracker.com/users/mktg@mariner - 42k - Cached - Similar pages

### Triathlantic Association
**Ryan Mariner** 10 25:56 18. Adam Forgione 8 25:57 19. David Ryden 14 26:48 20.
Todd Anderson 11 27:27 21. **Ryan** Condon 9 27:29 22. David Black 9 27:53 23. ...
www.triath.com/results/results-921011.asp - 12k - Cached - Similar pages

### TidBITS - Logan Ryan - Mariner Software
Logan **Ryan** - **Mariner** Software - Guest User. Most recent posts: Logan **Ryan** -
**Mariner** Software. **Mariner** Software Releases StoryMill - 06:21am Jan 23, ...
www.tidbits.com/webx?224@@30d0b753@.3cbc8a90 - 4k - Cached - Similar pages

### Jonathan Ryan - Justia Blawg Search
who allegedly has information, **Ryan Mariner**. As Jonathan Zittrain, professor of
internet governance and regulation at the University of Oxford, ...
blawgsearch.justia.com/search.aspx?q=Jonathan+**Ryan** - 38k -
Cached - Similar pages

### Ryan Mariner <razzmar3>
its **ryan mariner**! ahh. u ok? u still with A-m? tell her i miss her =] x. 33 weeks ago.
Mia Chappell Hiii **Ryan**, We Hope Your Wicky! ..Mia And Carly x x ...
www.bebo.com/Profile.jsp?MemberId=8202017 - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

[ryan mariner]    Search

**Search within results** | **Language Tools** | **Search Tips** | **Dissatisfied? Help us improve** | **Try Google Experimental**

©2008 Google - **Google Home** - **Advertising Programs** - **Business Solutions** - **About Google**