## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOE I and DOE II,<br>      Plaintiffs, | : | |
| VS. | : | Civil Action No.: 3:07CV00909(CFD) |
| UNKNOWN INDIVIDUALS,<br>      Defendants. | : | MARCH 5, 2008 |

## MOTION TO SUBSTITUTE NAME OF DEFENDANT

Plantiffs move to substitute the name "Joe1 Sche 1 lhammer" for the defendant currently named "Joel Schellhammer".

The current name is the pseudonym of one of the defendants in the above-captioned matter. *See* Plaintiffs' Am. Compl. at Caption, ¶ 56 (Nov. 9, 2007). But it is also the true name of an innocent third party with no connection to this case. That individual indicates that the use of his name as a pseudonym has resulted in Google linking his name to this case, which, plaintiffs agree with Mr. Schellhammer, is unfortunate and should be avoided if possible since Mr. Schellhammer himself has no connection whatever to this case

Plaintiffs seek to substitute the name of this defendant on all pleadings, such that plaintiffs would re-file the relevant pleadings with the substituted name to avoid further harm to the actual Mr. Schellhammer.  Such a substitution does not prejudice the defendants in any way, since it does not change the substance of the plaintiffs' allegations or the actual identities of the defendants - but it would respond the legitimate concerns of the real Mr. Schellhammer.

THE PLAINTIFFS

By _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com
Their Attorney

## CERTIFICATION OF SERVICE

The addresses of all the defendants is unknown.

_____
David N. Rosen

2