UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOE I and DOE II,                      Case No. 3:07CV00909 (CFD)

         Plaintiffs,

v.                                              MARCH 7, 2008

Unknown Individuals,

         Defendants.

## MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT

Plaintiffs move the Court to allow them an additional 45 days to serve their First Amended Complaint which was filed with the Court on November 8, 2007. The basis of this motion is as follows:

1. As the Court is aware, this case involves claims by plaintiffs that the defendants took advantage of the anonymity provided by an Internet website to publish vile, defamatory and otherwise tortious content regarding them.

2. Plaintiffs' ability to proceed in this case has been hampered by defendants' anonymity. In order to uncover the identities of the defendants, propound discovery on them, and proceed with the action, plaintiffs sought the Court's permission to conduct limited, formal discovery in advance of a Fed. R. Civ. P. 26(f) conference on January 24, 2008. On January 29, 2008, this Court granted plaintiffs' motion.

3. Since the Court's Order, plaintiffs have been diligently propounding discovery to various entities throughout the country for information relating to the identification of the defendants in this matter. This discovery effort has involved, *inter alia*, sending subpoenas to Internet service providers and conducting depositions where necessary.

5. While plaintiffs have uncovered identifying information that relates to some

defendants through their efforts, they need additional time to complete their investigation with regard to these defendants and to confirm their identities before naming them. Plaintiffs also need this additional time because certain third party entities with identifying information have yet to respond to plaintiffs' subpoenas.

6. Additionally, plaintiffs' discovery effort is being challenged by at least one defendant. As the Court is aware, one of plaintiffs' subpoenas is the subject of a motion to quash before this Court brought by a defendant who calls himself "AK47." While plaintiffs believe that the motion should be denied, they are currently preparing a response.

7. Under Federal Rule of Civil Procedure 4(m), plaintiffs are required to serve their amended complaint within 120 days, i.e. by March 7, 2008. For the reasons stated in this motion, plaintiffs respectfully request an additional 45 days, i.e. until April 21, to serve their complaint on defendants identified by then.

Dated: March 7, 2008                                PLAINTIFFS DOE I AND
                                                    DOE II

                                            By:    /s/ Steve Mitra_____
                                                    Mark Lemley (*pro hac vice*)
                                                    Ashok Ramani (*pro hac vice*)
                                                    Steve Mitra (*pro hac vice*)
                                                    KEKER & VAN NEST, LLP
                                                    710 Sansome Street
                                                    San Francisco, CA 94111
                                                    Telephone: (415) 391-5400
                                                    Facsimile: (415) 397-7188
                                                    Email:   MLemley@kvn.com
                                                             ARamani@kvn.com
                                                             SMitra@kvn.com

                                                    David N. Rosen
                                                    David Rosen & Associates PC
                                                    400 Orange Street
                                                    New Haven, CT 06511
                                                    Telephone: (203) 787-3513
                                                    Facsimile: (203) 789-1605
                                                    Email: drosen@davidrosenlaw.com

## CERTIFICATION OF SERVICE

The addresses of the defendants is unknown.

_____*/s/  Steve Mitra*_____
Steve Mitra