**EXHIBIT 3**

 at&t

Rhonda K. Compton         T: 210.351.5129
Legal Compliance Manager  F: 210.370.1073
AT&T Internet Services
130 E. Travis St., Rm. 3-P-01
San Antonio, TX 78205

# Fax

**To:** Steve Mitra, Esq.     **Fax:** 415.397.7188     **From:** Rhonda Compton

**To:**                       **Fax:**                 **Date:** February 7, 2008
**Re:** Civil Subpoena                                 **Pages:** 2

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

•Comments:

The information contained in this facsimile message may be confidential and/or legally privileged information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any copying, dissemination or distribution of confidential or privileged information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and we will arrange for the return of the facsimile. Thank you.

USA Proud Sponsor of the U.S. Olympic Team



Rhonda K. Compton    T: 210.351.5129
Legal Compliance Manager   F: 210.370.1073
AT&T Internet Services
130 E. Travis St., Rm. 3-P-01
San Antonio, TX 78205

February 7, 2008                    **VIA FACSIMILE: 415.397.7188**

Steve Mitra, Esq.
Keker & Van Nest, LLP
710 Sansome St.
San Francisco, CA 94111

    Re:    Civil Subpoena re: IP 75.18.198.98 /*Doe I and Doe II vs. Individuals whose true names are unknown, et al.* /In the U.S. District Court Central District of California/ Case No. Misc. District of Connecticut 07-CV-00909-CFD

Dear Mr. Mitra:

AT&T Internet Services (AT&T) (*formerly known as SBC Internet Services*) confirms its receipt of your subpoena dated February 1, 2008 and served on our registered agent February 4, 2008. This is to confirm the agreement we reached that AT&T will respond to this subpoena on February 25, 2008 in order to allow for proper customer notification and production of records.

Further, due to increased demands on AT&T resources from third parties seeking its data, AT&T is forced to require compensation for costs in responding to civil subpoenas – as allowed by rules of procedure and applicable case law. AT&T charges a flat rate of $60.00 *per search*. Depending upon the nature of the request, this fee is charged *per IP address search* and/or *per email address search*. *This fee is due and payable prior to the response date of the subpoena*. Accordingly, since you've requested records pertaining to one (1) IP address on one (1) date/time, please forward a check in the amount of $45.00 payable to "AT&T Internet Services" and mail to the address listed above. Please note that this lesser amount reflects the difference after your $15.00 check is applied.

Please call me if you have any questions.

Best regards,

*[signature]*

Rhonda Compton
Legal Compliance Manager
AT&T Internet Services – Asset Protection

USA Proud Sponsor of the U.S. Olympic Team