**EXHIBIT 5**

Dockets.Justia.com

# Rose Darling

| | |
|---|---|
| From: | Rose Darling |
| Sent: | Tuesday, February 26, 2008 3:21 PM |
| To: | |
| Subject: | Doe I and Doe II v. John Doe 21, a.k.a. AK47 |

Dear John Doe 21, a.k.a. "AK47",

We have received your letter and Memorandum in Support of Motion to Quash Plaintiff's Subpoena, dated February 22, 2008. We would like to discuss further the content of your letter. Please call me or my colleague Steve Mitra at the contact number below.

Sincerely,

Rose Darling


Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
415-391-5400 (ph)
415-397-7188 (fax)
rdarling@kvn.com

This message is intended only for the use of the individual or entity to whom it is addressed. The message is confidential and may contain attorney-client information, attorney work product or other privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the message. When complete, please delete the original message. Thank you.