**EXHIBIT 6**

 **at&t**

Rhonda K. Compton       T: 210.351.5129
Legal Compliance Manager   F: 210.370.1073
AT&T Internet Services
130 E. Travis St., Rm. 3-P-01
San Antonio, TX 78205

# Fax

| | | | |
|---|---|---|---|
| **To:** Steve Mitra, Esq. | **Fax:** 415.397.7188 | **From:** | Rhonda Compton |
| **To:** | **Fax:** | **Date:** | February 26, 2008 |
| **Re:** Civil Subpoena Response | | **Pages:** | 2 |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

•**Comments:**

The information contained in this facsimile message may be confidential and/or legally privileged information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any copying, dissemination or distribution of confidential or privileged information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and we will arrange for the return of the facsimile. Thank you.

USA
Proud Sponsor of the U.S. Olympic Team

 **at&t**

Rhonda K. Compton            T: 210.351.5129
Legal Compliance Manager     F: 210.370.1073
AT&T Internet Services
130 E. Travis St., Rm. 3-P-01
San Antonio, TX 78205

February 26, 2008

*VIA FACSIMILE: 415.397.7188*

Steve Mitra, Esq.
Keker & Van Nest, LLP
710 Sansome St.
San Francisco, CA 94111

    Re:    Civil Subpoena re: IP 75.18.198.98 /*Doe I and Doe II vs. Individuals whose true names are unknown, et al.* /In the U.S. District Court Central District of California/ Case No. Misc. District of Connecticut 07-CV-00909-CFD

Dear Mr. Mitra:

This letter shall serve as the response of SBC Internet Services (*now known as AT&T Internet Services*) (AT&T) to the above referenced subpoena.

In response to your subpoena dated February 1, 2008 and served on our registered agent February 4, 2008 below please find the basic subscriber information for this account.

*Regarding IP 75.18.198.98 on 7/18/07 at 2:54 am ET:*

    **CUSTOMER NAME:**
    **BILLING ADDRESS:**
    **SERVICE ADDRESS:**
    **TELEPHONE NUMBER:**
    **EMAIL ADDRESS:**

Please call me if you have any questions.

Best regards,

Rhonda Compton
Legal Compliance Manager
AT&T Internet Services – Asset Protection

USA
Proud Sponsor of the U S Olympic Team