**EXHIBIT A**

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◎ Back ▶Refresh ▶Options

**Alex Atkind, Stephen Reynolds, [DOE II] and me: GAY LOVERS**

| | | |
|---|---|---|
| 📄 ... | AK47 | 03/30/07 |
| ↳📄 Are you referring to Alex Atkind, dog torturer from Cornell? | Gears of Ibuprofen Daiquiri Onizuka | 03/30/07 |

📄 Post new message in this thread

---

◎ Top  ◎ Next  ◎ Reply

**Date:** March 30th, 2007 5:21 PM
**Author:** AK47

(http://www.autoadmit.com/thread.php?thread_id=604805&forum_id=2#7844993)

---

◎ Top  ◎ Previous  ◎ Reply

**Date:** March 30th, 2007 5:56 PM
**Author:** Gears of Ibuprofen Daiquiri Onizuka

Are you referring to Alex Atkind, dog torturer from Cornell?

(http://www.autoadmit.com/thread.php?thread_id=604805&forum_id=2#7845162)