**EXHIBIT B**

# AutoAdmit.com - Blacks have genetically low IQs. Thus AA is a waste of time.

**AutoAdmit** ™ *The most prestigious law school admissions discussion board in the world.*

◎ Back ▶ Refresh ▶ Options

## Blacks have genetically low IQs. Thus AA is a waste of time.

| Thread | Author | Date |
|---|---|---|
| 📄 you can't change genes through AA. | AK47 | 12/17/06 |
| ┗📄 anyone who thinks iq is entirely a function of genetics is r... | dookie | 12/17/06 |
| ┗📄 the genetic component is too dominant for IQ to be malleable... | AK47 | 12/17/06 |
| ┗📄 Let a Jew talk about genetics. Those big nosed ass whipes th... | A man of one word. | 12/18/06 |
| ┗📄 yeah you can, that black male can go on to fuck a chink or a... | WhitePride | 12/18/06 |
| ┗📄 you're dumber than the niggers you supposedly hate. | Cass Sunstein | 12/18/06 |
| 📄 Incorrect. Blacks perform poorly on standardized tests beca... | A horse walks into hell, dines | 12/17/06 |
| ┗📄 Shit. | not grady wilson | 12/17/06 |
| ┗📄 This is interesting. It is too bad the article is so cursor... | ()+/ | 12/17/06 |
| ┗📄 Stereotype threat is *not* a new theory. There *are* peer r... | Recreational Racist | 12/17/06 |
| ┗📄 i heard about this before; | AK47 | 12/17/06 |
| ┗📄 ugh.... | Barry "Obama" Gibson | 12/18/06 |
| ┗📄 The article states that black students who have the same SAT... | John Dorian | 12/17/06 |
| ┗📄 Most of Steele's work is misrepresented horseshit. | Barry "Obama" Gibson | 12/17/06 |
| ┗📄 he's a nigger | WhitePride | 12/18/06 |
| ┗📄 Ugh... | Barry "Obama" Gibson | 12/18/06 |
| ┗📄 why do niggers have higher iqs than their brothers in africa... | WhitePride | 12/18/06 |
| ┗📄 Well, I'm willing to give him the benefit of the doubt since... | John Dorian | 12/18/06 |
| 📄 similarly, you can't change a man's genetic predisposition t... | AK47 | 12/17/06 |
| 📄 This is stupid. Assuming you are correct that blacks are ge... | ()+/ | 12/17/06 |
| ┗📄 not when we give them AA and they end up failing because the... | AK47 | 12/17/06 |
| ┗📄 dude, its like a golf handicap. On the off chance OP's stat... | ()+/ | 12/17/06 |
| ┗📄 you're very stupid. blacks: low IQs. forcing low IQ idiots t... | AK47 | 12/17/06 |
| ┗📄 Permanent AA for blacks because they're stupider? Why don't... | ............ | 12/17/06 |
| ┗📄 no it's not. if the differences are caused by discrimination... | Jiffylube | 12/17/06 |
| 📄 feed the flame guys. feed the flame.... | Prateek73 | 12/17/06 |
| ┗📄 you make threads saying that blacks are niggers. | AK47 | 12/17/06 |
| ┗📄 its not genetic. let me make up a test and include in it ev... | The Flame : Straight outta Compton | 12/17/06 |
| ┗📄 But IQ is correlated to life success. | A horse walks into hell, dines | 12/17/06 |
| ┗📄 embracing american culture, or its thinking, or in otherword... | The Flame : Straight outta Compton | 12/17/06 |

AutoAdmit.com - Blacks have genetically low IQs. Thus AA is a waste of time.

| | | |
|---|---|---|
| ↳🗎 hey why do they even do that? lumping in hispanics with whit... | A black man's huge, veiny, angry, violent penis. | 12/18/06 |
| ↳🗎 Hispanic just means "spanish-speaking" or "f... | NYIvy2009 | 12/18/06 |
| ↳🗎 it's not that easy to separate them, is the point i was tryi... | A black man's huge, veiny, angry, violent penis. | 12/18/06 |
| ↳🗎 Well, you obviously can't lump them in wholesale with whites... | NYIvy2009 | 12/18/06 |
| ↳🗎 "But at the same time, you can't pretend that "his... | A black man's huge, veiny, angry, violent penis. | 12/18/06 |
| ↳🗎 Yeah, I know. It's often separated out (often they say, &quo... | NYIvy2009 | 12/18/06 |
| ↳🗎 ince race is mostly just a BS social construction anyway, it... | Barry "Obama" Gibson | 12/18/06 |
| ↳🗎 no. obviously, most of the characteristics we associate w... | NYIvy2009 | 12/18/06 |
| ↳🗎 fair enough. the issue is just really complicated. i've neve... | A black man's huge, veiny, angry, violent penis. | 12/18/06 |
| ↳🗎 WHITE PRIDE | Cass Sunstein | 12/18/06 |
| 🗎 blacks are anthropoids | WhitePride | 12/18/06 |
| 🗎 How important is this 'g' factor from the studies though? I... | ADVSKR | 12/18/06 |
| 🗎 such a racist thread. | A black man's huge, veiny, angry, violent penis. | 12/18/06 |
| 🗎 as a black man, my opinion on this subject is that, | Esaias | 12/18/06 |

🗎 Post new message in this thread

⬆Top   ⬇Next   💬Reply

**Date: December 17th, 2006 6:31 PM**
**Author: AK47**

you can't change genes through AA.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244084)

⬆Top   ⬅Previous   ⬇Next   💬Reply

**Date: December 17th, 2006 6:36 PM**
**Author: dookie**

anyone who thinks iq is entirely a function of genetics is retarded, here's a rag to wipe off the drool.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244133)

AutoAdmit.com - Blacks have genetically low IQs. Thus AA is a waste of time.

