**EXHIBIT C**

# AutoAdmit

*The most prestigious law school admissions discussion board in the world.*

◯ Back ▶ Refresh ▶ Options

**Blind grading is racist....**

| Thread | Author | Date |
|---|---|---|
| that was a flame along the lines of Internet Badass right? ... | Spicoli | 05/18/04 |
| ┗ no, that was Okay... She believes it. | Cork Soaker | 05/18/04 |
| ┗ yeah clearly. I figured it was a flame. Oh well. | Spicoli | 05/18/04 |
| ┗ No, that was not a statement made by IB. That was a statemen... | &# | 05/18/04 |
| ┗ Could you explain further? | lil_chic | 05/18/04 |
| ┗ disparate impact = racism? | Ed Harris beats his wife | 05/18/04 |
| ┗ No, I highly doubt that's what she's talking about. | lil_chic | 05/18/04 |
| ┗ you have any clue at all? | Ed Harris beats his wife | 05/18/04 |
| ┗ Exactly what would you like me to explain in further detail?... | &# | 05/18/04 |
| ┗ bump your old thread. | Ed Harris beats his wife | 05/18/04 |
| ┗ I would like you to explain this theory. You've said a few ... | lil_chic | 05/18/04 |
| ┗ " if a professor wanted to use the students' blind grad... | Theaetetus | 05/18/04 |
| ┗ "More specifically, I later elaborated upon what I mean... | ...mobiusnu... | 05/18/04 |
| ┗ ... | UserAccountDeleted | 11/17/05 |
| I like how Okay was trying to defend her intelligence on tha... | HomerJSimpson | 02/02/05 |
| ┗ *YAWN* Whatever.... Please stop projecting.... Thanks. | &# | 02/02/05 |
| ┗ projecting? um no, you are a moron. plain and simple. rea... | HomerJSimpson | 02/02/05 |
| ┗ You are an idiot.... Just because you disagree with my ideas... | &# | 02/02/05 |
| ┗ your opinion here is moronic. There is no way blind grad... | HomerJSimpson | 02/02/05 |
| ┗ What thread is it in? | you | 02/02/05 |
| ┗ It was a thread on the old PR.... | &# | 02/02/05 |
| ┗ Anybody who thinks blind grading is racist is a moron. Sorr... | felix167 | 11/16/05 |
| What are the 3 dimensions of racism? | Prof. Evan-2000 (ethics, aesthetics) | 02/02/05 |
| ┗ Subconscious, unconscious, and conscious racism.... | &# | 02/02/05 |
| ┗ Is this what they're teaching kids these days? | Harrison Randall Pink | 02/02/05 |
| ┗ Not really.... I develop my own theories on race, racism, an... | &# | 02/02/05 |
| ┗ aren't you christian? | Go means red | 02/02/05 |
| ┗ Yes.... I think that I can be an independent thinker as well... | &# | 02/02/05 |
| ┗ you should seriously consider relying on the thoughts and id... | Renada Deshada | 11/16/05 |
| ┗ pwned. | ramathorne | 11/16/05 |
| It's as racist as blind admissions. | 6point5by55 | 02/02/05 |
| ... | Prof. Evan-2000 (ethics, aesthetics) | 02/14/05 |
| I do take back anything I said...... | Some Law Student | 02/14/05 |
| bumpity bump bump. | HomerJSimpson | 11/16/05 |
| I agree that blind grading is racist. How terribly racist to... | 174 | 11/16/05 |
| ┗ You need to work on your reading comprehension because you c... | &# | 11/16/05 |
| ┗ So you meant to say that blind grading is NOT racist? | felix167 | 11/16/05 |
| ┗ Look, I'm agreeing with you here. I honestly believe blind g... | 174 | 11/16/05 |
| ┗ Can anyone provide a link to the original thread where this ... | Ex-Senator George Felix Allen | 11/16/05 |
| ┗ It is terribly racist, didn't you read my post? | 174 | 11/16/05 |
| ┗ I agree. If AA is clearly not racist, then that at least le... | Cheeeeeeese | 11/16/05 |
| ┗ I agree with you there. But I think the most pernicious barb... | 174 | 11/16/05 |

**Date:** June 24th, 2007 11:35 PM
**Author:** raccoondood

bump

(http://www.autoadmit.com/thread.php?thread_id=32406&forum_id=2#8297128)

*Top  *Previous  *Next  *Reply

**Date:** June 25th, 2007 12:05 AM
**Author:** AK47

whatever happened to felix167 and sean hannity?

(http://www.autoadmit.com/thread.php?thread_id=32406&forum_id=2#8297266)

*Top  *Previous  *Next  *Reply

**Date:** June 25th, 2007 12:06 AM
**Author:** raccoondood

felix was cool.

i assume he posts (or used to) under other monikers. like you. like me.

(http://www.autoadmit.com/thread.php?thread_id=32406&forum_id=2#8297276)

*Top  *Previous  *Next  *Reply

**Date:** June 25th, 2007 12:09 AM
**Author:** AK47

i used to post under a nigger moniker and a GTO parody moniker, but that's about it.

(http://www.autoadmit.com/thread.php?thread_id=32406&forum_id=2#8297290)

*Top  *Previous  *Reply

**Date:** February 14th, 2008 10:36 AM
**Author:** HomerJSimpson

Ah, here it is.

(http://www.autoadmit.com/thread.php?thread_id=32406&forum_id=2#9324017)