**EXHIBIT D**

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

Back ▶ Refresh ▶ Options

**MEXICANS: go back to you're country**

| Title | Author | Date |
|---|---|---|
| ... | AK47 | 05/25/07 |
|   ↳ Every time you screw up some element of grammar, it hurts yo... | The Next W.H. Taft (AIM: WillyTaft) | 05/25/07 |
|     ↳ This proves OP fucks Kaavya in the ass. | Cherrywood | 05/25/07 |
|       ↳ titcr | Kaavya Viswanathan, author | 05/25/07 |
|     ↳ wtf do u expect from Black Jews? | foreverTTT | 05/26/07 |
| Go back to you are country!!! | The Flame : Straight outta Compton | 05/25/07 |
|   ↳ NO YOU ARE COUNTRY | SellOut | 05/25/07 |
|     ↳ NO YOU ARE COUNTRY!!! | Kaavya Viswanathan, author | 05/25/07 |
|       ↳ stfu | SellOut | 05/25/07 |
|         ↳ your stupid. you stfu. | res judicaca | 05/28/07 |
| hahaha you totally pwned yourself on this one buddy | Plugz | 05/25/07 |
| oh, xoxo... the standards you set for prestige... | Trovador | 05/25/07 |
| THIS IS WE ARE COUNTRY! | Kaavya Viswanathan, author | 05/25/07 |
|   ↳ ¡¡¡ESTE ES NOSOTROS SOMOS PAÍS!!! | baac | 05/27/07 |
| seriously, we criticize them for living here for 10 years an... | SellOut | 05/25/07 |
| your such a moron | askwejkodi | 05/25/07 |
|   ↳ nice. | Kaavya Viswanathan, author | 05/25/07 |
| wow, wtf DUDE? (yeah, that's right...no more 'dood' for you... | ihateyouall | 05/25/07 |
| http://www.youtube.com/v/oSb1Orv_shE | spaceship | 05/25/07 |
| i assumed the op had to have screwed up the title on purpose... | DwyaNigger Wade | 05/25/07 |
| I'm so glad you can't edit titles. | Cherrywood | 05/25/07 |
| lulz. | Rod Roddy | 05/25/07 |
| hahahhah nice. | BleachGuy | 05/25/07 |
| 180^180 self-pwnage. | SouthwesternGuy | 05/25/07 |
| LOL | MadCat : Member of Greek Chorus of Feminist Shame | 05/26/07 |
| LOL! | Kaavya Viswanathan, author | 05/26/07 |
| ROFL!!!! LOLZZZ | Madome Cunt | 05/26/07 |
| this was a true lulz moment | ILL KID | 05/26/07 |
| the best part is that he probably had all sorts of things to... | universalremote | 05/26/07 |
| he did this on purpose DUMBASSES crappyhumorrecognizingab... | YouLoveMikeHawk (say my name outloud and laugh)... | 05/26/07 |
|   ↳ given ak47's other posts, i highly doubt he's capable of suc... | DwyaNigger Wade | 05/26/07 |
|     ↳ that wasn't very subtle | Young Dumb Faggot | 05/26/07 |
|   ↳ hi AK47! | universalremote | 05/26/07 |
| This is ARE country! | Hittin' It This Second | 05/26/07 |
|   ↳ best post in this thread | Young Dumb Faggot | 05/26/07 |
| This was so funny | Cherrywood | 05/26/07 |
| ... | Haywood | 05/27/07 |
| ... | DwyaNigger Wade | 05/27/07 |
| ... | Azia Kim, Stanford '10 | 05/28/07 |
| ... | DwyaNigger Wade | 05/28/07 |
| LuLz | Azia Kim, Stanford '10 | 05/28/07 |
| Why won't the Mexicans learn are language? | Azia Kim, Stanford '10 | 05/29/07 |