EXHIBIT E

# AutoAdmit ™
*The most prestigious law school admissions discussion board in the world.*

◯ Back ▶ Refresh ▶ Options

**Anyone else happy that AK47 was added as a defendant?**

| Thread | Author | Date |
|---|---|---|
| ... | Donald Anselmi | 11/09/07 |
| not only him but aznazn as well. maybe those two fucktard... | ............,............,............ | 11/09/07 |
| stfu, whokebe | SonicYouth | 11/09/07 |
| cosign. i was thinking that this lawsuit might be the bes... | Beta795 | 11/09/07 |
| Azn was added? Under which of his monikers? Edit: nm I see i... | Donald Anselmi | 11/09/07 |
| if he gets outted he is totally fucked for life. that is, i... | smart child of poors taking your job | 11/09/07 |
| true. my life totally sucks and I am a total TTT loser, but ... | weatherdood | 11/09/07 |
| i find it hard to believe that he's not a fat shut in since ... | smart child of poors taking your job | 11/09/07 |
| Not really. Why would I be? He's obviously over-the-top ... | Tom Guycot | 11/09/07 |
| We know you're AK47. | Donald Anselmi | 11/09/07 |
| Please list the things that the person behind AK47 has done ... | Tom Guycot | 11/09/07 |
| look at the complaint, douche | ............,............,............ | 11/09/07 |
| WTF? He is going to get pwn3d hard and I am looking forward ... | Freddy | 11/09/07 |
| If he really is a BIGLAW attorney, he's screwed. If he gets ... | Freddy | 11/09/07 |
| of course he's not really a BIGLAW attorney, he's probably n... | I do not condone online harassment | 11/09/07 |
| TCR | Donald Anselmi | 11/09/07 |
| Still, it is not looking good for him, whatever the scenario... | Freddy | 11/09/07 |
| no, he was clearly studying for the bar exam last summer. | weatherdood | 11/09/07 |
| alright, well maybe he's an underemployed TTT attorney | smart child of poors taking your job | 11/09/07 |
| what did AK47 ever do to anybody? | xboxdood | 11/09/07 |
| Shitting bricks yet whokebe? | IPromoteLawsuitSpeculation | 11/09/07 |
| lol | Donald Anselmi | 11/09/07 |
| his posts are awful, and his constant ripping of T15-T25 law... | I do not condone online harassment | 11/09/07 |
| in his defense, t15-t25 law schools are absolutely wretched. | xboxdood | 11/09/07 |
| only people who are actualy BIGLAW attorneys have a right to... | I do not condone online harassment | 11/09/07 |
| Let's not forget the rampant racism. | Freddy | 11/09/07 |
| credited | I do not condone online harassment | 11/09/07 |
| link? | xboxdood | 11/09/07 |
| shut up | I do not condone online harassment | 11/09/07 |
| cool | xboxdood | 11/09/07 |
| lol | smart child of poors taking your job | 11/09/07 |
| no, i don't want to see anyone's life ruined other than the ... | Towering Inferno | 11/09/07 |
| This is correct. That was some habitual fucking line-steppin... | Tom Guycot | 11/09/07 |
| you think it's "shtick"? the guy is a genuinely ps... | ............,............,............ | 11/09/07 |
| Okay. I disagree. I view it as pretty clear schtick, but if ... | Tom Guycot | 11/09/07 |
| even if true, he doesn't deserve to be pwned for life just b... | Towering Inferno | 11/09/07 |
| dude should be accountable for what he posts. if tying his ... | Beta795 | 11/09/07 |
| TITCR. Adults have to take responsibility for their actions.... | Freddy | 11/09/07 |
| I don't really agree with this. Most people don't want what... | *Blue Smoke* | 11/09/07 |
| You are an idiot if you believe this. Posting material on th... | Freddy | 11/09/07 |
| When people post things on xoxo, they don't REALLY expect it... | *Blue Smoke* | 11/09/07 |
| What they expect and what they should reasonably expect are ... | Freddy | 11/09/07 |

