**EXHIBIT F**

# AutoAdmit

*The most prestigious law school admissions discussion board in the world.*

◯ Back ▶ Refresh ▶ Options

**Possible malicious prosecution claims against David Rosen.**

| | | |
|---|---|---|
| 📄 it's rather clear that rosen's "suit" is completel... | AK47 | 06/12/07 |
| ↳📄 "it's rather clear that rosen's "suit" is com... | IronMonkey | 06/12/07 |
| ↳📄 Clearly you haven't taken the bar exam. Insinuating that so... | Nutmeg Stud | 06/12/07 |
|   ↳📄 weird post. why'd you pick "bar exam" as your insu... | AK47 | 06/12/07 |
|     ↳📄 A lot of schools don't do defamation in torts, saving it for... | Nutmeg Stud | 06/12/07 |
|       ↳📄 are you suggesting that those schools don't do defamation in... | AK47 | 06/12/07 |
|         ↳📄 Actually, the First Amendment was deferred to an upperclass ... | Nutmeg Stud | 06/12/07 |
|           ↳📄 you attended a ttt. ALL good lawschools discuss defamation i... | AK47 | 06/12/07 |
|             ↳📄 I probably am stupid to forego billing at $300/hour to try t... | Nutmeg Stud | 06/12/07 |
|               ↳📄 some advice: if you're trying to appear smarter than someone... | AK47 | 06/12/07 |
| ↳📄 "In the majority of jurisdictions, the statement is act... | denuf | 06/12/07 |
|   ↳📄 In Ohio, it's called public disclosure of private facts. Ge... | Nutmeg Stud | 06/12/07 |
|     ↳📄 So one would be estopped from using truth as a defense? Or i... | Offensive Message Board | 06/12/07 |
|       ↳📄 Falsity is generally not an element when broadly disclosing ... | Nutmeg Stud | 06/12/07 |
| ↳📄 "malicious prosecution" for a civil suit. lol. YF... | and and | 06/12/07 |
|   ↳📄 wow, kill yourself right now. that, or never post under that... | AK47 | 06/12/07 |
|   ↳📄 Some states do call it malicious prosecution, even when you'... | anonlurker11 | 06/13/07 |
| ↳📄 ... | rennug | 06/13/07 |
| 📄 ... | AK47 | 06/12/07 |
| 📄 not to mention a rule 11. | AK47 | 06/12/07 |
| ↳📄 are you bald? just askin. | The Elder of Zion ® | 06/12/07 |
|   ↳📄 wtf dood no | AK47 | 06/12/07 |
|     ↳📄 ok... b/c i imagine you as a bald, angry dude. | The Elder of Zion ® | 06/12/07 |
|       ↳📄 is it the way i come off in posts? i'm short and jittery, no... | AK47 | 06/12/07 |
| 📄 Do you think the ACLU would support the posters' right to fr... | palmtree | 06/12/07 |
| ↳📄 I think cadwalader should defend them as a recruiting move | F.I.S.T. | 06/12/07 |
| ↳📄 No. This is not a governmental restriction on speech with c... | Nutmeg Stud | 06/12/07 |
| ↳📄 Here's a group that might: http://www.tjcenter.org/ Th... | Levi-Civita symbol | 06/13/07 |
| 📄 hah, emo distress. | Rod Roddy | 06/12/07 |
| 📄 the whole thing smacks of the 2 does having consistently bad... | Alpha & Omega | 06/12/07 |
| ↳📄 Some of the claims appear patently frivolous. I don't see an... | aventinus | 06/12/07 |
| ↳📄 I disagree. Far-left academics don't let the merits or subst... | Offensive Message Board | 06/12/07 |
| 📄 What I don't understand is why the complaint is so badly wri... | Two Does | 06/13/07 |
| ↳📄 West Tunisian Narratives of Feminist Struggle in Mid-century... | Doe I | 06/13/07 |
| 📄 If GTO has been looking to take out his life's frustrations ... | anonlurker11 | 06/13/07 |
| ↳📄 I wouldn't be surprised if there are email exchanges between... | Munchies | 06/13/07 |

📄 Post new message in this thread

◯ Top ◯ Next ◯ Reply

**Date:** June 12th, 2007 8:29 PM
**Author:** AK47

it's rather clear that rosen's "suit" is completely baseless. nothing the "defendants" have said or done satisfies any of the requirements for negligent or intentional infliction of emo distress, nor, obviously, does "[DOE 1] is a CGWBT" amount to actionable defamation. david rosen, a yale law professor, knows that the claims in his "complaint" are baseless and will inevitably be thrown out of court. he's bringing the suit nonetheless - and it appears that he's doing so for malicious reasons. we cannot let this stand.

(http://www.autoadmit.com/thread.php?thread_id=644338&forum_id=2#8248367)

---

Top  Previous  Next  Reply

**Date:** June 12th, 2007 8:31 PM
**Author:** IronMonkey

"it's rather clear that rosen's "suit" is completely baseless"

Certainly not w/r/t some defendants

"nothing the "defendants" have said or done satisfies any of the requirements for negligent or intentional infliction of emo distress"

I wouldn't be so sure.

"nor, obviously, does "HI is a CGWBT" amount to actionable defamation"

Hey, you finally got something right!

"david rosen, a yale law professor, knows that the claims in his "complaint" are baseless and will inevitably be thrown out of court"

Why, that almost looks like defamation right there!

(http://www.autoadmit.com/thread.php?thread_id=644338&forum_id=2#8248371)

---

Top  Previous  Next  Reply

**Date:** June 12th, 2007 11:10 PM
**Author:** Nutmeg Stud

Clearly you haven't taken the bar exam. Insinuating that someone has herpes is defamation per se. In the majority of jurisdictions, the statement is actionable even if true.

I don't know that this will survive an SMJ challenge because the (c) claims look attackable, but the defamation case isn't flimsy.

(http://www.autoadmit.com/thread.php?thread_id=644338&forum_id=2#8248947)