**EXHIBIT G**

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◎ Back ▶Refresh ▶Options

**So are we allowed to use [DOE II] 's name in threads anymore**

| | | |
|---|---|---|
| 📄 ... | AK47 | 06/12/07 |
| ↳ 📄 *gasps* | Man O' War | 06/12/07 |
| ↳ 📄 holy shit dood will they sue me too now? | AK47 | 06/12/07 |
| ↳ 📄 You could try to settle before it goes that far. Good luck, ... | Man O' War | 06/12/07 |
| ↳ 📄 My guess is yes. But I also guess that this sentence, men... | Nutmeg Stud | 06/12/07 |

📄 Post new message in this thread

---

◎ Top ◎ Next ◎ Reply

**Date:** June 12th, 2007 10:42 PM
**Author:** AK47

(http://www.autoadmit.com/thread.php?thread_id=644393&forum_id=2#8248827)

---

◎ Top ◎ Previous ◎ Next ◎ Reply

**Date:** June 12th, 2007 10:43 PM
**Author:** Man O' War

*gasps*

(http://www.autoadmit.com/thread.php?thread_id=644393&forum_id=2#8248832)

---

◎ Top ◎ Previous ◎ Next ◎ Reply

**Date:** June 12th, 2007 10:46 PM
**Author:** AK47

holy shit dood will they sue me too now?

(http://www.autoadmit.com/thread.php?thread_id=644393&forum_id=2#8248843)

---

◎ Top ◎ Previous ◎ Next ◎ Reply

**Date:** June 12th, 2007 10:48 PM
**Author:** Man O' War

You could try to settle before it goes that far. Good luck, d00d.

(http://www.autoadmit.com/thread.php?thread_id=644393&forum_id=2#8248855)

---

⚫ Top   ⚫ Previous   ⚫ Reply

**Date:** June 12th, 2007 11:05 PM
**Author:** Nutmeg Stud

My guess is yes.

But I also guess that this sentence, mentioning Shaheen Haji's, will be modpwn3d in about three minutes.

(http://www.autoadmit.com/thread.php?thread_id=644393&forum_id=2#8248931)