**EXHIBIT  H**

Dockets.Justia.com

\

# AutoAdmit ™   *The most prestigious law school admissions discussion board in the world.*

⚙ Back  ▶ **Refresh** ▶ **Options**

**Women named Jill and** [DOE II] **should be raped.**

📄 AAA                              AK47                         06/17/07

📄 Post new message in this thread

---

⚓ Top   ⚙ Reply

**Date:** June 17th, 2007 4:50 PM
**Author:** AK47

(http://www.autoadmit.com/thread.php?thread_id=646214&forum_id=2#8266805)