Doe 1 et al v. Ciolli et al

Doc. 31 Att. 9

**EXHIBIT I**

Dockets.Justia.com

\



The most prestigious *law school admissions discussion* board in the world.

⚙ Back ▶Refresh ▶Options

**How many cocks did [DOE II] suck for this?**

| 📄 When she's not dealing with angry managers, Heide is worried... | :D | 03/04/07 |
| ↳📄 I wonder if she sucks Al Gore cock | Ari Gold | 03/04/07 |

📄 Post new message in this thread

---

⚙Top ⚙Next ⚙Reply

**Date:** March 4th, 2007 7:27 PM
**Author:** :D (*Hillary vs. Jeb '08*)

When she's not dealing with angry managers, [DOE II] is worried that gases, like carbon monoxide, are warming up the earth's atmosphere. [DOE II] helped organize a group of 227 US college students (she was the only high school student) and they headed to Netherlands for the United Nations' global warming conference last November. It wouldn't have been hard to spot her group. They were decked out in Americans flags in protest of America's contribution to global warming.

http://www.kidzworld.com/article/4207-volunteer-fearless-eco-leader

(http://www.autoadmit.com/thread.php?thread_id=590066&forum_id=2#7708328)

---

⚙Top ⚙Previous ⚙Reply

**Date:** March 4th, 2007 7:28 PM
**Author:** Ari Gold

I wonder if she sucks Al Gore cock

(http://www.autoadmit.com/thread.php?thread_id=590066&forum_id=2#7708330)