Doe 1 et al v. Ciolli et al

**EXHIBIT J**

Dockets.Justia.com



The most prestigious <u>law school admissions discussion</u> board in the world.

Back ▶Refresh ▶Options

**PSA: LISTEN TO CGWBT[DOE II]'S MESSAGE FOR YOU NOW**
[DOE II]

| | | |
|---|---|---|
| stress from school? beautiful i     was featured in the P... | playboytroll | 04/09/07 |
| PLAYBOY time! | playboytroll | 04/09/07 |
| http://www.playboy.com/girls/celebrities/features/criesofpas... | Paulie Walnuts (retired) | 04/09/07 |
| PLAYBOY always has the best definition of cgwbt! | playboytroll | 04/10/07 |
| PLAYBOY! | playboytroll | 04/10/07 |
| i like her name http://www.playboy.com/girls/coeds/cotm/ | drxxx | 04/10/07 |
| that is probably her PLAYBOY name. they are very clever abo... | playboytroll | 04/10/07 |

Post new message in this thread

Top   Next   Reply

**Date:** April 9th, 2007 9:46 AM
**Author:** playboytroll

stress from school?

beautiful [DOE II] was featured in the PLAYBOY special!

http://www.playboy.com/girls/celebrities/features/criesofpassion2/popup_frameset.html

unfortunately can no longer find full audio but if anyone does find it, please post and tytytyia for PLAYBOY!

(http://www.autoadmit.com/thread.php?thread_id=610132&forum_id=2#7899812)

Top   Previous   Next   Reply

**Date:** April 9th, 2007 9:42 PM
**Author:** playboytroll

PLAYBOY time!

(http://www.autoadmit.com/thread.php?thread_id=610132&forum_id=2#7903558)

Top   Previous   Next   Reply

**Date:** April 9th, 2007 11:29 PM
**Author:** Paulie Walnuts (retired)