**EXHIBIT K**

\

## AutoAdmit ™

The most prestigious *law school admissions discussion* board in the world.

○ Back ▶ Refresh ▶ Options

**[DOE II] the CGWBT sucked my cock for an P in Civ pro**

| | | |
|---|---|---|
| and she sucked so I gave her an LP | Dean_Harold_Koh | 04/10/07 |
| └ I thought suckig was the point? god, I need to go to slee... | Special Agent Penguin | 04/13/07 |
| ... | c0ckbumper | 04/13/07 |
| ... | don imus | 04/13/07 |

Post new message in this thread

---

◎ Top   ◎ Next   ◎ Reply

**Date:** April 10th, 2007 9:46 PM
**Author:** Dean_Harold_Koh

and she sucked so I gave her an LP

(http://www.autoadmit.com/thread.php?thread_id=611022&forum_id=2#7909744)

---

◎ Top   ◎ Previous   ◎ Next   ◎ Reply

**Date:** April 13th, 2007 2:12 AM
**Author:** Special Agent Penguin

I thought suckig was the point?

god, I need to go to sleep. Iam REALLY embarassed right now.

(http://www.autoadmit.com/thread.php?thread_id=611022&forum_id=2#7923308)

---

◎ Top   ◎ Previous   ◎ Next   ◎ Reply

**Date:** April 13th, 2007 2:11 AM
**Author:** c0ckbumper

(http://www.autoadmit.com/thread.php?thread_id=611022&forum_id=2#7923298)

---