**EXHIBIT L**

Dockets.Justia.com

\



*The most prestigious law school admissions discussion board in the world.*

◎ Back ►Refresh ►Options

**more fucked: trustafarian, GTO or [DOE II]?**

| | | |
|---|---|---|
| ?? | WGWASTFU | 05/04/07 |
| ... | Trustaferian | 07/14/07 |

Post new message in this thread

---

◎ Top ◎ Next ◎ Reply

**Date:** May 4th, 2007 12:18 AM
**Author:** WGWASTFU (*(aka nappyheadedcho, aka coach k's back, aka ...)*)

??


(http://www.autoadmit.com/thread.php?thread_id=626125&forum_id=2#8057308)

---

◎ Top ◎ Previous ◎ Reply

**Date:** July 14th, 2007 2:57 AM
**Author:** Trustaferian


(http://www.autoadmit.com/thread.php?thread_id=626125&forum_id=2#8381861)