**EXHIBIT M**

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◎ Back ▶ Refresh ▶ Options

**Inflicting emotional distress on cheerful girls named [DOE II].**

| | | |
|---|---|---|
| ... | AK47 | 06/24/07 |
| ↳ [DOE II] | norpoth | 06/24/07 |

Post new message in this thread

---

◆ Top　◆ Next　◆ Reply

**Date:** June 24th, 2007 8:50 PM
**Author:** AK47



(http://www.autoadmit.com/thread.php?thread_id=649163&forum_id=2#8296314)

---

◆ Top　◆ Previous　◆ Reply

**Date:** June 24th, 2007 9:17 PM
**Author:** norpoth

"[DOE II]"

(http://www.autoadmit.com/thread.php?thread_id=649163&forum_id=2#8296453)