## CERTIFICATION OF SERVICE

The addresses of all the defendants are unknown. This is to certify that a copy of this opposition has been sent to the following on April 7, 2008, to:

by regular **UNITED STATES MAIL**

| | |
|---|---|
| Marc Randazza, Esq.<br>Weston, Garrou, DeWitt & Walters<br>781 Douglas Ave.<br>Altamonte Springs, FL 32714 | *Attorney for Anthony Ciolli* |
| Leighton Cohen, Esq.<br>465 West Linden Street<br>Allentown, PA  18102 | *Attorney for Jarret Cohen* |

by **HAND DELIVERY**

| | |
|---|---|
| AT&T Subscriber [Redacted] | *Believed to be Defendant AK47* |

　　　　　　　　　　　　　_____*/s/ Ashok Ramani*_____