# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DOE I, and DOE II,

      Plaintiffs,

v.

Individuals, whose true names are unknown, using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47,

      Defendants.

Case No. 3:07CV00909(CFD)

---

## DECLARATION OF DOE I IN SUPPORT OF
## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY[1]

I, DOE I, declare as follows:

1.      I am a plaintiff in this action. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      I am a third-year student at Yale Law School ("YLS").

---

[1] The exhibits attached to this declaration, as well as the statements in this declaration taken from those exhibits, have been redacted to replace my name with DOE I and co-plaintiff's name with DOE II, in accordance with this Court's Order of June 18, 2007 granting Plaintiffs' motion to proceed anonymously.

3.    I learned through an acquaintance that I was the subject of a message thread on AutoAdmit.com.

4.    The first thread that was posted about me on AutoAdmit.com was authored by a poster using the pseudonym "STANFORDtroll" and was titled "Stupid Bitch to Attend Yale Law." In the message, "STANFORDtroll" told my classmates to "watch out" for me. A true and correct copy of this post is attached hereto as **Exhibit A** (see p. 4).

5.    Later, I learned that dozens of additional message threads about me had been posted on AutoAdmit.com. Many message threads contained sexual threats, and others contained false information about me. For example, one message thread titled "Stupid Bitch to Attend Yale Law" contained messages such as:

- "i'll force myself on her, most definitely." A true and correct copy of this message, which was posted by defendant "neoprag", is attached hereto as **Exhibit A** (see p. 7);

- "I think I will sodomize her. Repeatedly." A true and correct copy of this message, which also was posted by "neoprag", is attached hereto as **Exhibit A** (see p. 11); and

- "just don't FUCK her, she has herpes." A true and correct copy of this message, which was posted by defendant ":D", is attached hereto as **Exhibit A** (see p. 15).

6.    The threatening, false and offensive comments about me that were posted by the defendants on AutoAdmit.com continued to proliferate while I was a student at YLS. For example:

- A defendant posting under the pseudonym "Dirty Nigger" threatened "I wish to rape [DOE I] and [DOE II] in the ass." A true and correct copy of this post is attached hereto as **Exhibit B** (see p. 2).

- One pseudonymous poster named "Spanky" posted a message stating "[c]learly she deserves to be raped so that her little fantasy world can be shattered by real life." A true and correct copy of this post is attached hereto as **Exhibit C** (see p. 2).

- Another pseudonymous poster—"ylsdooder"—threatened: "i would like to hate-fuck [DOE I] but since people say she has herpes that might be a bad idea." A true and correct copy of this post is attached hereto as **Exhibit D**.

- A pseudonymous poster "lkjhgf" falsely stated that I had bribed officials at YLS to gain admission. A true and correct copy of this post is attached hereto as **Exhibit E** (see pp. 24-25).

- Another defendant using the pseudonym "[DOE I] got a 157 LSAT" falsely suggested that I had killed my parents or raped co-plaintiff DOE II. A true and correct copy of this post is attached hereto as **Exhibit E** (see p. 27).

- A pseudonymous poster "yalelaw" falsely stated that I had engaged in a lesbian affair with an administrator at YLS. A true and correct copy of this post is attached hereto as **Exhibit E** (see p. 37).

- "STANFORDtroll" started a thread titled "[DOE I] of Yale Law got a 159 on the LSAT" and falsely claimed that I received a lower-than-expected LSAT score for a Yale Law student. A true and correct copy of this post is attached hereto as **Exhibit F**.

7. After I discovered the messages on AutoAdmit.com, I sent approximately five email messages to the site administrators over a year-and-a-half period, asking them to remove the offensive, threatening and defamatory messages about me that were posted on the website. Anthony Ciolli, the site administrator, sent me an email response stating that the messages would not be removed.

8. In June 2007, a pseudonymous poster "Patrick Zeke" sent an email to many members of the YLS Faculty with the subject heading: "Yale Law Faculty concerning pending lawsuit." The author of the email made false and harmful statements about me, including: "[DOE I] is barely capable of reading (159 LSAT)," and "it seems like the risk of contracting herpes from [DOE I] would convince any rational person to go to a prostitute first." A true and correct copy of this email is attached hereto as **Exhibit G**.

9. Patrick Zeke's defamatory email was then posted as a thread on the AutoAdmit website by pseudonymous poster "lonelyvirgin." A true and correct copy of this post is attached hereto as **Exhibit H** (see pp. 1-2).

10. As a result of the threats of violence, defamatory attacks, and other offensive comments about me that were posted by defendants on AutoAdmit.com, I suffered extreme emotional distress, including stress, fearful feelings, insomnia and severe anxiety. During this time period, I frequently slept for only 3 or 4 hours each night and often had violent nightmares.

11. The emotional distress that I suffered caused my performance at work to deteriorate. For example, in June 2007 while I was meeting with my supervisor at a summer job, I received a copy of the "Patrick Zeke" email that was sent to the YLS faculty. I became extremely upset after the meeting, and for several days afterwards I was distracted from my work and slept terribly.

12. The stress and anxiety that I experienced as a result of the defendants' conduct also created rifts in my relationships with my classmates and colleagues. For example, in the Spring of 2007, several students with whom I worked at the Yale International Human Rights Clinic confronted me to say that they noticed I was distracted while I was at the clinic and appeared disengaged in work projects. I was distracted and felt disengaged from the work at the clinic because of the extreme emotional distress that I was experiencing. After the confrontation at the clinic, I felt uncomfortable around my colleagues, was no longer was invited to their social gatherings, and felt as though my relationship with them outside of work had ended.

13. As a result of the stress, anxiety, and insomnia that I suffered, I withdrew socially and often isolated myself from my friends at school. I often did not attend social events at Yale or where Yale students might be present—my friends, however, often did attend these events. As a result, I rarely saw my friends outside of class and thus my relationships with them deteriorated.

