# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DOE I, and DOE II,                                    Case No. 3:07CV00909(CFD)

     Plaintiffs,

v.

Individuals, whose true names are unknown,
using the following pseudonyms:
pauliewalnuts; neoprag; STANFORDtroll; :D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus; Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;
playboytroll; Dean_Harold_Koh; kr0nz;
reminderdood; r@ygold; who is; Joe1
Sche11hammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
<patrick8765@hotmail.com>; Patrick Bateman
<batemanhls08@hotmail.com>; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14
gunner; kibitzer; yalels2009; AK47,

     Defendants.

# DECLARATION OF DOE II IN SUPPORT OF
# PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY[1]

I, DOE II, declare as follows:

1.     I am a plaintiff in this action. I have knowledge of the facts set forth herein, and
if called to testify as a witness thereto, could do so competently under oath.

2.     In early February 2007, a friend of mine told me that I was the subject of a

---

[1] The exhibits attached to this declaration, as well as the statements in this declaration taken from
those exhibits, have been redacted to replace my name with DOE II and co-plaintiff's name with
DOE I, in accordance with this Court's Order of June 18, 2007 granting Plaintiffs' motion to
proceed anonymously.

Dockets.Justia.com

message thread on AutoAdmit.com, a website which at that time I had never visited. After my friend told me about the message thread, I visited the AutoAdmit website and found the first of hundreds of message threads about me, most of which contained sexual and vulgar comments, and others that included threats of violence or rape and/or made false statements about me harmful to my reputation. A true and correct copy of this first thread, titled "Rate this HUGE breasted cheerful big tit girl from YLS" and authored by Defendant "HI," is attached hereto as **Exhibit 1**.

3.    Among the many offensive, threatening and false comments that were posted about me by the defendants on AutoAdmit.com, some of the most egregious threads contained, for example, the following messages:

- "Ugly Women" posted a message stating, "[DOE II] (YLS 09) IS AN ANNOYING, SELFISH CUNT.  I HOPE SHE GETS RAPED AND DIES.  A true and correct copy of this post is attached hereto as **Exhibit 2**.

- "AK47" wrote, "Women named . . . [DOE II] should be raped."  A true and correct copy of this post is attached hereto as **Exhibit 3**.

- "Dirty Nigger" wrote, "I wish to rape [DOE I] and [DOE II] in the ass." A true and correct copy of this post is attached hereto as **Exhibit 4** (see p. 2).

- "Ugly Women" falsely stated that I fantasized about being raped by my father.  A true and correct copy of this post is attached hereto as **Exhibit 5** (see p. 4).

- "DRACULA" falsely stated that I enjoyed having sex while my family members watched.  A true and correct copy of this post is attached hereto as **Exhibit 6** (see p. 3.

- "Sleazy Z" falsely stated that I was "into scat," and encouraged others to "punch me in the stomach" when seven months pregnant.  True and correct copies of these posts are attached hereto as **Exhibit 7** and **Exhibit 5** (see p. 2), respectively.

- "Whamo" falsely alleged that I had the "clap." A true and correct copy of this post is attached hereto as **Exhibit 8** (see p. 18).

- "The Ayatollah of Rock-n-Rollah" falsely claimed that I engaged in "whoring."  A true and correct copy of this post is attached hereto as **Exhibit 9** (see p. 2).

- "who is" stated falsely that I had checked into a rehabilitation program for heroin use. A true and correct copy of this post is attached hereto as **Exhibit 10**.

- A defendant using the pseudonym "Dean_Harold_Koh" falsely alleged that I performed fellatio on the dean of Yale Law School for a passing grade. A true and correct copy of this post is attached hereto as **Exhibit 11**.

- "playboytroll" falsely claimed that I posed in *Playboy*. A true and correct copy of this post is attached hereto as **Exhibit 12**.

- Two posters attempted to start rumors that I had died or committed suicide: "r@ygold" posted a message falsely stating "[DOE II] found dead in apartment!," and "azn, azn, azn" falsely stated "HOLY SHIT: [DOE II] dead; suicide suspected." True and correct copies of these posts are attached hereto as **Exhibit 13** and **Exhibit 14**, respectively.

- "reminderdood" falsely accused me of "bashing gay people." A true and correct copy of this post is attached hereto as **Exhibit 15**.

- In a thread entitled, "DOE II, YLS 1L, you're a fucking cunt," defendant ":D" gleefully encouraged further attacks on me and used anti-Semitic language to do so: "I'm doing cartwheels knowing this stupid Jew bitch is getting her self esteem raped." A true and correct copy of this post is attached hereto as **Exhibit 16** (see p. 8).

4.     Other AutoAdmit users joined in the free-for-all to harm me by posting, for example, messages that commented crudely on my breasts, explicitly described the poster's desire to have sexual relations with me, falsely stated that I engaged in certain sexual activities, and encouraged others to continue to harass me. True and correct copies of these additional posts are attached hereto as **Exhibit 1** (see p. 8), **Exhibit 6**, (see p. 2), **Exhibit 8** (see pp. 2-3), **Exhibit 17** (see pp. 2, 5), **Exhibit 18** (see pp. 7, 8), **Exhibits 19** through **21**, and **Exhibit 22** (see pp. 2-3).

5.     A few weeks later, various AutoAdmit posters started a website devoted to "rating" female law students from schools around the country, "t14talent—The 'Most Appealing' Women @ Top Law Schools," located at http://t14talent.googlepages.com. ("t14" refers to some people's idea of the country's top 14 law schools.) A true and correct copy this website's homepage is attached hereto as **Exhibit 23**.

6.     A poster using the names "Todd Christopher" and "pauliewalnuts" was one of the principal organizers of the t14 site. True and correct copies of posts identifying this individual as the t14 site organizer are attached hereto as **Exhibits 24** and **25**.

7. The t14 contest also was featured on a web log located at http://top14girls.blogspot.com. A true and correct copy of this web log's home page is attached hereto as **Exhibit 26.**

8. This web log was created and maintained by defendant "kibitzer." True and correct copies of posts identifying this individual as the web log creator are attached hereto as **Exhibits 18** (see p. 12), **27** (see p. 19) and **28** (see p. 2).

9. Posters "pauliewalnuts," "kibitzer," and/or the other contest organizers copied, and then linked to, certain photographs of me without my consent or permission. True and correct copies of these t14 sites are attached hereto as **Exhibits 23** and **26.**

10. Certain anonymous defendants copied these photographs and published them by uploading them to the website located at http://www.hidebehind.com and linked to them through the t14 sites and the AutoAdmit message board. True and correct copies of these posts are attached hereto as **Exhibits 17, 21,** and **29.** My pictures were also posted on other websites such as imagevenue.com.

11. I own the copyrights to five of those photographs and have registered those copyrights with the United States Copyright Office. True and correct copies of United States Copyright Office Certificates of Registration are attached hereto as **Exhibit 30.**

12. Defendant "pauliewalnuts" first posted the URL to my image on the t14 webpage on February 20, 2007, in a thread entitled "YLS 1L CGWBT." A true and correct copy this post is attached hereto as **Exhibit 31** (see p. 2).[2] On the t14 web log, links were posted to webpages containing pictures of me alongside pornographic or otherwise unflattering advertisements. *See* **Exhibit 26.**

13. I did not consent to the use of my likeness on the t14 website or web log.

14. On March 7, 2007, defendant "Joel Schellhammer" posted a message titled "YLS 1L CGWBT [DOE II] HAS A FELON FOR A FATHER!!! YALE LAW" on AutoAdmit.com,

---

[2] "CGWBT" is an acronym for "cheerful girl with big tits." *See* **Exhibit 32**, which is a true and correct copy of the entry for "CWBT" from the on-line Urban Dictionary.

which discussed a private and upsetting story about my father. A true and correct copy of this post is attached hereto as **Exhibit 33.**

15.   The next day, "hitlerhitlerhitler" re-posted "Joel Schellhammer"'s message on AutoAdmit.com with additional private information about my father. A true and correct copy of this post is attached hereto as **Exhibit 34.**

16.   On March 9, 2007, "Patrick Bateman" emailed multiple members of the Yale Law School faculty the following message:

> **From:** Patrick Bateman <batemanhls08@hotmail.com>
> **Date:** Mar 9, 2007 2:08 PM
> **Subject:** Yale Law School faculty: Notice
> **To:** [Member of the Yale Law School Faculty]
> **Cc:** [DOE II]
>
> Dear Yale Law faculty,
> I write to you now about a very important issue that affects a non-trivial number of you. Although you undoubtedly deal with self-entitled, spoiled students on a regular basis, there's one person in particular whose history I feel you must be made aware of before problems arise. [DOE II], a student in your 09 class, has a felon as a father who stole money [at her behest] . . . . One could make the argument that her character at ten is not representative of her values as an adult, if it wasn't for the recent evidence to the contrary. She spent in excess of $150 to remove material that was in the public domain, simply because she found it offensive that it emphasized her good looks. If such reckless use of money in the name of free speech suppression is not indicative of a damaged character, I don't know what it is. Best of luck to you in managing this liability, it is regretful that the admissions process can't encapsulate the entire person.
> XOXO
> HTH
> Patrick Bateman (Harvard Law School 08)
> References:
> [Hyperlinks to articles about me and my father].

A true and correct copy of this email is attached hereto as **Exhibit 35.**

17.   Defendant "lonelyvirgin" then posted "Patrick Bateman"'s message on AutoAdmit.com. A true and correct copy of that post is attached hereto as **Exhibit 36** (see p. 3).

18.   "Patrick Bateman"'s email to the YLS faculty contained false and exaggerated information. The moniker "Patrick Bateman" is a reference to the fictional serial killer in the novel and film, American Psycho. I believe the poster used this moniker to cause me to feel physically threatened. After I found out that this email had been sent to the Yale Law School

faculty, I felt humiliated. But more importantly I was scared for my safety. It was increasingly difficult for me to sleep at night, and I often stayed with friends or had friends escort me home because I did not feel comfortable being alone in my apartment.

19.     In April 2007, a poster using the pseudonym "t14 gunner" posted the following message—which he claimed to have sent to my former employer—on AutoAdmit.com:

> **Date**: April 28th, 2007 11:55 PM
> **Author**: t14 gunner ([DOE II] works at a fourth tier toilet)
>
> Just sent this using the feedback part of their site.
>
> Greetings,
> I want to bring your attention to some information potentially harmful to your firm's reputation. Obviously your clients do not want to be represented by someone who is not of the highest character value, which is why I believe you should know a bit more about an employee of yours. I've recently discovered [DOE II] of Yale Law School is one of your summer hires. It is true that she does have a fine academic pedigree, but there is some distressing information about her readily available online. Some of what is written about her is of dubious value. Regardless, there is good reason to believe some of your clients may not be so careful in how they interpret what has been written—especially as to how it relates to the quality of your firm. Included below is a sample, but a simple Google search will return an even more extensive record.

A true and correct copy of this post is attached hereto as **Exhibit 37.**

20.     After I found out that this email had been posted on AutoAdmit and possibly sent to my former employer, I felt embarrassed and feared that my former employers would question my character.

21.     Outraged and upset by the messages posted on AutoAdmit, in early 2007 I wrote to the site administrators multiple times through the contact information listed on the website, asking them to permanently remove the offensive messages about me. In my requests, I told them explicitly of the harm I was experiencing because of the harassing, threatening and defamatory postings, including the fact that I had been forced to seek therapy. A true and correct copy of this email correspondence is attached hereto as **Exhibit 38**. The only response that I received was a link to a message posted on AutoAdmit.com, which threatened to post my request on the AutoAdmit site. A true and correct copy of this message, which was authored by "Great

Teacher Onizuka," is attached hereto as **Exhibit 39** (see p. 2).

22.     The numerous threats, false statements, and sexually explicit comments about me that were posted by the defendants on AutoAdmit.com have caused me physical illness and severe emotional distress, interfered with my educational progress, damaged my reputation, and caused me pecuniary harm.

23.     The night the material about my father was posted on AutoAdmit, I had to go to emergency mental health services and was given sedatives to sleep. At one point later in the semester, after reading some egregious material on the site, I fainted in the hallway of the law school and had to be escorted to student health services by a classmate—the administrators wanted to call an ambulance to take me to the hospital but I insisted on going on my own to minimize attention from my classmates.

24.     The extreme emotional distress that I suffered and continue to suffer includes depression, stress, fearful feelings, and anxiety. In addition, I also experienced and continue to experience frequent insomnia, loss of appetite, and stomach problems.

25.     The severe emotional distress that I experienced forced me to seek psychological counseling. In late February 2007, I started seeing a therapist once a week. In September 2007, I started taking medication to treat anxiety and depression directly arising from the aforementioned events. Presently, I still see a therapist and take medication to help with the emotional distress from which I continue to suffer.

26.     The emotional distress that I suffered caused my performance in school to deteriorate. For example, I was unable to complete the coursework for two of my classes by the end of last semester because of my anxiety, depression, and inability to concentrate. Because of the impact of these events on my academic affairs, I also was unable to apply for the Yale Law Journal last spring, as well as several other academic and extracurricular activities and positions. This harmful attack on my character and reputation robbed me of a normal and productive experience during my first year of law school.

27.     The stress and anxiety that I experienced as a result of the defendants' conduct

affected my relationships with my family, friends, classmates, and colleagues. For example, long ago my paternal aunt set up a "Google alert" for my name, so that she would receive an email each time a new thread appeared about me on that search engine. When she discovered that negative content about me from AutoAdmit was accruing on Google, she experienced anxiety and depression. She also began to question my sexual behavior because of the nature of much of the content, and this created significant tension and conflict between my father and me. Because my father and aunt are Muslim, false statements made about my sexual behavior, as well as other sexually harassing comments about my body and the desire to assault me, are particularly damaging to my relationship with them. Since the onset of the postings, my father and aunt do not speak to me as often as they used to, and our relationship is distant and strained.

28.      The depression and anxiety that I experienced as a result of the defendants' defamatory attacks also have affected my other inter-personal relationships. I have become largely withdrawn from the social activity of the law school. I no longer regularly attend my classmates' social functions because I feel uncomfortable with the possibility that other attendees may be or know the identities of anonymous posters. I am no longer social and enthusiastic upon meeting new people because of the fear that they will do an Internet search of my name and read the horrible things that have been written about me. As a result, I avoid giving my full name and email address to people that do not already have it, which makes it particularly difficult to make new friends.

29.      Similarly, I have had difficulty dating and becoming involved in romantic relationships since the negative threads began to appear about me on AutoAdmit. I feel suspicious of men in general now, and have even ended some of my platonic relationships with male friends because of my newfound discomfort around most members of the opposite sex.

30.      The defendants' defamatory attacks have also affected my professional relationships. For example, in the summer of 2007, while interning at the U.S. Attorney's Office for the Southern District of New York, one of my male supervisors informed me that he was aware of the things that had been published about me on the Internet. After learning this, I

became withdrawn and found it difficult to interact with him as well as other supervisors, colleagues and interns.

31.    During the fall 2007 interview process at Yale, I feared that potential employers would read disparaging comments about me on AutoAdmit. In three interviews, I found it necessary to disclose the fact that I had been targeted by pseudonymous posters online, and I only received a call-back for further interviews from one of those firms.

32.    I was deeply offended, mentally distressed and frightened by the invasion of my privacy and the publication of personal information about me on the AutoAdmit website. I was equally offended and distressed by the appropriation of my name and image without my permission and the publication of information that I believe placed me in a false light.

33.    As a result of the defendants' threatening, defamatory and offensive conduct, I suffered damages, including but not limited to costs of medical treatment and other costs and expenses.


I declare under penalty of perjury that the foregoing is true and correct. Executed in New Haven, Connecticut on January 24, 2008.

_Doe II_
DOE II

# Exhibit 1

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊗ Back ▶Refresh ▶Options

Ads by Goooooogle

**Law School Outlines**
5,200 Downloadable Law Outlines Search By School, Class, Prof.
www.outlinedepot.com

**Temple University Info**
Discussion Forums, Quick Facts Research Course Transferability
www.academyone.com

**Graduate Student Loans**
Too Many Student Loans? Refinance Today & See How Much You Save.
www.loantolearn.com

**Online Law School**
Earn your JD or Executive JC from Concord Law. Free Info.
EducationEngine.com

Advertise on this site

Rate this HUGE breasted cheerful big tit girl from YLS

| | | |
|---|---|---|
| http://photos.pe.facebook.com/v47/89/109/2718649/n2718649_32... | HI | 01/31/07 |
|   Her cheeks, nose and chin look as if they've been injected w... | leaf | 01/31/07 |
|     What are these cheeks nose and chin you speak of? | ·HI | 01/31/07 |
|     I can't see her face because of her HUGE tits. | SimpleStuff | 01/31/07 |
|       Tits are overrated. | leaf | 01/31/07 |
|         ya penises are holter. | HI | 01/31/07 |
|   haha, I'd been planning to do a thread on her but didn't hav... | kibitzer | 01/31/07 |
|     http://photos-649.facebook.com/ip008/profile2/469/61/n271864... | HI | 01/31/07 |
|       she even looks decent in this one http://img266.imageshac... | kibitzer | 01/31/07 |
|         Uggh. | DrewSucksoe | 02/11/07 |
|     Jewish Persian, right? | Unfrozen Caveman Lawyer (Commander of the SEC) | 02/01/07 |
|   7.5 | grate t-shirt okinawa | 01/31/07 |
|   She will not age well. | Salad fork | 01/31/07 |
|     what are you talking about? look how hot her aunties are ht... | grate t-shirt okinawa | 02/01/07 |
| YLS? for real? | ROFLcopter Down! | 01/31/07 |
|   Yea. Do you think there's one guy in her section who hasn't... | HI | 01/31/07 |
|     i would be surprised if even the gays in her section haven't. | ROFLcopter Down! | 01/31/07 |
|     I bet this dude hasn't: http://photos.pe.facebook.com/v48/10... | Konstantinov pwned | 01/31/07 |
| when I looked at the first pic, my first thought was "w... | enchilada of evil | 01/31/07 |
| Cute. | | 01/31/07 |
| I should've put off ls 2 yrs and gone to yale. | MoreDoughHi | 01/31/07 |
|   Yeah, that would have been a good idea, because then she'd s... | ungrateful, unelected, vicious Power Elite | 01/31/07 |
| awesome. CPGWBT rule!! | David Carr | 01/31/07 |
| oh god, is it really that bad in america??? in canada if i'm... | BooR | 01/31/07 |
|   did you look at the girls she's hanging out with? she's way... | kibitzer | 01/31/07 |
|   How would you know? You've never been with a girl in public | ChiTown4Life | 01/31/07 |
|   FAG | HI | 01/31/07 |
|   Everyone knows women don't like Canadians. They're too frail... | ungrateful, unelected, vicious Power Elite | 01/31/07 |
|   you've never even touched a woman, beggars can't be choos... | Billy Ray Valentine | 02/01/07 |
| I'm trying to decide if I'd rather do her doggystyle or cowg... | HI | 01/31/07 |
|   cowgirl but honestly if you had a shot with her do it both w... | David Carr | 01/31/07 |
|   I don't think you can do girls Doogystyle. | Ben"Guevedoces"Gibson | 02/01/07 |
|     Where I'm from we call that anal. | The Big Aristotle | 02/01/07 |
|     touché' | Ben"Guevedoces"Gibson | 02/01/07 |
| very pretty | A horse walks into a bar | 01/31/07 |
| Name [DOE II] Networks: Yale Grad Student '09 UNC ... | Ashley Gardiner | 01/31/07 |
|   awesome. how do u do that? | David Carr | 01/31/07 |
|     more importantly, her tits grew recently...scroll down ht... | MoreDoughHi | 01/31/07 |
|       she was a 17 old HS senior 5 years ago. a spurt during... | kibitzer | 01/31/07 |
|         i had some spurts in college. | MoreDoughHi | 01/31/07 |
|           got some action from your teammates after a tough practice? | kibitzer | 01/31/07 |
|             i had spurts in female genitals | MoreDoughHi | 01/31/07 |
| http://photos.pe.facebook.com/v16/89/109/2718649/n2718649_30... | HI | 01/31/07 |
|   http://photos-390.ak.facebook.com/ip002/v15/89/109/2718649/n... | ChiTown4Life | 01/31/07 |
|     Ugly? | HI | 01/31/07 |
|       Did it hurt when you caught teh ghey? | ChiTown4Life | 01/31/07 |
|       This is where girls and guys differ in hotness. Most girls ... | oneLita | 02/01/07 |
|         although the girl on the right is very striking, most girls ... | grate t-shirt okinawa | 02/01/07 |
|           ok this is actually true | oneLita | 02/01/07 |
|             girlonright has a skull face [DOE II] looks like she is 3 fe... | Montana Wildhack | 02/11/07 |
| | Todd Christopher | 02/11/07 |

