# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DOE I, and DOE II,

     Plaintiffs,

v.

Individuals, whose true names are unknown, using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schel l hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47,

     Defendants.

Case No. 3:07CV00909(CFD)

Date:  January 24, 2008

## DECLARATION OF STEVE MITRA IN SUPPORT OF MOTION FOR LIMITED EXPEDITED DISCOVERY

I, Steve Mitra, declare as follows:

1.    I am duly licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest, LLP, counsel for plaintiffs Doe I and Doe II in the above-captioned proceeding.  I am admitted *pro hac vice* to appear before this Court in this action.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

406829.07

1

Dockets.Justia.com

**AutoAdmit.com**

2.      AutoAdmit.com is an Internet discussion board targeted at law students and lawyers, describing itself as "[t]he most prestigious law school discussion board in the world." Attached hereto as **Exhibit A** is a true and correct copy of a printout of the URL http://www.AutoAdmit.com/?forum_id=2, dated November 2, 2007.

3.      AutoAdmit has a "mirror site," containing the same or almost the same content as the original site.  This site is located at [http://xoxohth.com](http://xoxohth.com). A true and correct copy of a printout of the URL http://www.xoxohth.com/?forum_id=2 is attached hereto as **Exhibit B.**  The site http://xoxoreader.blogspot.com is a web log that republishes information from the Autoadmit mirror site located at http://xoxohth.com.

4.      The AutoAdmit website is administered by Jarret Cohen and was moderated for some time by Anthony Ciolli.  The site was launched in 2004 and, according to Cohen and Ciolli, draws between 800,000 and one million visitors per month.  Attached hereto as **Exhibit C** is a true and correct copy of an article "Harsh Words Die Hard on the Web" by Ellen Nakashima, published in the *Washington Post*, and dated March 7, 2007, which describes the history of the site's development, as well as a true and correct copy of a transcript of a National Public Radio Broadcast on June 18, 2007.

5.      Anyone who uses the Internet and goes to the AutoAdmit site, either directly or via an Internet search engine such as Google, may view the messages posted to the discussion board.  After a participant posts a new message, any further comments or responses to the subject area of that message are collected as a "thread."  Message threads can be quite lengthy depending on the level of interest in a particular subject.

6.      Only registered AutoAdmit users may post new messages and respond to the messages of other registered users. Individuals who register with the AutoAdmit site may, but are not required to provide their real names.  It appears that posters can adopt multiple user names.  The AutoAdmit website appears to use "persistent pseudonymity," which means that changes in pseudonyms retroactively change previously-stored posts to reflect the changed

pseudonym. A true and correct copy of the registration page for AutoAdmit.com, located at http://AutoAdmit.com/register.php, is attached hereto as **Exhibit D** .

7.     Posters on the AudoAdmit site are sometimes "outed" for a brief period of time before the outing information is removed. It is believed that the outing information is removed by, or at the direction of the moderators of the AutoAdmit.com board and that therefore they may have knowledge of some of the defendants' identities.

8.     The threads on the AutoAdmit site can be found by searching on the site or through search engines such as Google. By entering a person's name as a search term, a search engine will list various threads in which that name appears in search results. Attached hereto as **Exhibit E** is a true and correct copy of results from a search for "Doe II's" name on Google.

9.     AutoAdmit users will sometimes take steps to insure that message threads containing statements about an individual appear as one of the first search results returned by Google—a practice commonly known as "google-bombing." *See* Doe II Decl. Ex. 22 (see p.7).

### Plaintiffs' Efforts to Identify and Serve the Defendants

10.     Plaintiffs have made repeated efforts and expended considerable resources and time in order to identify and serve the pseudonymous defendants in this case.

11.     In particular, my firm has sought information relating to the identities of the defendants from several different sources, including AutoAdmit.com, Domains by Proxy, GoDaddy, PenTeleData, Microsoft (owner of Hotmail), HighBeam Research, University of North Carolina, VLEX, ServInt Internet Services, University of Virginia, Yale Law School, AT&T/SBC and Embarq. These entities are believed to have assigned Internet Protocol ("IP") addresses to defendants, to have been used by defendants to send email, or to have IP addresses because defendants have visited their web sites. Attached hereto as **Exhibit F** are true and correct copies of correspondence sent by my firm to these entities, asking them to disclose information relating to the identities of any of the defendants, or at a minimum to preserve that information for future discovery. My firm contacted Yale Law School, Embarq and AT&T by telephone.

12.     My firm has contacted Jarret Cohen and Anthony Ciolli through their counsel. Attached hereto as **Exhibit G** are true and correct copies of correspondence sent to both through their counsel.

13.     In early January 2008, my colleague Ben Berkowitz contacted Ryan Mariner, an individual who is believed to have information regarding one or more of the defendants, to voluntarily provide relevant discovery.  Mr. Mariner has not provided any information.

14.     None of the entities or persons that we have contacted agreed to provide the information requested.  Attached hereto as **Exhibit H** are true and correct copies of responses we received from the various entities and individuals we contacted.

15.     On November 9, 2007, I posted a notice on AutoAdmit.com requesting that defendants come forward for the purpose of being served with the complaint and conducting a meet and confer.  The notice included my and my colleague Ashok Ramani's contact information.  To date, neither I nor Mr. Ramani has received any response.   A true and correct copy of the November 9, 2007 notice that I posted on AutoAdmit is attached hereto as **Exhibit I**.

16.     On November 27, 2007, I posted another notice on AutoAdmit.com.  That notice stated:

> Plaintiffs' counsel hereby renews the previously-posted request that individuals who have used, or currently use, the above pseudonyms on this web site provide identifying information and/or the identity of counsel representing them so that plaintiffs' counsel may serve them with the complaint and conduct a Fed. R. Civ. P. 26(f) conference. Plaintiffs' counsel may be contacted at (415) 391 5400. Please ask for Ashok Ramani or Steve Mitra. In addition, plaintiffs' counsel may also be contacted by email at doelawsuit@kvn.com.

> Plaintiffs' counsel also hereby notifies individuals who have used the above pseudonyms that plaintiffs intend to move the U.S. District Court, District of Connecticut, to allow plaintiffs to conduct expedited discovery to uncover defendants' identities.

A true and correct copy of the November 27, 2007 notice posted on AutoAdmit is attached hereto as **Exhibit J**.

17.     No defendants have come forward as of the date of this filing.

18.     Attached hereto as **Exhibit K** are true and correct copies of subpoenas that

Plaintiffs intend to seek from AT&T/SBC, AutoAdmit, Anthony Ciolli, Jarret Cohen, Domains by Proxy, Embarq Corporation, GoDaddy.com, HighBeam Research, Inc., Ryan Mariner, Microsoft Corporation, PenTeleData, Inc., ServInt Internet Services, University of North Carolina, University of Virgina, VLEX LLC, and Yale Law School Information Technology.

19.     My understanding is that Internet Service Providers and the other entities that plaintiffs seek identifying information from delete such information on an ongoing basis.  For instance, PenTeleData, Inc. deletes identifying information every 60 days. Microsoft preserves information for 90 days from a request for preservation.

20.     I declare under penalty of perjury that the foregoing is true and correct, and executed this 24th day of January, 2008.

*/s/ Steve Mitra*
STEVE MITRA

# Exhibit A

The Most Prestigious Law School Admissions Discussion Board In The World.

Page 1 of 4

1/16/2008

**AutoAdmit** ™  *The most prestigious law school discussion board in the world.*

| Register | New Messages | Options | Change Username | Login/out |

## Law School Enhanced (switch)
### College | Grad | Law

## Statement on U.C. Hastings Evacuation

### CLICK TO VIEW ONLY SCHOOL-RELATED THREADS

Search: [_____]  | Post |  | Refresh |

✓ **Over 7,000,000 posts since March 2004.**

- STICKY: ITT you tell me what you want — 01/04/08 (513)
- STICKY: Public Announcement by rachmiel — 12/24/07 (252)
- I'd rather cut off my balls than post under a CA — 01/16/08 (36)
- Got BIGLAW out of Tulane - Taking Questions — 01/16/08 (25)
- BREAK YA fuckin NECK, BITCHES — 01/16/08 (6)
- Your favorite bar/lounge/club in the world? — 01/16/08 (104)
- David Thorpes from ESPN, he would be the best xo Poster — 01/16/08 (1)
- Taking bar in another state — 01/16/08 (11)
- ITT- WE VOTE TO ELIMINATE 1 SOUTHERN STATE — 01/16/08 (67)
- Why do most gays like boomjoe have a bitchy personality? — 01/16/08 (64)
- Cum Laude — 01/16/08 (7)
- I wish Rowan, BlueSmoke, and HomerJSimpson would leave xoxo — 01/16/08 (1)
- Am I spineless or super-confident? — 01/16/08 (8)
- what kind of guy is Madame Cunt's "type"? — 01/16/08 (4)
- POLL: Miller Lite or Bud Lite? — 01/16/08 (61)
- More elite: Curtis Institute or YLS? — 01/16/08 (126)
- In this thread, we post a SCREENSHOT of our desktop — 01/16/08 (101)
- xboxdood merely PRETENDS to be my friend — 01/16/08 (1)
- "fit we act like indians" — 01/16/08 (7)
- As if we didn't already know Tom Cruise was bat-shit crazy ... — 01/16/08 (7)
- X are my grades at CLS. What firm should I hope for? — 01/16/08 (2)
- RATE this indian slut — 01/16/08 (3)
- I don't know if I should skip class to go to chipotle or not — 01/16/08 (1)
- Worth it to do clerkship at US Bankruptcy Court? — 01/16/08 (2)
- Philly's mayor's inauguration... rate the dude rapping.. (link) — 01/16/08 (4)
- Japanese BusinessDood is fucking insane... — 01/16/08 (2)

### Law School Discussion Categories:

**Academic Programs Discussion**
Part Time Law School Discussion
Joint Degree Program Discussion
Law School Study Abroad Discussion
LLM Program Discussion
JSD/PhD Program Discussion
Non-Law Academic Program Discussion

**Law School Admissions Process Discussion**
Admissions Decisions Discussion
Where should I apply?
JD Admissions Discussion
LLM/JSD/PhD Admissions Discussion
Law School Fee Waivers Discussion
Special Circumstances
What are my Chances?
Where do I enroll?

**Standardized Tests Discussion**
LSAT Discussion
TOEFL Discussion
GRE Discussion
GMAT Discussion
MCAT Discussion
SAT Discussion
Other Standardized Tests Discussion

**AutoAdmit.com Studies**

**2007 BigLaw Salary Charts (UPDATED: 4/7/07 3:39AM)**

**Submit Your 1L Job Results!**

**Law School Numbers**

**4LawSchool.co**

**Law Student Paradise**

**Xo Wiki**

**Email Us:**
**contact@autoadn**

**Great Sites:**

**Link Exchange Partners**

**Challenge To Reputation Defender**

The Most Prestigious Law School Admissions Discussion Board In The World.

