UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOE I and DOE II,                    :
         Plaintiffs,

VS.                                  :     Civil Action No.: 3:07CV00909(CFD)

UNKNOWN INDIVIDUALS,
         Defendants.                 :     MARCH 5, 2008

## MOTION TO SUBSTITUTE NAME OF DEFENDANT

Plantiffs move to substitute the name "Joel Sche1 l hammer" for the defendant currently named "Joel Schellhammer".

The current name is the pseudonym of one of the defendants in the above-captioned matter. *See* Plaintiffs' Am. Compl. at Caption, ¶ 56 (Nov. 9, 2007). But it is also the true name of an innocent third party with no connection to this case. That individual indicates that the use of his name as a pseudonym has resulted in Google linking his name to this case, which, plaintiffs agree with Mr. Sche1 l hammer, is unfortunate and should be avoided if possible since Mr. Sche1 l hammer himself has no connection whatever to this case

Plaintiffs seek to substitute the name of this defendant on all pleadings, such that plaintiffs would re-file the relevant pleadings with the substituted name to avoid further harm to the actual Mr. Sche1 l hammer. Such a substitution does not prejudice the defendants in any way, since it does not change the substance of the plaintiffs' allegations or the actual identities of the defendants - but it would respond the legitimate concerns of the real Mr. Sche1 l hammer.

1

THE PLAINTIFFS

By _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com
Their Attorney

## CERTIFICATION OF SERVICE

The addresses of all the defendants is unknown.

_____
David N. Rosen