**EXHIBIT 1**

\



The most prestigious law school admissions discussion board in the world.

Back ▶Refresh ▶Options

**Notice Re: Case No. 307CV00909 CFD in the District of Conn.**

| Thread | Poster | Date |
|---|---|---|
| Notice Re: Case No. 307CV00909 CFD in the District of Conn. | doelawsuit1 | 01/25/08 |
|   first why cant this guy at least link us? dayum | $potatoe$ | 01/25/08 |
|     Link to what? A file on pacer for which you need an account... | Chicago4Faggots | 01/25/08 |
|       he could scan it and u/l it somewhere--this is supposed to p... | $potatoe$ | 01/25/08 |
|         Rosen didn't do that the first time he posted something like... | Chicago4Faggots | 01/25/08 |
|           doesnt stop me from wanting it :((( | $potatoe$ | 01/25/08 |
|     Leiter is the NGWAG guy. Hilarious. | Uncle Charles | 01/25/08 |
|       There are many of us in the NGWAG brotherhood, but we don't ... | Favre is just a Gunslinger out there! | 01/25/08 |
|         *high five* | --<-{@ | 01/25/08 |
|   lollerskates | 389873426 1 | 01/25/08 |
|   This is NOT a School-Related Thread. HTH. | 1.21 Gigawatts! | 01/25/08 |
|   NIGGER? WHO IS RYAN MARINER???? | WhitePride | 01/25/08 |
| Is this on pacer now? This is why GTO warned xoxo that he... | Chicago4Faggots | 01/25/08 |
| *low whistle* - does 'expedited discovery' refer to getting... | IamOzymandius | 01/25/08 |
|   I can't imagine what else it would mean especially since GTO... | Chicago4Faggots | 01/25/08 |
|     titcr. zero doubt they know that GTO has information on some... | EmoryLaw SON!! | 01/25/08 |
| LOLed IRL. | nyuug | 01/25/08 |
| calling bs until it appears on justicia, or someone provides... | 389873426 1 | 01/25/08 |
|   We'll know one way or another soon enough. | Chicago4Faggots | 01/25/08 |
|   The motion was posted like 2 days ago. | Chicago4Faggots | 01/25/08 |
|     Wouldn't it be on justia by now? Wait you're talking abou... | Chicago4Faggots | 01/25/08 |
| these guys need to take a trip to Nashville and do a little ... | voteforpedro | 01/25/08 |
|   it wouldnt be necessary. GTO and other outed posters (MindTh... | EmoryLaw SON!! | 01/25/08 |
|     I don't think any of them know my real name (at least not di... | sarcaschtick | 01/25/08 |
|   lulz | sarcaschtick | 01/25/08 |
|     Ya its not necessary since they already know about Ryan Mari... | 1.21 Gigawatts! | 01/25/08 |
| /breathes a deep sigh of relief that he isn't involved in th... | Chicago4Faggots | 01/25/08 |
| BLB is covering it: http://www.biglawboard.com/blb/viewThrea... | ....... ..... ... . ............... ... | 01/25/08 |
|   OH FUCK | Chicago4Faggots | 01/25/08 |
|     pwned | Chicago4Faggots | 01/25/08 |
|   Who is Ryan Mariner? | Chicago4Faggots | 01/25/08 |
|     google | Mahendra Singh Dhoni | 01/25/08 |
|     *appears in a cloud of smoke, discusses Pavement* | Uncle Charles | 01/25/08 |
|       LOL OMFG | Med School Reject with a Small Dick | 01/25/08 |
|         OMFG | Chicago4Faggots | 01/25/08 |
|   The distress suffered by the DOES is pretty bad. | 1.21 Gigawatts! | 01/25/08 |
| I hope some of you get your asses nailed to the wall. :D | Chicago4Faggots | 01/25/08 |
|   i m a g i n e | nyuug | 01/25/08 |
|   I agree. It's zero hour time. | Chicago4Faggots | 01/25/08 |
| posting in epic thread | Jesus Catfcuking Christ | 01/25/08 |
| IMAGINE some poor bloke having to read aloud all those fucki... | nyuug | 01/25/08 |
|   "some poor bloke?" You lost a lot of lunch mone... | Gibson | 01/25/08 |

| Thread | Author | Date |
|---|---|---|
| obviously. it will fuck over a bunch of people IN SCHOOL | $potatoe$ | 01/25/08 |
| only for Fordham Law 1Ls (that we know of) | 1.21 Gigawatts! | 01/25/08 |
| posting in a historic thread. LOL. | Med School Reject with a Small Dick | 01/25/08 |
| your kid will have this thread in his torts casebook | fastfouriertransformdood | 01/25/08 |
| Lulz. so true. | Med School Reject with a Small Dick | 01/25/08 |
| unfortunately, your post will be edited out. | Aldous Huxley | 01/25/08 |
| How long till someone emails Lat at ATL and lets him know ab... | Med School Reject with a Small Dick | 01/25/08 |
| Knock it off. Ryan Mariner just shit his pants reading that. | earl irl | 01/25/08 |
| hi Ryan! | Chicago4Faggots | 01/25/08 |
| toasting an epic bread | ————/———— | 01/25/08 |

Post new message in this thread

---

Top  Next  Reply

Date: January 25th, 2008 9:21 AM
Author: doelawsuit1 (*doelawsuit@kvn.com*)
Subject: Notice Re: Case No. 307CV00909 CFD in the District of Conn.

Notice Re: Case No. 307CV00909 CFD in the District of Connecticut

(DOE I, and DOE II, v. Individuals, whose true names are unknown, using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; :D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47)

Defendants in this case are hereby notified that plaintiffs have filed a motion for expedited discovery in the District of Connecticut. The purpose of the motion is to seek discovery that would lead to the identification of the defendants in this case. Plaintiffs have asked for expedited consideration of the motion.

Plaintiffs' attorneys may be contacted through email: doelawsuit@kvn.com.

(http://www.autoadmit.com/thread.php?thread_id=753114&forum_id=2#9219520)

---

Top  Previous  Next  Reply

Date: January 25th, 2008 9:22 AM
Author: $potatoe$

first

why cant this guy at least link us? dayum

(http://www.autoadmit.com/thread.php?thread_id=753114&forum_id=2#9219523)