## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on April 18, 2008, to:

| | |
|---|---|
| Marc Randazza, Esq.<br>Weston, Garrou, DeWitt & Walters<br>781 Douglas Ave.<br>Altamonte Springs, FL 32714 | *Attorney for Anthony Ciolli* |
| Leighton Cohen, Esq.<br>465 West Linden Street<br>Allentown, PA  18102 | *Attorney for Jarret Cohen* |

In addition, a copy of the foregoing was sent via email on April 18, 2008, to:

| | |
|---|---|
| [Redacted] | *Defendant AK47* |

_____

                                                             \_\_\_\_*/s/ Steve Mitra*_____
                                                                 Steve Mitra