**TOTAL TIME:** 2 hours 10 minutes    **DEPUTY CLERK** Deio    **HONORABLE** Droney    Civil (April 12, 2004)

**RPTR/ERO/TAPE** Marshall

**DATE** May 5, 2008    **START TIME** 10:00    **END TIME** 12:10

**LUNCH RECESS FROM** ___ **TO** ___

**RECESS FROM** ___ **TO** ___ (if more than 1/2 hour)

Doe, et al    **CIVIL NO.** 07CV909 (CFD)

vs.

Ciolli, et al

Rosen — Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Williams — Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

☒ #25 — Motion to Quash — ☐ granted ☐ denied ☒ advisement
☒ #28 — Motion to proceed in fictitious name — ☐ granted ☐ denied ☒ advisement

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

___ Hearing continued until ___ at ___