**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909 (CFD) |
|     Plaintiffs, | |
| v. | |
| Individuals, whose true names are unknown, | |
|     Defendants. | |

## NOTICE OF CHANGE IN COUNSEL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Steve Mitra and Dorothy McLaughlin are no longer associated with the firm of Keker & Van Nest, LLP, attorneys of record for Plaintiffs. Accordingly, it is requested that the Court remove Mr. Mitra and Ms. McLaughlin from the ECF notification list.

Dated: May 19, 2008                                   THE PLAINTIFFS


By    /s/ Ashok Ramani
    Ashok Ramani
    Mark Lemley
    Keker & Van Nest LLP
    710 Sansome Street
    San Francisco, CA 94111
    Admitted Pro Hac Vice
    Email:    aramani@kvn.com
                mlemley@kvn.com
    - and -
    David N. Rosen
    400 Orange Street
    New Haven, Connecticut 06511
    (203) 787-3513
    CT00196
    E-mail: drosen@davidrosenlaw.com

    Their Attorneys

## CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By  /s/ Ashok Ramani
ASHOK RAMANI