UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------X
DOE I, and DOE II,

                Plaintiffs            Case No.: **3:07cv00909 (CFD)**

        vs.

Individuals, whose true names are unknown,
using the following pseudonyms;
pauliewalnuts; neoprag; STANFORDtroll; D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus, Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;
playboytroll; Dean_Harold-Koh; kr0nz;
reminderdood; r@ygold; who is; Joel
Schellhammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
<patrick8765@hotmail.com>; Patrick Bateman
<batemanhls08@hotmail.com; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf;       AUGUST 8, 2008
t14 gunner; kibitzer; yalels2009; AK47,

            Defendants.
----------------------------------------------------------X

## APPEARANCE

     Please enter the appearance of the undersigned in the above-captioned matter on behalf of

the Defendant, A Horse Walks into a Bar.

                     DEFENDANT,
                     A HORSE WALKS INTO A BAR

            By:

                     Charles E. Vermette, Jr., Esq. [ct07434]
                     LITCHFIELD CAVO LLP
                     40 Tower Lane, Suite 200
                     Avon, CT 06001
                     (860) 255-5577
                     (860) 255-5566 (Fax)
                     vermette@litchfieldcavo.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was filed with the Court this 8th

day of August, 2008 and was served by mail to anyone unable to accept electronic filing.  Notice

of this filing will be sent by email to all parties of record, by operation of the Court's electronic

filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this

filing through the Court's system.

Charles E. Vermette, Jr.