UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

DOE I, and DOE II,

           Case No.: **3:07cv00909 (CFD)**

     Plaintiffs

  vs.

Individuals, whose true names are unknown,
using the following pseudonyms;
pauliewalnuts; neoprag; STANFORDtroll; D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus, Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;  AUGUST 8, 2008
playboytroll; Dean_Harold-Koh; kr0nz;
reminderdood; r@ygold; who is; Joel
Schellhammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
<patrick8765@hotmail.com>; Patrick Bateman
<batemanhls08@hotmail.com; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf;
t14 gunner; kibitzer; yalels2009; AK47,

     Defendants.

-----------------------------------------------------------X

## MOTION TO ADMIT W. ANTHONY COLLINS, JR. *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned, a member in good standing of the Bar of

the District of Connecticut, on behalf of Defendant, A horse walks into a bar ("Horse"), hereby

makes application to the Court to admit W. Anthony Collins, Jr. of Hoppe, Collins & Ojeda,

LLC to appear before this Court to participate in all proceedings in connection with the above-captioned action.

In support of this Motion, Plaintiff represents that:

1.  W. Anthony Collins, Jr. is a partner with the firm Hoppe, Collins & Ojeda, LLC, 2018 Powers Ferry Road, Suite 800, Atlanta, Georgia 30339, telephone number (678) 370-0084. His email address is: Collins@hcolegal.com.

2.  W. Anthony Collins, Jr. is a member in good standing of the Bar of the State of Georgia (admitted 2004),

3.  Good cause exists for W. Anthony Collins, Jr.'s admission in this matter *pro hac vice* on behalf of Horse, due to his experience with similar matters and his attorney-client relationship with Horse.

4.  W. Anthony Collins, Jr. has never been reprimanded, suspended, placed on inactive status, or disbarred and he has never resigned from the practice of law; there are no grievances or disciplinary proceedings pending against W. Anthony Collins, Jr. in any jurisdiction.

5.  W. Anthony Collins, Jr. has never been denied admission or disciplined by this Court or any other Court.

6.  W. Anthony Collins, Jr., has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The undersigned represents that he is a member in good standing of this Court, and that he or another attorney from Litchfield Cavo, LLP will be present at all proceedings, will sign all pleadings, briefs and other papers filed with the Court, and will assume full responsibility for

them and for the conduct of the cause and of the attorney to whom such privilege of appearing in this matter *pro hac vice* is accorded.

WHEREFORE, the undersigned respectfully requests that this Application to Admit W. Anthony Collins *pro hac vice* be granted.

DEFENDANT,
A HORSE WALKS INTO A BAR

By: _____

Charles E. Vermette, Jr., Esq. [ct07434]
LITCHFIELD CAVO LLP
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 (Fax)
vermette@litchfieldcavo.com

ORDER

The foregoing motion, having been heard by the Court and for good cause shown, is hereby ordered:

[   ] GRANTED                    [   ] DENIED

BY THE COURT

_____

Judge / Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Admit W. Anthony Collins, Jr.

*Pro Hac Vice* was mailed this 8th day of July, 2008, to:

Mark Lemley
Ashok Ramani
Steve Mitra
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

David N. Rosen
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511

_____
Charles E. Vermette, Jr.

---------------------------------------------------------X

DOE I, and DOE II,

                  Case No.: **3:07cv00909 (CFD)**

            Plaintiffs

      vs.

Individuals, whose true names are unknown,
using the following pseudonyms;
pauliewalnuts; neoprag; STANFORDtroll; D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus, Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;
playboytroll; Dean_Harold-Koh; kr0nz;
reminderdood; r@ygold; who is; Joel
Schellhammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
<patrick8765@hotmail.com>; Patrick Bateman   AUGUST **, 2008
<batemanhls08@hotmail.com; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf;
t14 gunner; kibitzer; yalels2009; AK47,

            Defendants.

---------------------------------------------------------X


## AFFIDAVIT OF W. ANTHONY COLLINS, JR.

    Before the undersigned, a notary public acting within and for the State of Georgia

appeared W. Anthony Collins, Jr., who stated the following under oath:

    1.    I am a partner with the firm of Hoppe, Collins & Ojeda, LLC, telephone number

(678) 370-0084.  My email address is: Collins@hcolegal.com.

2.      I am a member in good standing of the Bar of the State of Georgia (admitted 2004),

3.      I hereby apply to be permitted to appear and participate in the above-captioned case on behalf of Defendant, A horse walks into a bar ("Horse") a.k.a. Ryan Mariner.

4.      I have never been denied admission, disciplined or suspended by the bar of any state or by any court.

5.      I have read and am familiar with the Rules of the United State District Court for the District of Connecticut.


_____
W. Anthony Collins, Jr.

SUBSCRIBED AND SWORN to before me this _____ day of August, 2008.


_____
NOTARY PUBLIC

My commission expires: _9-27-11_