UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
DOE I, and DOE II,

                    Plaintiffs

      vs.

Individuals, whose true names are unknown,
using the following pseudonyms;
pauliewalnuts; neoprag; STANFORDtroll; D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus, Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;
playboytroll; Dean_Harold-Koh; kr0nz;
reminderdood; r@ygold; who is; Joel
Schellhammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
&lt;patrick8765@hotmail.com&gt;; Patrick Bateman
&lt;batemanhls08@hotmail.com; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf;
t14 gunner; kibitzer; yalels2009; AK47,

                    Defendants.
-------------------------------------------------------X

Case No.: **3:07cv00909 (CFD)**

AUGUST 8, 2008

## **MOTION TO ADMIT DANIEL J HOPPE, JR. *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), the undersigned, a member in good standing of the Bar of the District of Connecticut, on behalf of Defendant, A horse walks into a bar ("Horse"), hereby makes application to the Court to admit Daniel J. Hoppe, Jr. of Hoppe, Collins & Ojeda, LLC to

appear before this Court to participate in all proceedings in connection with the above-captioned action.

In support of this Motion, Plaintiff represents that:

1. Daniel J. Hoppe, Jr. is a partner with the firm Hoppe, Collins & Ojeda, LLC, 2018 Powers Ferry Road, Suite 800, Atlanta, Georgia 30339, telephone number (678) 370-0084. His email address is: Hoppe@hcolegal.com.

2. Daniel J. Hoppe, Jr. is a member in good standing of the Bar of the State of Virginia (admitted 1999) and Georgia(admitted 2002),

3. Good cause exists for Daniel J. Hoppe, Jr's admission in this matter *pro hac vice* on behalf of Horse, due to his experience with similar matters and his attorney-client relationship with Horse.

4. Daniel J. Hoppe, Jr. has never been reprimanded, suspended, placed on inactive status, or disbarred and he has never resigned from the practice of law; there are no grievances or disciplinary proceedings pending against Daniel J. Hoppe, Jr. in any jurisdiction.

5. Daniel J. Hoppe, Jr. has never been denied admission or disciplined by this Court or any other Court.

6. Daniel J. Hoppe, Jr, has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The undersigned represents that he is a member in good standing of this Court, and that he or another attorney from Litchfield Cavo, LLP will be present at all proceedings, will sign all pleadings, briefs and other papers filed with the Court, and will assume full responsibility for

them and for the conduct of the cause and of the attorney to whom such privilege of appearing in this matter *pro hac vice* is accorded.

WHEREFORE, the undersigned respectfully requests that this Application to Admit Daniel J. Hoppe *pro hac vice* be granted.

>DEFENDANT,
>A HORSE WALKS INTO A BAR
>
>By: _____
>Charles E. Vermette, Jr., Esq. [ct07434]
>LITCHFIELD CAVO LLP
>40 Tower Lane, Suite 200
>Avon, CT 06001
>(860) 255-5577
>(860) 255-5566 (Fax)
>vermette@litchfieldcavo.com

# CERTIFICATION

This is to certify that a copy of the foregoing Motion to Admit Daniel J. Hoppe. *Pro Hac Vice* was mailed this 8th day of August, 2008, to:

Mark Lemley
Ashok Ramani
Steve Mitra
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

David N. Rosen
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511

_____
Charles E. Vermette, Jr.

ORDER

The foregoing motion, having been heard by the Court and for good cause shown, is hereby ordered:

        [ ] GRANTED        [ ] DENIED

BY THE COURT

_____
Judge / Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
DOE I, and DOE II,

              Case No.: **3:07cv00909 (CFD)**

   Plaintiffs

  vs.

Individuals, whose true names are unknown, using the following pseudonyms; pauliewalnuts; neoprag; STANFORDtroll; D; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus, Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold-Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke &lt;patrick8765@hotmail.com&gt;; Patrick Bateman  AUGUST **, 2008
&lt;batemanhls08@hotmail.com; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47,

   Defendants.
---------------------------------------------------------X

## **AFFIDAVIT OF DANIEL J HOPPE JR**

Before the undersigned, a notary public acting within and for the State of Georgia appeared Daniel J. Hoppe, Jr. who stated the following under oath:

1. I am a partner with the firm of Hoppe, Collins & Ojeda, LLC, telephone number (678) 370-0071. My email address is: Hoppe@hcolegal.com.

2. I am a member in good standing of the Bar of the States of Virginia (admitted 1999) and Georgia (admitted 2002),

3. I hereby apply to be permitted to appear and participate in the above-captioned case on behalf of Defendant, A horse walks into a bar ("Horse") a.k.a. Ryan Mariner.

4. I have never been denied admission, disciplined or suspended by the bar of any state or by any court.

5. I have read and am familiar with the Rules of the United State District Court for the District of Connecticut.

_____
Daniel J. Hoppe, Jr

SUBSCRIBED AND SWORN to before me this 6th day of August, 2008.

_____
NOTARY PUBLIC

My commission expires: 4-27-11

[Notary Seal: JOHN FOX, NOTARY, MY COMM. EXP. APRIL 27, 2011, COBB COUNTY, GEORGIA, PUBLIC]