UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
DOE I, and DOE II,

          Plaintiffs

vs.

Individuals, whose true names are unknown,
using the following pseudonyms;
pauliewalnuts; neoprag; STANFORDtroll; D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus, Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;
playboytroll; Dean_Harold-Koh; kr0nz;
reminderdood; r@ygold; who is; Joel
Schellhammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
<patrick8765@hotmail.com>; Patrick Bateman
<batemanhls08@hotmail.com; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf;
t14 gunner; kibitzer; yalels2009; AK47,

          Defendants.
-------------------------------------------------------X

Case No.: **3:07cv00909 (CFD)**

AUGUST 15, 2008

## MOTION TO ADMIT ORLANDO P. OJEDA, JR. *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), the undersigned, a member in good standing of the Bar of the District of Connecticut, on behalf of Defendant, A horse walks into a bar ("Horse"), hereby makes application to the Court to admit Orlando P. Ojeda, Jr. of Hoppe, Collins & Ojeda, LLC to

appear before this Court to participate in all proceedings in connection with the above-captioned action.

In support of this Motion, Plaintiff represents that:

1. Orlando P. Ojeda, Jr. is a partner with the firm Hoppe, Collins & Ojeda, LLC, 1827 Powers Ferry Road SE, Building 7, Suite 350, Atlanta, Georgia 30339, telephone number (678) 370-0068. His email address is: Ojeda@hcolegal.com.

2. Orlando P. Ojeda, Jr. is a member in good standing of the Bar of the States of Florida (admitted 2005) and Georgia (admitted 2006),

3. Good cause exists for Orlando P. Ojeda, Jr.'s admission in this matter *pro hac vice* on behalf of Horse, due to his experience with similar matters and his attorney-client relationship with Horse.

4. Orlando P. Ojeda, Jr. has never been reprimanded, suspended, placed on inactive status, or disbarred and he has never resigned from the practice of law; there are no grievances or disciplinary proceedings pending against Orlando P. Ojeda, Jr. in any jurisdiction.

5. Orlando P. Ojeda, Jr. has never been denied admission or disciplined by this Court or any other Court.

6. Orlando P. Ojeda, Jr., has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The undersigned represents that he is a member in good standing of this Court, and that he or another attorney from Litchfield Cavo, LLP will be present at all proceedings, will sign all pleadings, briefs and other papers filed with the Court, and will assume full responsibility for

them and for the conduct of the cause and of the attorney to whom such privilege of appearing in this matter *pro hac vice* is accorded.

WHEREFORE, the undersigned respectfully requests that this Application to Admit Orlando P. Ojeda, Jr. *pro hac vice* be granted.

DEFENDANT,
A HORSE WALKS INTO A BAR

By: _____
Charles E. Vermette, Jr., Esq. [ct07434]
LITCHFIELD CAVO LLP
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 (Fax)
vermette@litchfieldcavo.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Admit Orlando P. Ojeda, Jr. *Pro Hac Vice* was mailed this 15th day of August, 2008, to:

Mark Lemley
Ashok Ramani
Steve Mitra
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111

David N. Rosen
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511

_____
Charles E. Vermette, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
DOE I, and DOE II,

                              Plaintiffs

vs.

Individuals, whose true names are unknown,
using the following pseudonyms;
pauliewalnuts; neoprag; STANFORDtroll; D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus, Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;
playboytroll; Dean_Harold-Koh; kr0nz;
reminderdood; r@ygold; who is; Joel
Schellhammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
<patrick8765@hotmail.com>; Patrick Bateman
<batemanhls08@hotmail.com; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf;
t14 gunner; kibitzer; yalels2009; AK47,

                              Defendants.
-------------------------------------------------------X

Case No.: **3:07cv00909 (CFD)**

AUGUST **, 2008

## **AFFIDAVIT OF ORLANDO P. OJEDA, JR**

Before the undersigned, a notary public acting within and for the State of Georgia

appeared Orlando P. Ojeda, Jr. who stated the following under oath:

1.    I am a partner with the firm of Hoppe, Collins & Ojeda, LLC, telephone number

(678) 370-0068. My email address is: Ojeda@hcolegal.com.

2. I am a member in good standing of the Bar of the States of Florida (admitted 2005) and Georgia (admitted 2006),

3. I hereby apply to be permitted to appear and participate in the above-captioned case on behalf of Defendant, A horse walks into a bar ("Horse") a.k.a. Ryan Mariner.

4. I have never been denied admission, disciplined or suspended by the bar of any state or by any court.

5. I have read and am familiar with the Rules of the United State District Court for the District of Connecticut.

_____
Orlando P. Ojeda, Jr

SUBSCRIBED AND SWORN to before me this 13th day of August, 2008.

_____
NOTARY PUBLIC

My commission expires: 4-27-11