Page 8 of 103

🔹Top 🔹Previous 🔹Next 🔹Reply

**Date:** December 17th, 2006 6:37 PM
**Author:** AK47

the genetic component is too dominant for IQ to be malleable by AA.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244140)

---

🔹Top 🔹Previous 🔹Next 🔹Reply

**Date:** December 18th, 2006 8:48 AM
**Author:** A man of one word.

Let a Jew talk about genetics. Those big nosed ass whipes think they have a genetic predisposition for success.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7249325)

---

🔹Top 🔹Previous 🔹Next 🔹Reply

**Date:** December 18th, 2006 12:22 AM
**Author:** WhitePride

yeah you can, that black male can go on to fuck a chink or a white and produce children slightly more intelligent.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7247237)

---

🔹Top 🔹Previous 🔹Next 🔹Reply

**Date:** December 18th, 2006 12:50 AM
**Author:** Cass Sunstein

you're dumber than the niggers you supposedly hate.

AutoAdmit.com - Blacks have genetically low IQs. Thus AA is a waste of time.

Page 12 of 103

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7247103)

🔹Top 🔹Previous 🔹Next 🔹Reply

**Date:** December 18th, 2006 12:09 AM
**Author:** WhitePride

why do niggers have higher iqs than their brothers in africa?

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7247125)

🔹Top 🔹Previous 🔹Next 🔹Reply

**Date:** December 18th, 2006 11:51 AM
**Author:** John Dorian

Well, I'm willing to give him the benefit of the doubt since, as I stated, if you're going to make a comparison of this sort, you need a baseline. And since this is a relatively "new" phenomenon, it's unlikely you have an untainted source of scores from which to form the baseline. I'm just still interested in finding out what happens if we work off a baseline that isn't affected by stereotype threat.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7249816)

🔹Top 🔹Previous 🔹Next 🔹Reply

**Date:** December 17th, 2006 6:35 PM
**Author:** AK47

similarly, you can't change a man's genetic predisposition to violence by imprisoning him. the only solution is castration.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244124)

AutoAdmit.com - Blacks have genetically low IQs. Thus AA is a waste of time.

🔝 Top  ◀ Previous  ▶ Next  ↩ Reply

**Date:** December 17th, 2006 6:38 PM
**Author:** ()+/

This is stupid. Assuming you are correct that blacks are genetically predisposed to low IQs, that's even more of a justification for permanent AA.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244143)

🔝 Top  ◀ Previous  ▶ Next  ↩ Reply

**Date:** December 17th, 2006 6:39 PM
**Author:** AK47

not when we give them AA and they end up failing because they're too dumb to compete. you must be black.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244160)

🔝 Top  ◀ Previous  ▶ Next  ↩ Reply

**Date:** December 17th, 2006 6:39 PM
**Author:** ()+/

dude, its like a golf handicap. On the off chance OP's statement about genetic IQ has some merit, then AA is justified to ALLOW blacks to compete.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244167)

🔝 Top  ◀ Previous  ▶ Next  ↩ Reply

**Date:** December 17th, 2006 6:41 PM
**Author:** AK47

AutoAdmit - Blacks have genetically low IQs. Thus AA is a waste of time.

Page 14 of 103

you're very stupid. blacks: low IQs. forcing low IQ idiots to compete with high IQ people sets up the low IQ idiots for FAILURE. COMPETE =/= FAIL. get it? dumb black.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244188)

---

🔼 Top    ◀ Previous    ▶ Next    💬 Reply

**Date:** December 17th, 2006 7:42 PM
**Author:** ,·· ,,,· ·· · , , , , ,,,,,,

Permanent AA for blacks because they're stupider? Why don't we give permanent AA for stupid people then? You know, to level the playing field?

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244683)

---

🔼 Top    ◀ Previous    ▶ Next    💬 Reply

**Date:** December 17th, 2006 10:23 PM
**Author:** Jiffylube

no it's not. if the differences are caused by discrimination, then aa could help narrow the gap. if the differences are caused by genetics, we just have to accept that blacks will never be equal.

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7245995)

---

🔼 Top    ◀ Previous    ▶ Next    💬 Reply

**Date:** December 17th, 2006 6:40 PM
**Author:** Prateek73

feed the flame guys, feed the flame....

(http://www.autoadmit.com/thread.php?thread_id=547943&forum_id=2#7244179)