| | | |
|---|---|---|
| ┗ cr | ObserverQ | 11/09/07 |
| ┗ we're going to have to agree to disagree on this one. maybe... | Beta795 | 11/09/07 |
| ┗ Anyone who thinks the way this guy does is NOT harmless. ... | Freddy | 11/09/07 |
| ┗ you must be joking dude. tons of people live double lives on... | Towering Inferno | 11/09/07 |
| ┗ link? | Freddy | 11/09/07 |
| ┗ it doesn't matter if the guy couldn't squish an ant. anyone... | Beta795 | 11/09/07 |
| ┗ Yes | Freddy | 11/09/07 |
| ┗ i don't know if he should have to pay punitive damages or ev... | Beta795 | 11/09/07 |
| ┗ what antics? posting racist things on the internet? | Towering Inferno | 11/09/07 |
| ┗ the volume and hatefulness (is that a word?) of his posts, y... | Beta795 | 11/09/07 |
| ┗ Exactly. | Freddy | 11/09/07 |
| ┗ I agree. I detest racism in all its forms. Racists should ... | SonicYouth | 11/09/07 |
| ┗ some things that are inappropriate IRL are tolerated on the ... | Towering Inferno | 11/09/07 |
| ┗ So I guess a comment like that made by Trustafarian should b... | Freddy | 11/09/07 |
| ┗ Um that announced his attentions towards real people. If AK... | *Blue Smoke* | 11/09/07 |
| ┗ So when AK47 is talking about how certain groups should not ... | Freddy | 11/09/07 |
| ┗ Hi, dude who called in the bomb threat to Hastings. | Tom Guycot | 11/09/07 |
| ┗ well i think in trustafarian's case it was obviously a 100% ... | Towering Inferno | 11/09/07 |
| ┗ if his posts are not damnable then why does it matter if he ... | ObserverQ | 11/09/07 |
| ┗ because others view them as damnable | Towering Inferno | 11/09/07 |
| ┗ "others" as in the rest of society? so you recogn... | ObserverQ | 11/09/07 |
| ┗ This is what I don't get. Posting on the internet implies an... | Freddy | 11/09/07 |
| ┗ that's the whole point. he could say these things IRL and c... | Beta795 | 11/09/07 |
| ┗ This is what I cannot understand myself. | Freddy | 11/09/07 |
| ┗ titcq | Freddy | 11/09/07 |
| ┗ precisely | Beta795 | 11/09/07 |
| ┗ i completely disagree. some things are inappropriate in any... | Beta795 | 11/09/07 |
| ┗ So making racist posts are ok? AK47, you are screwed man. | Freddy | 11/09/07 |
| could you be sanctioned for being really, really racist on a... | PastRecollectionOfMySteezRefreshed | 11/09/07 |
| ┗ Personal reputation = destroyed | Freddy | 11/09/07 |
| ┗ nonresponsive, counselor | PastRecollectionOfMySteezRefreshed | 11/09/07 |

Post new message in this thread

---

Top   Next   Reply

Date: November 9th, 2007 12:12 PM
Author: Donald Anselmi

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873738)

---

Top   Previous   Next   Reply

Date: November 9th, 2007 12:13 PM
Author: ..........,..........,,................

not only him but aznazn as well.

maybe those two fucktards will stop posting here and this site can actually be an interesting/helpful place again.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873741)

⚫ Top ⚫ Previous ⚫ Next ⚫ Reply

**Date:** November 9th, 2007 12:13 PM
**Author:** SonicYouth (*SonicImpersonator= Rational Thought. White Guys Have Small Dicks*)

stfu, whokebe

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873742)

⚫ Top ⚫ Previous ⚫ Next ⚫ Reply

**Date:** November 9th, 2007 12:13 PM
**Author:** Beta795

cosign.

i was thinking that this lawsuit might be the best thing that ever happened to this board.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873743)

⚫ Top ⚫ Previous ⚫ Next ⚫ Reply

**Date:** November 9th, 2007 12:14 PM
**Author:** Donald Anselmi

Azn was added? Under which of his monikers? Edit: nm I see it.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873744)