14. My academic performance also deteriorated. Because of the stress that I experienced, I often could not attend classes and I was forced to take a reduced number of units

for my clinical coursework. As a result, I received an incomplete in two classes on my Spring 2007 transcript.

15.     Due to the severe emotional distress that I suffered, I eventually was forced to take a leave of absence from school for the Fall 2007 semester.

16.     I was deeply offended, mentally distressed and frightened by the invasion of my privacy and the publication of personal information about me on the AutoAdmit website. I was equally offended and distressed by the appropriation of my name without my permission and the publication of information that I believe placed me in a false light.

17.     As a result of the defendants' threatening, defamatory and offensive conduct, I suffered damages, including but not limited to lost wages, increased student loans, and other costs and expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New Haven, Connecticut on January **24**, 2008.

_Doe I_
DOE I

# Exhibit A

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⏴ Back  ▶Refresh ▶Options

**Stupid Bitch to Attend Yale Law**

| | | |
|---|---|---|
| She will be a part of the class of 08, and her name is DOE II | STANFORDtroll | 06/11/05 |
| ↳ threads like this crack me up | Done and done | 06/11/05 |
| ↳ Compilation of Negative Links About R.D. and Michael Fertik | MICHAEL FERTIK FUCKED HIS MOTHER IN AN OUTHOUSE!!! | 04/15/07 |
| ↳ i'll force myself on her, most definitely, can't wait to mee... | neoprag | 06/11/05 |
| ↳ Sounds like you're jealous. | boondocksaint | 06/11/05 |
| ↳ damn, did she steal your man or turn you down? | Rude, Thoughtless Little Pig | 06/11/05 |
| ↳ I suspect the latter. What a sore loser. | Calm | 06/11/05 |
| ↳ what's her undergrad? | Rude, Thoughtless Little Pig | 06/11/05 |
| ↳ Sherlock, think. It's not Cal. | Calm | 06/11/05 |
| ↳ i know where she goes b/c i googled her. listen dickwad, ... | Rude, Thoughtless Little Pig | 06/11/05 |
| ↳ she's a fundie, has signed petitions for prayer in public... | Rude, Thoughtless Little Pig | 06/11/05 |
| ↳ Clearly either she or you didn't read the school prayer one?... | trolljunkie | 06/24/06 |
| ↳ i hate to be closed-minded but i consider anybody who would... | doolittle | 03/07/07 |
| http://i06-5.thefacebook.com/pics/8/2/s202885_1946.jpg Th... | STANFORDtroll | 06/11/05 |
| ↳ she's smoking hot | MoreDoughHi | 06/11/05 |
| ↳ she looks "artsy" | neoprag | 06/11/05 |
| ↳ She's pretty much the east coast version of the famous Ruski... | STANFORDtroll | 06/11/05 |
| ↳ She's hot and smart. I think I will befriend her. | Calm | 06/11/05 |
| ↳ I think I will sodomize her. Repeatedly. And give her rectum... | neoprag | 06/11/05 |
| ↳ How? You go to UF. | Paulie Sacknuts | 04/26/07 |
| ↳ How you shits can even tell if she's hot from that pic, I do... | This name will be used on all future posts you mak | 08/11/05 |
| ↳ It's called google, dumbass | Calm | 06/11/05 |
| ↳ s = small, n = normal http://i06-5.thefacebook.com/pics/8/2... | sto sjemdesat tri | 12/18/05 |
| ↳ this is actually pretty brilliant. | You were Spartacus all along! | 12/18/05 |
| What an ugly fucking bitch. Her new name is Ruskiegirl 2.0 | :D | 06/11/05 |
| ↳ She's too hot and smart for you, you don't get pussy, start ... | Calm | 06/11/05 |
| ↳ If you go after that you'll be in for a suprise. | STANFORDtroll | 06/11/05 |
| ↳ herpes? genital warts? | :D | 06/11/05 |
| ↳ possible | STANFORDtroll | 06/11/05 |
| ↳ What a dirty whore. | :D | 06/11/05 |
| ↳ makes it even more pathetic that you can't make it happen wi... | Calm | 06/11/05 |
| ↳ she's an ugly whore, i don't care about her at all | :D | 06/11/05 |
| ↳ Rrrrrrright. Like you didn't care about all the other &q... | Calm | 06/11/05 |
| ↳ :-( | :D | 06/11/05 |
| ↳ DING! Fag. | Paulie Sacknuts | 04/26/07 |
| I met her at admit weekend briefly. She didn't seem all tha... | ███████████████ | 06/11/05 |
| ↳ just don't FUCK her, she has herpes | :D | 06/11/05 |
| ↳ She is way out of your league, hot and intelligent—oh wait,... | Calm | 06/11/05 |
| She was a contestant on the Jeopardy Teen Tournament. Intere... | Colin | 06/11/05 |
| ↳ ho hum | neoprag | 06/11/05 |
| ↳ The teen tournament makes me feel smart. | Walker, Texas Ranger | 06/11/05 |

    ⌐⌐ AutoAdmit Panel Day bump.           Visiting This Planet        04/05/07

    ⌐⌐ aren't you the faggot formerly known as EarlGrayTea?    plopplop        04/05/07

    📄 ...                                       boombjoe        04/06/07

📄 Post new message in this thread

---

🔲 Top   🔲 Next   🔲 Reply

**Date:** June 11th, 2005 9:17 PM
**Author:** STANFORDtroll

She will be a part of the class of 08, and her name is    [DOE I]    . If you're going to Yale this fall, watch out for her.