| | | |
|---|---|---|
| └📄 girl on right has a really bad nose. i personally couldnt... | | |
| └📄 That's because women are told what is hot by the fashion ind... | Subotai, thief and archer | 02/01/07 |
| └📄 I think both girls are pretty, just different kinds of prett... | hook_em | 02/04/07 |
| 📄 very cute. | Hittin' It This Second | 01/31/07 |
| 📄 Why the fuck didn't they invent this shit 4 years ago? | Brer Tiger | 01/31/07 |
| └📄 What? | HI | 01/31/07 |
| └📄 It could have potentially saved me from some of the shame th... | Brer Tiger | 01/31/07 |
| └📄 is that where yalies go to meet hot, dumb girls? isn't scsu... | kibitzer | 01/31/07 |
| └📄 And UNH, Quin was the go-to though. But shameful. | Brer Tiger | 01/31/07 |
| └📄 WTH I know a few people at Yale that are hot | SilverBandCry! | 01/31/07 |
| 📄 5 | enjoymadness | 01/31/07 |
| 📄 hmm, she looks pretty darn short. | Walker, Texas Ranger | 01/31/07 |
| 📄 she has big boobs | C+C™ | 01/31/07 |
| 📄 Wow, I know her from way back when. It's a small internets ... | Son of Boss | 01/31/07 |
| └📄 yeah that would make sense. she's persian right? | A horse walks into a bar | 01/31/07 |
| └📄 Yep pretty sure. She's friends with a persian girl I was co... | Son of Boss | 01/31/07 |
| 📄 YOU FUCKING IDIOTS - THOSE TITS ARE NOT REAL.. AND BY NOT RE... | T7stud | 01/31/07 |
| └📄 With this post, it is 100% confirmed you are Under Cover Gun... | Probability Estimator | 01/31/07 |
| └📄 yeah, not many guys out there are big-tit afficionados, we... | T7stud | 01/31/07 |
| └📄 Why would she bother with that in this picture? http://phot... | Son of Boss | 01/31/07 |
| └📄 because she'd look like shit without them in both pics. esp... | T7stud | 01/31/07 |
| └📄 Yeah, I was totally thinking the same thing. Her tits are lo... | starlight mint (was concerned) | 02/04/07 |
| 📄 Until proven otherwise, she is a fine example of a CGWBT .... | TimothyArcher | 02/01/07 |
| 📄 Oh my. | Port Drudgery | 02/01/07 |
| └📄 lolz, i was wondering when you'd show up. | kibitzer | 02/01/07 |
| └📄 how tall is she, dooder? | kibitzer | 02/01/07 |
| 📄 I feel bad for you nerds if thats the object of your affecti... | eric stratton, rush chair, damn glad to meet ya | 02/01/07 |
| 📄 kibitzer or someone should salt and cure these pics on image... | veGTOr | 02/01/07 |
| └📄 no worries, dooder. i saved them all. | kibitzer | 02/01/07 |
| 📄 with the exception of the funbags, i knew she looked familia... | 50 rmb | 02/01/07 |
| 📄 http://photos.pe.facebook.com/v48/104/1/310601/n310601_30741... | )}<>{( | 02/01/07 |
| └📄 speaking of rome, there is a CGWBT working in the Julii hous... | 50 rmb | 02/01/07 |
| └📄 link pic | MoreDoughHi | 02/01/07 |
| 📄 Gorgeous. I think I've seen her around. She looks like a... | La Blue Girl | 02/01/07 |
| 📄 I'd say a solid 8. Nice. | TheDumbs | 02/01/07 |
| 📄 She also recently bought BRAND NEW HOT RED LADIES DINGO DANC... | I like ties | 02/03/07 |
| 📄 You wouldn't date her if she does biglaw? | HI | 02/11/07 |
| └📄 The logic is that Biglaw would turn any cheerful girl with b... | hook_em | 02/11/07 |
| └📄 Chicks with big tits should always be cheerful. They have n... | HI | 02/11/07 |
| └📄 Theoretically, yes, but the things people sometimes want the... | hook_em | 02/11/07 |
| 📄 I want to play with her boobs for the rest of my life. | Blackjack | 02/11/07 |
| 📄 Pretty sure you can see her nips in this one: http://phot... | LatteLover | 02/11/07 |
| 📄 amazing body, bad hair, that bad hair bothers me... ma... | Todd Christopher | 02/11/07 |
| 📄 has anyone emailed her this thread yet? | Montana Wildhack | 02/11/07 |
| └📄 probably not, given that she didnt change her facebook pics ... | Todd Christopher | 02/11/07 |
| 📄 ... | HI | 02/11/07 |
| └📄 post more of her pics, dooder | kibitzer | 02/11/07 |
| └📄 She restricted her page to friends. | HI | 02/11/07 |
| └📄 :( | kibitzer | 02/11/07 |

📄 Post new message in this thread

---

· Ads by Google·    Law School Adimission      Law Journal       US News Law School Rank      Distance Law Degree

---

⌘Top  ⌘Next  ⌘Reply

**Date:** January 31st, 2007 9:26 PM
**Author:** HI

Ads by Goooooogle

**Register for Fall 2007**
LSAT Score of 150 or
above? We Want You!
ABA Accredited
School
Law.ULV.edu

**Rainmaking Skills**
They Never Taught
You In Law School
100% Ethical,
Guaranteed Results
www.howtomakeitrain.con

http://photos.pe.facebook.com/v47/89/109/2718649/n2718649_32390620_9250.jpg

http://photos.pe.facebook.com/v47/89/109/2718649/n2718649_32390617_8401.jpg

http://photos.pe.facebook.com/v48/104/1/310601/n310601_30741633_8196.jpg

http://photos-518.ak.facebook.com/ip002/v48/37/70/501044/n501044_30386518_2452.jpg

http://photos-291.ak.facebook.com/ip002/v48/37/70/501044/n501044_30386291_4911.jpg

http://photos-280.ak.facebook.com/ip002/v48/37/70/501044/n501044_30386280_7525.jpg

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521247)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** January 31st, 2007 9:31 PM
**Author:** leaf (*Meghan Fitzpatrick, UVa '04*)

Her cheeks, nose and chin look as if they've been injected with Play-Doh and put under a torch.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521292)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** January 31st, 2007 9:32 PM
**Author:** HI

What are these cheeks nose and chin you speak of?

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521303)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** January 31st, 2007 9:43 PM
**Author:** SimpleStuff

I can't see her face because of her HUGE tits.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521359)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** January 31st, 2007 10:23 PM
**Author:** leaf (*Meghan Fitzpatrick, UVa '04*)

Tits are overrated.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521646)

Everyone knows women don't like Canadians. They're too frail and effeminate.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521775)

---

⊚ Top    ⊚ Previous    ⊚ Next    ⊚ Reply

**Date:** February 1st, 2007 8:32 AM
**Author:** Billy Ray Valentine (*Feeling good, Louis! (HomerJ)*)

you've never even touched a woman.

beggars can't be choosers you stupid russian shitbag.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7523446)

---

⊚ Top    ⊚ Previous    ⊚ Next    ⊚ Reply

**Date:** January 31st, 2007 9:40 PM
**Author:** HI

I'm trying to decide if I'd rather do her doggystyle or cowgirl. Cowgirl, the funbags would be in my face. Doogystyle, they'd swing furiously as I pounded her from behind.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521350)

---

⊚ Top    ⊚ Previous    ⊚ Next    ⊚ Reply

**Date:** January 31st, 2007 9:45 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

cowgirl but honestly if you had a shot with her do it both ways

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7521371)

---

⊚ Top    ⊚ Previous    ⊚ Next    ⊚ Reply

**Date:** February 1st, 2007 8:29 AM
**Author:** Ben"Guevedoces"Gibson

I don't think you can do girls Doogystyle.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7523443)

---

⊚ Top    ⊚ Previous    ⊚ Next    ⊚ Reply

**Date:** February 1st, 2007 8:34 AM
**Author:** The Big Aristotle

Where I'm from we call that anal.

(http://www.autoadmit.com/thread.php?thread_id=572917&forum_id=2#7523452)

# Exhibit 2

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

🌐 Back  ▶ **Refresh** ▶ **Options**

**is everything back to normal yet?**

| | | |
|---|---|---|
| 📄 I think I'm ready to come out of retirement. | rasquach | 03/09/07 |
| ┗📄 **[DOE II]**   (YLS 09) IS AN ANNOYING, SELFISH CUNT. I HOPE ... | Ugly Women | 03/09/07 |
| ┗📄 who is she? an actress in lesbo porn? | plopplop | 03/09/07 |
| ┗📄 Close. She's the YLS whore who fucks and sucks every guy who... | Ugly Women | 03/09/07 |
| ┗📄 YOU'RE A TRAITOR AND SHOULD LEAVE XOXO. | earlgreytea | 03/09/07 |
| ┗📄 I need friends, though :( | rasquach | 03/09/07 |
| ┗📄 traitor to what? puh-leeze. | plopplop | 03/09/07 |
| 📄 yeah, you are safe now to continue making threads about how ... | mighty balls of fire | 03/09/07 |
| ┗📄 She's on here all the time, but as soon as someone attacks x... | earlgreytea | 03/09/07 |
| ┗📄 now that i know she pisses you off, so much, i might be inc... | plopplop | 03/09/07 |
| ┗📄 thanks. I think I will. | rasquach | 03/09/07 |
| ┗📄 hi rasq missed U :-] | ibuprofen daiquiri onizuka | 03/09/07 |
| ┗📄 missed you too :) who are you? Did any of the othe... | rasquach | 03/09/07 |

📄 Post new message in this thread

---

🌐 Top   🌐 Next   🌐 Reply

**Date:** March 9th, 2007 11:20 PM
**Author:** rasquach

I think I'm ready to come out of retirement.

(http://www.autoadmit.com/thread.php?thread_id=592887&forum_id=2#7732033)

---

🌐 Top   🌐 Previous   🌐 Next   🌐 Reply

**Date:** March 9th, 2007 11:23 PM
**Author:** Ugly Women

**[DOE II]**   (YLS 09) IS AN ANNOYING, SELFISH CUNT. I HOPE SHE GETS RAPED AND DIES.

hth

(http://www.autoadmit.com/thread.php?thread_id=592887&forum_id=2#7732045)

---

🌐 Top   🌐 Previous   🌐 Next   🌐 Reply

# Exhibit 3

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⚙ Back  ▶Refresh ▶Options

**Women named Jill and[DOE II]should be raped.**

📄 ...                AK47                06/17/07

📄 Post new message in this thread

⚙ Top  ⚙ Reply

**Date:** June 17th, 2007 4:50 PM
**Author:** AK47

(http://www.autoadmit.com/thread.php?thread_id=646214&forum_id=2#8266805)

# Exhibit 4

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◉ Back ▸ **Refresh** ▸ **Options**

**[DOE I]** is dumbass bitch and **[DOE II]** is a slut

| | | |
|---|---|---|
| 🗏 I wish to rape **[DOE I]** and **[DOE II]** in the ass.... | Dirty Nigger | 06/28/07 |
| └🗏 HI AK47! | IAintScurred | 06/28/07 |
| └🗏 by by baby by by | NEW pc OLD poster | 06/28/07 |
| └🗏 if I bump this thread, does that mean I'm republishing the d... | AK47 | 06/26/07 |
| └🗏 what's going on here? | Crystal Mangum-Nifong | 06/29/07 |
| └🗏 oh. | Crystal Mangum-Nifong | 06/29/07 |
| └🗏 I'm not quite sure dood, the OP seems crazy. | AK47 | 06/29/07 |
| └🗏 HI NIGGER | Guitar dood | 06/29/07 |
| └🗏 perhaps | Crystal Mangum-Nifong | 06/29/07 |
| 🗏 welcome to the first amended complaint, dude...:) | adalia | 06/29/07 |
| └🗏 seems as though Rosen is on Par with Rep Defender as far as .... | Crystal Mangum-Nifong | 06/29/07 |
| └🗏 seriously, that's a huge reason why the lawsuit is such bul... | adalia | 06/29/07 |
| └🗏 OP is basically daring rosen to add "Dirty Nigger".... | Jeff Daniels | 06/29/07 |
| └🗏 it would be great lulz. | I only jerk off to ex girlfriends | 06/29/07 |
| └🗏 which would be a 180 | Crystal Mangum-Nifong | 06/29/07 |
| 🗏 im pretty sure the OP is using a proxy or a public computer.... | akajktakl | 06/29/07 |
| └🗏 probably. | Crystal Mangum-Nifong | 06/29/07 |
| └🗏 ...or using someone else's wireless connection I wonder ... | prestigious flight 93 passenger | 06/29/07 |
| 🗏 my fingers are trembling as I type this post, but every bone... | Tito Puente with a saxophone | 06/29/07 |
| 🗏 177. | AK47 | 06/29/07 |
| └🗏 Didn't you get the memo? Desiring sex with someone = threat... | reefu | 06/29/07 |
| └🗏 Save the junior-high locker room talk for when you're drinki... | Childfree_by_Choice | 06/29/07 |
| 🗏 omg you're in HUGE TROUBLE, plaintiffs will add you as a def... | prestigious flight 93 passenger | 06/29/07 |

🗏 Post new message in this thread

◉ Top  ◉ Next  ◉ Reply

**Date:** June 28th, 2007 11:13 PM
**Author:** Dirty Nigger

I wish to rape **[DOE I]** and **[DOE II]** in the ass. And feel their pussies against my hard cock. This is because **[DOE I]** is so stupid she got a 159 on the LSATs and **[DOE II]** is a stupid slut whose dad stole money from African children and went to prison to buy her a fucking horse.

EDIT: I forgot to mention that the reason **[DOE I]** didn't get any offers is because she is also a complete retard, with a completely annoying personality.

(http://www.autoadmit.com/thread.php?thread_id=650841&forum_id=2#8314376)

◉ Top  ◉ Previous  ◉ Next  ◉ Reply

**Date:** June 28th, 2007 11:17 PM
**Author:** IAintScurred (*Drivin wit' the top down*)

Hi AK47!

(http://www.autoadmit.com/thread.php?thread_id=650841&forum_id=2#8314387)

◉ Top  ◉ Previous  ◉ Next  ◉ Reply

**Date:** June 28th, 2007 11:51 PM
**Author:** NEW pc OLD poster

by by baby by by

(http://www.autoadmit.com/thread.php?thread_id=650841&forum_id=2#8314486)

# Exhibit 5

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

Ads by Goooooogle

**Aba Law School Rankings**
Move your career forward with an accredited online degree!
www.CourseAdvisor.com

◉ Back ▶Refresh ▶Options

BAM! you're raping your hot daughter,   [DOE II]

| | | |
|---|---|---|
| 📄 and you're about to cum. At the last second she asks if you'... | Ugly Women | 03/06/07 |
| 📄 I hire REPUTATION DEFENDER. | there's a wocket in my pocket | 03/06/07 |
| 📄 Cum inside her, and then punch her in the stomach seven mont... | Sleazy Z | 03/06/07 |
| 📄 I explored this solution, but it seems less than satisfactor... | Ugly Women | 03/06/07 |
| 📄 Yeah, but you'd have to wait 15 years for the girl to grow h... | Sleazy Z | 03/06/07 |
| 📄 so fuck [DOE II] till then | David Carr | 03/06/07 |
| 📄 My plan exactly. Two or three 9 month cycles later and you'l... | Ugly Women | 03/06/07 |
| 📄 plus, girls have titties at 10 or 11 these days anyway | KimboSlice | 03/07/07 |
| 📄 what a glorious age we live in | David Carr | 03/07/07 |
| 📄 wow, just wow. | 867-5309 | 03/06/07 |
| 📄 Yeah, my response exactly. | Get_to_da_choppa | 03/06/07 |
| 📄 It turned you guys on that much? Perverts. | there's a wocket in my pocket | 03/06/07 |
| 📄 It turned me on that much! She has giant, big-ass titties. | Get_to_da_choppa | 03/06/07 |
| 📄 Don't worry, there will be plenty of [DOE II] progeny to go aro... | Ugly Women | 03/06/07 |
| 📄 This is so tremendously vile it makes my head hurt. good ... | TF999 | 03/06/07 |
| 📄 anyone who hires Rep Defender deserves this. | Prof. Brian Leiter | 03/06/07 |
| 📄 I hope your wife/daughter/loved one has to deal with shit li... | TF999 | 03/06/07 |
| 📄 It's every woman's dream to be raped by their dad, [DOE II]'s p... | Ugly Women | 03/06/07 |
| 📄 everything seems to be in order here. carry on. | [error // account suspended contact@autoadmit.com] | 03/06/07 |
| 📄 Come on guys, more insight would be appreciated. | Ugly Women | 03/07/07 |
| 📄 please titty fuck her | [DOE II] has Glorious Breasts | 03/07/07 |

📄 Post new message in this thread

**Up to $2000 Cash Back**
Reduce Monthly Payment by over 50%. Lock in rebate now-1-888-811-0560
FinancialAid.com

**Spring Student Loans**
Need More Money for this Semester? Rent, Books, Travel, etc. Apply Now
www.loantolearn.com

**LSAT Score 160 or Above?**
Apply for Fall 07 Enrollment! Small Classes, Friendly Environment
Law.ULV.edu

Advertise on this site

·Ads by Google·    Law School Adimission      Online Law Degree        Law Journal        Legal Law

◉ Top   ◉ Next   ◉ Reply

**Date:** March 6th, 2007 1:18 PM
**Author:** Ugly Women

and you're about to cum. At the last second she asks if you'll cum inside her and make her pregnant. On one hand, you want to see her HUGE funbags get even larger as they fill with milk, but you're worried about your wife finding out. What do you do?