Page 2 of 4

**Why Brian Leiter Hates Us**

## Bar Admissions

### Discussion

- ¤ ........just a total mess
- ¤ why would anyone buy a macbook air?                                 01/16/08 (34)
- ¤ More impressive: Bulls 72-10 or Patriots 19-0?                      01/16/08 (88)
- ¤ Would white men ever watch wgweg porn?                              01/16/08 (2)
- ¤ 190K in Chi & 345K in NY. True? (not flame)                         01/16/08 (84)
- ¤ tell me what to get at chipotle                                     01/16/08 (5)
- ¤ How easy is it to meet a successful gf guy in New York?             01/16/08 (52)
- ¤ consulting question                                                 01/16/08 (7)
- ¤ ooh, I've never lived through a recession                           01/16/08 (28)

## Law School

## Financial Aid

### Discussion

- ¤ Good time to buy stocks now. Lots of value.                         01/16/08 (1)
- ¤ Hypothetical Bar Question                                           01/16/08 (1)
- ¤ ITT I post symphonies and you rate them.                            01/16/08 (74)
- ¤ Seriously, I know dumbasses at HLS, YLS, HBS, Wharton and GS.       01/16/08 (5)
- ¤ Why did the Dolphins hire a TV mobster as their head coach?         01/16/08 (2)
- ¤ News interview with kid who threw huge house party, funny.          01/16/08 (9)
- ¤ Curtis v YLS thread is awful. Save yourself.                        01/16/08 (4)
- ¤ Gays hate minorities, yet want the most civil rights of all         01/16/08 (1)
- ¤ Im starting One Million People for Lou Dobbs to SHUT THE FUCK UP    01/16/08 (95)
- ¤ ITT we talk about Dave Matthews Band                                01/16/08 (3)
- ¤ need ideas for rekindling sexual interest in LEITER                 01/16/08 (3)
- ¤ what is the best overgraduate school?                               01/16/08 (23)

## Law School

## Employment

### Discussion

- ¤ Everything else aside, Hillary Clinton just looks scary.            01/16/08 (15)
- ¤ Is Vienna a very prestigious city?                                  01/16/08 (19)
- ¤ Listening to Perlman's Caprices - HOLY SHIT!                        01/16/08 (41)
- ¤ Diebold is Fucked Up Re:Clinton                                     01/16/08 (1)
- ¤ Demetri Martin dropped out of NYU one year short of graduating      01/16/08 (6)
- ¤ Is Indian food healthy?                                             01/16/08 (6)
- ¤ Hillary to Women: FUCK YOU, PAY ME!                                 01/16/08 (1)
- ¤ Um, so Hillary Clinton wants to DISFRANCHISE Union voters?          01/16/08 (32)
- ¤ LOL at smear job on McCain, must see cartoon                        01/16/08 (14)
- ¤ More impressive: a pound of cotton or a pound of iron?              01/16/08 (1)
- ¤ HOly fucking SHIT, hottest girl ever on goddesspost                 01/16/08 (11)
- ¤ halo3 sort of sucks                                                 01/16/08 (1)
- ¤ Obama is NOT a good speaker, what u guys talking about?             01/16/08 (23)

## Law School Life

### Discussion

- ¤ MI results: GOP in tatters; Clinton weakened pre-NV + SC            01/16/08 (33)
- ¤ Top 20 things I need to know about NBA basketball?                  01/16/08 (21)
- ¤ Name ANY politicians that are more intelligent than Barack Obama    01/16/08 (7)
- ¤ Homer/Simpson is my FRIEND                                          01/16/08 (8)
- ¤ Taking QUESTIONS                                                    01/16/08 (2)
- ¤ cspan's hottest hostess is on this morning                          01/16/08 (2)
- ¤ On January 23, 2008, I release a youtube video                      01/16/08 (3)
- ¤ What's a good forum for TTT lawyers?                                01/16/08 (3)
- ¤ The barbarity of sex.                                               01/16/08 (57)

# The Most Prestigious Law School Admissions Discussion Board In The World.

Law School Classes Discussion
- Atonement: Vastly overrated movie — 01/16/08 (3)
- New bf bought car today, offered me the extra key — 01/16/08 (60)

Journals & Moot Court Discussion
- Elder lady, owns lots of cats, lives alone, seeking abusive man. — 01/16/08 (2)

Law School Housing Discussion
- Ask me Questions. Yell at me. Tell me your complaints — 01/16/08 (35)

Law School Dining Discussion
- Cornell 1Ls ... top heavy — 01/16/08 (12)
- Vanderbilt students: why do they dislike minorities? — 01/16/08 (1)

Law School Extracurriculars Discussion
- AG here, afraid to post pics b/c of JBD — 01/16/08 (2)
- Vanderbilt KKK member taking questions — 01/16/08 (25)

Law School Safety Discussion
- Poll - who killed JFK? — 01/16/08 (5)

Law School Diversity Discussion
- hey, can somebody anybody tell me why we die, we die? — 01/16/08 (6)
- "Plays opening guitar licks from Sweet Home Alabama" — 01/16/08 (5)

Law School Grades & Honors
- Homer/Simpson -does that retarded kikey oaf still post here? — 01/16/08 (7)
- ITT: We discuss tonight's XOXOHTH.COM meetup — 01/16/08 (7)
- BRAD RENFRO SHOOTING HEROIN IN HELL! — 01/16/08 (36)

## Law School Rankings Discussion

U.S. News Law School Rankings Discussion
- I'm sitting in class, unsure whether I thoroughly wiped my ass — 01/16/08 (9)
- GULC corporations outline for Dinh? — 01/16/08 (11)

Brian Leiter's Law School Rankings Discussion
- Pic of NYUUGIII — 01/16/08 (19)
- Best 2 meat women: hit on them 24/7, or extend friend network? — 01/16/08 (6)

Cooley's Law School Rankings Discussion
- MORE IMPRESSIVE: ROMNEY/ OBAMA — 01/16/08 (1)
- Poll - Who killed Dudley Moore? — 01/16/08 (13)

Vault Law School & Law Firm Rankings Discussion
- Poll - Who is killing the great chefs of Europe? — 01/16/08 (1)
- Accepted 1L SA. Got Really Good Grades. PWN3D? — 01/16/08 (4)
- paying off loans as a contract attorney: feasible? — 01/16/08 (5)

American Lawyer Summer Associate Survey Discussion
- Poll - Who killed Davey Moore? — 01/16/08 (28)
- Who else is going to hang with prestigious Skadden doods @ Nobu? — 01/16/08 (64)

AutoAdmit Law School Employment Rankings Discussion
- Holy shit, my AMEX bill... — 01/16/08 (5)
- ITT: I BREAK DOWN THE SOUTHERN U.S. INTO 4 DISTINCT REGIONS — 01/16/08 (11)
- ACLU: bathroom stall sex = reasonable expectation of privacy — 01/16/08 (4)

AutoAdmit Student Preference Rankings Discussion
- <2 months till "mandy" fails bar again — 01/16/08 (1)
- arrow: I want you to huff my jenkem — 01/16/08 (10)

Other Rankings Discussion
- Poll - Who killed Nicole Simpson? — 01/16/08 (73)
- Obama - I'm very disorganized — 01/16/08 (3)

## Law School News Discussion
- What song do you want played at your FUNERAL? — 01/16/08 (1)
- More Likeable: Hillary or a piece of Cow Dung? — 01/16/08 (33)
- Iowa v. Kent? — 01/16/08 (7)

## Law Firm News Discussion
- Greta Wodele - CSPAN mega babe — 01/16/08 (63)
- Anyone else notice nyuug was M.I.A. during dmbfan18's assault? — 01/16/08 (2)
- two cops in uniform executed in atlanta ambush — 01/16/08 (14)
- which game has the best graphics of all time? — 01/16/08 (45)

## Law School Discussion
- This chart answers "what is most prestigios UG degree" — 01/16/08 (11)
- Help me prepare for i-banking interview — 01/16/08 (3)

All Law School Discussions
- is it a good idea to live in new jersey to avoid NY income tax?

The Most Prestigious Law School Admissions Discussion Board In The World.

**Law Firm Discussion**
Individual Law Firms

**Judges & Clerking Discussion**
U.S. Supreme Court Discussion
U.S. Circuit Courts of Appeals Discussion
U.S. District Courts Discussion
State Courts

**Taking Questions**

**Site Issues Discussion**

- ITT, We call on nyuug to choose: dmbfan18 or nyuug, but not both — 01/16/08 (134)
- 40-60 school, 1st semester below median grades — 01/16/08 (2)
- Which Dcrat would surrender at the first sign of the n viets — 01/16/08 (14)
- WHITE GIRLS WITH ASIAN GUYS WGWAG — 01/16/08 (3)
- how come europe is not as indebted to china as we are? — 01/16/08 (2)
- Dean Pritchard was the first community account — 01/16/08 (2)
- Pick One to be destroyed forever: Gwerks, Hizzie, Rowine — 01/16/08 (14)
- LARGE FIRM GAYS IN CALI AND NYC — 01/16/08 (51)
- ITT: You explain your constant faggotry — 01/16/08 (4)
- What are the top 5 most used Community Accounts? — 01/16/08 (17)
- Login: Gerkys Pass: Gorkys HTH — 01/16/08 (1)
- CHOOSE — 01/16/08 (1)
- MITT=OWNIN' — 01/16/08 (31)
- Just figured out I have Angiokeratoma of the Scrotum. Taking ?s — 01/16/08 (2)
- Prediction: Clinton/Villaraigosa '08-'16 — 01/16/08 (7)
- Black female Princeton Professor PWNS Steinem on Hillary — 01/16/08 (23)
- Hizzia nightmare — 01/16/08 (2)
- J. do u liek mudkipz? — 01/16/08 (2)
- ITT: I Explain Why Mitt Romney is not a "fake" — 01/16/08 (20)
- I shit on people from South Carolina (literally) — 01/16/08 (3)
- J., are you into MACHINIMA? — 01/16/08 (3)
- Why dont Huckabees fat kids attend his rallies like Romneys do? — 01/16/08 (1)
- Tell me about classic looking Irish pubs in Atlanta — 01/16/08 (1)
- I'm in the X percentile at Y. Can I get BIGLAW? — 01/16/08 (1)
- J. is edgy and cool — 01/16/08 (27)
- X are my grades. What firms should I hope for? — 01/16/08 (2)
- Are there more sex words starting w/* than any other letter? — 01/16/08 (13)
- Extra points on final grade for participation — 01/16/08 (1)
- MITT=BLOWIN' — 01/16/08 (1)
- Higher Forces are at work against gays — 01/16/08 (3)
- Hillary and Bill sounds a lot like Hillbilly, coincidence? — 01/16/08 (3)
- post porn clips you are watching or watched today — 01/16/08 (4)
- apple education store? — 01/16/08 (1)
- I genuinely think Hillary Clinton gives inadequate blowjobs. — 01/16/08 (10)
- Blacks in Michigan say inability to vote for Obama reeks of 60's — 01/16/08 (1)
- 9 year old girl with pigtails, taking questions — 01/16/08 (31)
- the KKK supports Ron Paul — 01/16/08 (1)
- Michigan's Ominous Message for Hillary Clinton — 01/16/08 (7)
- ITT: We discuss why Lieberman is such a doucheball — 01/16/08 (6)

**Navigation: Jump To Home >>(2)>>**

# Exhibit B

The Most Prestigious Law School Admissions Discussion Board In The World.

Page 1 of 4

1/16/2008

**Law School Discussion Categories:**

**Academic Programs Discussion**
Part Time Law School Discussion
Joint Degree Program Discussion
Law School Study Abroad Discussion
LLM Program Discussion
JSD/PhD Program Discussion
Non-Law Academic Program Discussion

**Law School Admissions Process Discussion**
Admissions Decisions Discussion
Where should I apply?
JD Admissions Discussion
LLM/JSD/PhD Admissions Discussion
Law School Fee Waivers Discussion
Special Circumstances
What are my Chances?
Where do I enroll?