⚫ Top ⚫ Previous ⚫ Next ⚫ Reply

**Date:** November 9th, 2007 12:42 PM
**Author:** smart child of poors taking your job

if he gets outted he is totally fucked for life. that is, if he isn't some fat shut in in a basement somewhere with nothing to lose.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873844)

⚫ Top ⚫ Previous ⚫ Next ⚫ Reply

**Date:** November 9th, 2007 12:49 PM
**Author:** weatherdood

true. my life totally sucks and I am a total TTT loser, but at least it wouldn't be as bad as AK47's once his name is released. He made SO many offensive, racist posts. He did take the bar exam last summer, and is likely working now.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873866)

**Date:** November 9th, 2007 12:50 PM
**Author:** smart child of poors taking your job

i find it hard to believe that he's not a fat shut in since he posts so much. but who knows, maybe he's really an angry, underemployed TTT lawyer.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873875)

**Date:** November 9th, 2007 12:18 PM
**Author:** Tom Guycot

Not really. Why would I be?

He's obviously over-the-top with whatever commentary he's trying to make regarding racism, but he's never really that mean to anyone on the site, let alone the Does.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873756)

**Date:** November 9th, 2007 12:21 PM
**Author:** Donald Anselmi

We know you're AK47.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873767)

**Date:** November 9th, 2007 12:34 PM
**Author:** Tom Guycot

Please list the things that the person behind AK47 has done that merit litigation being brought

against him and his real, IRL name and professional reputation being dragged through the mud. tyia

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873815)

⚑ Top  ⚑ Previous  ⚑ Next  ⚑ Reply

**Date:** November 9th, 2007 12:37 PM
**Author:** ..........,............,,.................

look at the complaint, douche

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873825)

⚑ Top  ⚑ Previous  ⚑ Next  ⚑ Reply

**Date:** November 9th, 2007 12:21 PM
**Author:** Freddy

WTF? He is going to get pwn3d hard and I am looking forward to it.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873774)

⚑ Top  ⚑ Previous  ⚑ Next  ⚑ Reply

**Date:** November 9th, 2007 12:18 PM
**Author:** Freddy

If he really is a BIGLAW attorney, he's screwed. If he gets outted he is ruined for life.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873758)

⚑ Top  ⚑ Previous  ⚑ Next  ⚑ Reply

**Date:** November 9th, 2007 12:19 PM
**Author:** I do not condone online harassment

of course he's not really a BIGLAW attorney, he's probably not even in law school.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873761)

⚑ Top  ⚑ Previous  ⚑ Next  ⚑ Reply

**Date:** November 9th, 2007 12:21 PM
**Author:** Donald Anselmi

TCR

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873768)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:22 PM
**Author:** Freddy

Still, it is not looking good for him, whatever the scenario.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873775)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:50 PM
**Author:** weatherdood

no, he was clearly studying for the bar exam last summer.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873872)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:51 PM
**Author:** smart child of poors taking your job

alright, well maybe he's an underemployed TTT attorney

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873886)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:20 PM
**Author:** xboxdood

what did AK47 ever do to anybody?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873765)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:20 PM
**Author:** IPromoteLawsuitSpeculation

Shitting bricks yet whokebe?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873766)

---

🔹 Top  🔹 Previous  🔹 Next  🔹 Reply

**Date:** November 9th, 2007 12:21 PM
**Author:** Donald Anselmi

lol

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873770)

---

🔹 Top  🔹 Previous  🔹 Next  🔹 Reply

**Date:** November 9th, 2007 12:22 PM
**Author:** I do not condone online harassment

his posts are awful, and his constant ripping of T15-T25 law schools is not really entertaining. I can't wait til his identity comes to light and we potentially find out he doesn't even go to law school much less have a degree from a T14.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873776)

---

🔹 Top  🔹 Previous  🔹 Next  🔹 Reply

**Date:** November 9th, 2007 12:25 PM
**Author:** xboxdood

in his defense, t15-t25 law schools are absolutely wretched.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873788)

---

🔹 Top  🔹 Previous  🔹 Next  🔹 Reply

**Date:** November 9th, 2007 12:29 PM
**Author:** I do not condone online harassment

only people who are actualy BIGLAW attorneys have a right to say this though. Not that it matters as he wont ever be one now.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873799)