I was in some of her classes and she's a total TTT.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989092)

---

🔲 Top   🔲 Previous   🔲 Next   🔲 Reply

**Date:** June 11th, 2005 9:18 PM
**Author:** Done and done

threads like this crack me up

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989102)

---

🔲 Top   🔲 Previous   🔲 Next   🔲 Reply

**Date:** April 15th, 2007 6:51 AM
**Author:** MICHAEL FERTIK FUCKED HIS MOTHER IN AN OUTHOUSE!!! (_485 U.S. 46 (1988)_)
**Subject:** Compilation of Negative Links About R.D. and Michael Fertik

Reputation Defender Michael Fertik http://www.repdefender.ytmnd.com

http://www.autoadmit.com/thread.php?thread_id=611106&mc=2&forum_id=2

http://media.www.hlrecord.org/media/storage/paper609/news/2007/04/05/News/Autoadmit.Lifts.Veil.O 2826053.shtml

Michael Fertik http://www.xoxohth.com/thread.php?thread_id=612051&mc=19&forum_id=2

Mike Fertik http://snarkybastards.com/index.php/category/the-law-is-an-ass-an-idiot/page/2/

ReputationDefender http://www.encyclopediadramatica.com/index.php/Michael_Fertik

Reputation Defender Michael Fertik http://www.repdefender.ytmnd.com

ReputationDefender http://www.autoadmit.com/thread.php?thread_id=591603&mc=18&forum_id=2 R
Defender

Michael Fertik http://lifehacker.com/commenter/slapshot24/?showtab=all Mike Fertik

ReputationDefender http://www.feedster.com/search/type/rss/letter Michael Fertik

http://www.xoxohth.com/thread.php?thread_id=606551&mc=127&forum_id=2Reputation Defender
http://xoxoreader.blogspot.com/2007/03/reputationdefender-    [DOE II]         html ReputationDefen

http://forum.mamboserver.com/showthread.php?t=62768&page=2 Michael Fertik

http://www.techbasedmarketing.com/blog/04-10-2007/the-best-reputation-defender-is/

ReputationDefender http://feministlawprofs.law.sc.edu/?cat=32 Mike Fertik

Michael Fertik http://www.xoxohth.com/thread.php?thread_id=591603&mc=18&forum_id=2

http://www.familytimes.com/node/view/723

http://www.xoxohth.com/thread.php?thread_id=606551 Michael Fertik

http://michealfertik.blogspot.com/

Reputation Defender Michael Fertik http://www.repdefender.ytmnd.com

Reputation Defender http://michaelfertik.blogspirit.com/atom.xml

http://www.xoxohth.com/thread.php?thread_id=591603&mc=18&forum_id=2

http://www.autoadmit.com/thread.php?thread_id=611106

ReputationDefender http://www.autoadmit.com/thread.php?thread_id=612051

http://onlinereputation.googlepages.com/casestudy3

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#7934793)

---

⚓Top  ⚓Previous  ⚓Next  ⚓Reply

**Date:** June 11th, 2005 9:20 PM
**Author:** neoprag

i'll force myself on her, most definitely. can't wait to meet the young lady.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989134)

@ Top   @ Previous   @ Next   @ Reply

**Date:** June 11th, 2005 9:27 PM
**Author:** Calm

She's hot and smart. I think I will befriend her.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989198)

@ Top   @ Previous   @ Next   @ Reply

**Date:** June 11th, 2005 9:29 PM
**Author:** neoprag

I think I will sodomize her. Repeatedly. And give her rectum a creampie or two.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989217)

@ Top   @ Previous   @ Next   @ Reply

**Date:** April 26th, 2007 8:17 PM
**Author:** Paulie Sacknuts

How? You go to UF.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#8012570)

@ Top   @ Previous   @ Next   @ Reply

**Date:** June 11th, 2005 9:37 PM
**Author:** This name will be used on all future posts you mak

How you shits can even tell if she's hot from that pic, I do not understand.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989282)

@ Top   @ Previous   @ Next   @ Reply

**Date:** June 11th, 2005 9:40 PM
**Author:** Calm

It's called google, dumbass

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989314)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** June 11th, 2005 10:20 PM
**Author:** :D

just don't FUCK her, she has herpes

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989680)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** June 11th, 2005 10:26 PM
**Author:** Calm

She is way out of your league, hot and intelligent--oh wait, the last two are synonymous with the first one.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989725)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** June 11th, 2005 10:23 PM
**Author:** Colin

She was a contestant on the Jeopardy Teen Tournament. Interesting.

http://www.jeopardy.com/mini_sites/archive_header/index.html?/jeopardy/ny_teen/contestants_current3.html

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989697)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** June 11th, 2005 10:27 PM
**Author:** neoprag

ho hum

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989734)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** June 11th, 2005 10:46 PM
**Author:** Walker, Texas Ranger

The teen tournament makes me feel smart.

(http://www.autoadmit.com/thread.php?thread_id=197266&forum_id=2#2989898)