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716816)

Ads by Google

**Online Law School**

Juris Doctor JD & LLM Masters Low tuition, Free Textbooks
www.edu-onlinedegree.org

Advertise on this site

◉ Top   ◉ Previous   ◉ Next   ◉ Reply

**Date:** March 6th, 2007 1:20 PM
**Author:** there's a wocket in my pocket

I hire REPUTATION DEFENDER.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716831)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** March 6th, 2007 1:21 PM
**Author:** Sleazy Z

Cum inside her, and then punch her in the stomach seven months later.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716835)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** March 6th, 2007 1:28 PM
**Author:** Ugly Women

I explored this solution, but it seems less than satisfactory. If the kid turns out to be a girl, then she might end up with the same huge fucking titties as her mother. You could have two sets of tits to suck and fuck.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716879)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** March 6th, 2007 1:29 PM
**Author:** Sleazy Z

Yeah, but you'd have to wait 15 years for the girl to grow huge fucking titties. And by that time,   [DOE II] 's huge fucking titties might be saggy and droopy.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716886)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** March 6th, 2007 1:32 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

so fuck [DOE II] till then

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716895)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** March 6th, 2007 1:41 PM
**Author:** Ugly Women

My plan exactly. Two or three 9 month cycles later and you'll have a whole set of big fucking titties to look forward to

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716940)

---

**Date:** March 6th, 2007 1:40 PM
**Author:** Get_to_da_choppa

It turned me on that much! She has giant, big-ass titties.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716938)

---

☞ Top   ☞ Previous   ☞ Next   ☞ Reply

**Date:** March 6th, 2007 1:43 PM
**Author:** Ugly Women

Don't worry, there will be plenty of **[DOE II]** progeny to go around

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716957)

---

☞ Top   ☞ Previous   ☞ Next   ☞ Reply

**Date:** March 6th, 2007 1:36 PM
**Author:** TF999

This is so tremendously vile it makes my head hurt.

good job, i guess?

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716917)

---

☞ Top   ☞ Previous   ☞ Next   ☞ Reply

**Date:** March 6th, 2007 1:44 PM
**Author:** Prof. Brian Leiter

anyone who hires Rep Defender deserves this.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716962)

---

☞ Top   ☞ Previous   ☞ Next   ☞ Reply

**Date:** March 6th, 2007 1:46 PM
**Author:** TF999

I hope your wife/daughter/loved one has to deal with shit like this some day.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7716979)

---

☞ Top   ☞ Previous   ☞ Next   ☞ Reply

**Date:** March 6th, 2007 1:56 PM
**Author:** Ugly Women

It's every woman's dream to be raped by their dad. **[DOE II]**'s probably fingering her worn out cunt to this post as we speak.

(http://www.autoadmit.com/thread.php?thread_id=590923&forum_id=2#7717036)

# Exhibit 6

\

# AutoAdmit ™    *The most prestigious law school admissions discussion board in the world.*

Ads by Goooooogle

**LSAT Score 160 or Above?**
Apply for Fall 07 Enrollment! Small Classes, Friendly Environment
Law.ULV.edu

⊙ Back　▶**Refresh** ▶**Options**

How does **[DOE II]** like to be fucked?

| | | |
|---|---|---|
| 📄 Tenderly? Or does she want you to pull her hair and spank h... | Sleazy Z | 03/06/07 |
| ↳📄 Fuck her gently, of course. (See: Tenacious D.) | chancemeeting's echo | 03/06/07 |
| 📄 Titty fucked, naturally. | Get_to_da_choppa | 03/06/07 |
| ↳📄 you gotta strap some nipple clamps on her | David Carr | 03/06/07 |
| 📄 Who says she likes to be fucked? "oh no he didn't!&... | Right Wing Nutjob © | 03/06/07 |
| 📄 why ask us? just has her girlfriend | rangerlaw | 03/06/07 |
| ↳📄 I love the little typos and Freudian slips people make after... | Nerevarine | 03/06/07 |
| 📄 Each and every way. Ears, mouth, anus...you name it. | Ari Gold | 03/06/07 |
| 📄 Daddy style http://www.xoxohth.com/thread.php?thread_id=5... | Ugly Women | 03/06/07 |
| 📄 By hundreds of people, but only if other family members are ... | DRACULA | 03/06/07 |
| ↳📄 She doesn't mind them participating either. | Ugly Women | 03/06/07 |
| 📄 By environmentalists. | leaf | 03/06/07 |

📄 Post new message in this thread

**Online Discussion Board**
Secure Discussions in minutes with WebOffice. Try our 100% Free Trial
www.WebOffice.com

**www.Section16.inf**
The Web Resource for SEC Section 16 Compliance- Discussion Board & more
www.section16.info

· Ads by Google·　　Discussion Board　　　Discussion Forum　　　Tenacious D　　　Law School Discussions

---

⊙ Top　⊙ Next　⊙ Reply

**Date:** March 6th, 2007 4:11 PM
**Author:** Sleazy Z

Tenderly? Or does she want you to pull her hair and spank her ass?

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717699)

Ads by Google

**University of California**

Int'l Relations Masters Degree International Development track
irps.ucsd.edu/

Advertise on this site

**Law Info**
Law Career Programs Find Hundreds of Schools & Programs
www.careersandeducatio

Advertise on this site

---

⊙ Top　⊙ Previous　⊙ Next　⊙ Reply

**Date:** March 6th, 2007 4:21 PM
**Author:** chancemeeting's echo (*the old man's back again*)

Fuck her gently, of course.

(See: Tenacious D.)

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717776)

---

⊙ Top　⊙ Previous　⊙ Next　⊙ Reply

**Date:** March 6th, 2007 4:13 PM

**Author:** Get_to_da_choppa

Titty fucked, naturally.

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717713)

---

⊕Top  ⊕Previous  ⊕Next  ⊕Reply

**Date:** March 6th, 2007 4:13 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

you gotta strap some nipple clamps on her

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717723)

---

⊕Top  ⊕Previous  ⊕Next  ⊕Reply

**Date:** March 6th, 2007 4:13 PM
**Author:** Right Wing Nutjob © (*rwnj6969@mail.com*)

Who says she likes to be fucked?

"oh no he didn't!" hahahaha

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717721)

---

⊕Top  ⊕Previous  ⊕Next  ⊕Reply

**Date:** March 6th, 2007 4:14 PM
**Author:** rangerlaw

why ask us? just has her girlfriend

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717727)

---

⊕Top  ⊕Previous  ⊕Next  ⊕Reply

**Date:** March 6th, 2007 4:53 PM
**Author:** Nerevarine

I love the little typos and Freudian slips people make after having obviously spent way too many mind-numbing hours staring at this site.

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717998)

---

⊕Top  ⊕Previous  ⊕Next  ⊕Reply

**Date:** March 6th, 2007 4:14 PM
**Author:** Ari Gold

Each and every way. Ears, mouth, anus...you name it.

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7717733)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 6th, 2007 4:55 PM
**Author:** Ugly Women

Daddy style

http://www.xoxohth.com/thread.php?thread_id=590923&mc=17&forum_id=2

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7718007)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 6th, 2007 4:55 PM
**Author:** DRACULA

By hundreds of people, but only if other family members are watching (preferably with bleacher-style seating).

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7718010)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 6th, 2007 5:00 PM
**Author:** Ugly Women

She doesn't mind them participating either.

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7718031)

---

⊛ Top   ⊛ Previous   ⊛ Reply

**Date:** March 6th. 2007 5:06 PM
**Author:** leaf ( **[DOE II]** )

By environmentalists.

(http://www.autoadmit.com/thread.php?thread_id=591008&forum_id=2#7718055)

Ads by Google

**Online Law
School**

Juris Doctor JD &
LLM Masters Low
tuition, Free
Textbooks
www.edu-
onlinedegree.org

Advertise on this site

# Exhibit 7

**AutoAdmit** ™   *The most prestigious law school admissions discussion board in the world.*

Ads by Google

⊕ Back  ▶Refresh ▶Options

**[DOE II]** is into scat

At least that's what a buddy of mine that goes to YLS tells ...                Sleazy Z        03/06/07

Post new message in this thread

**University of California**

· Ads by Google·        SJU Law School              Law Journal            Legal Law           Online Law Degree

Int'l Relations

Masters Degree

International

Development track

⊕ Top   ⊕ Reply

irps.ucsd.edu/

**Date:** March 6th, 2007 5:58 PM
**Author:** Sleazy Z

At least that's what a buddy of mine that goes to YLS tells me.

(http://www.autoadmit.com/thread.php?thread_id=591086&forum_id=2#7718335)

Ads by Goooooogle

**LSAT Score 160 or Above?**
Accepting Apps For
Fall 2007 Scholarships
Available - Apply Now!
Law.ULV.edu

**JD, MSL, BSL & AA Degrees**
CA Bar Registered,
affordable tuition, no
on-campus
requirement
www.scups.edu

Advertise on this site

# Exhibit 8

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

🌐 Back ▶ Refresh ▶ Options

Fun facts about [DOE II] - Yale Law '09

| | | |
|---|---|---|
| 📄 Hi there! I'm here to correct the record on [DOE II] | yalels2009 | 03/04/07 |
| ┗📄 Well done. Thanks for spreading the truth! | Remember when I said I would kill you last? I lied | 03/04/07 |
| ┗📄 AWESOME!!!!!!!! | :D | 03/04/07 |
| ┗📄 oh stop it. | doolittle | 03/04/07 |
| ┗📄 This is getting really insane. Between the mod thing and now... | dracula | 03/04/07 |
| ┗📄 do you have a newsletter? how do i subscribe? | youmakeoneup | 03/04/07 |
| ┗📄 Are those titties real or fake? | Sleazy Z | 03/04/07 |
| ┗📄 They are very real. | yalels2009 | 03/04/07 |
| ┗📄 Nice work. What did she do to alienate her classmates? | Hummunukkuwakkamakka | 03/04/07 |
| ┗📄 If the whoring thing is right, that usually doesn't help. | Edgar Martinez Disciple | 03/04/07 |
| ┗📄 I'm assuming there's more to the story. | Hummunukkuwakkamakka | 03/04/07 |
| ┗📄 Wtf? Nothing builds a team like running a train on huge titt... | :D | 03/04/07 |
| ┗📄 probably typical ugly law school chicks were jealous of her... | doolittle | 03/04/07 |
| ┗📄 Hi[DOE II]! | Hummunukkuwakkamakka | 03/04/07 |
| ┗📄 Having HUGE FUCKING TITTIES was probably enough. | atlas | 03/04/07 |
| ┗📄 This is going to far. | The Ayatollah of Rock-n-Rollah | 03/04/07 |
| ┗📄 TITCR | Billy Ray Cyrus | 03/07/07 |
| ┗📄 How is she in the sack? | Sleazy Z | 03/04/07 |
| ┗📄 Could you confirm if these are pictures of [DOE II] ?... | atlas | 03/04/07 |
| ┗📄 Yum | wilsonman | 03/04/07 |
| ┗📄 ... | RuleXXII | 03/04/07 |
| ┗📄 her face is 90% nose | the natural | 03/04/07 |
| ┗📄 I've gotta agree, she looks 100X better with straight hair. | Edgar Martinez Disciple | 03/04/07 |
| ┗📄 I've gotta disagree; she looks 100X better with curly hair. ... | 45 yo man posting from Filene's basement | 03/04/07 |
| 📄 Even I am starting to feel bad for this girl. | Edgar Martinez Disciple | 03/04/07 |
| ┗📄 It'll be over soon. I don't think this really has legs to la... | Remember when I said I would kill you last? I lied | 03/04/07 |
| ┗📄 ... | The Ayatollah of Rock-n-Rollah | 03/04/07 |
| ┗📄 Now gto/rach have become Leiter. | sealclubber | 03/04/07 |
| ┗📄 This bitch deserves it. | TheDuh | 03/04/07 |
| ┗📄 its partly her fault.......but then again, she clearly had n... | maximusthrax | 03/04/07 |
| ┗📄 It makes me fucking proud to realize that we are the heartle... | Elton Dooderino | 03/04/07 |
| ┗📄 how is this her fault? Refresh my memory... from what I un... | Grim Reaper Onizuka | 03/26/07 |
| 📄 How do we ensure this gets indexed by Google? Potential empl... | t14 gunner | 03/04/07 |
| ┗📄 Start a blog about her. | TheDuh | 03/04/07 |
| ┗📄 http:// [DOE II] .blogspot.com http://hugefuckintittiesat... | Ben Shapiro | 03/04/07 |
| ┗📄 #1 hit for 'YLS titties' is good enough | :D | 03/04/07 |
| 📄 Shameful thread. You people are disgusting. | The Ayatollah of Rock-n-Rollah | 03/04/07 |
| 📄 Site adminstrators: please provide the IP address for the or... | Reputation Defender | 03/04/07 |
| ┗📄 bump for unreads | Ben Shapiro | 03/04/07 |
| ┗📄 You're causing more problems than you solve - you know that,... | dracula | 03/04/07 |
| ┗📄 Dude, it's not really them, it's a schtick. | Remember when I said I would kill you last? I lied | 03/04/07 |
| ┗📄 *BEEP BOOP BEEP* DEAR INSERT NAME HERE YOUR RESPONSE... | IP LOGGER PROGRAM SOFTWARE THINGIE | 03/04/07 |

| | | |
|---|---|---|
| └ 🗎 ty for this schtick | Offensive Message Board | 03/04/07 |
|    └ 🗎 http://onlinereputation.googlepages.com/casestudy3 more i... | [DOE II]   has breast implants. | 04/09/07 |
| └ 🗎 Hopefully I won't have to get involved here. | Dr. Manhattan | 03/04/07 |
| └ 🗎 GTO, all your IPs are belong to us! | Retardation Defender | 03/07/07 |
| 🗎 180, I would like to subscribe to your newsletter | Irate Preacher Al-Zarqawi | 03/04/07 |
| 🗎 i like you | depressed virgin loser | 03/04/07 |
| 🗎 Thanks, Port Drudgery. You're the man. | TheDuh | 03/04/07 |
| └ 🗎 I'm staying out of this. I take no pleasure in the sufferin... | Adios | 03/04/07 |
|   └ 🗎 She's not going to do you, dude. | Subotai, thief and archer | 03/04/07 |
|   └ 🗎 I agree with you. The comments being made are hurtful and sh... | The Ayatollah of Rock-n-Rollah | 03/04/07 |
| 🗎 Fun fact: You're flame | hali | 03/04/07 |
| 🗎 Date: March 4th, 2007 8:04 PM Author: yalels2009 Hi ther... | yls | 03/06/07 |
| 🗎 another fun fact is that she likes men who drench her face a... | David Carr | 03/06/07 |
| 🗎 Jesus. You guys are not going to believe this. A good ... | homeless | 03/06/07 |
| └ 🗎 yeah that was me, she desperately wanted me to tap her raw | [DOE II]   has Glorious Breasts | 03/06/07 |
|   └ 🗎 Look, I know this sounds like ridiculously lame flame. Bu... | homeless | 03/06/07 |
|     └ 🗎 link! | A horse walks into a bar | 03/06/07 |
|      └ 🗎 Link to what? The correspondence occured 10 months ago. I... | homeless | 03/06/07 |
|       └ 🗎 link to her myspace page. | A horse walks into a bar | 03/06/07 |
|        └ 🗎 I'll get ahold of my friend and work on this for you. | homeless | 03/06/07 |
| └ 🗎 Entertaining flame. | leaf | 03/06/07 |
| 🗎 hah | Whosekebe | 03/07/07 |
| 🗎 this is disgusting. it makes me not want to go to yale, if t... | tammyx | 03/07/07 |
| └ 🗎 do you have big [DOE II] esque tits? | 5'6" 125 lbs | 03/07/07 |
| └ 🗎 are you a cute persian girl with a fantastic rack? or a sta... | whokebe's best friend | 03/07/07 |
| 🗎 It's times like these I'm happy to have stumbled on PR so ma... | Whamo | 03/07/07 |
| 🗎 Is this the WaPo one? | caffeine | 03/07/07 |
| └ 🗎 No. Google "[DOE II]". | atlas | 03/07/07 |
| 🗎 Date: March 4th, 2007 8:04 PM Author: yalels2009 Hi ther... | greatest | 03/11/07 |
| 🗎 ... | don imus | 03/26/07 |
| 🗎 http://onlinereputation.googlepages.com/casestudy3 more i... | [DOE II] has breast implants. | 04/09/07 |

🗎 Post new message in this thread

---

⊙ Top   ⊙ Next   ⊙ Reply

**Date:** March 4th, 2007 8:04 PM
**Author:** yalels2009

Hi there!

I'm here to correct the record on   [DOE II]  , YLS '09.

Fun fact: Did you know that [DOE II] is among the least liked people in our class? That she has alienated or repelled nearly every 1L, including males who would otherwise be attracted to her large breasts?

Fun fact: Did you know that [DOE II] is painfully insecure to the point of psychological disorder, that she whored around like a feral cat first semester, and still makes pathetic plays for male attention even now that she's dating a loser from the Yale School of Management?

Fun fact: Did you know that **[DOE II]** is so emotionally fragile that she failed to come to class for something like three weeks straight because she found her picture had been remarked upon on XOXO and T14 girls? This despite the fact that she flaunts her tits everywhere she goes?

All true!

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7708503)

---

◉ Top    ◉ Previous    ◉ Next    ◉ Reply

**Date:** March 4th, 2007 8:05 PM
**Author:** Remember when I said I would kill you last? I lied

Well done. Thanks for spreading the truth!

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7708507)

---

◉ Top    ◉ Previous    ◉ Next    ◉ Reply

**Date:** March 4th, 2007 8:05 PM
**Author:** :D (*Hillary vs. Jeb '08*)

AWESOME!!!!!!!!

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7708508)

---

◉ Top    ◉ Previous    ◉ Next    ◉ Reply

**Date:** March 4th, 2007 8:05 PM
**Author:** doolittle

oh stop it.

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7708510)

---

◉ Top    ◉ Previous    ◉ Next    ◉ Reply

**Date:** March 4th, 2007 8:06 PM
**Author:** dracula

This is getting really insane. Between the mod thing and now this, how highly-visited is xoxo now?

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7708513)

@ Top   @ Previous   @ Next   @ Reply

**Date:** March 7th, 2007 1:55 AM
**Author:** Whamo (*Let me lay it on the line, he had two on the vine*)

It's times like these I'm happy to have stumbled on PR so many years ago.

I wonder if her titties (along with all the slutting out she's been doing) are going to affect her back later in life? Hopefully it doesn't have an impact on her reverse cowgirl, which I have heard from several people is incredible. Until you get the clap.