**Standardized Tests Discussion**
LSAT Discussion
TOEFL Discussion
GRE Discussion
GMAT Discussion
MCAT Discussion
SAT Discussion
Other Standardized Tests Discussion

# AutoAdmit ™

*The most prestigious law school discussion board in the world.*

■ Exit ● New Message ▶ Options ▶ Change Username ▶ Logout/in

## Law School Enhanced (switch)
College | Grad | Law

## Statement on U.C. Hastings Evacuation

### CLICK TO VIEW ONLY SCHOOL-RELATED THREADS

▶ New Message ▶ Refresh

Search:

☞ **Over 7,000,000 posts since March 2004.**

| | |
|---|---|
| ○ STICKY: ITT you tell me what you want | 01/04/08 (513) |
| ○ STICKY: Public Announcement by rachmiel | 12/24/07 (252) |
| ○ I'd rather cut off my balls than post under a CA | 01/16/08 (41) |
| ○ David Thorpes from ESPN, he would be the best xo Poster | 01/16/08 (66) |
| ○ Why do many gays like bootnice have a bitchy personality? | 01/16/08 (2) |
| ○ too many XOXO STUDS JOCKEYING for position now | 01/16/08 (1) |
| ○ Am I spineless or super-confident? | 01/16/08 (10) |
| ○ Got BIGLAW out of Tulane - Taking Questions | 01/16/08 (25) |
| ○ BREAK YA fuckin NECK, BITCHES | 01/16/08 (6) |
| ○ Your favorite bar/lounge/club in the world? | 01/16/08 (104) |
| ○ Taking bar in another state | 01/16/08 (11) |
| ○ ITT: WE VOTE TO ELIMINATE 1 SOUTHERN STATE | 01/16/08 (67) |
| ○ Cum Laude | 01/16/08 (7) |
| ○ I wish Roxwan, BlueSmoke, and HomerJSimpson would leave xoxo | 01/16/08 (1) |
| ○ what kind of guy is Madame Cunt's "type"? | 01/16/08 (1) |
| ○ POLL: Miller Lite or Bud Lite? | 01/16/08 (61) |
| ○ More elite: Curtis Institute or YLS? | 01/16/08 (126) |
| ○ In this thread, we post a SCREENSHOT of our desktop | 01/16/08 (101) |
| ○ xboxdood merely PRETENDS to be my friend | 01/16/08 (1) |
| ○ "itt we act like indians" | 01/16/08 (7) |
| ○ As if we didn't already know Tom Cruise was batshit crazy | 01/16/08 (7) |
| ○ X are my grades at CLS. What firm should I hope for? | 01/16/08 (2) |
| ○ RATE this Indian slut | 01/16/08 (3) |
| ○ I don't know if I should skip class to go to chipotle or not | 01/16/08 (1) |
| ○ Worth it to do clerkship at US Bankruptcy Court? | 01/16/08 (2) |
| ○ Philly's mayor's inauguration... rate the dude rapping... (link) | 01/16/08 (4) |

---

**AutoAdmit.com Studies**

**2007 BigLaw Salary Charts (UPDATED: 4/7/07 3:39AM)**

**Submit Your 1L Job Results!**

**Law School Numbers**

**4LawSchool.com**

**Law Student Paradise**

**Xo Wiki**

**Email Us: contact@autoadm**

**Great Sites:**

**Link Exchange Partners**

**Challenge To Reputation Defender**

# The Most Prestigious Law School Admissions Discussion Board In The World.

**Why Brian
Leiter Hates Us**

## Bar Admissions Discussion

Bar Exam Discussion

MBE Discussion

MPRE Discussion

The Patent Bar Discussion

Character and Fitness Discussion

## Law School Financial Aid Discussion

Merit Aid Discussion

Need-Based Aid Discussion

Law School Loans Discussion

Outside Scholarships Discussion

## Law School Employment Discussion

0L Employment Discussion

1L Employment Discussion

2L Employment Discussion

3L Employment Discussion

Employment During Law School Discussion

Types of Employment Discussion

Law School Placement Discussion

Diversity & Affirmative Action Discussion

Legal Markets Discussion

## Law School Life Discussion

Admitted Student Events & Visits Discussion

Pre-1L Preparation Discussion

Computers & Technology Discussion

Law School Orientation Discussion

| | |
|---|---|
| Japanese BusinessDood is fucking insane..... | 01/16/08 (2) |
| why would anyone buy a macbook air? | 01/16/08 (34) |
| More Impressive: Bulls 72-10 or Patriots 19-0? | 01/16/08 (88) |
| Would white men ever watch wgwag porn? | 01/16/08 (2) |
| 190k in Chi is 346k in NY, True? (not flame) | 01/16/08 (84) |
| tell me what to get at chipotle | 01/16/08 (5) |
| How easy is it to meet a successful gi guy in New York? | 01/16/08 (52) |
| consulting question | 01/16/08 (7) |
| ooh, I've never lived through a recession | 01/16/08 (28) |
| Good time to buy stuckis now. Lots of value. | 01/16/08 (1) |
| Hypothetical Bar Question | 01/16/08 (1) |
| ITT I post symphonies and you rate them. | 01/16/08 (74) |
| Seriously, I know dumbasses at HLS, YLS, HBS, Wharton and GS. | 01/16/08 (5) |
| Why did the Dolphins hire a TV mobster as their head coach? | 01/16/08 (2) |
| News interview with kid who threw huge house party, funny. | 01/16/08 (1) |
| Curtis v YLS thread is awful. Save yourself. | 01/16/08 (9) |
| Gays hate minorities, yet want the most civil rights of all | 01/16/08 (4) |
| Im starting One Million People for Lou Dobbs to SHUT THE FUCK UP | 01/16/08 (1) |
| ITT we talk about Dave Matthews Band | 01/16/08 (95) |
| need ideas for rekindling sexual interest in LEITER | 01/16/08 (3) |
| what is the best overgraduate school? | 01/16/08 (1) |
| ................. | |
| .......... just a total mess | 01/16/08 (23) |
| Everything else aside, Hillary Clinton just looks scary. | 01/16/08 (15) |
| Is Vienna a very prestigious city? | 01/16/08 (19) |
| Listening to Perlman's Caprices - HOLY SHIT! | 01/16/08 (41) |
| Diebold Is Fucked Up Re:Clinton | 01/16/08 (1) |
| Demetri Martin dropped out of NYU one year short of graduating | 01/16/08 (5) |
| Is Indian food healthy? | 01/16/08 (6) |
| Hillary to Women: FVCK YOU, PAY ME! | 01/16/08 (1) |
| Um, so Hillary Clinton wants to DISFRANCHISE Union voters? | 01/16/08 (32) |
| LOL at smear job on McCain: must see cartoon | 01/16/08 (14) |
| More impressive: a pound of cotton or a pound of iron? | 01/16/08 (1) |
| HOlv fucking SHIT, hottest girl ever on goddesspost | 01/16/08 (2) |
| halo3 sort of sucks | 01/16/08 (11) |
| Obama is NOT a good speaker. what u guys talking about? | 01/16/08 (1) |
| MI results: GOP in tatters: Clinton weakened pre-NV + SC | 01/16/08 (23) |
| Top 20 things I need to know about NBA basketball? | 01/16/08 (33) |
| Name ANY politicians that are more intelligent than Barack Obama | 01/16/08 (21) |
| Homer/Simpson is my FRIEND | 01/16/08 (7) |
| Taking QUESTOINS | 01/16/08 (8) |
| cspan's hottest hostess is on this morning | 01/16/08 (8) |
| On January 23, 2008, I release a youtube video | 01/16/08 (1) |
| what's a good forum for TTT lawyers? | 01/16/08 (3) |

The Most Prestigious Law School Admissions Discussion Board In The World.

Law School Classes
Discussion

- The barbarity of sex. — 01/16/08 (57)
- Atonement: Vastly overrated movie — 01/16/08 (3)
- New ff bought car today, offered me the extra key — 01/16/08 (60)
- Elder lady, owns lots of cats, lives alone, seeking abusive man. — 01/16/08 (2)
- Ask me Questions. Yell at me. Tell me your complaints — 01/16/08 (35)

Law School Housing
Discussion

- Cornell 1Ls . . . top heavy — 01/16/08 (12)

Law School Dining
Discussion

- Vanderbilt students: why do they dislike minorities? — 01/16/08 (1)

Law School Extracurriculars
Discussion

- AG here, afraid to post pics b/c of JBD — 01/16/08 (1)

Law School Safety Discussion

- Vanderbilt KKK member taking questions — 01/16/08 (1)
- Poll - who killed JFK? — 01/16/08 (25)

Law School Diversity
Discussion

- hey, can somebody anybody tell me why we die, we die? — 01/16/08 (5)
- "Plays opening guitar licks from Sweet Home Alabama* — 01/16/08 (2)

Law School Grades & Honors

- Homer/Simpson -does that retarded kikey oaf still post here? — 01/16/08 (5)
- ITT: We discuss tonight's XOXOHTH.COM meetup — 01/16/08 (7)

## Law School
## Rankings Discussion

- BRAD RENFRO SHOOTING HEROIN IN HELL! — 01/16/08 (7)
- I'm sitting in class, unsure whether I thoroughly wiped my ass — 01/16/08 (36)

U.S. News Law School
Rankings Discussion

- GULC corporations outline for Dinh? — 01/16/08 (1)
- Pic of NYUUG!!! — 01/16/08 (9)

Brian Leiter's Law School
Rankings Discussion

- Best 2 meet women: hit on them 24/7, or extend friend network? — 01/16/08 (11)
- MORE IMPRESSIVE: ROMNEY/ OBAMA — 01/16/08 (19)

Cooley's Law School
Rankings Discussion

- Poll - Who killed Dudley Moore? — 01/16/08 (6)

Vault Law School & Law
Firm Rankings Discussion

- Poll - Who is killing the great chefs of Europe? — 01/16/08 (1)
- Accepted 1L SA, Got Really Good Grades, PWN3D? — 01/16/08 (13)

American Lawyer Summer
Associate Survey Discussion

- paying off loans as a contract attorney: feasible? — 01/16/08 (1)
- Poll - Who killed Davey Moore? — 01/16/08 (4)

AutoAdmit Law School
Employment Rankings
Discussion

- Who else is going to hang with prestigious Skadden doods @ Nobu? — 01/16/08 (5)
- Holy shit, my AMEX bill... — 01/16/08 (26)
- ITT: I BREAK DOWN THE SOUTHERN U.S. INTO 4 DISTINCT REGIONS — 01/16/08 (64)

AutoAdmit Student
Preference Rankings
Discussion

- ACLU: bathroom stall sex = reasonable expectation of privacy — 01/16/08 (11)
- <2 months till "mandy" fails bar again — 01/16/08 (4)
- arrow: I want you to huff my jenkem — 01/16/08 (1)

Other Rankings Discussion

- Poll: Who Killed Bobby Fuller? — 01/16/08 (5)
- Poll - Who killed Nicole Simpson? — 01/16/08 (10)

## Law School News
## Discussion

- Obama - I'm very disorganized — 01/16/08 (73)
- What song do you want played at your FUNERAL? — 01/16/08 (3)
- More Likeable: Hillary or a piece of Cow Dung? — 01/16/08 (1)

## Law Firm News
## Discussion

- Fuiano been hanging w/ Kenyon Martin??? — 01/16/08 (33)
- Iowa v. Kent? — 01/16/08 (7)
- Greta Wodele -- CSPAN mega babe — 01/16/08 (63)

## Law School
## Discussion

- Anyone else notice nyuug was M.I.A. during dmbfan18's assault? — 01/16/08 (2)
- two cops in uniform executed in atlanta ambush — 01/16/08 (14)
- which game has the best graphics of all time? — 01/16/08 (45)

All Law School Discussions

- This chart answers "what is most prestigious UG degree" — 01/16/08 (11)
- Help me prepare for i-banking interview

# The Most Prestigious Law School Admissions Discussion Board In The World.

## Law Firm Discussion
Individual Law Firms

## Judges & Clerking Discussion
U.S. Supreme Court Discussion
U.S. Circuit Courts of Appeals Discussion
U.S. District Courts Discussion
State Courts