---

🔹 Top  🔹 Previous  🔹 Next  🔹 Reply

**Date:** November 9th, 2007 12:27 PM
**Author:** Freddy

Let's not forget the rampant racism.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873794)

◆ Top ◆ Previous ◆ Next ◆ Reply

**Date:** November 9th, 2007 12:29 PM
**Author:** I do not condone online harassment

credited

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873800)

◆ Top ◆ Previous ◆ Next ◆ Reply

**Date:** November 9th, 2007 12:30 PM
**Author:** xboxdood

link?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873804)

◆ Top ◆ Previous ◆ Next ◆ Reply

**Date:** November 9th, 2007 12:31 PM
**Author:** I do not condone online harassment

shut up

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873807)

◆ Top ◆ Previous ◆ Next ◆ Reply

**Date:** November 9th, 2007 12:33 PM
**Author:** xboxdood

cool

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873814)

◆ Top ◆ Previous ◆ Next ◆ Reply

**Date:** November 9th, 2007 12:44 PM
**Author:** smart child of poors taking your job

lol

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873850)

---

🔹Top  🔹Previous  🔹Next  🔹Reply

**Date:** November 9th, 2007 12:23 PM
**Author:** Towering Inferno

no, i don't want to see anyone's life ruined other than the dude who sent the yls faculty email

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873781)

---

🔹Top  🔹Previous  🔹Next  🔹Reply

**Date:** November 9th, 2007 12:37 PM
**Author:** Tom Guycot

This is correct. That was some habitual fucking line-stepping.

However. Creating and running a not even remotely genuine-seeming racist schtick on an internet messageboard full of mindless racist schticks = grounds to have one's reputation ruined and incur $10,000+ punitive damages? No.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873830)

---

🔹Top  🔹Previous  🔹Next  🔹Reply

**Date:** November 9th, 2007 12:41 PM
**Author:** .........,............,,.................

you think it's "shtick"? the guy is a genuinely psychotic misanthrope.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873841)

---

🔹Top  🔹Previous  🔹Next  🔹Reply

**Date:** November 9th, 2007 12:45 PM
**Author:** Tom Guycot

Okay. I disagree. I view it as pretty clear schtick, but if you don't, I guess I see why you revile the guy so much. I definitely think there's some royally fucked up psychos associated with this site, I just don't think he's one of them.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873855)

➤ Top  ➤ Previous  ➤ Next  ➤ Reply

**Date:** November 9th, 2007 12:47 PM
**Author:** Towering Inferno

even if true, he doesn't deserve to be pwned for life just because of his posts here. i'm not saying the pwnage wouldn't bring the lulz, but the dude is probably harmless IRL

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873858)

➤ Top  ➤ Previous  ➤ Next  ➤ Reply

**Date:** November 9th, 2007 12:48 PM
**Author:** Beta795

dude should be accountable for what he posts. if tying his real identity to what he said would in fact result in him being "pwned for life" then that's what he deserves.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873865)

➤ Top  ➤ Previous  ➤ Next  ➤ Reply

**Date:** November 9th, 2007 12:50 PM
**Author:** Freddy

TITCR. Adults have to take responsibility for their actions.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873879)

➤ Top  ➤ Previous  ➤ Next  ➤ Reply

**Date:** November 9th, 2007 12:53 PM
**Author:** *Blue Smoke* (*When you turn your car on... does it return the favor?*)

I don't really agree with this. Most people don't want what they say on this board shown to their bosses, or parents or even friends/SOs possibly. I def. wouldn't. AK47 is a creep, but I don't think he deserves to have his real life ruined because he said retarded stuff on xoxo. To the best of my knowledge, he hasn't hurt anyone. Anyone who's not an idiot knows he's retarded and should be ignored. The people who actually said stuff about raping and stalking real women, and the guy who emailed that girl's professors should be ruined, not some racist loser.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873895)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 12:55 PM
**Author:** Freddy

You are an idiot if you believe this. Posting material on the public domain that is the internet leaves your material open to being read by others. Everyone knows this. If you think that there might be repercussions to something you say on the internet, then don't say it.