# Exhibit B

# AutoAdmit ™   *The most prestigious law school admissions discussion board in the world.*

◉ Back ▶ Refresh ▶ Options

**[DOE I] is dumbass bitch and  [DOE II]  is a slut**

| | | |
|---|---|---|
| 📄 [DOE I]  is dumbass bitch and  [DOE II]  is a slut | | |
| 📄 I wish to rape        [DOE I]   and  [DOE II]        in the ass ... | Dirty Nigger | 06/28/07 |
| └📄 Hi AK47! | IAintScurred | 06/28/07 |
| └📄 by by baby by by | NEW pc OLD poster | 06/28/07 |
| └📄 if I bump this thread, does that mean I'm republishing the d... | AK47 | 06/28/07 |
| └📄 what's going on here? | Crystal Mangum-Nifong | 06/29/07 |
| └📄 oh. | Crystal Mangum-Nifong | 06/29/07 |
| └📄 I'm not quite sure dood. the OP seems crazy. | AK47 | 06/29/07 |
| └📄 HI NIGGER | Guitar dood | 06/29/07 |
| └📄 perhaps | Crystal Mangum-Nifong | 06/29/07 |
| 📄 welcome to the first amended complaint, dude. :-) | adaila | 06/29/07 |
| └📄 seems as though Rosen is on Par with Rap Defender as far as ... | Crystal Mangum-Nifong | 06/29/07 |
| └📄 seriously, that's a huge reason why the lawsuit is such bul... | adaila | 06/29/07 |
| └📄 OP is basically daring rosen to add "Dirty Nigger" ... | Jeff Daniels | 06/29/07 |
| └📄 it would be great, lulz. | I only jerk off to ex girlfriends | 06/29/07 |
| └📄 which would be a 180 | Crystal Mangum-Nifong | 06/29/07 |
| 📄 im pretty sure the OP is using a proxy or a public computer ... | akajklakl | 06/29/07 |
| └📄 probably | Crystal Mangum-Nifong | 06/29/07 |
| └📄 ... or using someone else's wireless connection I wonder ... | prestigious flight 93 passenger | 06/29/07 |
| 📄 my fingers are trembling as I type this post, but every bone ... | Tito Puente with a saxophone | 06/29/07 |
| 📄 177. | AK47 | 06/29/07 |
| └📄 Didn't you get the memo? Desiring sex with someone = threat... | reefu | 06/29/07 |
| └📄 Save the junior-high locker room talk for when you're drinki... | Childfree_by_Choice | 06/29/07 |
| 📄 omg you're in HUGE TROUBLE. plaintiffs will add you as a def... | prestigious flight 93 passenger | 06/29/07 |

📄 Post new message in this thread

@Top @Next @Reply

**Date:** June 28th, 2007 11:13 PM
**Author:** Dirty Nigger

I wish to rape [DOE I] and [DOE II] in the ass. And feel their pussies against my hard cock. This is because [DOE I] is so stupid she got a 159 on the LSATs and [DOE II] is a stupid slut whose dad stole money from poor African children and went to prison to buy her a fucking horse.

EDIT: I forgot to mention that the reason [DOE I] didn't get any offers is because she is also a complete retard, with a completely annoying personality.

(http://www.autoadmit.com/thread.php?thread_id=650841&forum_id=2#8314376)

@Top @Previous @Next @Reply

**Date:** June 28th, 2007 11:17 PM
**Author:** IAintScurred (*Drivin wit' the top down*)

Hi AK47!

(http://www.autoadmit.com/thread.php?thread_id=650841&forum_id=2#8314387)

@Top @Previous @Next @Reply

**Date:** June 28th, 2007 11:51 PM
**Author:** NEW pc OLD poster

by by baby by by

(http://www.autoadmit.com/thread.php?thread_id=650841&forum_id=2#8314486)

# Exhibit C

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◑ Back  ▶**Refresh** ▶**Options**

**[DOE I]** : No job, so blames ONE thread on ONE website

| | | |
|---|---|---|
| Good luck in the real world (if you ever get there). | FRAT 4 LYFE | 03/09/07 |
| Seriously. The irony is that the stupidity which led her ... | Subotai, thief and archer | 03/09/07 |
| └ Well said and likely true. 12 employers didnt give me a job... | fulano | 03/09/07 |
| └ And what's frightening is that she sold this alibi to the Wa... | hmmmm | 03/09/07 |
| Clearly she deserves to be raped so that her little fantasy ... | Spanky | 03/09/07 |
| └ Enjoy your "real life". I'd rather remain in my a... | Subotai, thief and archer | 03/09/07 |

Post new message in this thread

---

◑ Top  ◑ Next  ◑ Reply

**Date:** March 9th, 2007 5:39 PM
**Author:** FRAT 4 LYFE

Good luck in the real world (if you ever get there).

(http://www.autoadmit.com/thread.php?thread_id=592729&forum_id=2#7730657)

---

◑ Top  ◑ Previous  ◑ Next  ◑ Reply

**Date:** March 9th, 2007 5:45 PM
**Author:** Subotai, thief and archer

Seriously.

The irony is that the stupidity which led her to come to this ridiculous conclusion most likely had a major role to play in her poor OCI performance.

(http://www.autoadmit.com/thread.php?thread_id=592729&forum_id=2#7730695)

---

◑ Top  ◑ Previous  ◑ Next  ◑ Reply

**Date:** March 9th, 2007 5:50 PM
**Author:** fulano

Well said and likely true.

12 employers didnt give me a job bc some anonymous dude called me a ttt vs. **[DOE I]** isnt that smart?

(http://www.autoadmit.com/thread.php?thread_id=592729&forum_id=2#7730714)

---

☐Top  ☐Previous  ☐Next  ☐Reply

**Date:** March 9th, 2007 7:28 PM
**Author:** hmmmm

And what's frightening is that she sold this alibi to the Washington Post, ABC, etc.

(http://www.autoadmit.com/thread.php?thread_id=592729&forum_id=2#7731220)

---

☐Top  ☐Previous  ☐Next  ☐Reply

**Date:** March 9th, 2007 5:47 PM
**Author:** Spanky

Clearly she deserves to be raped so that her little fantasy world can be shattered by real life.

(http://www.autoadmit.com/thread.php?thread_id=592729&forum_id=2#7730704)

---

☐Top  ☐Previous  ☐Reply

**Date:** March 9th, 2007 5:49 PM
**Author:** Subotai, thief and archer

Enjoy your "real life". I'd rather remain in my anal-virgin, delusion world, thank you very much.