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7720926)

@ Top   @ Previous   @ Next   @ Reply

**Date:** March 7th, 2007 10:18 AM
**Author:** caffeine

Is this the WaPo one?

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7721811)

@ Top   @ Previous   @ Next   @ Reply

**Date:** March 7th, 2007 1:42 PM
**Author:** atlas (*aefl*)

No. Google " [DOE II] ".

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7722228)

@ Top   @ Previous   @ Next   @ Reply

**Date:** March 11th, 2007 3:24 PM
**Author:** greatest

Date: March 4th, 2007 8:04 PM

Author: yalels2009

Hi there!

I'm here to correct the record on [DOE II] , YLS '09.

Fun fact: Did you know that [DOE II] is among the least liked people in our class? That she has alienated or repelled nearly every 1L, including males who would otherwise be attracted to her large breasts?

Fun fact: Did you know that [DOE II] is painfully insecure to the point of psychological disorder, that she

# Exhibit 9

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

Back ▶ Refresh ▶ Options

**whoever said [DOE III] is ugly with curly hair is dead WRONG!**

| | | |
|---|---|---|
| http://img145.imageshack.us/my.php?image=hi7newtu8.jpg sh... | kibitzer | 03/02/07 |
| └ kibitzer is 100% correct, as per usual. but then, he and I l... | Community Norm | 03/04/07 |
| └ *BEEP BOOP BEEP* DEAR INSERT NAME HERE YOUR RESPONSE... | IP LOGGER PROGRAM SOFTWARE THINGIE | 03/04/07 |
| └ Great pic. If I was a YLS student I would try to catch some ... | The Ayatollah of Rock-n-Rollah | 03/04/07 |
| The curly hair is very flattering on her. | kr0nz | 03/04/07 |
| She looks like shit either way. If she could somehow decapit... | Ugly Women | 03/04/07 |
| └ if this woman is 8.5, then heide is a 15. | Community Norm | 03/04/07 |

Post new message in this thread

---

Top   Next   Reply

**Date:** March 2nd, 2007 8:24 PM
**Author:** kibitzer

http://img145.imageshack.us/my.php?image=hi7newtu8.jpg

she's super cute

(http://www.autoadmit.com/thread.php?thread_id=589185&forum_id=2#7700513)

---

Top   Previous   Next   Reply

**Date:** March 4th, 2007 8:51 PM
**Author:** Community Norm

kibitzer is 100% correct, as per usual. but then, he and I like middle eastern chicks.

(http://www.autoadmit.com/thread.php?thread_id=589185&forum_id=2#7708753)

---

Top   Previous   Next   Reply

**Date:** March 4th, 2007 8:58 PM
**Author:** IP LOGGER PROGRAM SOFTWARE THINGIE (*I'M IN YOUR MEGAHURTZ LOGGING YOUR*

*BEEP BOOP BEEP*

DEAR INSERT NAME HERE

YOUR RESPONSE TO OUR MODERATION ATTEMPTS (AND IP) HAVE BEEN LOGGED.

THANK YOU FOR YOUR PARTICIPATION IN THIS PROGRAM.

00101010010000100100010101000101010100000010000010000100100111101001110101000000100000

(http://www.autoadmit.com/thread.php?thread_id=589185&forum_id=2#7708802)

---

&#9882; Top   &#9882; Previous   &#9882; Next   &#9882; Reply

**Date:** March 4th, 2007 9:04 PM
**Author:** The Ayatollah of Rock-n-Rollah

Great pic. If I was a YLS student I would try to catch some of the residual effects of her whoring it up.

(http://www.autoadmit.com/thread.php?thread_id=589185&forum_id=2#7708836)

---

&#9882; Top   &#9882; Previous   &#9882; Next   &#9882; Reply

**Date:** March 4th, 2007 9:00 PM
**Author:** kr0nz

The curly hair is very flattering on her.

(http://www.autoadmit.com/thread.php?thread_id=589185&forum_id=2#7708813)

---

&#9882; Top   &#9882; Previous   &#9882; Next   &#9882; Reply

**Date:** March 4th, 2007 9:05 PM
**Author:** Ugly Women

She looks like shit either way. If she could somehow decapitate herself and just keep her body with those huge fucking titties she'd be great.

(http://www.autoadmit.com/thread.php?thread_id=589185&forum_id=2#7708840)

---

&#9882; Top   &#9882; Previous   &#9882; Reply

**Date:** March 4th, 2007 11:31 PM
**Author:** Community Norm
**Subject:** if this woman is 8.5, then [DOE 11] is a 15.

http://pix2.hotornot.com/pics/H8/HS/NS/H8/RMKYSYKWASQN.jpg

# Exhibit 10

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◉ Back  ▶ Refresh ▶ Options

[DOE II]  checks into Rehab Heroin R@ygold.

| | | |
|---|---|---|
| 📄 ... | who is | 03/07/07 |
| 📄 ... | Doctor Bump | 07/16/07 |

📄 Post new message in this thread

---

◉ Top   ◉ Next   ◉ Reply

**Date:** March 7th, 2007 9:27 PM
**Author:** who is

(http://www.autoadmit.com/thread.php?thread_id=591769&forum_id=2#7723467)

---

◉ Top   ◉ Previous   ◉ Reply

**Date:** July 16th, 2007 9:19 PM
**Author:** Doctor Bump

(http://www.autoadmit.com/thread.php?thread_id=591769&forum_id=2#8394195)

# Exhibit 11

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊕ Back ▶Refresh ▶Options

**[DOE 11] the CGWBT sucked my cock for an P in Civ pro**

| | | |
|---|---|---|
| 📄 and she sucked so I gave her an LP | Dean_Harold_Koh | 04/10/07 |
| ┗📄 I thought suckig was the point? god, I need to go to slee... | Special Agent Penguin | 04/13/07 |
| 📄 ... | c0ckbumper | 04/13/07 |
| 📄 ... | don imus | 04/13/07 |

📄 Post new message in this thread

---

⊕ Top   ⊕ Next   ⊕ Reply

**Date:** April 10th, 2007 9:46 PM
**Author:** Dean_Harold_Koh

and she sucked so I gave her an LP

(http://www.autoadmit.com/thread.php?thread_id=611022&forum_id=2#7909744)

---

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** April 13th, 2007 2:12 AM
**Author:** Special Agent Penguin

I thought suckig was the point?

god, I need to go to sleep. Iam REALLY embarassed right now.

(http://www.autoadmit.com/thread.php?thread_id=611022&forum_id=2#7923308)

---

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** April 13th, 2007 2:11 AM
**Author:** c0ckbumper

(http://www.autoadmit.com/thread.php?thread_id=611022&forum_id=2#7923298)

---

⊕ Top   ⊕ Previous   ⊕ Reply

# Exhibit 12

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊕ Back ▸Refresh ▸Options

PSA: LISTEN TO CGWBT [DOE III]'S MESSAGE FOR YOU NOW

| | | |
|---|---|---|
| 📄 stress from school? beautiful___was featured in the P... | playboytroll | 04/09/07 |
| ↳📄 PLAYBOY time! | playboytroll | 04/09/07 |
| ↳📄 http://www.playboy.com/girls/celebrities/features/criesofpas... | Paulie Walnuts (retired) | 04/09/07 |
| ↳📄 PLAYBOY always has the best definition of cgwbt! | playboytroll | 04/10/07 |
| 📄 PLAYBOY! | playboytroll | 04/10/07 |
| 📄 i like her name http://www.playboy.com/girls/coeds/cotm/ | drxxx | 04/10/07 |
| ↳📄 that is probably her PLAYBOY name. they are very clever abo... | playboytroll | 04/10/07 |

📄 Post new message in this thread

---

⊕ Top   ⊕ Next   ⊕ Reply

**Date:** April 9th, 2007 9:46 AM
**Author:** playboytroll

stress from school?

beautiful[DOE III]was featured in the PLAYBOY special!

http://www.playboy.com/girls/celebrities/features/criesofpassion2/popup_frameset.html

unfortunately can no longer find full audio but if anyone does find it, please post and tytytyia for PLAYBOY!

(http://www.autoadmit.com/thread.php?thread_id=610132&forum_id=2#7899812)

---

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** April 9th, 2007 9:42 PM
**Author:** playboytroll

PLAYBOY time!

(http://www.autoadmit.com/thread.php?thread_id=610132&forum_id=2#7903558)

---

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** April 9th, 2007 11:29 PM
**Author:** Paulie Walnuts (retired)

# Exhibit 13



**AutoAdmit** ™   *The most prestigious law school admissions discussion board in the world.*

◉ Back ▶ **Refresh** ▶ **Options**

**[DOE II]** found dead in apartment!

| | | |
|---|---|---|
| 📄 WGWAG | r@ygold | 03/07/07 |
| ┗📄 ... | adhoc | 03/07/07 |
| ┗📄 WGWAG | atlas | 03/07/07 |
| 📄 YLS1LWAG | T-EZ | 03/07/07 |
| 📄 poor taste, get a life. | ()+/ | 03/07/07 |
| ┗📄 I too am disappointed in poster r@ygold. | atlas | 03/07/07 |
| ┗📄 Sorry. I'll stick to posting about molesting 10-year old gi... | r@ygold | 03/07/07 |
| 📄 DGWBT? | cum stain | 03/07/07 |
| ┗📄 169 | T-EZ | 03/07/07 |
| ┗📄 I want to 69 you, Andrew Furlow | Julia Kiechel 's Legally Blind Hair Stylist | 03/07/07 |

📄 Post new message in this thread

---

◉ Top   ◉ Next   ◉ Reply

**Date:** March 7th, 2007 7:19 PM
**Author:** r@ygold

WGWAG

(http://www.autoadmit.com/thread.php?thread_id=591706&forum_id=2#7723066)

---

◉ Top   ◉ Previous   ◉ Next   ◉ Reply

**Date:** March 7th, 2007 7:21 PM
**Author:** adhoc

(http://www.autoadmit.com/thread.php?thread_id=591706&forum_id=2#7723075)

---

◉ Top   ◉ Previous   ◉ Next   ◉ Reply

**Date:** March 7th, 2007 7:23 PM
**Author:** atlas (*flae*)

WGWAG

(http://www.autoadmit.com/thread.php?thread_id=591706&forum_id=2#7723085)

# Exhibit 14

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊕ Back  ▶Refresh ▶Options

HOLY SHIT:    [DOE II]   dead; suicide suspected

| | | |
|---|---|---|
| 📄 WGWAG | azn, azn, azn | 04/06/07 |
| └📄 too obvious. | Whamo | 04/06/07 |
|   └📄 are u against wgwag? | azn, azn, azn | 04/06/07 |

📄 Post new message in this thread

⊕ Top   ⊕ Next   ⊕ Reply

**Date:** April 6th, 2007 1:47 PM
**Author:** azn, azn, azn

WGWAG

(http://www.autoadmit.com/thread.php?thread_id=608707&forum_id=2#7884800)

⊕ Top   ⊕ Previous   ⊕ Next   ⊕ Reply

**Date:** April 6th, 2007 1:48 PM
**Author:** Whamo

too obvious.

(http://www.autoadmit.com/thread.php?thread_id=608707&forum_id=2#7884806)

⊕ Top   ⊕ Previous   ⊕ Reply

**Date:** April 6th, 2007 1:52 PM
**Author:** azn, azn, azn

are u against wgwag?

(http://www.autoadmit.com/thread.php?thread_id=608707&forum_id=2#7884826)

# Exhibit 15

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⬤ Back ▶Refresh ▶Options

why does [DOE II] keep bashing gay people?

| | | |
|---|---|---|
| 📄 nobody cares if Anthony Ciolli is gay. why does she keep mak... | reminderdood | 04/01/07 |
| ┗📄 Did Anthony Ciolli tell you to harass [DOE II]? Also, do you kn... | FaggyWalnuts | 04/01/07 |
| ┗📄 omg gay people have sex too! go back to your trailer you gay... | reminderdood | 04/01/07 |
| ┗📄 [DOE II] and Reputation Defender are waging a campaign ... | don imus | 04/01/07 |
| ┗📄 As long as [DOE II] doesn't go after the feminists, I'm okay ... | I'm Jill Filipovic, bitch | 05/10/07 |

📄 Post new message in this thread

---

⬤ Top ⬤ Next ⬤ Reply

**Date:** April 1st, 2007 8:29 PM
**Author:** reminderdood

nobody cares if Anthony Ciolli is gay. why does she keep making threads about it? the person she should be angry at is her convicted felon father

(http://www.autoadmit.com/thread.php?thread_id=606120&forum_id=2#7856374)

---

⬤ Top ⬤ Previous ⬤ Next ⬤ Reply

**Date:** April 1st, 2007 8:30 PM
**Author:** FaggyWalnuts

Did Anthony Ciolli tell you to harass [DOE II]? Also, do you know if the statement that Anthony Ciolli took his male friend's anal cherry is true?

(http://www.autoadmit.com/thread.php?thread_id=606120&forum_id=2#7856381)

---

⬤ Top ⬤ Previous ⬤ Next ⬤ Reply

**Date:** April 1st, 2007 8:32 PM
**Author:** reminderdood

omg gay people have sex too! go back to your trailer you gay-bashing whore

(http://www.autoadmit.com/thread.php?thread_id=606120&forum_id=2#7856391)

---

# Exhibit 16

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⬅ Back ▸Refresh ▸Options

[DOE II] , YLS 1L, you're a fucking cunt

| | | |
|---|---|---|
| 📄 I hope Barbaro rides you in hell. | Dong | 03/04/07 |
| ↳📄 What did she do? | Ari Gold | 03/04/07 |
| ↳📄 Is this huge titties at YLS? | :D | 03/04/07 |
| ↳📄 Yes | Dong | 03/04/07 |
| ↳📄 Sour grapes? This girl turn you down? Tough, kill self. t... | SchooledYourAss | 03/04/07 |
| 📄 http://abcnews.go.com/US/print?id=2912364 Reputations at ... | Dong | 03/04/07 |
| ↳📄 Is this the hit piece? | Ari Gold | 03/04/07 |
| ↳📄 No. | Great Teacher Onizuka | 03/04/07 |
| ↳📄 no, its coming. | youmakeoneup | 03/04/07 |
| ↳📄 lolz. i bet it will boost this site's traffic and make GTO m... | Ari Gold | 03/04/07 |
| ↳📄 yeah, he'll come out ahead. | youmakeoneup | 03/04/07 |
| ↳📄 Hit piece? | Indubitably | 03/04/07 |
| ↳📄 http://xoxohth.com/thread.php?thread_id=590006&mc=74&... | youmakeoneup | 03/04/07 |
| ↳📄 Oooooh shit! | Indubitably | 03/04/07 |
| 📄 So let me get this straight: a bunch of loserfucker virgins ... | chickadee | 03/04/07 |
| ↳📄 you nailed it. | youmakeoneup | 03/04/07 |
| ↳📄 We've gone over this a million times in all of the t14 threa... | Remember when I said I would kill you last? I lied | 03/04/07 |
| ↳📄 She post them, you steal them and use them. Now she is doing... | chickadee | 03/04/07 |
| ↳📄 "Now she is doing whatever is in her rights to do.".. | :D | 03/04/07 |
| ↳📄 And why are you crying like a whipped bitch about it? | chickadee | 03/04/07 |
| ↳📄 I'm doing cartwheels knowing this stupid Jew bitch is gettin... | :D | 03/04/07 |
| ↳📄 hon, US law protects something called "intellectual pro... | Gay Prancer Ooompaloompa | 03/07/07 |
| ↳📄 hon, you're vapid. hon. She could sue the place hosting t... | marine | 03/07/07 |
| ↳📄 You're the one who is getting her panties in a bunch. We did... | Remember when I said I would kill you last? I lied | 03/04/07 |
| ↳📄 You know, I think that's a great legal argument. Surely that... | doolittle | 03/04/07 |
| ↳📄 You don't seem to know what "in the public domain"... | Community Norm | 03/04/07 |
| ↳📄 Nothing would've happened if she shut up or was a good sport... | Dong | 03/04/07 |
| ↳📄 you sound like a rapist: How much rape do you commit in your... | chickadee | 03/04/07 |
| ↳📄 You sound like an ugly frigid cunt. How much time to you spe... | :D | 03/04/07 |
| ↳📄 Credited. | Remember when I said I would kill you last? I lied | 03/04/07 |
| ↳📄 as much time as you spend wishing someone besides your nasty... | chickadee | 03/04/07 |
| ↳📄 Female insults are always pathetic. Sigh. | :D | 03/04/07 |
| ↳📄 yet not half as pathetic as pussyfaggot male rejects. | chickadee | 03/04/07 |
| ↳📄 Tell me where you live and I'll let you know. | Dong | 03/04/07 |
| ↳📄 What reputation? The silicon tit'd whore? | :D | 03/04/07 |
| ↳📄 ARE THEY REALLY FAKE? | Ari Gold | 03/04/07 |
| ↳📄 they're actually high-quality bra inserts. she didnt have a ... | Vector = loser w/ ugly below avg girlfriend-- HTH | 04/01/07 |
| ↳📄 Bingo. | atlas | 03/04/07 |
| 📄 http://www.autoadmit.com/thread.php?thread_id=583360&for... | Ari Gold | 03/04/07 |
| 📄 It is currently 7:12 PM Eastern Time. Should site administr... | Reputation Defender | 03/04/07 |
| ↳📄 awesome | :D | 03/04/07 |
| ↳📄 178 | Ari Gold | 03/04/07 |

**Date:** March 4th, 2007 7:10 PM
**Author:** :D (*Hillary vs. Jeb '08*)

I'm doing cartwheels knowing this stupid Jew bitch is getting her self esteem raped.

(http://www.autoadmit.com/thread.php?thread_id=590031&forum_id=2#7708223)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 7th, 2007 12:23 PM
**Author:** Gay Prancer Ooompaloompa

hon, US law protects something called "intellectual property." People have ownership over things like photographs, and they cannot be reproduced, distributed, etc without the author's permission.

(http://www.autoadmit.com/thread.php?thread_id=590031&forum_id=2#7722011)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 7th, 2007 1:32 PM
**Author:** marine

hon, you're vapid. hon.

She could sue the place hosting the pics [googlepages/etc] or even the people who posts them. she isn't. she's complaining and whining about life being unfair. hon.

(http://www.autoadmit.com/thread.php?thread_id=590031&forum_id=2#7722196)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 4th, 2007 7:11 PM
**Author:** Remember when I said I would kill you last? I lied

You're the one who is getting her panties in a bunch. We didn't steal them, they were in the public domain. Is it stealing if I save a picture of my friends from facebook onto my computer?

And just because something is within someone's rights, doesn't mean that they aren't a bitch for doing it.