## Taking Questions

## Site Issues Discussion

- ☐ Is it a good idea to live in new jersey to avoid NY income tax? — 01/16/08 (3)
- ☐ ITT_We call on nyuug to choose: dmb/an18 or nyuug, but not both — 01/16/08 (134)
- ☐ 40-60 school, 1st semester below median grades — 01/16/08 (2)
- ☐ Which Dcrat would surrender at the first sign of the n.viets — 01/16/08 (14)
- ☐ WHITE GIRLS WITH ASIAN GUYS WGWAG — 01/16/08 (3)
- ☐ how come europe is not as indebted to china as we are? — 01/16/08 (2)
- ☐ Dean Pritchard was the first community account — 01/16/08 (2)
- ☐ Pick One to be destroyed forever: Gwerks, Hizzle, Rowine — 01/16/08 (14)
- ☐ LARGE FIRM GAYS IN CAL AND NYC — 01/16/08 (51)
- ☐ ITT: You explain your constant faggotry — 01/16/08 (4)
- ☐ What are the top 5 most used Community Accounts? — 01/16/08 (17)
- ☐ Login: Gotkys Pass: Gotkys HTH — 01/16/08 (1)
- ☐ CHOOSE — 01/16/08 (1)
- ☐ MITT=OWNIN — 01/16/08 (31)
- ☐ Just figured out I have Angiokeratoma of the Scrotum. Taking ?s — 01/16/08 (2)
- ☐ Prediction: Clinton/Villaraigosa '08-'16 — 01/16/08 (7)
- ☐ Black female Princeton Professor PWNS Steinem on Hillary — 01/16/08 (23)
- ☐ Hizzie nightmare — 01/16/08 (2)
- ☐ J_ do u liek mudkipz? — 01/16/08 (2)
- ☐ ITT: I Explain Why Mitt Romney is not a "fake" — 01/16/08 (20)
- ☐ I shit on people from South Carolina (literally) — 01/16/08 (3)
- ☐ J_ are you into MACHINIMA? — 01/16/08 (3)
- ☐ Why dont Huckabees fat kids attend his rallies like Romneys do2 — 01/16/08 (1)
- ☐ Tell me about classic looking Irish pubs in Atlanta — 01/16/08 (1)
- ☐ I'm in the X percentile at Y. Can I get BIGLAW? — 01/16/08 (1)
- ☐ J_ is edgy and cool — 01/16/08 (27)
- ☐ X are my grades. What firms should I hope for? — 01/16/08 (1)
- ☐ Are there more sex words starting w/"f" than any other letter? — 01/16/08 (13)
- ☐ Extra points on final grade for participation — 01/16/08 (1)
- ☐ MITT=BLOWIN' — 01/16/08 (1)
- ☐ Higher Forces are at work against gays — 01/16/08 (3)
- ☐ Hillary and Bill sounds a lot like Hillbilly, coincidence? — 01/16/08 (3)
- ☐ post porn clips you are watching or watched today — 01/16/08 (4)
- ☐ apple education store? — 01/16/08 (1)
- ☐ I genuinely think Hillary Clinton gives inadequate blowjobs. — 01/16/08 (10)
- ☐ Blacks in Michigan say inability to vote for Obama reeks of 60's — 01/16/08 (1)
- ☐ 9 year old girl with pigtails, taking questions — 01/16/08 (31)
- ☐ the KKK supports Ron Paul — 01/16/08 (1)
- ☐ Michigan's Ominous Message for Hillary Clinton — 01/16/08 (7)

---

**Navigation: Jump To Home >>(2)>>**

---

# Exhibit C

Copyright 2007 The Washington Post

# The Washington Post

# washingtonpost.com

The Washington Post

March 7, 2007 Wednesday
Final Edition

**SECTION:** A Section; A01

**LENGTH:** 1521 words

**HEADLINE:** Harsh Words Die Hard on the Web;
Law Students Feel Lasting Effects of Anonymous Attacks

**BYLINE:** Ellen Nakashima, Washington Post Staff Writer

**BODY:**

She graduated Phi Beta Kappa, has published in top legal journals and completed internships at leading institutions in her field. So when the Yale law student interviewed with 16 firms for a job this summer, she was concerned that she had only four call-backs. She was stunned when she had zero offers.

Though it is difficult to prove a direct link, the woman thinks she is a victim of a new form of reputation-maligning: online postings with offensive content and personal attacks that can be stored forever and are easily accessible through a Google search.

The woman and two others interviewed by The Washington Post learned from friends that they were the subject of derogatory chats on a widely read message board on AutoAdmit, run by a third-year law student at the University of Pennsylvania and a 23-year-old insurance agent. The women spoke on the condition of anonymity because they feared retribution online.

The law-school board, one of several message boards on AutoAdmit, bills itself as "the most prestigious law school admissions discussion board in the world." It contains many useful insights on schools and firms. But there are also hundreds of chats posted by anonymous users that feature derisive statements about women, gays, blacks, Asians and Jews. In scores of messages, the users disparage individuals by name or other personally identifying information. Some of the messages included false claims about sexual activity and diseases. To the targets' dismay, the comments bubble up through the Internet into the public domain via Google's powerful search engine.

The site's founder, Jarret Cohen, the insurance agent, said the site merely provides a forum for free speech. "I want it to be a place where people can express themselves freely, just as if they were to go to a town square and say whatever brilliant or foolish thoughts they have," Cohen said.

The students' tales reflect the pitfalls of popular social-networking sites and highlight how social and technological changes lead to new clashes between free speech and privacy. The chats are also a window into the character of a segment of students at leading law schools. Penn officials said they have known about the site and the complaints for two years but have no legal grounds to act against it. The site is not operated with school resources.

Nor is it the only forum for such discussions, but it may be the largest "and is certainly the highest profile," said David A. Hoffman, a Temple University law professor who has conducted research on AutoAdmit.

Employers, including law firms, frequently do Google searches as part of due diligence checks on prospective employees. According to a December survey by the Ponemon Institute, a privacy research organization, roughly half of U.S. hiring officials use the Internet in vetting job applications. About one-third of the searches yielded content used to deny a job, the survey said. The legal hiring market is very competitive. What could tip the balance is the appearance that a candidate is a lightning rod for controversy, said Mark Rasch, a Washington lawyer and consultant who specializes in Internet issues.

The trend has even spawned a new service, ReputationDefender, whose mission is to search for damaging content online and destroy it on behalf of clients. Generally, the law exempts site operators from liability for the content posted by others, though it does not prevent them from removing offensive items.

"For many people the Internet has become a scarlet letter, an albatross," said Michael Fertik, ReputationDefender's chief executive. The company is launching a campaign to get AutoAdmit to cleanse its site and encourage law schools to adopt a professional conduct code for students.

Kurt Opsahl, a staff attorney at the Electronic Frontier Foundation, a privacy and free speech advocacy group, said anonymous cyber-writers can be sued for defamation. A judge can require a Web site host or operator to disclose a user's identifying information. Also, he said, the Internet allows those who feel slandered to put forth their own point of view. "The cure to bad speech is more speech," he said.

The chats sometimes include photos taken from women's Facebook pages, and in the Yale student's case, one person threatened to sexually violate her. Another participant claimed to be the student, making it appear that she was taking part in the discussion.

"I didn't understand what I'd done to deserve it," said the student. "I also felt kind of scared because it was someone in my community who was threatening physical and sexual violence and I didn't know who."

The woman e-mailed the site's administrators and asked them to remove the material. She said she received no response. Then she tried contacting Google, which simply cited its policy that the Web site's administrator must remove the material to clear out the search results.

AutoAdmit.com, which also uses the domain name xoxohth.com and which hosts Google-served ads, was launched in 2004. Cohen and his partner, Anthony Ciolli, cite First Amendment ideals. "We are very strong believers in the freedom of expression and the marketplace of ideas . . . and almost never censor content, no matter how abhorrent it may be," they wrote in a posting on someone else's blog. The vast majority of chat threads, they wrote, are school-related. "The only time you'll see 20 or so racist threads on the site is if you proactively search for them."

They said the success of the site's message boards -- they claim 800,000 to 1 million unique visitors a month -- owes to its free, anonymous exchange of ideas. "In fact, one finds overall a much deeper and much more mature level of insight in a community where the ugliest depths of human opinion are confronted, rather than ignored," they wrote.

One chat thread included a sexual joke about a female Holocaust victim.

In another comment, a user said a particular woman had no right to ask that the threads be removed. "If we want to

objectify, criticize and [expletive] on [expletive] like her, we should be able to."

 In another posting, a participant rejected the idea that photos be removed on moral grounds: "We're lawyers and lawyers-in-training, dude. Of course we follow the law, not morals."

"I definitely don't agree with a lot of the conduct on the board," Ciolli said in an interview. But, he said, only Cohen, who created the message board, has authority to have the comments removed. Cohen, in a separate interview, said he will not "selectively remove" offensive comments, and that when he has attempted to do so, he was threatened with litigation for "perceived inconsistencies."

Another Yale law student learned a month ago that her photographs were posted in an AutoAdmit chat that included her name and graphic discussion about her breasts. She was also featured in a separate contest site -- with links posted on AutoAdmit chats -- to select the "hottest" female law student at "Top 14" law schools, which nearly crashed because of heavy traffic. Eventually her photos and comments about her and other contestants were posted on more than a dozen chat threads, many of which were accessible through Google searches.

"I felt completely objectified," that woman said. It was, she said, "as if they're stealing part of my character from me." The woman, a Fulbright scholar who graduated summa cum laude, said she now fears going to the gym because people on the site encouraged classmates to take cellphone pictures of her.

Ciolli persuaded the contest site owner to let him shut down the "Top 14" for privacy concerns, Cohen said. "I think we deserve a golden star for what we did," Cohen said.

The two men said that some of the women who complain of being ridiculed on AutoAdmit invite attention by, for example, posting their photographs on other social networking sites, such as Facebook or MySpace.

Cohen said he no longer keeps identifying information on users because he does not want to encourage lawsuits and drive traffic away. Asked why posters could not use their real names, he said, "People would not have as much fun, frankly, if they had to worry about employers pulling up information on them."

One woman e-mailed the University of Pennsylvania Law School associate dean, Gary Clinton, in February to ask for his help in persuading Ciolli remove the offensive threads. Clinton told her that since he became aware of AutoAdmit two years ago, he has had "numerous conversations about it" with Penn officials. "I've learned that there appears to be little legal recourse that we have as an institution," he wrote. He said he has had several conversations with Ciolli and has "pointed out time and again how hurtful these ad hominem attacks can be to individuals, and have asked him to delete threads." The effort, he noted, "has been largely unsuccessful."

In a telephone interview, Clinton said the university's position has not changed. "We believe we don't have grounds under the university's code of conduct to proceed," he said.

Staff researcher Meg Smith contributed to this report.

**LOAD-DATE:** March 7, 2007

6/18/07 NPR All Things Considered (Pg. Unavail. Online)
2007 WLNR 11458639

NPR All Things Considered
Copyright 2007 National Public Radio®. All rights reserved.

June 18, 2007

Women File Suit to Defend Online Reputation

ANDREA SEABROOK, host

What would you do if people began trashing your reputation on the Internet? I mean, really trashing it, saying you had herpes, that you slept your way into graduate school. That is what happened to some female students at the nation's top law schools. Now, two Yale students are suing for defamation. They want the comments removed, and they're asking for more than $200,000 in punitive damages.

But as NPR's Frank Langfitt reports, protecting your identity online isn't easy.

FRANK LANGFITT: The Web site is called AutoAdmit. It's a popular law school discussion board anyone can access. But one corner of the site has become a virtual bathroom wall, where people savage female students in anonymous rants. Jill Filipovic is a third year law student at New York University. She's not among those suing, but she's felt the wrath of AutoAdmit.

Ms. JILL FILIPOVIC (Student, New York University): They started linking it to my pictures, posting, you know, my AOL screen name. You know, then that sort of got turned into a conversation about what I look like and whether or not they would have sex with me and, which, you know, then turned into conversations about my politics. And that's when things got, you know, a little bit more, I guess, harassing with their comments about sexually assaulting me.

LANGFITT: The attacks became so harsh, Filipovic says, she started skipping classes.

Ms. FILIPOVIC: You know, if you read something about yourself, about how somebody sat next to you in events and, you know, then there's a whole slew of comments after that, all talking about what you look like and, you know, making really disparaging comments about you and talking about how, you know, they want to do violence to you. I mean, so, you know, it's hard to get up the next morning and go to class and wonder if you're sitting next to that person.