HTH

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873903)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 12:56 PM
**Author:** *Blue Smoke* (*When you turn your car on... does it return the favor?*)

When people post things on xoxo, they don't REALLY expect it to be connected to their IRL identities. Come on.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873908)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 1:00 PM
**Author:** Freddy

What they expect and what they should reasonably expect are not the same. Get it through your head. Internet = public domain. Anyone can see it. If you don't want to stand by a comment, then don't make it. Come on.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873920)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 1:08 PM
**Author:** ObserverQ

cr

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873947)

▸ Top  ▸ Previous  ▸ Next  ▸ Reply

**Date:** November 9th, 2007 1:00 PM
**Author:** Beta795

we're going to have to agree to disagree on this one. maybe i'm too sensitive but i hate the fact that i have to be subjected to this crap every time i'm on the board (and i know that i could stop checking in, but i apparently have an addiction). and in a way it's worse here than IRL -- if someone pulled that shit with me in person i could punch him out, but because of the anonymity factor we can't even track them down, and these cowards are free to call people whatever horrible things come to mind. yeah it's harmless in a way, but if you're going to post that kind of vile you should be held accountable IMO.

and while i would prefer that my bosses/parents/etc. don't see what i post, i for one have never posted anything that i don't believe or wouldn't stand behind IRL.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873921)

▸ Top  ▸ Previous  ▸ Next  ▸ Reply

**Date:** November 9th, 2007 12:49 PM
**Author:** Freddy

Anyone who thinks the way this guy does is NOT harmless.

Him = PWN3D

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873870)

▸ Top  ▸ Previous  ▸ Next  ▸ Reply

**Date:** November 9th, 2007 12:52 PM
**Author:** Towering Inferno

you must be joking dude. tons of people live double lives on the internet. he's probably a meek guy who would never have the balls to harm anyone irl.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873887)

▸ Top  ▸ Previous  ▸ Next  ▸ Reply

**Date:** November 9th, 2007 12:52 PM
**Author:** Freddy

link?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873889)

⁂ Top  ⁂ Previous  ⁂ Next  ⁂ Reply

**Date:** November 9th, 2007 12:55 PM
**Author:** Beta795

it doesn't matter if the guy couldn't squish an ant. anyone spews that kind of filth in a public forum should have to bear the consequences, whatever they may be. i don't believe that because it's on the internet it's any less hateful, he might not have the balls to harm anyone irl (whatever that means) but he should have the balls to stand behind his words/posts. hopefully this litigation will force him to do so.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873900)

⁂ Top  ⁂ Previous  ⁂ Next  ⁂ Reply

**Date:** November 9th, 2007 12:42 PM
**Author:** Freddy

Yes

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873846)

⁂ Top  ⁂ Previous  ⁂ Next  ⁂ Reply

**Date:** November 9th, 2007 12:45 PM
**Author:** Beta795

i don't know if he should have to pay punitive damages or even if litigation should be brought against him, but his antics are absolutely grounds for having his reputation ruined, at least in my mind.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873853)

⁂ Top  ⁂ Previous  ⁂ Next  ⁂ Reply

**Date:** November 9th, 2007 12:48 PM
**Author:** Towering Inferno

what antics? posting racist things on the internet?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873864)

📎 Top 📎 Previous 📎 Next 📎 Reply

**Date:** November 9th, 2007 12:50 PM
**Author:** Beta795

the volume and hatefulness (is that a word?) of his posts, yes. guy should be held accountable for his posts -- if it's really "not that bad," as a few of you are suggesting, then it wouldn't be the end of the world.

but the fact that you all seem to believe that revealing his identity would ruin his life makes me think that deep down you understand how terrible his schtick is.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873873)

📎 Top 📎 Previous 📎 Next 📎 Reply

**Date:** November 9th, 2007 12:51 PM
**Author:** Freddy

Exactly.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873882)

📎 Top 📎 Previous 📎 Next 📎 Reply

**Date:** November 9th, 2007 12:53 PM
**Author:** SonicYouth (*SonicImpersonator= Rational Thought. White Guys Have Small Dicks*)

I agree. I detest racism in all its forms. Racists should be held accountable.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873894)

📎 Top 📎 Previous 📎 Next 📎 Reply

**Date:** November 9th, 2007 12:55 PM
**Author:** Towering Inferno

some things that are inappropriate IRL are tolerated on the internet.