(http://www.autoadmit.com/thread.php?thread_id=592729&forum_id=2#7730709)

# Exhibit D

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊚ Back  ▶Refresh ▶Options

Which female YLS students would you sodomize?

| | | |
|---|---|---|
| 📄 ... | DwyaNigger Wade | 03/09/07 |
| 📄 I'm not sure I understand the question. Care to rephrase? | JerryMcDevitt | 03/10/07 |
| 📄 i would like to hate-fuck    [DOE I]   but since people sa... | ylsdooder | 03/10/07 |
| ┗📄 I'm pretty sure you can catch teh herpz from anal secks. | atlas | 03/10/07 |
| 📄 dont any of you sexist dooders bump this thread, bitches. | I'm Jill Filipovic, bitch | 04/20/07 |

📄 Post new message in this thread

---

⊚ Top   ⊚ Next   ⊚ Reply

**Date:** March 9th, 2007 10:21 PM
**Author:** DwyaNigger Wade

(http://www.autoadmit.com/thread.php?thread_id=592855&forum_id=2#7731794)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 10th, 2007 10:44 PM
**Author:** JerryMcDevitt

I'm not sure I understand the question. Care to rephrase?

(http://www.autoadmit.com/thread.php?thread_id=592855&forum_id=2#7736047)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 10th, 2007 10:47 PM
**Author:** ylsdooder

i would like to hate-fuck      [DOE I]    but since people say she has herpes that might be a bad idea

but i'm not sure whether herpes can be contracted via anal sexual intercourse. anybody know?

(http://www.autoadmit.com/thread.php?thread_id=592855&forum_id=2#7736058)

---

# Exhibit E

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⦿ Back　▶**Refresh** ▶**Options**

way more to this yale 2L story, but what?

| | | |
|---|---|---|
| 📄 I've talked to two friends at YLS in the past two days, and ... | KingSlender | 03/09/07 |
| ↳📄 thanks for the update. we're all really curious what's going... | jd09 | 03/09/07 |
| ↳📄 her 159 lsat and lying about being black? | MoreDoughHi | 03/09/07 |
| ↳📄 Seriously? | KingSlender | 03/09/07 |
| ↳📄 she sure as shit doesn't look black to me. | MoreDoughHi | 03/09/07 |
| ↳📄 She's muslim. probably of North African desent hence the lig... | NiggerLover | 03/09/07 |
| ↳📄 realistically, how much damage can one two-year-old post do ... | 45 yo man from Filene's basement | 03/09/07 |
| ↳📄 Link to post? | lkjhgf | 03/09/07 |
| ↳📄 dood I'm not a shit stirrer. let it go. | 45 yo man posting from Filene's basement | 03/09/07 |
| ↳📄 You brought it up. | lkjhgf | 03/09/07 |
| ↳📄 Both of my friends have heard whispers to the effect of it b... | KingSlender | 03/09/07 |
| ↳📄 Which incident? xoxo or the rumor/fact? | The Elder of Zion ® | 03/09/07 |
| ↳📄 [resisting urge to mention cold sores] | caffeine | 03/09/07 |
| ↳📄 could be something like this | Disco Sucks | 03/09/07 |
| 📄 I agree. She had 16 interviews, and 4 callbacks. This means ... | The Elder of Zion ® | 03/09/07 |
| ↳📄 credited.... | 〚ᴅᴏᴇ ᴉ〛 got a 157 LSAT. | 03/09/07 |
| ↳📄 She's probably a pretentious bitch. A decision as to whether... | The Elder of Zion ® | 03/09/07 |
| ↳📄 titcr | 〚ᴅᴏᴇ ᴉ〛 got a 157 LSAT. | 03/09/07 |
| ↳📄 I think this is really one of the best points made. Callback... | derkad | 03/09/07 |
| 📄 she screwed up by only doing sixteen interviews | anonguy | 03/09/07 |
| 📄 she's probably really bad in person.. | 〚ᴅᴏᴇ ᴉ〛 got a 157 LSAT. | 03/09/07 |
| ↳📄 put it this way: googling gto (lesser school) turns up way m... | 45 yo man posting from Filene's basement | 03/09/07 |
| 📄 Her big mistake was only doing 16 screening interviews. Havi... | DorfFan2008 | 03/09/07 |
| ↳📄 It's common for people at Yale to do only 16 screenings. 16 ... | :D | 03/09/07 |
| ↳📄 you know this, how? | The Elder of Zion ® | 03/09/07 |
| ↳📄 :D went to Harvard UG and is currently at Yale Law but prete... | lkjhgf | 03/09/07 |
| ↳📄 so he's at yale law and can't get laid? heh... i get surpris... | The Elder of Zion ® | 03/09/07 |
| ↳📄 :D must be Killuminati schtick. | 45 yo man posting from Filene's basement | 03/09/07 |
| ↳📄 it's right, actually. at least i know it's true for SLS. doi... | loafer | 03/09/07 |
| ↳📄 Agreed. I only did 11 screening interviews -> 8 callbacks... | MindTheGap76 | 03/09/07 |
| ↳📄 Don't you go to Chicago? So the 10-20 thing is normal even t... | Skaddenfreude | 03/09/07 |
| ↳📄 I think its pretty commonplace at YSHCCN | PrestigeWhore | 03/09/07 |
| ↳📄 i dunno, dood. 16 interviews is plenty, i think. especially ... | The Elder of Zion ® | 03/09/07 |
| ↳📄 dood, researching 16 firms and figuring out "why strooc... | 45 yo man posting from Filene's basement | 03/09/07 |
| ↳📄 "why stroock" is gonna be the end of my OCI career... | Wally Paulnuts | 03/09/07 |
| ↳📄 16/4 is a shitty ratio from any top school and especially fr... | nutella | 03/09/07 |
| ↳📄 16 interviews is actually a lot. At least, it would be at Ha... | Random_HLS_2L | 03/09/07 |
| ↳📄 Yea, thats pretty horrible. The only time I hear of HLS peop... | PrestigeWhore | 03/09/07 |
| ↳📄 i batted 1.000 @ callbacks. HLS ROCKS YLS' SHIT. Yalies - ... | jj | 03/09/07 |
| ↳📄 are you one of those people who thinks their cool because th... | PrestigeWhore | 03/09/07 |
| ↳📄 Do you go to Yale and couldn't find a job? sorry about that | jj | 03/09/07 |
| 📄 moral of the story: law is for dumb niggers. | David Bowie circa Hunky Dory | 03/09/07 |

**Author:** 45 yo man posting from Filene's basement

on abc dude

you saw her hair, that's all

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729641)

---

**Date:** March 9th, 2007 2:16 PM
**Author:** Macanudo

Like on the World News Tonight or Nightline? Holy crap, this is out of hand.