(http://www.autoadmit.com/thread.php?thread_id=590031&forum_id=2#7708227)

---

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

# Exhibit 17

Ads by Goooooogle

**Phoenix School of Law**
See why busy professionals are beginning their law degree with us
www.phoenixlaw.org

**Professors Needed**
Work at Home - Great Income Earn up to $25-$75 per Hour
www.Retire411.com

**Law School Outlines**
5,200 Downloadable Law Outlines Search By School, Class, Prof.
www.outlinedepot.com

**Law Summer School 2007**
US-EU LAW INSTITUTE from July 1st to July 29 in Berlin
www.US-EUInstitute.org

Advertise on this site

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◉ Back  ▶Refresh ▶Options

Daily reminder:  [DOE II]  is a cunt

| | | |
|---|---|---|
| Big titted YLS 09er. Her interests include the environment, … | Ugly Women | 03/05/07 |
| a cunt i'd like to fuck | David Carr | 03/05/07 |
| Why implants and no nose job? Seems illogical. | Vista Operating System | 03/05/07 |
| Do you think her implants are environmentally friendly? | A horse walks into a bar | 03/05/07 |
| they were recycled from dead porn actresses | David Carr | 03/05/07 |
| any other cgwbt's at yls? | cum stain | 03/05/07 |
| yes! | A horse walks into a bar | 03/05/07 |
| Is this the same ; [DOE II] that "whored around like… | TPR droid hater | 03/05/07 |
| And quite the titty holder! | Get_to_da_choppa | 03/05/07 |
| Apparently, you geniuses don't realize that all you're doing… | Reputation Defender | 03/05/07 |
| i would boost her self esteem by grinding her against my wal… | David Carr | 03/05/07 |
| Sadness   [DOE II]   XOXO threads are actually dropping… | atlas | 03/05/07 |
| "jacks off" | Hi Its Me, PC | 03/05/07 |
| she looks very cheerful in that first photo | A horse walks into a bar | 03/05/07 |
| Wait.  [DOE II]  is the big-titted YLS 1L? | Get_to_da_choppa | 03/05/07 |
| was, no longer is cheerful. | Ari Gold | 03/05/07 |
| but still has big tits | David Carr | 03/05/07 |
| So let me get this straight,   [DOE II]  has big-ass titti… | Get_to_da_choppa | 03/05/07 |
| yes ; [DOE II]  has big-ass titties that call out for you … | David Carr | 03/05/07 |
| Just to reiterate, big-titted  [DOE II]  has enormous gaz… | atlas | 03/05/07 |
| ginormous melons actually, is what i can describe  [DOE II] | David Carr | 03/05/07 |
| So huge, I would imagine, that it would be impossible for he… | Get_to_da_choppa | 03/05/07 |

Post new message in this thread

· **Ads by Google**·  Law School Adimission       Law Journal       Legal Law       Online Law Degree

◉ Top  ◉ Next  ◉ Reply

**Date:** March 5th, 2007 2:44 PM
**Author:** Ugly Women

Big titted YLS 09er. Her interests include the environment, giving head, defending what little remains of her reputation and getting implants. Her pictures can be found here:

http://www.hidebehind.com/CEBD00A8

http://www.hidebehind.com/1FA27259

http://www.hidebehind.com/63421515

http://www.hidebehind.com/4030BCBE

http://www.hidebehind.com/A9975B8C

http://www.hidebehind.com/760CE553

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7711856)

Ads by Google

**Ace the GRE
$24.99**

I scored 1580, let me show you how! GRE vocab, study guide & software
www.greatideadesign.com/gre-scores

Advertise on this site

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 5th, 2007 2:44 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

a cunt i'd like to fuck

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7711861)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 5th, 2007 3:51 PM
**Author:** Vista Operating System (*This is my O-face.*)

Why implants and no nose job? Seems illogical.

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712158)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 5th, 2007 3:56 PM
**Author:** A horse walks into a bar (*you got any popcorn?*)

Do you think her implants were environmentally friendly?

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712186)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 5th, 2007 3:58 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

they were recycled from dead porn actresses

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712203)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 5th, 2007 3:56 PM
**Author:** cum stain

any other cgwbt's at yls?

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712189)

⊛ Top   ⊛ Previous   ⊛ Next   ⊛ Reply

**Date:** March 5th, 2007 3:58 PM
**Author:** A horse walks into a bar (*you got any popcorn?*)

yes!

**Date:** March 5th, 2007 3:57 PM
**Author:** Get_to_da_choppa

So let me get this straight,   **[DOE II]**   has big-ass titties?

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712201)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 5th, 2007 3:58 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

yes   **[DOE II]**   has big-ass titties that call out for you to titty fuck them

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712206)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 5th, 2007 4:01 PM
**Author:** atlas (*aefl*)

Just to reiterate, big-titted   **[DOE II]**   has enormous gazongas.

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712220)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 5th, 2007 4:03 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

ginormous melons actually, is what i can describe   **[DOE II]**   's breasts as

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712237)

---

⊚ Top   ⊚ Previous   ⊚ Reply

**Date:** March 5th, 2007 4:07 PM
**Author:** Get_to_da_choppa

So huge, I would imagine, that it would be impossible for her to sleep on her stomach.

(http://www.autoadmit.com/thread.php?thread_id=590442&forum_id=2#7712255)

# Exhibit 18

\

**AutoAdmit** ™  *The most prestigious law school admissions discussion board in the world.*

Ads by Google

◯ Back ▸ Refresh ▸ Options

Huge Fucking Titties at Yale Law School ( YLS ) !!!!!!!!!!!

| | | |
|---|---|---|
| **[DOE II]** has huge fake titties!!! | YLS Yale | 02/11/07 |
| those aren't fake | Asian Guys Getting Fucked By Gay Blacks (AGGFBGB) | 02/11/07 |
| ya her tits are real. | pauliewalnuts | 02/11/07 |
| How tall is she? | pallbearer99 | 02/22/07 |
| tall enough to ride DC "HIGH FIVE" | David Carr | 02/22/07 |
| Yeah, that's good enough for the casual bareback session wit... | pallbearer99 | 02/22/07 |
| i'm a 6ft guy and a cerebral assasin so i would make sure sh... | David Carr | 02/22/07 |
| "HIGH FIVE" | pallbearer99 | 02/22/07 |
| "high five" | David Carr | 02/22/07 |
| <deep voice> Menawwar... </deep voice> | de-kad | 02/22/07 |
| ???? Wow. | pallbearer99 | 02/22/07 |
| i approve this message. | Bigtard: Part II | 02/22/07 |
| is that the same chick in pic?? she needs to get rid of the ... | enchilada of evil | 02/11/07 |
| i couldnt disagree more, she looks better with straight (wh... | pauliewalnuts | 02/11/07 |
| Sounds like you agree. | YLS Yale | 02/11/07 |
| you're wrong, she looks way better with straight hair | enchilada of evil | 02/11/07 |
| wtf? You're crazy. She obviously looks better with hair that... | Emerson Borson | 02/11/07 |
| Personally, and I know you disagree with this, I like her wi... | baywindows | 02/11/07 |
| do you realize you just agreed with everyone? he was sayi... | pauliewalnuts | 02/11/07 |
| This is stupid. Stop it people. She obviously likes it s... | Sub3 | 02/11/07 |
| thats what i said. straight hair = better, her hair is na... | pauliewalnuts | 02/11/07 |
| Ah, I get it. You're an idiot and don't know the difference ... | PAAAACE | 02/11/07 |
| ya having a penis and all is a real barrier between sorting... | pauliewalnuts | 02/11/07 |
| Any dude who is halfway observent and has had either a... | PAAAACE | 02/11/07 |
| I only date girls who have straight hair, i'm serious, I... | pauliewalnuts | 02/11/07 |
| i'm with you on this dude, although once in a while tha... | David Carr | 02/11/07 |
| like if you just fucked her, sure, but in public? no, i ... | pauliewalnuts | 02/11/07 |
| "yes" WASPx? | newbie2 | 02/11/07 |
| She dresses was too conservatively. She needs to unleash tho... | PAAAACE | 02/11/07 |
| I've noticed that some chicks with big boobs try to do stuff ... | enchilada of evil | 02/11/07 |
| i'm with you on this... she could get nearly any good if she... | pauliewalnuts | 02/11/07 |
| chicks like her do that to make people take them seriously i... | David Carr | 02/11/07 |
| Yeah, they don't realize that it isn't being hot that's the ... | PAAAACE | 02/11/07 |
| Yes. That point has been made above: Date: February 11th... | YLS Yale | 02/11/07 |
| my bad | David Carr | 02/11/07 |
| chicgabhbls don't need to dress like skanks. | Hi | 02/11/07 |
| agreeing. | PAAAACE | 02/11/07 |
| indeed | Hi | 02/12/07 |
| I can assure you she doesn't dress conservatively. Anyone wh... | vinciynus | 02/12/07 |
| link? | Beach Body Brady | 02/12/07 |
| Take your goddamned cell phone next time and snap a pic, for... | Cheese Eating Surrender Monkey | 02/22/07 |
| i know, wtf people!! | David Carr | 02/22/07 |
| where the hell is the pic? This is important stuff! | pallbearer99 | 02/22/07 |
| I found this diamond in the rough first, asshole. | Hi | 02/11/07 |
| CGWBT are my favorite. They usually cost me the most too. | TTT wannabe | 02/22/07 |
| Looks like she's pretty short from these pictures? Anyone kn... | pallbearer99 | 02/22/07 |
| She would be hotter if she wasn't some flaming liberal envir... | A horse walks into a bar | 02/22/07 |
| Agreed, but we still haven't resolved the short issue! Ther... | pallbearer99 | 02/22/07 |
| false, false, false, and I say this as a 6'2" guy, I LO... | A horse walks into a bar | 02/22/07 |
| "high five" same here short women rule | David Carr | 02/22/07 |
| I just feel like I'm getting ripped off with a short women... | pallbearer99 | 02/22/07 |
| How is her ass? | pallbearer99 | 02/22/07 |
| if this is what she looked like before: http://img168.ima... | car2 | 02/22/07 |
| because she's only 12 in the pic? | grate t-shirt okinawa | 02/22/07 |
| Really? I assumed she was in HS based on that pic | car2 | 02/22/07 |
| here you can see at age 19, she's strapping them down, must ... | grate t-shirt okinawa | 02/22/07 |
| how do you know that she is "strapping them down?"... | car2 | 02/22/07 |
| Agreed, I'm pretty terested to go with the FAKE at this point... | pallbearer99 | 02/22/07 |
| I think it is kind of obvious | car2 | 02/22/07 |
| because they appear to be starting two inches above her nave... | grate t-shirt okinawa | 02/22/07 |
| You can boob jobs that are lower. In fact, that is the new S... | car2 | 02/22/07 |
| I give her props for going from looking dorky/nerdy in HS to ... | car2 | 02/22/07 |
| Need an ass shot | pallbearer99 | 02/22/07 |
| ATTN: NIPPLE visible in penultimate pic. | @b£ | 02/22/07 |
| Nice catch! Totally missed that on the first look. | pallbearer99 | 02/22/07 |
| Dude, she TOOK DOWN THE IMAGESHACK PICTURES! Who has replac... | pallbearer99 | 02/23/07 |
| NOOOOOOOOOOOOOOOOOOOOOOOOOOOOR!!!!!!!!!!!!!!!!!!! | David Carr | 02/23/07 |
| seriously, I got here too late to see any of the pics. ple... | larsd | 02/23/07 |
| NOOOOOOOOOOOOOOOOOOOOOOOOR!!!!!!!!!!!!!!!!!!!! | David Carr | 02/23/07 |
| I can't believe    **[DOE II]** used ReputationDefender to get... | atlas | 03/02/07 |
| Yeah. Someone needs to collect all the saved pictures and ho... | TPR droid hater | 03/02/07 |
| Yep. | atlas | 03/02/07 |
| Thankfully she was Googlejuiced by this attention. | TPR droid hater | 03/02/07 |
| time to hire ReputationAttacker to bring them back? | loafer | 03/02/07 |
| **[DOE II]** hired a service to get the pictures she posted... | Son of Boss | 03/02/07 |
| Looks like they actually did a pretty good job. Only 1 out ... | Horsecock | 03/02/07 |
| I don't think hildebehind caves. And Xbitzer has them salte... | Son of Boss | 03/02/07 |
| yeah, i was wondering why her links were the only ones going... | bizbitzer | 03/02/07 |

Online Law School

Juris Doctor JD & LLM Masters Low tuition, Free Textbooks

www.xdu-onlinedegree.org

Advertise on this site

I've noticed that some chicks with big boobs try to do stuff like that to avoid attention and be taken seriously. might be why she went with the ugly hair. she should just go with it and score herself a super rich dude

(http://www.autoadmit.com/thread.php?
thread_id=578881&forum_id=2#7586146)

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7586233)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 11th, 2007 9:21 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

my bad

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7586248)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 11th, 2007 10:25 PM
**Author:** HI

chigwibbits don't need to dress like skanks.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7586723)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 11th, 2007 10:33 PM
**Author:** PAAAACE

amazing.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7586769)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 12th, 2007 12:14 AM
**Author:** HI

indeed

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7587374)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 12th, 2007 11:29 AM
**Author:** vincimus

I can assure you she doesn't dress conservatively. Anyone who goes to the gym in the afternoon has seen her trapsing around in spandex booty shorts and a strappy tank top. She wants people to look, and they do.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7589519)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 12th, 2007 11:32 AM
**Author:** Beach Body Brady

link?

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7589547)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 22nd, 2007 4:31 PM
**Author:** Cheese Eating Surrender Monkey

Take your goddamned cell phone next time and snap a pic, for Chrissakes.

Then post, oc.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=2#7650026)

⊚ Top ⊚ Previous ⊚ Next ⊚ Reply

**Date:** February 22nd, 2007 4:33 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

i know, wtf people!!

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297659733)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 22nd, 2007 8:10 PM
**Author:** pallbearer99

where the hell is the pic? This is important.stuff!

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297651970)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 11th, 2007 10:25 PM
**Author:** HI

I found this diamond in the rough first, asshole.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297586721)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 22nd, 2007 4:55 PM
**Author:** TTT wannabe

CGWBT are my favorite. They usually cost me the most too.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297650969)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 22nd, 2007 5:03 PM
**Author:** pallbearer99

Looks like she's pretty short from these pictures? Anyone from YLS have any idea how tall she is? 5'3"? Not very prestigious if that's the case.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297650907)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 22nd, 2007 5:04 PM
**Author:** A horse walks into a bar (*saving one CPGWBT at a time*)

She would be hotter if she wasn't some flaming liberal environmentalist.

But I'd still pwn that cunnus.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297650913)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 22nd, 2007 5:20 PM
**Author:** pallbearer99

Agreed, but we still haven't resolved the short issue! There's just no getting around it. Short girls aren't prestigious.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297651016)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 22nd, 2007 5:27 PM
**Author:** A horse walks into a bar (*saving one CPGWBT at a time*)

false, false, false. and i say this as a 6'2" guy. i LOVE short women

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=297651047)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 22nd, 2007 5:29 PM
**Author:** David Carr (*Glass of water for Mr. Grainger*)

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 2nd, 2007 7:17 PM
**Author:** loafer

time to hire ReputationAttacker to bring them back?

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=287700474)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 2nd, 2007 7:32 PM
**Author:** Son of Boss (*FLIPS, BLIPS & Lease Strips*)

   [DOE II] hired a service to get the pictures she posted of herself online taken down? That's quite rude. And then ran off to ABC to complain about it? http://abcnews.go.com/US/Technology/story?id=2912364&page=3

Well at least we can still see her here:

http://top14girls.blogspot.com/

I hope Reputation Defender didn't charge much.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=287700255)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 2nd, 2007 7:34 PM
**Author:** Horsecock

Looks like they actually did a pretty good job. Only 1 out of 4 of the linked sites is still hosting the pics.

Somebody should archive these somewhere else because they are going to be gone soon.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=287700570)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 2nd, 2007 7:44 PM
**Author:** Son of Boss (*FLIPS, BLIPS & Lease Strips*)

I don't think hidebehind caves. And Kibitzer has them salted and cured, they'll be back if those links go down.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=287700324)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 2nd, 2007 7:54 PM
**Author:** kibitzer

yeah, i was wondering why her links were the only ones going down. i suspected she got a bunch of her friends to click the "remove offensive/adult content" button" but this reputation defender thing is far more nefarious. i have all the pics saved and will refresh the links on other hosting services.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=287700374)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** March 2nd, 2007 7:56 PM
**Author:** Horsecock

praise be to allah

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=287700390)

---

⊚ Top   ⊚ Previous   ⊚ Reply

**Date:** March 2nd, 2007 7:58 PM
**Author:** atlas (*aefl*)

You are a real American hero.

(http://www.autoadmit.com/thread.php?thread_id=578881&forum_id=287700402)

# Exhibit 19

**AutoAdmit** ™   *The most prestigious law school admissions discussion board in the world.*

⟳ Back  ▶Refresh ▶Options

True Life: I FUCKED YLS CGWBT - story within

📄 I was again in danger of coming and had to slow down. I slum...     kr0nz                              03/04/07
└▷ *BEEP BOOP BEEP* DEAR INSERT NAME HERE YOUR RESPONSE...     IP LOGGER PROGRAM SOFTWARE THINGIE    03/04/07

📄 Post new message in this thread

Ads by Google       LSAT Law School        Law Library        Environmental Law        Law Students

⟳Top  ⟳Next  ⟳Reply

Date: March 4th, 2007 8:57 PM
Author: kr0nz

Ads by Google

**Psychology
Grad Programs**

Practitioner-focused
learning on a city
campus. M.A., Psy.D.
Apply now
TheChicagoSchool.edu

Advertise on this site

I was again in danger of coming and had to slow down. I slumped forward onto her back, making her support my full weight, then reached forward to roughly squeeze her hanging tits. She gasped and groaned, pushing her bottom back into my groin. I took this as encouragement me to work her harder. I pistoned my hips and caught her nipples, twisting and pinching cruelly. She gasped that I was hurting her but in barely a minute she shuddered into an orgasm. I needed all my weight to stay in place, pressing my face against her sweaty neck and biting the soft hollow above her shoulder.

It took a while before the shudders died down. Giving her nipples a last twist I pulled back and smacked her buttocks again. I told her that her cunt was too wet to properly stimulate me and that I was going to fuck her arse. Catching her breath, she asked me not to, saying she'd give me a really good blow job to get me off. But I held her in place and pushed my dick against her crinkled pucker. She squirmed and struggled but I was relentless and my cock slowly slid into the hot hole.

It was a pretty good fuck and within a minute or so she was bucking back at me, taking my cock deep into her bowels, like she always does when I bum-fuck her. I worked her tits again and she soon came with me following shortly after.

The phone rings again, interrupting my reverie.

"OK," **[DOE I]** says in her breathy fuck-me-I'm-just-a-helpless-little-girl voice. "I guess we'll see how things work out after dinner." I remain silent. After a long pause, she relents. "If you want to do that again, I guess I'll go along with it." I grunt an assent. There is another long pause. Then, in a pleading whine, she adds "but don't put it in my mouth afterwards. It's really foul ...."

⎯

(http://www.autoadmit.com/thread.php?thread_id=590122&forum_id=2#770#796)

⟳Top  ⟳Previous  ⟳Reply

Date: March 4th, 2007 9:02 PM
Author: IP LOGGER PROGRAM SOFTWARE THINGIE (*I'M IN YOUR MEGAHURTZ LOGGING YOUR PORTS*)

*BEEP BOOP BEEP*

DEAR INSERT NAME HERE

YOUR RESPONSE TO OUR MODERATION ATTEMPTS (AND IP) HAVE BEEN LOGGED.