LANGFITT: This month, the two Yale students filed a defamation suit regarding AutoAdmit. The women weren't named in the suit to protect their privacy. And because no one disputes that they were attacked on the Internet, NPR isn't naming them either. Many of the comments about the women are so filthy we can't say them on the air. But here are some of the cleaner ones. One of the plaintiffs is called, quote, "a stupid

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Jew bitch." Another postings says, quote, "I hope she gets raped and dies."

If you search the women's names on Google, things like this come up in the initial results. One plaintiff says the comments cost her a summer job at a law firm. She says she had 16 interviews, four callbacks, but no offers. AutoAdmit could be to blame. But some legal scholars actually doubt it. Eugene Volokh teaches at UCLA Law School.

Mr. EUGENE VOLOKH (Professor, UCLA Law School): Given the amount of time and money that law firms spent wooing top Yale law students, you can't imagine the hiring partners saying, no, I'm just going to ignore this person because some guys online are saying nasty things about her.

LANGFITT: The suit accuses the Web site's former moderator, Anthony Ciolli, of defamation. But under U.S. Internet law, people generally can't be held liable for something someone else writes on their Web site. The people who wrote the anonymous messages might be held liable if anyone can figure out who they are. Brian Leiter teaches law at the University of Texas at Austin. He says the plaintiffs' best bet might be to find out their identities and post their names on the Internet.

Professor BRIAN LEITER (Law, University of Texas): And the marketplace would exact its own penalties on them because, obviously, no respectable legal employer wants to be associated with someone who thinks it's funny to threaten to rape female law students.

LANGFITT: Ciolli, who recently graduated from the University of Pennsylvania Law School, did not respond to request for comment. But Jarret Cohen, the Web site's founder, did. Cohen, who is not named in the suit, says he deplores the attacks on the women. But he insists that deleting offensive posts is a slippery slope that can lead to broader censorship. He also says he doesn't have time to get rid of every nasty message on a constantly changing discussion site with eight million posts.

Mr. JARRET COHEN (Founder, AutoAdmit): I didn't always we see that it would be a productive use of my time to be constantly getting into these endless cycles of trying to remove content.

LANGFITT: Do you think you have any responsibility for what's posted at this site?

Mr. COHEN: I don't know. It's actually a really tough question that I have been spending a lot of time lately thinking about.

LANGFITT: So far, the only career that has clearly suffered from the Web site is that of Anthony Ciolli, the former moderator. When a firm that offered him a job found out about AutoAdmit, it rescinded the offer. Cohen says Ciolli's having a hard time finding other work.

Mr. COHEN: It seems as if his name, right now, is radioactive. And I think the way these big law firms look at it is, why hire somebody who has this baggage?

LANGFITT: And the women who've been targeted on AutoAdmit may see some justice in

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

that.

Frank Langfitt, NPR News.

SEABROOK: Find tips for protecting your reputation online at npr.org.

---- INDEX REFERENCES ----

COMPANY: NEW YORK UNIVERSITY

NEWS SUBJECT: (Legal (1LE33); Law Schools (1LA69); Higher Education (1HI55); Technology Law (1TE30); Online Legal Issues (1ON39); Education (1ED85))

INDUSTRY: (Online Education (1ON28))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); New York (1NE72); Texas (1TE14))

Language: EN

OTHER INDEXING: (INTERNET; JEW; LANGFITT; LAW; MR EUGENE; NEW YORK UNIVERSITY; NPR; US INTERNET; UCLA LAW SCHOOL; UNIVERSITY OF PENNSYLVANIA LAW SCHOOL; UNIVERSITY OF TEXAS; VOLOKH; WOMEN FILE SUIT) (Anthony Ciolli; AutoAdmit; Brian Leiter; Ciolli; Cohen; Eugene Volokh; Filipovic; Frank Langfitt; Jarret Cohen; Jill Filipovic; Mr.; Mr. JARRET; Ms.; Ms. JILL; Professor BRIAN)

Word Count: 1042
6/18/07 ATCON (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# Exhibit D

\

# AutoAdmit ™

**Desired Login Name:**

**Confirm Login Name:**

**Your Password:**

**Confirm Your Password:**

**Your Email:**

**Confirm Your Email:**

Your E-mail address will be verified through
confirmation letter before you may post.
**Make sure this is a valid e-mail.**

**City:**

**State/Province (US/CAN):** Please Select One

**Country:** Please Select One

**Zip:**

**What Brought You Here?:**

**Best Describes Me:** Select

**The wretchedly pitiful American Oxford hopeful of
this board seeks your prayers for a successful
second attempt at admissions. Will you grant him a
prayer?:**
Select

Dominus illuminatio mea

# Exhibit E

Web   Images   Video   News   Maps   Gmail   more ▾                                      Sign in

Google

[DOE II]                    Search    Advanced Search
                                              Preferences

**Web**                                    Results **1 - 10** of about 691 for   [DOE II]   . (0.09 seconds)

### The Xoxo Reader: REPUTATIONDEFENDER,    [DOE II]   wants her money ...
Way to fuck up big-titted YLS student     [DOE II] 's reputation by referring her to ABC
News in your quest to get some free publicity. ...
xoxoreader.blogspot.com/2007/03/reputationdefender-  [DOE II]   -wants.html - 74k -
Cached - Similar pages

### The Xoxo Reader: PaulieWalnut's Letter to    [DOE II]
PaulieWalnut's Letter to    [DOE II]   . Date: March 7th, 2007 4:30 PM Author: Prof. Brian
Leiter VIA EMAIL [DOE II] , I can't believe the people at Reputation ...
xoxoreader.blogspot.com/2007/03/pauliewalnuts-letter-to-  [DOE II]  .html - 73k -
Cached - Similar pages

### AutoAdmit.com -   [DOE II]   of YLS has huge fake titties
[DOE II]  must really be thankful to reputation defender. .... more info about
[DOE II]  and google searches. Good work Reputation Defender! ...
www.autoadmit.com/thread.php?thread_id=591371&mc=14&forum_id=2 - 35k -
Cached - Similar pages

### AutoAdmit.com - Notice to YLS faculty concerning  [DOE II]
[DOE II]  , a student in your 09 class, has a felon as a father who stole money from the
World Bank to buy her horses. I kid you not, she asked her ...
www.autoadmit.com/thread.php?thread_id=592608&mc=72&forum_id=2 - 152k -
Cached - Similar pages

### onlinereputation - Case Study Three:   [DOE II]   of Yale Law School
In this case study we will analyze the case of    [DOE II]  , who became a public figure by
virtue of a few major media articles by publications such as the ...
onlinereputation.googlepages.com/casestudy3 - 15k - Cached - Similar pages

### AutoAdmit.com - YLS 1L CGWBT    [DOE II]   HAS A FELON FOR A ...
This is off-the-curve cruelty, however, and nobody can REALLY make a plausible argument
that    [DOE II]   brought this on herself. ...
www.xoxohth.com/thread.php?thread_id=591653&
forum_id=2&PHPSESSID=19536a79194c9a52118f6c34047b03d0 - 210k -
Cached - Similar pages

### AutoAdmit.com - YLS 1L   [DOE II]   HAS HUGE FAKE TITS AND IS ...
you're clueless and inept. you waste time trolling GTO, who could care less. and you ensure
collateral damage for    [DOE II]   and [DOE I]   . ...
www.xoxohth.com/thread.php?thread_id=590907&mc=25&forum_id=2 - 43k -
Cached - Similar pages

### [DOE II]  | Free the Planet | Environment | Activist | Teen ...
This teen isn't picking up garbage, but she's still making our planet cleaner. And you don't
wanna mess with this chick. Having a knife waved in her face ...
www.kidzworld.com/article/4207-volunteer-fearless-eco-leader - 23k -
Cached - Similar pages

### Chancellor's Awards Recipients
[DOE II]  2005. Sendra Yang, 2004. Britt Ashley Lake, 2003. Sonia Mondor ....
Abell, 2004. Terri Sue Giles, 2003. Kit Hanks Stewart ...
chancellorsawards.unc.edu/recip.html - 171k - Cached - Similar pages

### New Leaders Initiative : Winner
[DOE II] . Hometown Charlotte, NC. Website. Biography [DOE II] founded and led a

school-based chapter of the environmental group Free the Planet!, ...
broweryouthawards.org/userdata_display.php?modin=50&uid=116 - 16k -
Cached - Similar pages


1 2 3 4 5 6 7 8 9 10     **Next**

---

[DOE II]                    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

# Exhibit F

| | |
|---|---|
| **From:** | Andrew Shen |
| **Sent:** | Thursday, March 15, 2007 10:03 AM |
| **To:** | 'aciolli@law.upenn.edu'; 'jcohen@autoadmit.com' |
| **Subject:** | Re · [DOE I] and [DOE II] |

Dear Anthony Ciolli and Jarret Cohen,

I am writing on behalf of my clients, [DOE I] and [DOE II] , to request that you immediately remove all comments regarding either · [DOE I] · or [DOE II] from any websites under your control, remove all photographs of my clients from any of your websites, preserve any logs or records of Internet protocol ("IP") addresses (or any other potentially identifying information) for individuals posting any content relating to [DOE I] or [DOE II] monitor your websites to prevent any further posts regarding my clients, and cooperate with Google to delete any posts or photographs relating to my clients that it may have cached from these sites.

You admitted in an article that appeared in the Washington Post on March 7, 2007, that you jointly manage and own two websites – AutoAdmit.com and xoxohth.com – on which offensive comments have been made about [DOE I] and [DOE II] . In that article, you acknowledged that you were aware of the demeaning comments found on your websites and admitted that·Mr. Cohen has the ability to remove offensive messages and posts.

As you well know, my clients have not sought to participate in the discussion threads found on your websites and object to the abusive and crude remarks made about them. The individuals posting this content may be liable under several legal theories, including but not limited to, defamation, invasion of privacy, intentional infliction of emotional distress, violation of the right of publicity, and copyright infringement. Unless the existing posts about my clients are deleted and future posts removed expeditiously, we intend to pursue all available legal avenues to prevent the ongoing and future harassment of my client. Your immediate agreement to undertake the steps requested in this message may forestall the need to proceed with litigation against these individuals and avoid your becoming entangled in any such litigation.

Please respond to this message, letting me know as soon as possible whether you will agree to immediately (1) remove all comments regarding my clients, (2) remove all photographs of my clients, (3) preserve IP addresses and any other potentially identifying information relating to the individuals posting these comments and photographs, (4) monitor your websites to remove future posts, and (5) cooperate with Google to delete any posts or photographs relating to my clients that it may have cached from these sites.

Sincerely,

Andrew Shen
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

This message is intended only for the use of the individual or entity to whom it is addressed. The message is confidential and may contain attorney-client information, attorney work product or other privileged information. If you are not the intended recipient, you are hereby notified that any use or dissemination of this message is strictly prohibited. If you received this message in error, please notify the sender by replying to the message. When complete, please delete the original message. Thank you.