The internet is specifically where people should feel comfortable saying stupid shit anonymously.

As long as you're not targeting an individual, I don't see anything damnable

about posting stupid shit online.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873904)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:57 PM
**Author:** Freddy

So I guess a comment like that made by Trustafarian should be fine according to your logic?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873909)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:59 PM
**Author:** *Blue Smoke* (*When you turn your car on... does it return the favor?*)

Um that announced his attentions towards real people. If AK47 joked about killing blacks at HLS (or some other specific school) people would be reasonable to be worried about that.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873915)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 1:02 PM
**Author:** Freddy

So when AK47 is talking about how certain groups should not be in america and such, that is not specific to any group?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873931)

---

Top  Previous  Next  Reply

**Date:** November 9th, 2007 1:00 PM
**Author:** Tom Guycot

Hi, dude who called in the bomb threat to Hastings.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873919)

Top  Previous  Next  Reply

**Date:** November 9th, 2007 1:03 PM
**Author:** Towering Inferno

well i think in trustafarian's case it was obviously a 100% joke so, yes. OTOH, if someone posts that they plan to kill so-and-so, then no i don't think that should be protected

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873935)

Top  Previous  Next  Reply

**Date:** November 9th, 2007 12:58 PM
**Author:** ObserverQ

if his posts are not damnable then why does it matter if he is linked to them?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873911)

Top  Previous  Next  Reply

**Date:** November 9th, 2007 1:01 PM
**Author:** Towering Inferno

because others view them as damnable

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873927)

Top  Previous  Next  Reply

**Date:** November 9th, 2007 1:04 PM
**Author:** ObserverQ

"others" as in the rest of society? so you recognize that most of society views ak47's posts as terribly offensive, yet you personally don't find them offensive.

why do you believe anyone posting in a public forum has a right to anonymity?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873939)

Top  Previous  Next  Reply

**Date:** November 9th, 2007 1:06 PM
**Author:** Freddy

This is what I don't get. Posting on the internet implies an acknowledgment that you are posting on the public domain. It is no different than someone talking atop a soap box in the park.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873943)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 1:05 PM
**Author:** Beta795

that's the whole point. he could say these things IRL and claim that he doesn't find them damnable, but other people will -- that's why this shit could ruin his life. there's no reason the internet should be any different.

why do you feel it's so important to protect one's right to anonymously print hate speech in a public forum?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873941)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 1:06 PM
**Author:** Freddy

This is what I cannot understand myself.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873945)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 1:01 PM
**Author:** Freddy

titcq

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873928)

→ Top  → Previous  → Next  → Reply

**Date:** November 9th, 2007 1:03 PM

**Author:** Beta795

precisely

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873937)

*Top *Previous *Next *Reply

**Date:** November 9th, 2007 1:02 PM
**Author:** Beta795

i completely disagree. some things are inappropriate in any public forum.

you can say stupid shit anonymously but i think people should be held accountable for hateful and offensive shit.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873932)

*Top *Previous *Next *Reply

**Date:** November 9th, 2007 12:51 PM
**Author:** Freddy

So making racist posts are ok? AK47, you are screwed man.

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873885)

*Top *Previous *Next *Reply

**Date:** November 9th, 2007 1:02 PM
**Author:** PastRecollectionOfMySteezRefreshed

could you be sanctioned for being really, really racist on an online anonymous message board?

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873929)

*Top *Previous *Next *Reply

**Date:** November 9th, 2007 1:03 PM
**Author:** Freddy

Personal reputation = destroyed

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873934)

🔹Top  🔹Previous  🔹Reply

**Date:** November 9th, 2007 1:03 PM
**Author:** PastRecollectionOfMySteezRefreshed

nonresponsive, counselor

(http://www.autoadmit.com/thread.php?thread_id=714469&forum_id=2#8873936)