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729664)

---

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 2:24 PM
**Author:**    [DOE 1]    got a 157 LSAT.
**Subject:** good morning america

good morning america

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729707)

---

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 2:24 PM
**Author:** Bodhi Tree Miracle

Good Morning America

http://abcnews.go.com/GMA/TakeControlOfYourLife/story?id=2933734&page=1

Click "Beware the Web" video on the left side of the page.

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729710)

---

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 2:01 PM
**Author:** lkjhgf

I'm not sure why buying your way into Yale Law would make the school look bad (unless she paid an embarrassingly low amount to get in).

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729579)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 2:04 PM
**Author:** hereinbefore

I'm thinking if the public knew you could pay 50k to let in a flagrantly underqualified person into the best law school in the nation...YLS would look pretty bad

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729594)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 2:15 PM
**Author:** lkjhgf

But $50k is an embarrassingly low amount when you consider that tuition is just a little less. I think if someone applied to Yale Law, his/her parents donated $50M to the school, and he/she got accepted, no one would question the integrity of the school.

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729655)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 2:20 PM
**Author:** hereinbefore

I think I read somewhere (maybe Anna Iveys book?) that 6 figures should get you in any school. This would make YLS look bad, no matter the amount...the public does not like to see people getting what they can;t have by simply shelling out money. Do you think the public wouldn't react negatively if there was hard evidence that Bush (or Kerry) paid their way into Yale?

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729692)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 5:01 PM
**Author:** Disco Sucks

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 2:09 PM
**Author:** rick

if she applied to really excellent firms, going 4/16 isn't that crazy. Going 0 for 4 isn't that crazy either, especially if the interviews weren't in NYC. In SF I did 8 callbacks and only got 2 offers and I wasn't surprised.

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729622)

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 2:20 PM
**Author:** birdnorton (*tortfeasor*)

i'm hoping my loyalty to GTO throughout this whole mutiny will earn me favor, loot, women, & station on the SS Big Changes.

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729687)

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 2:40 PM
**Author:** The Ayatollah of Rock-n-Rollah

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729777)

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 2:48 PM
**Author:**    [DOE I]    got a 157 LSAT.
**Subject:** maybe she killed her parents?

or raped [DOE II]

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7729818)

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** March 9th, 2007 3:10 PM
**Author:** The Ayatollah of Rock-n-Rollah

rwa and lawyer bird were both outted, and they were
much more likely to suffer ill effects from the outing. All
this outing said was that this girl got a 159. I mean who
even cares?

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7731752)

---

&#9911; Top   &#9911; Previous   &#9911; Next   &#9911; Reply

**Date:** March 9th, 2007 7:16 PM
**Author:** derkad

Really, the 2L YLS thread didn't really reveal any compromising information. 16
law firms aren't going to walk away from a Yale JD just because one person on
one webpage doesn't like her.

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7731173)

---

&#9911; Top   &#9911; Previous   &#9911; Next   &#9911; Reply

**Date:** March 9th, 2007 9:04 PM
**Author:** yalelaw

The backstory is that     [DOE I]     has been having a lesbian affair with Yale Law School Admissions
Dean Asha Rangappa while Rangappa has been on maternity leave. Rangappa's husband found out about
this and went balistic. He contacted [DOE I]'s prospective employers in an effort to discredit her.

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7731554)

---

&#9911; Top   &#9911; Previous   &#9911; Next   &#9911; Reply

**Date:** March 9th, 2007 9:48 PM
**Author:** A horse walks into a bar (*you got any popcorn?*)

srsly?

(http://www.autoadmit.com/thread.php?thread_id=592577&forum_id=2#7731680)