THANK YOU FOR YOUR PARTICIPATION IN THIS PROGRAM.

00101010010000100100010101010001010101000001000001000010010011110100111101010000010000001000010010001010100010101010000

(http://www.autoadmit.com/thread.php?thread_id=590122&forum_id=2#770#823)

# Exhibit 20

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

Ads by Google

◎ Back  ▶Refresh ▶Options

Mad at [DOE II]? E-mail her at   [DOE II]   @yale.edu

**Hottest**

**Junior**

**Fashions**

Cute, trendy &
affordable!
Popular on the
campus!

www.shopping102.com

| | | |
|---|---|---|
| http://scripts.its.yale.edu/cgi-bin/ph/directory.yale.edu?Qu... | Sleazy Z | 03/07/07 |
| ↳ Enough already. | Vector | 03/07/07 |
| ↳ fuck you nigger. retire if you don't like it. | 5L | 03/07/07 |
| ↳ You people are really amazing. Haven't you had enough with ... | horsesass | 03/07/07 |
| ↳ fuck you faggot. retire if you don't like it. | 5L | 03/07/07 |
| ↳ "Did she ask for this?" yes? | birdnorton | 03/07/07 |
| ↳ you should delete this. not cool. | Walter_Sobchak | 03/07/07 |
| ↳ fuck you bitch. retire from this site if you don't like what... | 5L | 03/07/07 |
| ↳ when did this become "what we do"? | Sweep the Leg, Johnny | 03/07/07 |
| ↳ um . . . well . . . ask yourself when the first xoxo outing ... | Thaddeus | 03/07/07 |
| ↳ what are you 12? | Walter_Sobchak | 03/07/07 |
| ↳ Personally, I'd think people would be more inclined to email... | [user banned. please ignore -- xoxohth admins] | 03/07/07 |
| ↳ ok... posting home numbers is beyond the pale. | Right Wing Nutjob © | 03/07/07 |
| ↳ Nope. | [user banned. please ignore -- xoxohth admins] | 03/07/07 |
| ↳ yes, i know it's publicly available information, but enough ... | Right Wing Nutjob © | 03/07/07 |
| ↳ And you think YOU should be the arbiter of when enough is en... | [user banned. please ignore -- xoxohth admins] | 03/07/07 |
| ↳ Where's your compassion? This woman has done nothing to dese... | Fisked | 03/07/07 |
| OP is a dork[DOE II]shot down. and the Internet is an outlet ... | lathorpe | 03/07/07 |
| ↳ OP is actually a Chicago student. oddly enough. | chancemeeting's echo | 03/07/07 |
| ↳ srsly? you know him IRL? | kibitzer | 03/07/07 |
| ↳ No one you know. I hope. | Vector | 03/07/07 |
| ↳ Chance, you or anyone else who knows who Sleazy Z is should ... | letulipe | 03/07/07 |
| ↳ Sorry, Chance doesn't know who I am (I don't know who he is ... | Sleazy Z | 03/07/07 |
| Pathetic. | DISH | 03/07/07 |
| You people do realize that this is public information, don't... | Sleazy Z | 03/07/07 |
| I will email her my love. ty. | atlas | 03/07/07 |
| like any idiot couldn't deduce her email address if they kne... | apeshit | 03/07/07 |

Post new message in this thread

· Ads by Google·    Law School Adimission    US News Law School Rank    Distance Law Degree    Law Tuition

◎Top  ◎Next  ◎Reply

**Date:** March 7th, 2007 2:40 PM
**Author:** Sleazy Z

http://scripts.its.yale.edu/cgi-bin/ph/directory.yale.edu?
Query= [DOE II] &btnG.x=0&btnG.y=0&btnG=enter

(http://www.autoadmit.com/thread.php?thread_id=591580&forum_id=2#7722361)

Advertise on this site

Ads by Goooooogle

**Rainmaking Skills**
They Never Taught
You In Law School
100% Ethical,
Guaranteed Results
www.howtomakeitrain.con

**Law Degree Online**
Convenient Online
Programs, 100+
Accredited Schools -
Learn More!
www.ClassesUSA.com

# Exhibit 21

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊙ Back  ▶Refresh ▶Options

Big-titted [DOE II] thread official style guide

| | | |
|---|---|---|
| 🗎 Please adhere to the following guidelines when making thread... | leaf | 03/06/07 |
| ┗🗎 Good luck, and God speed. | nonono | 03/06/07 |
| ┗🗎 tysvm | leaf | 03/06/07 |
| 🗎 I would hope you realize (though clearly you do not) that yo... | Reputation Defender | 03/06/07 |

🗎 Post new message in this thread

⊙ Top    ⊙ Next    ⊙ Reply

**Date:** March 6th, 2007 5:25 PM
**Author:** leaf

Please adhere to the following guidelines when making threads about big-titted Yale Law School student [DOE II] :

The thread must be categorized as on-topic, school-related.

The proper adjective to describe [DOE II] is "big-titted."

Big-titted [DOE II] 's name is spelled with a [DOE II] , not [DOE II]

Big-titted [DOE II] 's name is never to be used in parts--it must always be " [DOE II] " at the least, and "big-titted [DOE II] " ideally.

Pictures must accompany all threads of big-titted [DOE II] :

http://www.hidebehind.com/760CE553

http://www.hidebehind.com/CEBD00A8

http://www.hidebehind.com/1FA27259

http://www.hidebehind.com/63421515

http://www.hidebehind.com/4030BCBE

http://www.hidebehind.com/A9975B8C

(http://www.autoadmit.com/thread.php?thread_id=591067&forum_id=2#7718196)

# Exhibit 22

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

⊕ Back  ▶Refresh ▶Options

**YLS 1L    [DOE II]  HAS HUGE FAKE TITS AND IS UNIVERSALLY HATED**

| | | |
|---|---|---|
| [DOE II]   (HUGE FUCKING TITTIES) is HATED at YLS!!! | yls | 03/06/07 |
| where's Reputation Defender when you need him? BTW, someo... | Prof. Brian Leiter | 03/06/07 |
| that poster is schtick im sure | Dr. Marty Lipton King, Jr. | 03/06/07 |
| Yeah, I agree, but I am confused as to the purpose of the sc... | Remember when I said I would kill you last? I lied | 03/06/07 |
| GTO did confirm that someone hired Rep Defender though... wh... | Prof. Brian Leiter | 03/06/07 |
| you could also email the SLS student in charge of reputation... | [DOE I] 's misguided sense of entitlement | 03/06/07 |
| ya i dont think people realize that ignoring is really the o... | Prof. Brian Leiter | 03/06/07 |
| weekly bump of this highly credited response... | The poster Vector is a TTT shit eating faggot | 04/01/07 |
| No one deserves this. You guys are real losers. :( | LightWeight Chicago 2010 | 03/06/07 |
| the gods are capricious | Dr. Marty Lipton King, Jr. | 03/06/07 |
| Do you children not realize that all you're doing is increas... | Reputation Defender | 03/06/07 |
| You should give us a cut. After all, | [DOE II]   the huge... | Remember when I said I would kill you last? I lied | 03/06/07 |
| titcr | Prof. Brian Leiter | 03/06/07 |
| ... | there's a wocket in my pocket | 03/06/07 |
| This is a bit much. I don't like it. Let it go. | Warren Pierpont Gates | 03/06/07 |
| xo is, at times, the stall in the men's room. what she is a... | lathorpe | 03/06/07 |
| exactly http://www.google.com/search?hl=en&q=[   +ir... | The poster Vector is a TTT shit eating faggot | 04/01/07 |
| jesus. yls really knows how to pick em. the adccomm seems t... | larsd | 03/06/07 |
| they are Glorious Breasts though | [DOE II]  has Glorious Breasts | 03/06/07 |
| That wasn't ' [DOE I] or [DOE II] on Good Morning ... | veelee | 03/12/07 |
| I've already told you, I don't care if you extra google bomb... | venting | 04/01/07 |
| you're clueless and inept. you waste time trolling GTO, who ... | The poster Vector is a TTT shit eating faggot | 04/01/07 |

Post new message in this thread

⊕Top  ⊕Next  ⊕Reply

**Date:** March 6th, 2007 12:55 PM
**Author:**     yls
**Subject:**  [DOE II]    (HUGE FUCKING TITTIES) is HATED at YLS!!!

Date: March 4th, 2007 8:01 PM

Author: yalels2009

Hi there!

I'm here to correct the record on    [DOE II]  , YLS '09.

Fun fact: Did you know that [DOE II] is among the least liked people in our class?

Fun fact: Did you know that [DOE II] is painfully insecure to the point of psychological disorder, such that she whored around like a feral cat first semester, and still makes pathetic plays for male attention even now that she's dating a fucktard from the Yale School of Management?

Fun fact: Did you know that [DOE II] is so emotionally fragile that she failed to come to class for something like three weeks because she found her picture had been remarked upon on XOXO and T14 girls? This despite the fact that she flaunts her tits everywhere she goes?

All true!

(http://www.autoadmit.com/thread.php?thread_id=590083&forum_id=2#7708495)

==============================

Date: March 4th, 2007 8:04 PM

Author: yalels2009

Hi there!

I'm here to correct the record on    **[DOE II]**    , YLS '09.

Fun fact: Did you know that [DOE II] is among the least liked people in our class? That she has alienated or repelled nearly every 1L, including males who would otherwise be attracted to her large breasts?

Fun fact: Did you know that [DOE II] is painfully insecure to the point of psychological disorder, that she whored around like a feral cat first semester, and still makes pathetic plays for male attention even now that she's dating a loser from the Yale School of Management?

Fun fact: Did you know that [DOE II] is so emotionally fragile that she failed to come to class for something like three weeks straight because she found her picture had been remarked upon on XOXO and T14 girls? This despite the fact that she flaunts her tits everywhere she goes?

All true!

(http://www.autoadmit.com/thread.php?thread_id=590092&forum_id=2#7708503)

==============================

THANK YOU THANK YOU THANK YOU!!!!

YALE LAW SCHOOL STUDENTS: PLEASE TELL US MORE ABOUT HOW THIS ISSUE IS AFFECTING THE YALE LAW SCHOOL!

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7716660)

---

● Top  ● Previous  ● Next  ● Reply

**Date:** March 6th, 2007 1:02 PM
**Author:** Prof. Brian Leiter

where's Reputation Defender when you need him?

BTW, someone should make a webpage dedicated just to this girl. host it on google pages. there is NO WAY they could force you to take it down.

just go sign up with www.googlepages.com and sign up the account as [DOE II]

the web address would be [DOE II] .googlepages.com

you could put whatever you want up there. you could link to all the xoxo threads. you could include pictures. etc etc etc

then you could pwn Reputation Defender every time he posts here.

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7716696)

---

🌐 Top  🌐 Previous  🌐 Next  🌐 Reply

**Date:** March 6th, 2007 1:03 PM
**Author:** Dr. Marty Lipton King, Jr.

that poster is schtick im sure

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7716702)

---

🌐 Top  🌐 Previous  🌐 Next  🌐 Reply

**Date:** March 6th, 2007 1:03 PM
**Author:** Remember when I said I would kill you last? I lied

Yeah, I agree, but I am confused as to the purpose of the schtick.

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7716707)

---

🌐 Top  🌐 Previous  🌐 Next  🌐 Reply

**Date:** March 6th, 2007 1:04 PM
**Author:** Prof. Brian Leiter

GTO did confirm that someone hired Rep Defender though... whoever is handling the matter for RD almost asuredly reads the board.... so pwning the schtick would be funny and also rub it in on [DOE II]

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7716709)

---

🌐 Top  🌐 Previous  🌐 Next  🌐 Reply

**Date:** March 12th, 2007 2:20 AM
**Author:** veelee

That wasn't    **[DOE I]**    or    **[DOE II]**    on Good Morning America. It was

Just do a Google search for "                    " She is a 1L at Yale Law School. There was a thread on here about her called "Hot Bitch Scores a 179 after taking Blueprint Prep (Pic Enclosed" It comes up in the Google Search (http://www.google.com/search?hl=en&q=%22          %22). But if you click on the thread (http://www.xoxohth.com/thread.php?thread_id=350818&forum_id=2) It's gone!!! Luckily the Google cache of the thread is still there though: http://209.85.165.104/search?q=cache:Cg-17DXQKxUJ:www.xoxohth.com/thread.php%3Fthread_id%3D350818%26forum_id%3D2+%22          %22&hl=en&ct=clnk&cd=1&gl=us

She has succeeded in her mission by forcing XO to take down the thread.

GTO & Rach have caved in to ReputationDefender.

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7741439)

---

⚙ Top   ⚙ Previous   ⚙ Next   ⚙ Reply

**Date:** April 1st, 2007 6:45 PM
**Author:** venting

                                        **[DOE II]**    **[DOE I]**
I've already told you, I don't care if you extra google bomb    &    . That's already been done.

                                    **[DOE II]**
Now, did Anthony Ciolli tell you to harass        and **[DOE I]**? Do you know whether Anthony Ciolli really took his male friend's anal cherry (which is said on his friendster page)?

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7855811)

---

⚙ Top   ⚙ Previous   ⚙ Reply

**Date:** April 1st, 2007 6:51 PM
**Author:** The poster Vector is a TTT shit eating faggot

you're clueless and inept. you waste time trolling GTO, who could care less. and you ensure collateral damage for    **[DOE II]**    and    **[DOE I]**    .

(http://www.autoadmit.com/thread.php?thread_id=590907&forum_id=2#7855833)

# Exhibit 23

# The "Most Appealing" Women
# @ Top Law Schools

*T14talent.googlepages.com*

| Home | Rules | The Girls | Voting | Results | WGWAG | Contact Information |
|------|-------|-----------|--------|---------|-------|---------------------|



On this site, we will nominate the hottest girls of the T14 for special recognition and participation in the 2007 "Most Appealing" t14 student contest. All nominations should include the school, nominee's name or initials, and AT LEAST one picture that will allow for reasonable judgments to be made. Upload pictures onto www.imageshack.us and submit the links to: t14talent@gmail.com .

Voting will commence once each school is sufficiently represented. First, we will vote on the hottest girl for each T14. Then the winners of that round will go head to head as we determine the definitively hottest T14.

**Help Wanted:** Don't ask for much, so here's a favor. E-mail me who MadCat is, along with pictures, her name, and her school/year. I have my reasons.

**NOTE**: Media outlets, please credit xoxo on this story; this includes you, *David Lat.*

If the pictures are down, use the Backup links.

*We will not be removing images until after the contest is finished. Before you fall into too much self-pity at your plight, please put yourselves in the shoes of your classmates who were not nominated.*

*Copyright 2007 by T14talent and xoxo.T14*
*Washington, DC 20001*

# [DOE II] , Yale

| Home | Rules | The Girls | Voting | Results | WGWAG | Contact Information |
|------|-------|-----------|--------|---------|-------|---------------------|

Backup #1.

*Copyright 2007,  t14talent and xoxo.t14*
*Washington, D.C. 20001*

# Exhibit 24

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

Ads by Google

⊕ Back  ▶ Refresh ▶ Options

**T14 hottie competition: UVA pwning the field so far**

| | | |
|---|---|---|
| 🖹 http://t14talent.googlepages.com/thegirls | Todd Christopher | 02/20/07 |
| ┗🖹 ... | Mishikinakwa | 02/20/07 |
| ┗🖹 can you email me some? i know im missing good ones... but ih... | Todd Christopher | 02/20/07 |
| ┗🖹 STOP BOTHERING THESE POOR GIRLS DUDE. | Testarossa | 02/21/07 |
| ┗🖹 which was the one you expected? | piglatin | 02/20/07 |
| ┗🖹 i'm guessing the first one | Todd Christopher | 02/20/07 |
| 🖹 Nice Chicago trolling. | JPhilmore | 02/20/07 |
| ┗🖹 ? | Todd Christopher | 02/20/07 |
| ┗🖹 Ordering of the schools is USNews rank, except Chicago, no? ... | JPhilmore | 02/20/07 |
| ┗🖹 i did it that way bc of 'CCN' 'MVP' isn't the correct ord... | Todd Christopher | 02/20/07 |
| 🖹 contestant b looks like a witch, also she's an old non-trad | MC_Squared | 02/20/07 |
| 🖹 this is hilarious | MrTTT | 02/20/07 |
| 🖹 Just fleetingly, I was almost HOPING tubgirl would come up w... | Scrummie2 | 02/20/07 |
| 🖹 GAME OVER... | The Great Wide Open | 02/20/07 |
| ┗🖹 OP ranked her pretty far down his own list... but I agree... | hideyho | 02/21/07 |
| ┗🖹 Is that you? | The Great Wide Open | 02/21/07 |
| ┗🖹 No, I've already tried this tact. | Vista Operating System | 02/21/07 |
| 🖹 ... | [user banned. please ignore -- xoxohth admins] | 02/21/07 |
| 🖹 In my opinion, Gtown has the lead-that chick is more gorgeou... | My Father Wears Shoes in the Pool | 02/20/07 |
| 🖹 Nothing like checking out hotties in the middle of class! | My Father Wears Shoes in the Pool | 02/20/07 |
| 🖹 UVA would win hands-down right now if i just simply posted e... | Todd Christopher | 02/20/07 |
| ┗🖹 i just sent you three, but to the gmail acct | hideyho | 02/20/07 |
| ┗🖹 t14talent@gmail.com is me, the other address is another x... | Todd Christopher | 02/20/07 |
| ┗🖹 are you only posting 3 for UVA? | hideyho | 02/20/07 |
| ┗🖹 i wont turn down hot girls, that said, unless they're really... | Todd Christopher | 02/20/07 |
| ┗🖹 Yeah I see AS there now... | hideyho | 02/20/07 |
| ┗🖹 I don't think I've ever seen AS before. EDIT: Although I ... | Mishikinakwa | 02/20/07 |
| ┗🖹 http://t14talent.googlepages.com/wgwag thats her on the l... | Todd Christopher | 02/20/07 |
| ┗🖹 She's a 3L | hideyho | 02/20/07 |
| ┗🖹 i have satisfied my curiosity. I still don't think I've eve... | Mishikinakwa | 02/20/07 |
| ┗🖹 Maybe you can get enough publicity for this comp to get a PI... | My Father Wears Shoes in the Pool | 02/20/07 |
| 🖹 I laughed out loud to the JoePa link. | wholsjohngalt | 02/20/07 |
| ┗🖹 yeah that was great. | Chief Rabbi Of The Joos | 02/21/07 |
| 🖹 UVA should have its own page. | NASC | 02/20/07 |
| ┗🖹 ti,oc,tcr | Mishikinakwa | 02/20/07 |
| ┗🖹 Most of the girls I would have sent in don't have particular... | NASC | 02/20/07 |
| ┗🖹 i just reviewed them, we're looking for 3 pics/person as a g... | Todd Christopher | 02/20/07 |
| ┗🖹 crap, she's in corporations with me, but I can't think of he... | NASC | 02/20/07 |
| ┗🖹 EDIT - nevermind, i know her last name, and i'm facebooking ... | Todd Christopher | 02/20/07 |
| ┗🖹 the bad thing is that I was on her fbook page earlier today ... | NASC | 02/20/07 |
| ┗🖹 worcester, dude, she's gonna be my "friend" af... | Todd Christopher | 02/20/07 |
| ┗🖹 are you friends with her yet? | NASC | 02/20/07 |
| ┗🖹 no but I hope so soon, i'm not going to request it, actually... | Todd Christopher | 02/20/07 |
| ┗🖹 ha. Funny thing is that right as you said you requested a g... | NASC | 02/20/07 |
| ┗🖹 ya that wasnt me, I will be her friend eventually but i'... | Todd Christopher | 02/20/07 |
| ┗🖹 Why do you need 3 photos? | DumBlonde | 02/20/07 |
| ┗🖹 the other people involved in running this and I agreed that ... | Todd Christopher | 02/20/07 |
| 🖹 I can't imagine that any of these chicks would have any prob... | My Father Wears Shoes in the Pool | 02/20/07 |
| 🖹 new pic of AW @ UVA | Todd Christopher | 02/20/07 |

University of

California

Int'l Relations
Masters Degree
International
Management track

irps.ucsd.edu/

Advertise on this site

Ads by Goooooogle

**LSAT Score 160 or Above?**
A Great Lawyer Starts with a Great Law School. Small Friendly Classes
Law.ULV.edu

**Find a College Online**
110 questions to help you choose the right online college for you!
quiz.learningandlife.com

⊛ Top    ⊛ Next    ⊛ Reply

**Date:** February 20th, 2007 6:24 PM
**Author:** Todd Christopher

http://t14talent.googlepages.com/thegirls

(http://www.autoadmit.com/thread.php?thread_id=583415&forum_id=2#7637585)

---

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** February 20th, 2007 6:26 PM
**Author:** Mishikinakwa (*drinking vino with Brian Eno*)

(http://www.autoadmit.com/thread.php?thread_id=583415&forum_id=2#7637598)

---

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** February 20th, 2007 6:26 PM
**Author:** Todd Christopher

can you email me some? i know im missing good ones... but these are the ones your classmates are sending me

t14talent@gmail.com

(http://www.autoadmit.com/thread.php?thread_id=583415&forum_id=2#7637604)

---

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** February 21st, 2007 7:46 AM
**Author:** Testarossa

STOP BOTHERING THESE POOR GIRLS DUDE.