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STEVE MITRA
SMITRA@KVN.COM

November 21, 2007

**VIA FEDERAL EXPRESS**

Leighton Cohen, Esq.
465 West Linden Street
Allentown, PA 18102

> *Re:*   *Doe I and Doe II v. Individuals, whose true names are unknown, using the*
> *following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf;*
> *yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating*
> *Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah;*
> *DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll;*
> *Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is;* Joel
> Schellhammer; *Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke*
> *<patrick8765@hotmail.com>; Patrick Bateman*
> *<batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty*
> *Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47*

Case No. 3:07CV00909(CFD)

Dear Leighton:

I write to request that AutoAdmit and Jarret Cohen disclose all records of Internet Protocol ("IP") addresses (or any other potentially identifying information) for individuals who have posted content on the AutoAdmit website using the following user names:

pauliewalnuts

neoprag

STANFORDtroll

:D

lkjhgf

yalelaw

Spanky

ylsdooder

HI

David Carr

vincimus

Cheese Eating Surrender Monkey

A horse walks into a bar

The Ayatollah of Rock-n-Rollah

DRACULA

Sleazy Z

Whamo

Ari Gold

Ugly Women

playboytroll

Dean_Harold_Koh

kr0nz

reminderdood

r@ygold

who is

Joe1 Sche11hammer

Prof. Brian Leiter

hitlerhitlerhitler

lonelyvirgin

Patrick Zeke <patrick8765@hotmail.com>

Patrick Bateman <batemanhls08@hotmail.com>

Brittan Heller got a 157 LSAT.

azn, azn, azn

Dirty Nigger

leaf

t14 gunner

kibitzer

yalels2009

AK47

If either Auto Admit or Jarret Cohen require a subpoena for the records or for providing other information, please let us know immediately. If we do not hear from you in 10 calendar days, we intend to seek a subpoena. **Please consider this letter a second notice that Jarret Cohen and Auto Admit should preserve all materials related to defendants who have used user names listed above (and their predecessor and successor pseudonyms) pending receipt of a subpoena, in keeping with our earlier preservation request of March 15, 2007.**

Feel free to call me with any questions at 415 391 5400.

Sincerely,

Steve Mitra

Steve Mitra

SM:js

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

November 21, 2007

**VIA FEDERAL EXPRESS**

Compliance Department
Domains By Proxy, Inc.
14455 North Hayden Road #219
Scottsdale, Arizona 85260

Dear Custodian of Records:

We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com. As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other injuries suffered by our clients. We have reason to believe that AutoAdmit.com uses your service to operate its site.

It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously. While we are aware that Domains By Proxy's Privacy Policy prohibits the release of customer or account information without express permission from the customer or the service of a subpoena, we hope that, given the egregious conduct that is alleged in this case, Domains By Proxy will disclose certain information regarding AutoAdmit that may allow us to determine the identities of the named defendants in this lawsuit. To that end, we request that Domains by Proxy identify each and every person who has registered the following domain names: Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

If Domains By Proxy will require a subpoena, please let us know. If we do not hear from you in 10 calendar days, we will seek a subpoena. **Please consider this letter notice that Domains By Proxy should preserve all materials related to the information described above pending receipt of a subpoena.**

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

RD:js
enclosure

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

November 21, 2007

**VIA FEDERAL EXPRESS**

Compliance Department
GoDaddy.com, Inc.
14455 North Hayden Rd., Suite 219
Scottsdale, AZ 85260

## REQUEST FOR PRESERVATION OF MATERIAL EVIDENCE

Dear Custodian of Records:

We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com. As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other injuries suffered by our clients. We have reason to believe that AutoAdmit.com uses your service to operate its site.

It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously. We thus know only the Defendants' Auto Admit.com user names, and not their actual identities. While we are aware that Go Daddy's Privacy Policy prohibits the release of customer or account information without express permission from the customer or the service of a subpoena, we hope that, given the egregious conduct that is alleged in this case, Go Daddy will disclose certain information regarding AutoAdmit that may allow us to determine the identities of the named defendants in this lawsuit. To that end, we request that Go Daddy provide us with the following information:

1. All log files created between May 1, 2005 and the present for all web servers associated with the following domain names hosted by Go Daddy: Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

2. All log files created between May 1, 2005 and the present that are associated with the Bulletin Board System ("BBS") running on any of the following domain names hosted by Go Daddy: Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

3.     Operating system, web server, and BBS authentication records created between May 1, 2005 and the present that are running on any of the following domain names hosted by Go Daddy:  Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

4.     File system backups created between May 1, 2005 and the present of the file systems upon which the AutoAdmit BBS and web server reside for the following domain names hosted by Go Daddy:  Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

If Go Daddy will require a subpoena, please let us know.  If we do not hear from you in 10 calendar days, we will seek a subpoena.  **Please consider this letter notice that Go Daddy should preserve all materials related to the above four document categories pending receipt of a subpoena.**

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

*Rose Darling*

Rose Darling

RD:js

Enclosure

406795.01

LAW OFFICES

# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM.

ROSE DARLING
RDARLING@KVN.COM

November 21, 2007

Compliance Department                                   **VIA EXPRESS MAIL**
David Masenheimer, Esq.
PenTeleData, Inc.
PO Box 197
Palmerton, PA 18071

Dear Mr. Masenheimer:

We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com. As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other allegations suffered by our clients.

It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously. We thus know only the Defendants' Auto Admit.com user names, and not their actual identities.

We have reason to believe that at least one defendant may have used your service to post defamatory content regarding our clients on AutoAdmit.com. That defendant may have posted or sent defamatory content using the following Internet Protocol ("IP") address: 24.115.86.20 at 3:23 a.m. While we are aware that PenTeleData ordinarily does not disclose customer or account information unless required by law, we hope that, given the egregious conduct that is alleged this case, PenTeleData will disclose certain information regarding AutoAdmit that may allow us to determine the identities of the named defendants in this lawsuit. To that end, we request that PenTeleData provide us with information that identifies the person(s) using the IP address 24.115.86.20 at 3:23 a.m., including but not limited to first and last names, present or last known mailing addresses, telephone numbers, alternative e-mail addresses, excluding the contents of any communications stored, carried, or maintained by PenTeleData.

If PenTeleData requires a subpoena, please let us know. If we do not hear from you in 10 calendar days, we will seek a subpoena. **Please consider this letter notice that PenTeleData should preserve all materials related to the information described above pending receipt of a subpoena.**

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

RD/js
enclosure

406806.01

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

November 27, 2007

Compliance Department                               <u>**VIA FEDERAL EXPRESS**</u>
MSN Hotmail
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

## REQUEST FOR PRESERVATION OF MATERIAL EVIDENCE

Dear Custodian of Records:

We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com. As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other injuries suffered by our clients.

It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously. We thus know only the Defendants' Auto Admit.com user names, and not their actual identities. We have reason to believe that at least two defendants used your service to post allegedly defamatory or otherwise tortious content regarding our clients on AutoAdmit.com and/or to email allegedly defamatory or otherwise tortious content to third parties. Those defendants posted or sent defamatory content using the following two MSN Hotmail accounts:

patrick8765@hotmail.com        batemanhls@hotmail.com

While we are aware that MSN Hotmail ordinarily does not disclose customer or account information unless required by law, we hope that, given the egregious conduct that is alleged in this case, MSN Hotmail will provide us with information that identifies the person(s) associated with the patrick8765@hotmail.com and batemanhls@hotmail.com e-mail accounts, including but not limited to first and last names, present or last known mailing addresses, telephone numbers, alternative e-mail addresses, and any Internet Protocol ("IP") addresses recorded in the course of the person(s)'s use of MSN Hotmail, excluding the contents of any communications stored, carried, or maintained by Hotmail.

If MSN Hotmail requires a subpoena, please let us know. If we do not hear from you in 10 days, we will seek a subpoena. <u>**Please consider this letter notice that MSN Hotmail should preserve all materials related to the above categories of information pending receipt of a subpoena.**</u>

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

enclosure
406798.01

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

December 6, 2007

**VIA FACSIMILE AND U.S. MAIL**

MNS Custodian of Records
Global Criminal Compliance Response Team
MSN Security Operations
MSN Hotmail
1065 La Avenida, Building #4
Mountain View, CA 94043

### REQUEST FOR PRESERVATION OF MATERIAL EVIDENCE

Dear Custodian of Records:

I write in response to your December 5, 2007 letter, and in follow up to my November 27, 2007 letter. We have reason to believe that a defendant posted or sent defamatory content using the MSN Hotmail address: batemanhls08@hotmail.com.

**Please consider this letter notice that MSN Hotmail should preserve** information that identifies the person(s) associated with the batemanhls08@hotmail.com e-mail account, including but not limited to first and last names, present or last known mailing addresses, telephone numbers, alternative e-mail addresses, and any Internet Protocol ("IP") addresses recorded in the course of the person(s)'s use of MSN Hotmail, excluding the contents of any communications stored, carried, or maintained by Hotmail.

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

407613.01

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

December 4, 2007

General Counsel
HighBeam Research, Inc.
65 East Wacker Place, Suite 400
Chicago, Illinois 60601

**VIA FEDERAL EXPRESS**

### REQUEST FOR PRESERVATION OF MATERIAL EVIDENCE

Dear General Counsel:

We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com. As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other injuries suffered by our clients.

It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously. We thus know only the Defendants' Auto Admit.com user names, and not their actual identities. We have reason to believe that at least one defendant used your service to post allegedly tortious content regarding our clients on AutoAdmit.com and/or to email that content to third parties. That defendant posted or sent that information on March 7, 2007 at 5:23 p.m. EST after using your service to access an article titled **"Ex-World Bank Official Disappears From Trial,"** which is found at http://www.highbeam.com/doc/1P2-915261.html.

We hope that, given the egregious conduct that is alleged in this case, HighBeam will disclose certain information that may allow us to determine the identities of the named defendants in this lawsuit. To that end, we request that HighBeam provide us with information that identifies the person(s) using your service to locate the above-identified article, including but not limited to first and last names, present or last known mailing addresses, telephone numbers, e-mail addresses, and all logs containing the source **Internet Protocol ("IP") addresses** of all access to the location or file "1P2-915261.html", "915261" or other variants thereof **between 12:00 a.m. EST on March 1, 2007 and 5:23 p.m. on March 7, 2007.**

If HighBeam requires a subpoena, please let us know. If we do not hear from you in 10 days, we will seek a subpoena. **Please consider this letter notice that HighBeam should preserve all materials related to the information described above pending receipt of a subpoena.**

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

enclosure

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

December 4, 2007

**VIA FACSIMILE**

Office of University Counsel
UNIVERSITY OF NORTH CAROLINA
137 East Franklin Street
Suite 300B CB#9105
Chapel Hill, NC  27514

### REQUEST FOR PRESERVATION OF MATERIAL EVIDENCE

Dear Custodian of Records:

    We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com.  As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other injuries suffered by our clients.

    It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously.  We thus know only the Defendants' Auto Admit.com user names, and not their actual identities.  We have reason to believe that at least one defendant used your university web site to post allegedly tortious content regarding our clients on AutoAdmit.com and/or to email that content to third parties.  That defendant posted or sent that information on March 7, 2007 at 5:23 p.m. EST after using your web site to access an article titled **"UNC's Iravani awarded Morris Udall Scholarship,"** which is found at http://www.unc.edu/news/archives/apr04/udall042604.html.

    We hope that, given the egregious conduct that is alleged in this case, the University of North Carolina ("UNC") will disclose certain information that may allow us to determine the identities of the named defendants in this lawsuit.  To that end, we request that UNC provide us information that identifies the person(s) using its website to locate the above-identified article, including but not limited to first and last names, present or last known mailing addresses, telephone numbers, e-mail addresses, and all logs containing the source **Internet Protocol ("IP") addresses** of all access to the location or file **"udall042604.html"**, **"042604"** or other variants thereof **between 12:00 a.m. EST on March 1, 2007 and  5:23 p.m. on March 7, 2007.**

If UNC requires a subpoena, please let us know.  If we do not hear from you in 10 days, we will seek a subpoena.  **Please consider this letter notice that UNC should preserve all materials related to the information described above pending receipt of a subpoena.**

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

enclosure

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

December 4, 2007

**VIA FEDERAL EXPRESS**

Custodian of Records
VLEX LLC
1840 Gateway Drive, Suite 200
San Mateo, California 94404

### REQUEST FOR PRESERVATION OF MATERIAL EVIDENCE

Dear Custodian of Records:

We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com. As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other injuries suffered by our clients.

It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously. We thus know only the Defendants' Auto Admit.com user names, and not their actual identities. We have reason to believe that at least one defendant used your service to post allegedly tortious content regarding our clients on AutoAdmit.com and/or to email that content to third parties. That defendant posted or sent that information on March 7, 2007 at 5:23 p.m. EST after using your service to access the following information:

US v. [DOE II's father]
Docket num. 97-5026, November 1998
Id. vLex: VLEX-TBVO054

This information is found at http://www.vlex.us/caselaw/U-S-Court-Of-Appeals-Fourth-Circuit/US-v-____2100-18179654,01.html.