---

&#9911; Top   &#9911; Previous   &#9911; Next   &#9911; Reply

**Date:** March 9th, 2007 9:53 PM
**Author:** Columbia Email Spam

# Exhibit F

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⚙ Back  ▸Refresh ▸Options

[DOE I]  of Yale Law got a 159 on the LSAT

| | | |
|---|---|---|
| 📄 Make sure all the Vault 50s know it before she gets an offer... | STANFORDtroll | 03/09/07 |
| ┗📄 who is that nigger? | David Bowie circa Hunky Dory | 03/09/07 |
| ┗📄 http://stupid-bitch-to-attend-yale-law.autoadmit.com/thread... | STANFORDtroll | 03/09/07 |
| ┗📄 ty | David Bowie circa Hunky Dory | 03/09/07 |
| ┗📄 Damn dood you're personally responsible for wasting her $150... | :D | 03/09/07 |
| ┗📄 I thought that was[DOE I] Did this bitch get what she deser... | STANFORDtroll | 03/09/07 |
| ┗📄 Nah he implied she had STDs. I didn't do shit. | :D | 03/09/07 |
| ┗📄[DOE II] is a 1L and can maybe save herself. The 159 LSAT girl ... | wilsonman | 03/09/07 |
| ┗📄 Oh so the girl I posted about 2 years ago got 0 offers? | STANFORDtroll | 03/09/07 |
| ┗📄 Yup. She was the one they referred to in the Washington Post... | :D | 03/09/07 |
| ┗📄 ... | STANFORDtroll | 03/09/07 |
| ┗📄 16 interviews but whose counting when you have zero offers l... | wilsonman | 03/09/07 |
| ┗📄 Is that the same girl in the ABCnews column then?? | STANFORDtroll | 03/09/07 |
| ┗📄 yes | wilsonman | 03/09/07 |
| ┗📄 ...and the Washington Post...and "Good Morning America&... | justvisitingthisplanet | 03/09/07 |
| ┗📄 Did anyone ever post a YouTube of the GMA video? | John Kreese | 03/09/07 |
| 📄 How the fuck did she get into yale? even with a 4.0 from sta... | wilsonman | 03/09/07 |
| ┗📄 is she a nigger? | David Bowie circa Hunky Dory | 03/09/07 |
| ┗📄 possibly. she is muslim, maybe like egypt or something. put ... | wilsonman | 03/09/07 |
| ┗📄 Not even close, except Stanford. | handsomedan | 03/09/07 |
| 📄 I nearly had a 4.0 and I got more than a 159, and all I got ... | Bigtard: Part II | 03/09/07 |
| ┗📄 That sounds fair. | Cloak of Anonymity | 03/09/07 |
| 📄 evidence? | Konstantinov pwned | 03/09/07 |
| ┗📄 this is xoxo, you must prove a statement must be false, othe... | wilsonman | 03/09/07 |
| ┗📄 http://www.law.yale.edu/documents/pdf/Admissions/2007_JDInfo... | handsomedan | 03/09/07 |
| ┗📄 "Doesn't prove whether it is or isn't[DOE I] of course.&... | Konstantinov pwned | 03/09/07 |
| ┗📄 I thought that someone at yale found out who she was from he... | Maximum Boner | 03/09/07 |
| ┗📄 i don't remember that happening, | Konstantinov pwned | 03/09/07 |
| ┗📄 dude just say  [DOE I]  That's who we are talking abou... | Maximum Boner | 03/09/07 |
| 📄 it seems, if this is false, that all she would have to do to... | coffeemate | 03/09/07 |
| ┗📄 if I were her and she didn't have a 159 the first thing I wo... | Maximum Boner | 03/09/07 |
| 📄 STANFORDtroll sounds like a TTT | DISH | 03/09/07 |
| 📄 is this a confirmed score? | Spanky | 03/09/07 |
| 📄 I don't care what her score is. i find it hard to believe t... | larsd | 03/09/07 |
| ┗📄[DOE I] must have really been a horrible interviewee. Going on... | lathorpe | 03/09/07 |
| 📄 is this her? http://images.google.com/imgres?imgurl=http:... | rick | 03/09/07 |
| ┗📄 did anyone else notice that Miguel looks almost exactly like... | jj | 03/09/07 |
| ┗📄 Yes. http://www.hidebehind.com/EFA2F55C | atlas | 03/09/07 |
| 📄 what percentile is that? like 60th? that's a terrible score | Maximum Boner | 03/09/07 |
| 📄 Fucking bastards | UVA_troll | 03/10/07 |
| 📄 Get a life | R_OBRIEN | 03/10/07 |
| 📄 ... | Spanky | 03/10/07 |

| 📄 Embarassing | HumanBeing | 03/10/07 |
| 📄 whats so offensive about someone getting a 159? it happens a... | Dr. Marty Lipton King, Jr. | 03/10/07 |
| 📄 It's a shame that the Stanford prestige doesn't mask your pa... | Ghost® | 03/10/07 |
| 📄 ... | Spanky | 03/10/07 |

📄 Post new message in this thread

---

⊛ Top   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 12:39 AM
**Author:** STANFORDtroll

Make sure all the Vault 50s know it before she gets an offer. Lets get this post count to 100 guys, you all didn't let me down 2 years ago. We're not going to let that bitch have her own blog be the first result from googling her name!

(http://www.autoadmit.com/thread.php?thread_id=592396&forum_id=2#7727854)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 12:39 AM
**Author:** David Bowie circa Hunky Dory

who is that nigger?

(http://www.autoadmit.com/thread.php?thread_id=592396&forum_id=2#7727856)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 12:40 AM
**Author:** STANFORDtroll

http://stupid-bitch-to-attend-yale-law.autoadmit.com/thread.php?thread_id=197266&mc=126&forum_id=2

(http://www.autoadmit.com/thread.php?thread_id=592396&forum_id=2#7727861)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 9th, 2007 12:41 AM
**Author:** David Bowie circa Hunky Dory

ty

(http://www.autoadmit.com/thread.php?thread_id=592396&forum_id=2#7727867)

---

# Exhibit G

-------- Original Message --------
**Subject:** Yale Law Faculty concerning pending lawsuit
**Date:** Tue, 19 Jun 2007 17:51:16 -0600
**From:** Patrick Zeke <patrick8765@hotmail.com>
**To:** <quintin.johnstone@yale.edu>, <christine.jolls@yale.edu>, <dan.kahan@yale.edu>, <paul.kahn@yale.edu>, <pamela.karlan@yale.edu>, <jay.katz@yale.edu>, <blair.kauffman@yale.edu>, <daniel.kevles@yale.edu>, <michael.klarman@yale.edu>, <alvin.klevorick@yale.edu>, <harold.koh@yale.edu>

Dear Yale Law faculty,

As you may or may not be aware, there is a lawsuit underway whose plaintiffs (represented by the epitome of kikes, **David Rosen**) are two of your students. Here is a copy of their claims:

http://online.wsj.com/public/resources/documents/aaComplaint.pdf To be fair to the posters whose identities are going to be exposed, these are the names of the plantiffs: Doe I =                    , Doe II =                    . If you can't put a face to those names, just remember [DOE I] is barely capable of reading (159 LSAT) and [DOE II]...well, she has big fake titties.

Should you take a look at the claims, you'll see this is an obvious case of people getting bent out of shape because free speech sometimes hurts. Why your colleagues thought this was worthy of wasting everyone's time is beyond me. My own pet theory is that Mr. Rosen has recently found two talented knob gobblers to take care of business for him, in exchange for "pro bono" work. I can't blame him for trying to exploit their predicament, but it seems like the risk of contracting herpes from [DOE I] would convince any rational person to go to a prostitute first. As for [DOE II], who wants that litigious cunt holding a sexual harassment lawsuit over their head?