(http://www.autoadmit.com/thread.php?thread_id=583415&forum_id=2#7641691)

---

⊛ Top    ⊛ Previous    ⊛ Next    ⊛ Reply

**Date:** February 20th, 2007 6:27 PM
**Author:** piglatin

which was the one you expected?

(http://www.autoadmit.com/thread.php?thread_id=583415&forum_id=2#7637608)

# Exhibit 25

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

◉ Back ▶ Refresh ▶ Options

**update on t14 girls contest (pauliewalnuts)**

| | | |
|---|---|---|
| 📄 http://t14talent.googlepages.com/thegirls please send new... | pauliewalnuts | 02/21/07 |
| ↳📄 Fag, you still haven't even put up the Michigan twins. | Billy | 02/21/07 |
| ↳📄 Send three really sharp pics that you think are the best. N... | lathorpe | 02/21/07 |
| ↳📄 wtf? look at this post: http://www.autoadmit.com/thread.... | kibitzer | 02/21/07 |
| ↳📄 Fine. Year? Both of them? One of them? | lathorpe | 02/21/07 |
| ↳📄 these were my concerns also. we cant just put up random p... | pauliewalnuts | 02/21/07 |
| ↳📄 EB, '09 | kibitzer | 02/21/07 |
| ↳📄 08, duh. | Billy | 02/21/07 |
| ↳📄 you know one of the photos in the wgwag section includes a l... | DumBlonde | 02/21/07 |
| ↳📄 well we've been busy fending off UVA people all day... so i'... | pauliewalnuts | 02/21/07 |
| 📄 When do we get to vote? I heart the last girl from UVA. | Dogshit | 02/21/07 |
| ↳📄 we need more girls from the other schools... so far UVA and ... | pauliewalnuts | 02/21/07 |
| ↳📄 yeah, that pic on the stairs is something. | Sweep the Leg, Johnny | 02/21/07 |
| 📄 If you actually are going to use Sugary, don't make it expli... | Hazelrah | 02/21/07 |
| 📄 MP from gtown looks best. last girl from uva is a close seco... | wilsonman | 02/21/07 |
| ↳📄 Whatever. The last girl from UVA is fucking beautiful. E... | Dogshit | 02/21/07 |
| ↳📄 i agree. the 3rd picture, bc of the hair, makes her face loo... | pauliewalnuts | 02/21/07 |
| ↳📄 Yeah the last UVA girl is drop dead. | fruittarte | 02/21/07 |
| ↳📄 You're a guy, right? | Always Adding Value | 02/21/07 |
| 📄 You're the man dood. Keep up the good work! Why isn't the... | Beach Body Brady | 02/21/07 |
| ↳📄 i agree. i'm going on nominations by OTHERS. we that run ... | pauliewalnuts | 02/21/07 |
| 📄 GULC is kicking ass | Les Yoda | 02/21/07 |
| ↳📄 theyre making a run at UVA thats for sure | pauliewalnuts | 02/21/07 |
| ↳📄 There are hot girls from other schools who are not being sub... | lathorpe | 02/21/07 |
| ↳📄 im tempted to start posting Fordham people. just off the top... | pauliewalnuts | 02/21/07 |
| 📄 Bottom line: that first UVA bitch has real talent. i'd hir... | larsd | 02/21/07 |
| ↳📄 KB from GULC pwns UVA #4. imo | pauliewalnuts | 02/21/07 |
| ↳📄 my mistake. i meant UVA #1, not UVA #4 this whole time. an... | larsd | 02/21/07 |
| 📄 one for his | newham | 02/21/07 |
| ↳📄 the indian looking chick from upenn is pretty shit. | Judge_Friendly | 02/21/07 |
| ↳📄 I propose the following rules: 1) Nobody is allowed to cr... | Hazelrah | 02/21/07 |
| 📄 ... | I'm Not a (U) | 02/21/07 |
| ↳📄 make sure lathorpe sees this... he is handling the new posti... | pauliewalnuts | 02/21/07 |
| ↳📄 ... | lathorpe | 02/22/07 |
| 📄 ... | blank | 02/21/07 |

📄 Post new message in this thread

---

◉ Top   ◉ Next   ◉ Reply

**Date:** February 21st, 2007 5:59 PM
**Author:** pauliewalnuts

http://t14talent.googlepages.com/thegirls

please send new submissions to t14talent@gmail.com

everything's secure and the contest is looking good so far.

tyia

(http://www.autoadmit.com/thread.php?thread_id=583973&forum_id=2#7644776)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 21st, 2007 6:00 PM
**Author:** Billy

Fag, you still haven't even put up the Michigan twins.

(http://www.autoadmit.com/thread.php?thread_id=583973&forum_id=2#7644786)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 21st, 2007 6:00 PM
**Author:** lathorpe (*I make lists.*)

Send three really sharp pics that you think are the best. No one is going to trawl through your crap.

(http://www.autoadmit.com/thread.php?thread_id=583973&forum_id=2#7644791)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 21st, 2007 6:02 PM
**Author:** kibitzer

wtf? look at this post:

http://www.autoadmit.com/thread.php?thread_id=454778&forum_id=2#6218005

(http://www.autoadmit.com/thread.php?thread_id=583973&forum_id=2#7644809)

---

⊚ Top   ⊚ Previous   ⊚ Next   ⊚ Reply

**Date:** February 21st, 2007 6:08 PM
**Author:** lathorpe (*I make lists.*)

# Exhibit 26

|SEARCH BLOG|| FLAG BLOG| Next Blog»

Create Blog | Sign In

# TOP14GIRLS

**THURSDAY, FEBRUARY 22, 2007**

## yale

**[DOE II]** - class of '09

pic1, pic1, pic1, pic1
pic2, pic2, pic2, pic2
pic3, pic3, pic3, pic3
pic4, pic4, pic4, pic4
pic5, pic5, pic5, pic5
pic6, pic6, pic6, pic6

2 COMMENTS

## virginia

A.W. - class of '08
pic1, pic1, pic1, pic1
pic2, pic2, pic2, pic2

C.P.Y. - class of '07
pic1, pic1, pic1, pic1

0 COMMENTS

## nyu

J.F. - class of '08
pic1, pic1, pic1, pic1
pic2, pic2, pic2, pic2
pic3, pic3, pic3, pic3

M.L. - class of '08
pic1, pic1, pic1, pic1
pic2, pic2, pic2, pic2

0 COMMENTS



forgot pass?

images | movies | browse | email | urls | phone | web proxy | join | ⌂ home page | ✉ contact

**Meet Singles in Stanford**

     

previous

next

hits: **113**

○1 ○2 ○3 ○4 ○5

size: **0.02 MB**

Rank: 0.00

date: **02/23/07**

user: **Anonymous**

**members: 155 guests: 3338**

can't see the image? | report image

recommended hidebehind images:

    

**Web Hosting**
Get More Info on Web Hosting.

**Download Ringtones**
Get the Latest Hits to your cell phone.

**Drug Rehab**
Get More Info on Drug Rehab.

**$10 off $75 at Overstock**
Last Chance @ Overstock.com

**Make Money Online**
Get More Info on Make Money Online.

**HTML link code:**

**comments:**

**1.** html icon link:

```
<a href="http://www.hidebehind.com/CEBD00A8
```

bbcode icon link:

```
[url=http://www.hidebehind.com/CEBD00A8][i
```

example:

no comments. be the first!



forgot pass?

images | movies | browse | email | urls | phone | web proxy | join | ⌂ home page | ✉ contact

**Meet Singles in Stanford**

     

previous                                                                                             next

hits:   **26**                                                    ○1 ○2 ○3 ○4 ○5 ▮
size:   **0.01 MB**                                               **Rank: 0.00**
date:   **02/23/07**
user:   **Anonymous**                                            **members: 155 guests: 3386**

                                                                 can't see the image? | report image

recommended hidebehind images:

      

**Want to Advertise Here?**
Build and Buy your Ad online in Minutes!

**Download Ringtones**
Get the Latest Hits to your cell phone.

**Forex Currency Trading**
Get info on forex currency trading.

**Currency Trading**
Get More Info on Currency Trading.

**Paid Surveys**
Get More Info on Paid Surveys.

**HTML link code:**

**1.** html icon link:

http://www.hidebehind.com/1FA27259

**comments:**

no comments. be the first!

2/26/2007

```
<a href="http://www.hidebehind.com/1FA2725
```

bbcode icon link:

```
[url=http://www.hidebehind.com/1FA27259][i
```

example:



forgot pass?

images | movies | browse | email | urls | phone | web proxy | join | ⌂ home page | ✉ contact

**Meet Singles in Stanford**

     

previous                                                                                  next

hits:   15
size:   0.06 MB                                          ○1 ○2 ○3 ○4 ○5
date:   02/23/07                                                      Rank: 0.00
user:   Anonymous

members: 154 guests: 3394

can't see the image? | report image

recommended hidebehind images:

       

**$10 off $75 at Overstock**
Last Chance @
Overstock.com

**Forex Currency Trading**
Get info on forex currency
trading.

**1,000+ Ringtones**
Download tones to your cell
phone.

**Want to Advertise
Here?**
Build and Buy your Ad
online in Minutes!

**$10 off $75 at Overstock**
Super Deals @
Overstock.com

**HTML link code:**

**comments:**

1. html icon link:

    `<a href="http://www.hidebehind.com/A9975B8(`

    bbcode icon link:

    `[url=http://www.hidebehind.com/A9975B8C][i`

    example:

no comments. be the first!



forgot pass?

images | movies | browse | email | urls | phone | web proxy | join | 🏠 home page | ✉ contact

**Meet Singles in Stanford**

     

previous

next

hits: 24
size: 0.04 MB
date: 02/23/07
user: Anonymous

○1 ○2 ○3 ○4 ○5
Rank: 0.00

**members: 155 guests: 3436**

can't see the image? | report image

recommended hidebehind images:



**Forex**
Get More Info on Forex.

**Cool Ringtones**
Get Your Complimentary
Ringtone Now.

**Drug Rehab**
Get More Info on Drug
Rehab.

**Want to Advertise
Here?**
Build and Buy your Ad
online in Minutes!

**Currency Trading**
Get More Info on Currency
Trading.

## HTML link code:

1. html icon link:

   `<a href="http://www.hidebehind.com/6342151`

   bbcode icon link:

   `[url=http://www.hidebehind.com/63421515][i`

   example:

## comments:

no comments. be the first!



forgot pass?

images | movies | browse | email | urls | phone | web proxy | join | ⌂ home page | ✉ contact

**Meet Singles in Stanford**

     

**previous**                                                          **next**

hits:    30
size:    0.06 MB
date:    02/23/07
user:    Anonymous

○1 ○2 ○3 ○4 ○5 ▓
**Rank: 0.00**

**members: 155 guests: 3415**

can't see the image? | report image

recommended hidebehind images:

       

**Credit Score**
Get More Info on Credit Score.

**Cool Ringtones**
Get Your Complimentary Ringtone Now.

**Make Money Online**
Get More Info on Make Money Online.

**Paid Surveys**
Get More Info on Paid Surveys.

**Forex Currency Trading**
Get info on forex currency trading.

## HTML link code:

1. html icon link:

    `<a href="http://www.hidebehind.com/4030BCB`

    bbcode icon link:

    `[url=http://www.hidebehind.com/4030BCBE][i`

    example:

## comments:

no comments. be the first!



hidebehind.com - free anonymous image and movie hosting



forgot pass?

images | movies | browse | email | urls | phone | web proxy | join | home page | contact

**Meet Singles in Stanford**

     

**[click image to resize]**

previous

next

hits: 27
size: 1.14 MB
date: 02/23/07
user: Anonymous

○1 ○2 ○3 ○4 ○5
Rank: 0.00

members: 153 guests: 3394

can't see the image? | report image

**recommended hidebehind images:**

       

**Web Hosting**
Get More Info on Web
Hosting.

**Credit Score**
Get More Info on Credit
Score.

**1,000+ Ringtones**
Download tones to your cell
phone.

**$10 off $75 at Overstock**
Last Chance @
Overstock.com

**Download Ringtones**
Get the Latest Hits to your
cell phone.

**HTML link code:**

1. html icon link:

```
<a href="http://www.hidebehind.com/760CE55
```

bbcode icon link:

```
[url=http://www.hidebehind.com/760CE553][i
```

example:

**comments:**

no comments. be the first!

post

**Exhibit 27**

\

# AutoAdmit ™   *The most prestigious law admissions discussion board in the world.*

Ads by Goooooogle

**Pepperdine Law School**
Move your career forward with an accredited online degree!
www.CourseAdviser.com

**Law School Outlines**
5,200 Downloadable Law Outlines Search By School, Class, Prof.
www.outline-depot.com

**Law Study Aids**
Large Format Prints, New & Unique: "Logic Law Map"
www.landofmind.org/laws

**Law School Advice**
Law School Application Coach Helps you through the admission process.
www.law-school-admission-expert.com

Advertise on this site

⊛ Back  ►Refresh ►Options

New T-14 Girl from UPenn (link)

| | | |
|---|---|---|
| 📄 http://t14talent.googlepages.com/u | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 HAHAHAHAHA ANYONE RECOGNIZE THAT KID!?!?!?! WORLD SERIES OF P... | strump | 03/01/07 |
| 📄 good work. | RuleXXII | 02/28/07 |
| ┗📄 going to have to change brackets around. it's nice to coo... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 What about the fact that KG is not a Chicago student? | MindTheGap76 | 02/28/07 |
| ┗📄 oh... ok i will leave sugary in then... which will end up ma... | 168 LSAT + 10 URM points | 02/28/07 |
| 📄 Why do so many asian girls look crosseyed? | jij | 02/28/07 |
| 📄 Are those picture links broken already? Also, what's the ... | Hazelrah | 02/28/07 |
| 📄 I'm fixing the links, as far as the name posted... that ... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 When the site was first put up, there was some creative lice... | Hazelrah | 02/28/07 |
| ┗📄 -I have limited time (believe it or not)-I havent gotten t... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 Dude. You put people who send us comments and arbitrarily r... | lathorpe | 02/28/07 |
| ┗📄 I wasnt criticizing you, I was just stating that there ar... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 If you didn't mean to out anyone why the hell is my name pos... | paladeldiablo | 03/01/07 |
| ┗📄 Was it whatever? | Rapscallion | 03/01/07 |
| 📄 the only worthwhile picture of sugary | kibitzer | 02/28/07 |
| ┗📄 I'm going to add that on the site. tyty | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 She's actually very cute, and looks like she has a fun and l... | bellacat | 02/28/07 |
| ┗📄 from other pics i've seen, her body is okay for a petite gir... | kibitzer | 02/28/07 |
| ┗📄 I see the nose. It doesn't seem all that bad to me. I live ... | bellacat | 02/28/07 |
| ┗📄 she has eyes that are literally black. almost no color  a... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 Sometimes dark eyes can be very sexy. I'm just trying t... | bellacat | 02/28/07 |
| ┗📄 ... | kibitzer | 02/28/07 |
| ┗📄 That settles it. She's fucking ugly. | RedFalcon | 02/28/07 |
| ┗📄 That picture isn't too flattering, but the only thing really... | bellacat | 02/28/07 |
| ┗📄 awful puffy cheeks (bad bone structure), no eye color, cird... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 No eye color? I thought her eyes were her best feature. Bu... | bellacat | 02/28/07 |
| ┗📄 I said she's a 5-5.5. I've seen a lot worse. ride the subway... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 5-5.5 (by definition) is average to slightly above average ... | bellacat | 02/28/07 |
| ┗📄 4.5-5.5 is avg. girls that fell in this range (you, suga... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 MAKE IT STOP | jij | 02/28/07 |
| ┗📄 holy christ her boyfriend should killself unless she blows ... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 I'm not her boyfriend, and she cooks me extravagant meals. I... | MindTheGap76 | 02/28/07 |
| ┗📄 EEEWwwwwwwwwww | jij | 02/28/07 |
| ┗📄 you arent a middle aged zero and you still have a full head ... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 I'm already beginning to bald. I wouldn't be a very good Fed... | MindTheGap76 | 02/28/07 |
| ┗📄 I'm a fed society member and I have a full head of hair.... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 My ex-girlfriend was extremely attractive. But we broke up. ... | MindTheGap76 | 02/28/07 |
| ┗📄 as a friend of sugary's why dont you net her to study or som... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 I doubt it. Sugary isn't online right now. | MindTheGap76 | 02/28/07 |
| ┗📄 did she dump you for an 18 year old? http://img53.imagesh... | kibitzer | 02/28/07 |
| ┗📄 Ha! Where did that picture come from? And how do people sti... | MindTheGap76 | 02/28/07 |
| ┗📄 haha, i bookmarked it a long time ago under the title ... | kibitzer | 02/28/07 |
| ┗📄 post pics with her arms in them. tyia | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 ok, you rip MH and say nice things about SH... hahaha, holy ... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 You can't really see her arms, and maybe there's the illusio... | bellacat | 02/28/07 |
| ┗📄 compare MH to SH (I'm getting ready for some absurd respo... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 Based on the photos alone, MH is definitely physically hotte... | bellacat | 02/28/07 |
| ┗📄 so to you "spunk" and "nice girl" means... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 "so to you "spunk" and "nice girl"... | bellacat | 02/28/07 |
| ┗📄 how I know about SH: ummm... xoxo dumbass. I've seen all the... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 "my email has been going crazy the past 7 days with guy ... | bellacat | 02/28/07 |
| ┗📄 no. it's honest. someone said she's hot. you posted like 47 ... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 For every time I criticized her for the minor flaws she has... | bellacat | 02/28/07 |
| ┗📄 I'm not obsessed. I'm simply relaying what I've heard. ... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 sugar... | bellacat | 02/28/07 |
| ┗📄 "if you werent so insecure you would've posted your tho... | bellacat | 02/28/07 |
| ┗📄 be it doesnt bother me. we're not discussing me. we're discu... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 Obviously sarcasm is lost on you. | bellacat | 02/28/07 |
| ┗📄 it actually wasn't sarcastic. you're using another monkier t... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 Write the abbreviated version of why you think Sugary and I ... | bellacat | 02/28/07 |
| ┗📄 -your tactics. sugary -bellacat is a name similar to those ... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 "your shrill tone of voice" You do realize we? | bellacat | 02/28/07 |
| ┗📄 if you don't recognize that all communication has a tone (com... | 168 LSAT + 10 URM points | 02/28/07 |
| ┗📄 ... | kibitzer | 02/28/07 |
| ┗📄 bellcatTTT knows that, she is flame. she wants to pretend... | bellacat | 02/28/07 |

jesus dood. imageshack that shit.