We hope that, given the egregious conduct that is alleged in this case, VLEX will disclose certain information that may allow us to determine the identities of the named defendants in this lawsuit. To that end, we request that VLEX provide us information that identifies the person(s) using your service to locate the above-described information, including but not limited to first and last names, present or last known mailing addresses, telephone numbers, e-mail addresses, and all logs containing the source **Internet Protocol ("IP") addresses** of all access to the location or file **"2100-18179654,01.html"**, **"18179654"** or other variants thereof **between 12:00 a.m. EST on March 1, 2007 and 5:23 p.m. on March 7, 2007.**

407293.01

If VLEX requires a subpoena, please let us know. If we do not hear from you in 10 days, we will seek a subpoena. **Please consider this letter notice that VLEX should preserve all materials related to the information described above pending receipt of a subpoena.**

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

enclosure

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

ROSE DARLING
RDARLING@KVN.COM

January 17, 2008

**VIA FEDERAL EXPRESS**

ServInt Internet Services
6861 Elm St., Suite 4B
McLean, VA 22101
Fax: (703) 847-1383

Dear Custodian of Records:

We represent two individuals who we allege have been the subject of defamation, harassment and threats on an Internet bulletin board called AutoAdmit.com, which can be found at http://www.autoadmit.com. As background, enclosed please find a copy of the operative complaint that spells out some of the defamation, harassment, and other injuries suffered by our clients. We have reason to believe that AutoAdmit.com uses your service to operate its site.

It is our understanding that the vast majority of the individuals who post messages on AutoAdmit.com, including those targeting our clients, do so pseudonymously. While we are aware that ServInt's Privacy Policy prohibits the release of customer or account information without express permission from the customer or the service of a subpoena, we hope that, given the egregious conduct that is alleged in this case, ServInt will disclose certain information regarding AutoAdmit that may allow us to determine the identities of the named defendants in this lawsuit. To that end, we request that ServInt provide us with the following information:

1.      All log files created between May 1, 2005 and the present for all web servers associated with the following domain names hosted by ServInt: Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

2.      All log files created between May 1, 2005 and the present that are associated with the Bulletin Board System ("BBS") running on any of the following domain names hosted by ServInt: Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

3.      Operating system, web server, and BBS authentication records created between May 1, 2005 and the present that are running on any of the following domain names hosted by ServInt: Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

4.    File system backups created between May 1, 2005 and the present of the file systems upon which the AutoAdmit BBS and web server reside for the following domain names hosted by ServInt:  Autoadmit.com, Xoxohth.com, Cohenrisk.com, and c16.statcounter.com.

If ServInt will require a subpoena, please let us know.  If we do not hear from you in 10 calendar days, we will seek a subpoena.  **Please consider this letter notice that ServInt should preserve all materials related to the above four document categories pending receipt of a subpoena.**

If you would like to discuss this matter with me further, I can be reached at (415) 391-5400.

Sincerely,

Rose Darling

RD:js

enclosure

409573.01

# Exhibit G

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STEVE MITRA
SMITRA@KVN.COM

November 21, 2007

**VIA FEDERAL EXPRESS**

Leighton Cohen, Esq.
465 West Linden Street
Allentown, PA 18102

Re: *Doe I and Doe II v. Individuals, whose true names are unknown, using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is;* Joe1 Sche1 1 hammer; *Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47*

Case No. 3:07CV00909(CFD)

Dear Leighton:

I write to request that AutoAdmit and Jarret Cohen disclose all records of Internet Protocol ("IP") addresses (or any other potentially identifying information) for individuals who have posted content on the AutoAdmit website using the following user names:

pauliewalnuts

neoprag

STANFORDtroll

:D

lkjhgf

yalelaw

Spanky

ylsdooder

HI

David Carr

vincimus

Cheese Eating Surrender Monkey

A horse walks into a bar

The Ayatollah of Rock-n-Rollah

DRACULA

Sleazy Z

Whamo

Ari Gold

Ugly Women

playboytroll

Dean_Harold_Koh

kr0nz

reminderdood

r@ygold

who is

Joe1 Sche1 1 hammer

Prof. Brian Leiter

hitlerhitlerhitler

lonelyvirgin

Patrick Zeke <patrick8765@hotmail.com>

Patrick Bateman <batemanhls08@hotmail.com>

Brittan Heller got a 157 LSAT.

azn, azn, azn

Dirty Nigger

leaf

t14 gunner

kibitzer

yalels2009

AK47

If either Auto Admit or Jarret Cohen require a subpoena for the records or for providing other information, please let us know immediately. If we do not hear from you in 10 calendar days, we intend to seek a subpoena. **Please consider this letter a second notice that Jarret Cohen and Auto Admit should preserve all materials related to defendants who have used user names listed above (and their predecessor and successor pseudonyms) pending receipt of a subpoena, in keeping with our earlier preservation request of March 15, 2007.**

Feel free to call me with any questions at 415 391 5400.

Sincerely,

Steve Mitra

SM:js

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STEVE MITRA
SMITRA@KVN.COM

November 21, 2007

**VIA FEDERAL EXPRESS**

Marc J. Randazza, Esq.
Weston, Garrou, DeWitt & Walters
781 Douglas Avenue
Altamonte Springs, FL 32714

Re: *Doe I and Doe II v. Individuals, whose true names are unknown, using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is;* Joe1 Schel1hammer *; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47*

Case No. 3:07CV00909(CFD)

Dear Marc:

I write to request that Anthony Ciolli disclose all documents and information relating to the identification of individuals[1] who have posted content on the AutoAdmit website using the following user names:

pauliewalnuts

neoprag

STANFORDtroll

:D

---

[1] Such information would include, but is not limited to, their IP addresses, email accounts, locations, real names, etc.

lkjhgf

yalelaw

Spanky

ylsdooder

HI

David Carr

vincimus

Cheese Eating Surrender Monkey

A horse walks into a bar

The Ayatollah of Rock-n-Rollah

DRACULA

Sleazy Z

Whamo

Ari Gold

Ugly Women

playboytroll

Dean_Harold_Koh

kr0nz

reminderdood

r@ygold

who is

Joel Schell hammer

Prof. Brian Leiter

hitlerhitlerhitler

lonelyvirgin

Patrick Zeke <patrick8765@hotmail.com>

Patrick Bateman <batemanhls08@hotmail.com>

Brittan Heller got a 157 LSAT.

azn, azn, azn

Dirty Nigger

leaf

t14 gunner

kibitzer

yalels2009

AK47

If Mr. Ciolli requires a subpoena in order to provide any documents or information, please let us know immediately.  If we do not hear from you in 10 calendar days, we intend to seek a subpoena.  **Please consider this letter a second notice that Anthony Ciolli should preserve all materials related to defendants who have used user names listed above pending receipt of a subpoena, in keeping with our earlier preservation request of March 15, 2007.**

Feel free to call me with any questions at 415 391-5400.

Sincerely,

Steve Mitra

SM:js

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STEVE MITRA
SMITRA@KVN.COM

December 7, 2007

**VIA FEDERAL EXPRESS**

Leighton Cohen, Esq.
465 West Linden Street
Allentown, PA 18102

> **Re:** ___Doe I and Doe II v. Individuals, whose true names are unknown, et al.___
> Case No. 3:07CV00909(CFD)

Dear Leighton:

On November 23, 2007, Jarret Cohen contacted David Rosen with an offer to remove threads on autoadmit.com and xoxohth.com upon request by our clients. Mr. Rosen pointed out in an email response that he was ethically bound to communicate with you, Jarret's attorney, in the absence of explicit written permission authorizing communication directly with him. I called you earlier this week to follow-up on Jarret's offer. Not having heard from you since, I am now writing regarding the following issues, including those raised by Jarret's communication:

1) In response to Jarret's offer, we have compiled an initial list of threads that our clients want removed. As you may know, my clients were the subject of several hundred libelous and unlawful posts; while we have compiled some threads, we will forward additional threads next week. I can send the threads we have identified already by email (which, I suspect, will be most convenient for your client since there are "live" hyperlinks pointing to specific threads), or in hardcopy. Our clients would like these threads removed immediately from Autoadmit and all mirror sites, so please let me know by Tuesday how you want these sent to you.

2) Please note that your client has an ongoing obligation to preserve any and all information relating to the identities of the defendants in the above-referenced lawsuit, including all materials related to defendants who have used user names listed in the complaint in this action (and their predecessor and successor pseudonyms). This obligation applies not only to past posts, but includes a current obligation to collect and preserve IP logs or other identifying information on posters on Autoadmit.com or xoxohth.com relating to this action. We have reiterated these obligations on at least March 15, 2007, November 21, 2007 and December 5, 2007. Deleting certain threads does not relieve that obligation, and we have never suggested (and do not suggest now) otherwise. If your client has any questions regarding this issue, please contact me immediately.

407704.02

3) We appreciate Mr. Cohen's offer in his email to David Rosen to remove <u>future</u> threads on an ongoing basis. We will monitor the Autoadmit site and send you additional threads as appropriate.

As before, please feel free to call me with any questions at 415 391 5400.

Sincerely,

Steve Mitra

cc:   David Rosen


SM:js

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STEVE MITRA
SMITRA@KVN.COM

December 7, 2007

**VIA FEDERAL EXPRESS AND EMAIL**

Marc J. Randazza, Esq.
Weston, Garrou, DeWitt & Walters
781 Douglas Avenue
Altamonte Springs, FL 32714

*Re:*   *Doe I and Doe II v. Individuals, whose true names are unknown, using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47*

Case No. 3:07CV00909(CFD)

Dear Marc:

   I write to confirm our conversation and email exchanges of this week.

   In a letter dated November 21, 2007, I requested that your client, Anthony Ciolli, provide identities of defendants, or information related to the identities of the defendants, in Case No. 3:07CV00909(CFD). In a conversation with you on December 5, 2007, I reiterated my request for this information from Mr. Ciolli without his requiring a subpoena for a deposition or a document request response. At the end of our conversation, you stated that your client would not reveal such information in the absence of a subpoena. You however agreed that your client would collect and preserve all such information and documents pending a subpoena, that you would not contest the subpoena, and that you would waive any privileges that may be applicable.

   In a follow-up email to me the same day, you stated that you would ask your client whether he had "any proposals for provision of any information without a subpoena." You suggested that there may be a "creative solution" to this problem. I thanked you for your efforts in a responsive email.

On December 6, 2007, you sent me an email stating that your client would prefer to receive a subpoena to provide the information requested.

Please contact me immediately if you disagree with any of the above.

Sincerely,

Steve Mitra

SM:dc

# Exhibit H



**EMBARQ**™
Mailstop: KSOPKJ0402
5454 W. 110th Street
Overland Park, KS 66211
Office: 877-451-1980
Fax: 913-254-5800

May 21, 2007

Dorothy McLaughlin
Keker & Van Nest
710 Sansome Street
San Francisco, CA  4111

**Embarq Case Number:  2007-00003813**

Dear Dorothy McLaughlin,

This letter is to acknowledge receipt of the above-referenced request.  Please be advised, we are not able to comply with this request as it is not a legal demand.  We must have a subpoena or other legal demand in order to release any information.  **Please reference the above Embarq Case Number in your return fax.** Thank you for your understanding in this matter.

For further questions or inquiries, contact Embarq Subpoena Compliance at 877-451-1980.