I encourage you all to speak out against your intemperate colleagues who are trying to destroy fellow members of the legal community.

Sincerely,

The same d00d who wrote the first [DOE II] e-mail

P.S.-

To Mr. Rosen and his feminist/dyke allies- don't bother trying to find out who wrote this e-mail. As much as you like to think people can be held accountable for what they say, this is not the reality on the internet. I did get some serious lulz thinking about what type of claims you'd include in a lawsuit against me. Alas, three layers of anonymous proxies and a wireless access point ensure this suit will remain within the realm of fantasy land. Good thing too, because god knows I don't want to cut back on models and bottles.

---

Change is good. See what's different about Windows Live Hotmail. Check it out!

# Exhibit H

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◎ Back　▶Refresh　▶Options

**new lonelyvirgin e-mail to YLS faculty**

| | | |
|---|---|---|
| 📄 Dear Yale Law faculty. As you may or may not be aware, th... | lonelyvirgin | 06/19/07 |
| └📄 a good internet forensicist could probably still find you. t... | Totally positive guy | 06/19/07 |
| └📄 Hippocrates From Wikipedia, the free encyclopedia Jump to:... | I ruin tortious threads | 06/19/07 |
| └📄 lol, i like this | AFriend888 | 06/19/07 |
| └📄 You are one annoying cunt. The world might be a better plac... | sealclubber | 06/20/07 |
| └📄 I LOLed | Rockwell | 06/21/07 |
| └📄 Do you even know anything about computer forensics besides t... | t14 gunner | 06/20/07 |
| └📄 You're such a dumbfuck. | AFriend888 | 06/19/07 |
| └📄 TITCR! | Rockwell | 06/19/07 |
| └📄 Hippocrates From Wikipedia, the free encyclopedia Jump to:... | I ruin tortious threads | 06/19/07 |
| └📄 What the hell is this supposed to accomplish, fucktard? | rachmel | 06/19/07 |
| └📄 Bill McHenry is a 26-year old white male with a stocky build... | I ruin tortious threads | 06/19/07 |
| └📄 Jesus H. Christ. What is the matter with you? | denuf | 06/19/07 |
| └📄 Loyola Law School From Wikipedia, the free encyclopedia Ju... | urkidding | 06/19/07 |
| └📄 Thomas M. Cooley Law School From Wikipedia, the free encycl... | urkidding | 06/19/07 |
| └📄 Tuesday, June 19, 2007 S... | urkidding | 06/19/07 |
| 📄 oyoyoy | rachmel | 06/19/07 |
| 📄 A few years ago, while browsing around the library downtown,... | I ruin tortious threads | 06/19/07 |
| 📄 white girls with asian guys | Zombie Rehnquist | 06/19/07 |
| └📄 Hippocrates From Wikipedia, the free encyclopedia Jump to:... | I ruin tortious threads | 06/19/07 |
| 📄 Bill McHenry is a 26-year old white male with a stocky build... | I ruin tortious threads | 06/19/07 |
| 📄 I don't think you are helping the cause. | The Next W.H. Taft (AIM: WillyTaft) | 06/19/07 |
| └📄 I doubt he really sent it. | Totally positive guy | 06/20/07 |

📄 Post new message in this thread

---

◎Top　◎Next　◎Reply

**Date:** June 19th, 2007 7:05 PM
**Author:** lonelyvirgin

Dear Yale Law faculty,

As you may or may not be aware, there is a lawsuit underway whose plaintiffs (represented by the epitome of kikes, David Rosen) are two of your students. Here is a copy of their claims: http://online.wsj.com/public/resources/documents/aaComplaint.pdf To be fair to the posters whose identities are going to be exposed, these are the names of the plantiffs: Doe I = ˙　　　　　　, Doe II = ˙　　　　　. If you can't put a face to those names, just remember |DOE I| is barely capable of reading (159 LSAT) and |DOE II| ..well, she has big fake titties.

Should you take a look at the claims, you'll see this is an obvious case of people getting bent out of shape because free speech sometimes hurts. Why your colleagues thought this was worthy of wasting everyone's

time is beyond me. My own pet theory is that Mr. Rosen has recently found two talented knob gobblers to take care of business for him, in exchange for "pro bono" work. I can't blame him for trying to exploit their predicament, but it seems like the risk of contracting herpes from : [DOE I] would convince any rational person to go to a prostitute first. As for [DOE III], who wants that litigious cunt holding a sexual harassment lawsuit over their head?

I encourage you all to speak out against your intemperate colleagues who are trying to destroy fellow members of the legal community.

Sincerely,

The same d00d who wrote the first [DOE III] e-mail

P.S.-

To Mr. Rosen and his feminist/dyke allies- don't bother trying to find out who wrote this e-mail. As much as you like to think people can be held accountable for what they say, this is not the reality on the internet. I did get some serious lulz thinking about what type of claims you'd include in a lawsuit against me. Alas, three layers of anonymous proxies and a wireless access point ensure this suit will remain within the realm of fantasy land. Good thing too, because god knows I don't want to cut back on models and bottles.

(http://www.autoadmit.com/thread.php?thread_id=647094&forum_id=2#8275147)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** June 19th, 2007 7:07 PM
**Author:** Totally positive guy

a good internet forensicist could probably still find you. the best hackers in the world have been caught

(http://www.autoadmit.com/thread.php?thread_id=647094&forum_id=2#8275150)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** June 19th, 2007 7:11 PM
**Author:** I ruin tortious threads

Hippocrates

From Wikipedia, the free encyclopedia

Jump to: navigation, search

For other uses, see Hippocrates (disambiguation).

Hippocrates of Kos