(http://www.autoadmit.com/thread.php?thread_id=587883&forum_id=2#7688385)

---

⊙ Top   ⊙ Previous   ⊙ Next   ⊙ Reply

**Date:** February 28th, 2007 11:03 PM
**Author:** 168 LSAT + 10 URM points

you interested in helping at all?

just to imageshack.

i literally can NOT do it. not until next week. busy until friday and then in
baltimore with my gf and to see the men's lax tourney (princeton)...

(http://www.autoadmit.com/thread.php?thread_id=587883&forum_id=2#7688398)

---

⊙ Top   ⊙ Previous   ⊙ Next   ⊙ Reply

**Date:** February 28th, 2007 11:05 PM
**Author:** kibitzer

e-mail me the pics. i can't even get the originals. kibitzer0@gmail.com

(http://www.autoadmit.com/thread.php?thread_id=587883&forum_id=2#7688416)

---

⊙ Top   ⊙ Previous   ⊙ Next   ⊙ Reply

**Date:** February 28th, 2007 11:16 PM
**Author:** 168 LSAT + 10 URM points

i will send them to u

(http://www.autoadmit.com/thread.php?thread_id=587883&forum_id=2#7688501)

---

⊙ Top   ⊙ Previous   ⊙ Next   ⊙ Reply

**Date:** February 28th, 2007 10:54 PM
**Author:** Hazelrah (*http://xoxoreader.blogspot.com/*)

Why don't you use some of the hosting sites that worked for kibitzer: http://top14girls.blogspot.com/

What ever happened to the offer for hosting from BigChangesBoard?

(http://www.autoadmit.com/thread.php?thread_id=587883&forum_id=2#7688302)

---

⊙ Top   ⊙ Previous   ⊙ Next   ⊙ Reply

**Date:** February 28th, 2007 10:57 PM
**Author:** 168 LSAT + 10 URM points

that was lathorpe's doing. i guess i will see what i can do...

stuff is showing up OK for me though... but i will look into it

(http://www.autoadmit.com/thread.php?thread_id=587883&forum_id=2#7688329)

---

⊙ Top   ⊙ Previous   ⊙ Next   ⊙ Reply

**Date:** February 28th, 2007 10:58 PM
**Author:** Hazelrah (*http://xoxoreader.blogspot.com/*)

Your browser probably has the pics cached on your computer so they show up automatically.

(http://www.autoadmit.com/thread.php?thread_id=587883&forum_id=2#7688344)

---

⊙ Top   ⊙ Previous   ⊙ Next   ⊙ Reply

**Date:** February 28th, 2007 11:02 PM
**Author:** 168 LSAT + 10 URM points

# Exhibit 28

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

Ads by Goooooogle

**Phoenix School of Law**
See why busy professionals are beginning their law degree with us
www.phoenixlaw.org

◉ Back ▶ **Refresh** ▶ **Options**

M.H. pics from t14 contest still up

| | | |
|---|---|---|
| 🗎 http://t14contest.googlepages.com/ | Advocate | 03/02/07 |
| ↳🗎 we need LB | BooR | 03/02/07 |
| ↳🗎 don't have LB, but kibitzer blog has some of the pictures sa... | Advocate | 03/02/07 |
| ↳🗎 [POE II] (and possibly her friends) have been very vigilant abo... | kibitzer | 03/02/07 |
| ↳🗎 it takes a lot of work to get imageshack to remove something... | Prof. Brian Leiter | 03/02/07 |
| ↳🗎 no, i don't think that's the case. if enough people click i... | kibitzer | 03/02/07 |
| ↳🗎 All it takes is an email. | patadeldiablo | 03/02/07 |
| ↳🗎 i thought they were removed due to too much traffic. LB did... | BooR | 03/02/07 |
| ↳🗎 Don't they understand that this will hurt her chances to win... | seatclubber | 03/02/07 |
| ↳🗎 Do you have all the other pics saved (just not uploaded)? | Hazelrah | 03/02/07 |
| ↳🗎 I hope he says yes | Advocate | 03/02/07 |
| ↳🗎 no, i couldn't get a lot of them in time. i only have a few... | kibitzer | 03/02/07 |
| ↳🗎 do you have Y, the asian chick from harvard? | Advocate | 03/02/07 |
| ↳🗎 nope. sorry :( someone must have them, though. send them... | kibitzer | 03/02/07 |
| ↳🗎 i thought she had a myspace page? | BooR | 03/02/07 |
| ↳🗎 oh yeah. let me find it edit: here we go http://ww... | kibitzer | 03/02/07 |
| ↳🗎 http://xoxoreader.blogspot.com/2007/02/t14-contest-even-more... | Hazelrah | 03/02/07 |
| ↳🗎 i have the pics of the following girls saved and will upload... | kibitzer | 03/02/07 |
| 🗎 i will use this opportunity to ask for people who saved pics... | kibitzer | 03/02/07 |
| ↳🗎 that's a good idea. i suggest you also create a seperate col... | BooR | 03/02/07 |
| ↳🗎 pics of G.H. but not sure what school she goes to http://... | Advocate | 03/02/07 |
| ↳🗎 that's Y from harvard | BooR | 03/02/07 |
| ↳🗎 no it's not http://w.xoxohth.com/thread.php?thread_id=5873... | Advocate | 03/02/07 |
| ↳🗎 who cares, they're all asian. let's post some more while gir... | BooR | 03/02/07 |
| ↳🗎 it seems paulie had an asian fetish. | Advocate | 03/02/07 |
| ↳🗎 yes, i noticed that a long time ago. | BooR | 03/02/07 |
| 🗎 Pics of J.I. from UPenn http://www.xoxohth.com/thread.php?ih... | Advocate | 03/02/07 |
| 🗎 pic of A.S. from UVA --- Date: February 27th, 2007 10:54... | Advocate | 03/02/07 |
| 🗎 is LB white? link? | get2da | 03/02/07 |
| ↳🗎 yeah she was the whitest of them all | BooR | 03/02/07 |
| 🗎 Torpedo Bitch from Yale --- Date: February 21st, 2007 5:... | Advocate | 03/02/07 |
| ↳🗎 what is that? it's not cute. | get2da | 03/02/07 |
| ↳🗎 yes but she's prestigious bitch, so everyone likes her | kibitzer | 03/02/07 |
| ↳🗎 ... | BooR | 03/02/07 |
| ↳🗎 fixed it | Advocate | 03/02/07 |
| 🗎 Pics of J.F. and M.L. from NYU --- Date: February 21st, 20... | Advocate | 03/02/07 |
| ↳🗎 ... | BooR | 03/02/07 |
| ↳🗎 edited | Advocate | 03/02/07 |

🗎 Post new message in this thread

**Rainmaking Skills**
They Never Taught You In Law School 100% Ethical, Guaranteed Results
www.howtomakeitrain.cor

**Albany Law School Hotels**
Reviews and rates for hotels near Albany Law School in Albany.
www.mytravelguide.com

**Law School Essay**
Sample college admission essays Get wonderful result back in 24 hrs
www.EssayEdge.com/coll

Advertise on this site

· Ads by Google   Yale Law School Essay      Applying to Law School      New York Law School      Los Angeles Law School

◉ Top   ◉ Next   ◉ Reply

**Date:** March 2nd, 2007 12:49 AM
**Author:** Advocate

http://t14contest.googlepages.com/

Ads by Google

**The Gift of
Insight**

. Give Subscriptions  .
to The Economist
This Season & Get
60% Off.
Economist.com

Advertise on this site

(http://www.autoadmit.com/thread.php?thread_id=588738&forum_id=2#7696257)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 2nd, 2007 1:14 AM
**Author:** BooR

we need LB

(http://www.autoadmit.com/thread.php?thread_id=588738&forum_id=2#7696354)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 2nd, 2007 1:30 AM
**Author:** Advocate

don't have LB, but kibitzer blog has some of the pictures saved. http://top14girls.blogspot.com/

(http://www.autoadmit.com/thread.php?thread_id=588738&forum_id=2#7696442)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 2nd, 2007 1:32 AM
**Author:** kibitzer

[DOE II] (and possibly her friends) have been very vigilant about getting pics removed from imageshack. only the hidebehind links work now. they're the second one in each set.

(http://www.autoadmit.com/thread.php?thread_id=588738&forum_id=2#7696457)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 2nd, 2007 1:35 AM
**Author:** Prof. Brian Leiter

it takes a lot of work to get imageshack to remove something. you have to send them formal signed documents stating that you own the copyright to the pics and that they're posted against your will, etc.

theyre spending serious time if theyre getting them removed.

(http://www.autoadmit.com/thread.php?thread_id=588738&forum_id=2#7696475)

# EXHIBIT 29

\

# AutoAdmit ™

*The most prestigious law school admissions discussion board in the world.*

Ads by Googoogle

**Find the Right Lawyer**
View Our Free Directory of Lawyer Referral Services Today!
AmericanBarAssociation.

**U.S. LL.M Programs**
Details on every grad program in US Advice on legal education & careers
www.nationaljurist.com

**DUI/DWI Lawyer List**
Find A Top Lawyer To Help Protect Your Rights. Get Info You Need Now!
www.shop.com/DUI_Lawy

**Pa lawyer**
Social security, injury & workers comp attorney.
www.pomericolaw.com

Advertise on this site

⏚ Back  ▶ Refresh ▶ Options

**So what exactly could Reputation Defender do to xo?**

| | | |
|---|---|---|
| Help me out here. I'm sure they will be very good at writing... | Extreme Fajitas | 03/05/07 |
| ↳ they are niggers. | Anfernee | 03/05/07 |
| ↳ let them sue. what retards. we should super google bomb thei... | Dr. Marty Lipton King, Jr. | 03/05/07 |
| ↳ http://www.autoadmit.com/thread.php?thread_id=590092&for... | trytry | 03/05/07 |
| ↳ Their CEO is a Harvard-trained lawyer. and they have a numbe... | ()+/ | 03/05/07 |
| ↳ Not a very experienced one, though. He was in my class... | Rowan | 03/05/07 |
| ↳ it's just a "We the People" style document prepara... | Dr. Marty Lipton King, Jr. | 03/05/07 |
| ↳ My god -- another way to make money off internet bulletin bo... | grate t-shirt okinawa | 03/05/07 |
| ↳ http://www.xoxohth.com/thread.php?thread_id=590063&mc=2&... | RuleXXII | 03/06/07 |
| ↳ Was he the class tool? | Dan Riehl, Proud Freeper | 03/05/07 |
| ↳ That's for you to decide. http://www.hirecord.org/media/... | dobrososyedskii | 03/05/07 |
| ↳ You're overstating their staff's resumes. Let's go down the ... | dobrososyedskii | 03/05/07 |
| It is not, as of yet, your specific concern (and I'd advise ... | Reputation Defender | 03/05/07 |
| ↳ did you read xo at his? are you RAM? | Sweep the Leg, Johnny | 03/05/07 |
| ↳ Again, I urge the individual posters here to NOT make this t... | Reputation Defender | 03/05/07 |
| ↳ what's the pay like in reputation defense? i'll admit it's ... | Sweep the Leg, Johnny | 03/05/07 |
| ↳ Beautiful. I was thinking the same thing. | PeterGunz | 03/05/07 |
| ↳ Commas are fucking sweet, aren't they? | ICE | 03/05/07 |
| ↳ 178. | Barbaro | 03/05/07 |
| ↳ http://www.hidebehind/CEBDO0A8 http://www.hidebehind.... | Sleazy Z | 03/05/07 |
| ↳ the first pic looks like it's from one of those nightclub pi... | grate t-shirt okinawa | 03/05/07 |
| ↳ 180, 180, 180.... dollars that is. to remove all those li... | Ring General | 03/05/07 |
| ↳ oooh irony! | Women are like dogs, except for the loyalty part | 03/05/07 |
| ↳ man I really hope you're really from RD. | Extreme Fajitas | 03/05/07 |
| Apply public pressure to XOXO. That's exactly what RD is do... | atlas | 03/05/07 |
| ↳ the site is virtually immune to public pressure. ciolli's la... | Dr. Marty Lipton King, Jr. | 03/05/07 |
| ↳ Yeah, if the board was still attached to PR or someone else ... | Always Adding Value | 03/05/07 |
| ↳ it would be like mullah omar's afghanistan turning over osam... | Dr. Marty Lipton King, Jr. | 03/05/07 |
| ↳ Let's hope GTO realizes that there's no such thing as bad pu... | atlas | 03/05/07 |
| ↳ "rookie mistake by a chump" This about sums it ... | chancemeeting's echo | 03/05/07 |
| ↳ Immune to public pressure? This claim had more validity a c... | sealclubber | 03/05/07 |
| ↳ Immune from the outside anyway. | Dan Riehl, Proud Freeper | 03/05/07 |
| ↳ Leiter's campaign sure worked. | Course Evaluator | 03/05/07 |
| ↳ what about modding nycfan? | jd09 | 03/05/07 |
| ↳ case in point: nycfan on the college board. | jd09 | 03/06/07 |
| Two subpoenas, obviously. | Always Adding Value | 03/05/07 |
| ↳ by the time it's all over, we won't be talking about penis a... | grate t-shirt okinawa | 03/05/07 |
| ↳ I will be. | Course Evaluator | 03/05/07 |

Post new message in this thread

· Ads by Google·  Law School Application     Law Professor          Studying Law          Law Students

---

⏚ Top  ⏚ Next  ⏚ Reply

**Date:** March 5th, 2007 6:40 PM
**Author:** Extreme Fajitas (*Captain of the HMS Status Quo*)

Help me out here. I'm sure they will be very good at writing legal-sounding threats, but,

178,

(http://www.autoadmit.com/thread.php?thread_id=590541&forum_id=2#7713462)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 5th, 2007 8:08 PM
**Author:** Sleazy Z

http://www.hidebehind.com/CEBD00A8

http://www.hidebehind.com/1FA27259

http://www.hidebehind.com/63421515

http://www.hidebehind.com/4030BCBE

http://www.hidebehind.com/A9975B8C

http://www.hidebehind.com/760CE553

(http://www.autoadmit.com/thread.php?thread_id=590541&forum_id=2#7713459)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 5th, 2007 8:09 PM
**Author:** grate t-shirt okinawa

the first pic looks like it's from one of those nightclub picture sites

(http://www.autoadmit.com/thread.php?thread_id=590541&forum_id=2#7713466)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 5th, 2007 8:22 PM
**Author:** Ring General

180, 180, 180....

dollars that is, to remove all those links.

(http://www.autoadmit.com/thread.php?thread_id=590541&forum_id=2#7713516)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

**Date:** March 5th, 2007 8:24 PM
**Author:** Women are like dogs, except for the loyalty part

oooh irony!

(http://www.autoadmit.com/thread.php?thread_id=590541&forum_id=2#7713521)

---

⊛Top   ⊛Previous   ⊛Next   ⊛Reply

# EXHIBIT 30

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
~~For a Work of the Visual Arts~~

VAu 748 – 757

EFFECTIVE DATE OF REGISTRATION

6-6-07

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

[DOE II], Ethan, and Katie at Party

**NATURE OF THIS WORK ▼** See instructions

Photograph

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Stratos Pahis

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __ United States
Domiciled in __

**Was This Author's Contribution to the Work**
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☑ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __
Domiciled in __

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

## 3

**a**

**Year in Which Creation of This Work Was Completed**
2006

This information must be given in all cases.
Year in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month __     Day __     Year __
Nation __

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

[DOE II]

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

See instructions before completing this space.

**APPLICATION RECEIVED**
JUN 0 6 2007
**ONE DEPOSIT RECEIVED**
JUN 0 6 2007     D
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Andrew N. Shen, Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**b**

Area code and daytime telephone number ( 415 ) 391-5400          Fax number ( 415 ) 397-7188
Email: AShen@kvn.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     [DOE II]
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andrew N. Shen                                          Date June 4, 2007

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Andrew N. Shen, Keker & Van Nest, LLP

Number/Street/Apt ▼
710 Sansome Street

City/State/ZIP ▼
San Francisco, CA 94111

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office: 2000-000-000/60,003

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VAu 748 – 758**

EFFECTIVE DATE OF REGISTRATION

6 - 6 - 07
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

[DOE II] and Stratos

**NATURE OF THIS WORK ▼** See Instructions

Photograph

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** Ashley McDowell

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  United States
    Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☒ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
    Domiciled in

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2006 ◄ Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month     Day     Year     Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

See instructions before completing this space.

[DOE II]

APPLICATION RECEIVED
JUN 0 6 2007
ONE DEPOSIT RECEIVED
JUN 0 6 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                **Account Number** ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Andrew N. Shen, Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

**b**

Area code and daytime telephone number  ( 415 ) 391-5400          Fax number  ( 415 ) 397-7188

Email  AShen@kvn.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of... **[DOE II]**
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andrew N. Shen                                          Date  June 4, 2007

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Andrew N. Shen, Keker & Van Nest, LLP

**Number/Street/Apt** ▼
710 Sansome Street

**City/State/ZIP** ▼
San Francisco, CA 94111

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-330-958/60,189