Sincerely,

Hillary Rapson
Subpoena Compliance
Embarq Corporate Security

-----Original Message-----
From: Beth C. Hodsdon [mailto:bch8s@virginia.edu]
Sent: Friday, May 25, 2007 1:32 PM
To: Andrew Shen
Subject: RE: Information Request

        Andrew,
                    I'm told that we are retaining all information that we were able to
associate with the IP address and data and time stamp that you provided.
        Beth


At 12:50 PM 5/25/2007, you wrote:

>Beth,
>
>Can your technical staff confirm whether this information is still in
>the University's possession? It would be helpful to know what data is
>available at the current time.
>
>Thank you for your assistance,
>
>Andrew.
>
>-----Original Message-----
>From: Beth C. Hodsdon [mailto:bch8s@virginia.edu]
>Sent: Friday, May 25, 2007 7:09 AM
>To: Andrew Shen
>Subject: RE: Information Request
>
>           Thanks for this information--I have conveyed it to our
>technical people and they tell me they have used it to preserve the
>information that is available.
>
>At 04:08 PM 5/21/2007, you wrote:
>
> >Dear Ms. Hodsdon,
> >
> >I have reviewed the policy outlined on the webpage cited by you below.
> >
> >We intend to subpoena the relevant IP log in the near future but, as
> >a first step, I request that the University preserve the following log:
> >
> >The University's IP connection log for 128.143.65.74 between 1:00 PM
> >EST and 6:00 PM EST on March 7, 2007, and any records of any
> >identifying information (such as name, account information, physical
> >address, or telephone number) associated with the person(s) using
> >that IP address during this timeframe.
> >
> >Thank you for your cooperation. Please let me know if the
> >preservation of this log will present any problems or whether you
> >need further details as to what information we seek to preserve.
> >
> >Best,

1

> >
> >Andrew Shen
> >Keker & Van Nest LLP
> >710 Sansome Street
> >San Francisco, CA 94111
> >(415) 391-5400
> >
> >This message is intended only for the use of the individual or entity
> >to whom it is addressed. The message is confidential and may contain
> >attorney-client information, attorney work product or other
> >privileged information. If you are not the intended recipient, you
> >are hereby notified that any use or dissemination of this message is
> >strictly prohibited. If you received this message in error, please
> >notify the sender by replying to the message. When complete, please
> >delete the original message. Thank you.
> >
> >-----Original Message-----
> >From: Beth C. Hodsdon [mailto:bch8s@virginia.edu]
> >Sent: Friday, May 18, 2007 10:34 AM
> >To: Andrew Shen
> >Subject: Information Request
> >
> >          Mr. Shen,
> >
> >               Paul Forch has asked me to respond to your request
> > to
>
> >him dated May 9, 2007, for information systems logs in connection
> >with your response to what you describe as harrassing and theatening
> >comments about a client on AutoAdmit.com.
> >
> >          The University's general policy on providing computer
> >usage information can be found at
>http://www.virginia.edu/abuse/info.html#Law.
> >It requires a legal order, such as a subpoena that is enforceable in
> >Virginia, for release of this information.
> >
> >          You also requested that we preserve log records until you
> > are
>
> >able to satisfy the University's requirements for obtaining these
> >records. As indicated at
> ><http://www.virginia.edu/abuse/info.html#Law>, when requested, the
> >University does normally attempt to preserve information where
> >possible
>
> >so that it may be available for release once release has been approved.
> >The policy also explains how to make the request as narrow as
> >possible to increase case relevance and reduce the work involved.
> >Since we currently have insufficient information to preserve any
> >specific logs, you would need to provide additional information as
> >described in the policy, by sending it to
> ><mailto:abuse@Virginia.edu>abuse@Virginia.edu
> >with a notice of your intent to request information.
> >
> >          Please let me know if you have any questions.
> >                                              Beth Hodsdon
> >
> >Beth C. Hodsdon
> >Associate General Counsel
> >University of Virginia
> >Madison Hall
> >PO Box 400225
> >Charlottesville, VA 22904-4225
> >(434) 924-3586
> >FAX - (434) 982-3070
> >e-mail - bch8s@virginia.edu

2

**From:** domaindisputes@godaddy.com [mailto:domaindisputes@godaddy.com]
**Sent:** Thursday, November 29, 2007 8:11 AM
**To:** Rose Darling
**Subject:** AUTOADMIT.COM

Dear Rose Darling,
Although the domain name AUTOADMIT.COM is registered through GoDaddy.com, Inc., the website itself is hosted elsewhere. Any issues regarding the content of the website will need to be addressed either to the owner of the site directly, or to the hosting provider.

For your convenience, we have provided the DNS information appearing on the Whois database below:

Domain servers in listed order:
NS.SERVINT.COM
NS2.SERVINT.COM
Per http://domainwhitepages.com, the Hosting provider for this DNS is:

OrgName:    ServInt Internet Services
OrgID:      SIS-31
Address:    6861 Elm St.
City:       McLean
StateProv:  VA
PostalCode: 22101
Country:    US

Please note, the domain name has been subscribed to a privacy service called Domains By Proxy. Information emailed or post mailed to the addresses provided will be forwarded to the appropriate parties. If you have a legal matter to take up with the registrant of the domain, please follow the guidelines provided at the following link:

http://domainsbyproxy.com/LegalAgreement.aspx?prog_id=
Thank you,

Domain Services
GoDaddy.com, Inc.

1/15/2008



November 30, 2007


Rose Darling
Keker & VanNest LLP
710 Sansome St
San Francisco CA  94111-1704

Dear Ms. Darling:

RE: Letter of 11/28/07 – Case # 307CV00909 CFD

Thank you for contacting PenTeleData.  Upon a review of our records, I regret to inform you that
we do not have the information in question available for preservation.

This IP address in question does belong to PTD, but it is an IP address used for cable modem
service.  We only hold IP logs for cable service for about 60 days.  We do not have information
from January 2007 available.

If you have any questions, please feel free to contact me.

Sincerely,

Michele Fredericks
Customer Service Manager
610-826-9351
email: michelef@corp.ptd.net

CC: Legal


*540 Delaware Avenue*
*PO Box 197*
*Palmerton, PA 18071*

*1.800.281.3564*
*www.penteledata.net*
*www.ptd.net*

# *Microsoft®*

### Your potential. Our passion.™

## **msn Hotmail**

MSN Custodian Of Records
Global Criminal Compliance
Response Team
MSN Security Operations
Phone: 425-722-1299
Fax: 650-693-7061

**To: Keker & Van Nest LLP - SF, CA**

**Attention: Rose Darling**
**Fax number: 415.397.7188**
**Phone number: 415.391.5400**

**Date:** 12/5/2007

**MSN Hotmail**
1065 La Avenida, Building #4
Mountain View, CA 94043

**Number of Pages** (Including Cover Sheet):  2

**Comments:**
NOTE: We require a subpoena or court order in order to release any account information.

MSN Hotmail, a division of Microsoft, received your preservation request(s) on the following
account(s):  patrick8765@hotmail.com.  MSN Hotmail preserved the data on 12/5/2007. The
information will be preserved for 90 days from that date.

If we do not receive another preservation request 90 days from the date of the preservation,
the preserved data will be destroyed.  Also, please be aware that preservations are merely one
time snapshots of the account on the date the information is preserved.  Preservations are not
snapshots made each day during the 90 day preservation timeframe.

If you send an extension to your preservation request, please indicate that your request is an
extension so we may quickly identify the account you are preserving and to insure your initial
preservation is maintained.

Finally, when you submit your request for us to produce the preserved data, please indicate
that you previously preserved the data and on which dates so that MSN Hotmail may retrieve
all relevant stored data.

### **MSN Hotmail**
### **The World's First Free Web-Based E-mail Service**
### **120+ Million Users Strong**

IMPORTANT NOTICE: Documents accompanying this telecopy transmission contain information from
MSN Hotmail and are for the sole use of the above individual or entity and may be privileged, confidential
and exempt from disclosure under law. Any other dissemination, distribution or copying of this
communication is strictly prohibited.  Please notify us immediately by telephone if you are not the intended
recipient and return the original message to us at the above address.  We will reimburse you reasonable
phone and postage expenses for doing so.

*Microsoft Corporation Confidential Transmission*

**From:** Marc J. Randazza [mailto:mrandazza@firstamendment.com]
**Sent:** Thursday, December 06, 2007 1:13 PM
**To:** Steve Mitra
**Subject:** Doe v. Paulie Walnuts et. al.

Dear Steve,

I have spoken to my client about our recent phone conversation and your letter of Nov. 21. My client has reiterated that while he is not unwilling to provide the information you requested, he would prefer to receive a subpoena for formality's sake, and so that he does not wind up in any kind of an adverse legal position with respect to those who will be affected by disclosure of the information you requested.

Please have a subpoena forwarded to my office. Fax or scanned email is fine.

**Marc John Randazza**

Attorney at Law
Weston, Garrou, DeWitt & Walters
781 Douglas Avenue
Altamonte Springs, Florida 32714

Tel: (407) 975-9150
Fax: (407) 774-6151
Mobile: (407) 739-7887
E-mail: mrandazza@firstamendment.com

**FIRSTAMENDMENT**
.com

*Dedicated to the Defense of Freedom*
*And the Protection of Creative Expression*

IMPORTANT NOTICE: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message. This message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. No confidentiality or privilege is waived or lost by any misdirection of this message. If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.

**From:** Patrick J. Spain [mailto:pjspain@highbeam.com]
**Sent:** Monday, January 07, 2008 3:34 PM
**To:** Rose Darling
**Subject:** your letter of December 4, 2007

Ms. Darling,

I am in a receipt of a letter dated December 4, 2007 addressed to General Counsel. We don't have one, so I will attempt to respond.

We spent a fair bit of time determining whether it was technically possible to comply with your request. We have determined that our system simply does not allow us to obtain the information you are seeking about the identity of a person accessing a particular story at a certain time.

I cannot begin to explain to you the complex technical reasons for this. However, if you have a technology consultant working with you, I will be happy to put that person in touch with our CTO for a complete explanation.

Patrick Spain
Chairman & CEO
HighBeam Research, Inc.
65 E. Wacker Place, Suite 400
Chicago, IL 60601
312-416-3864 (direct)
pjspain@highbeam.com

From: ServInt Admin [mailto:admin@servint.com]
Sent: Monday, January 21, 2008 10:36 AM
To: Rose Darling
Subject: Response to your letter dated January 17, 2008

Ms. Darling, Esq.,

We have received your letter dated January 17, 2008.

We will indeed require a subpoena in order to turn over any documentation regarding our clients. When applying for this subpoena, please note the following:

1) This is a leased service, and we are not aware of, nor responsible for any contents that exist or do not exist on the server. Because of this fact, we can think of no appropriate action in response to your letter of preservation. We have no direct control, nor management of our customer's data, and so have no power to preserve it without directly contacting our client and arranging to do so.

2) Customer receives no ServInt-managed backup for their service, meaning that we maintain no backups of this server.

3) We are not digital forensics experts, and are unable to extract specific data belonging to a customer from a leased server.

Therefore, we can provide no specific logs, nor let you know whether such logs exist. I can tell you based on experience that the chances of any customer logs existing that are over two years old, in an era when logs are generally held for less than two weeks, are extremely unlikely.

With a subpoena that details the proper scope, ServInt can either provide you with our customer's direct content information so that you can work directly with them to extract the data you require, or we can provide you with a complete copy of their Hard Drive, should a judge be willing to widen a subpoena's scope that far. Do be forewarned that should you subpoena the entire drive you would be subpoenaing multiple websites that fall outside the scope of your case. We have seen examples of lawyers making this mistake and finding all of their subpoenaed data inadmissible in court as a result.

Alternately, you may be able to get a judge to allow you to hire an independent third-party digital forensics expert, who could be given limited authority to extract specifically subpoenaed data, should it still exist, and provide it to you. This is the most costly option you have, but certainly the one that opens your case up to the least risk.

Let us know, as we are always happy to comply with any judge's order, as long as it is within our power to do so. Your four-point request is not something that is within our power to comply with. Assisting a third-party digital forensics team in the extraction of specific data elements, should they exist, is something that we could assist you with as long as we receive a subpoena that outlines such a request.

--

-- Network Abuse
-- ServInt Internet Services