## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT


DOE I and DOE II,                                    Case No. 3:07CV00909 (CFD)

        Plaintiffs,

v.                                                   August 29, 2008

Unknown Individuals,

        Defendants.


**JOINT MOTION FOR EXTENSION OF TIME TO FILE AND SERVE OPPOSITION TO DEFENDANT A HORSE WALKS INTO A BAR'S, A.K.A., RYAN MARINER'S, MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OR IN THE ALTERNATIVE TO DISMISS FOR FAILURE TO PROSECUTE PURSUANT TO RULES 4 AND 41**

Plaintiffs DOE I and DOE II and Defendant A Horse Walks Into A Bar, a.k.a. Ryan Mariner ("Mariner), move the Court to allow Plaintiffs an additional seven (7) calendar days, until September 10, 2008, to file and serve their Opposition to Mariner's Motion to Dismiss Pursuant to Rule 12(b)(6) or in the Alternative to Dismiss for Failure to Prosecute Pursuant to Rules 4 and 41 ("Mariner's Motion to Dismiss").  As per Local Rule 7, Plaintiffs' Opposition is due on September 3, 2008.  Mariner agrees to extending the time for Plaintiffs to file and serve their Opposition to September 10, 2008.  This Court has not previously granted Plaintiffs an extension of time to file and serve their Opposition to Mariner's Motion to Dismiss.  The basis of this motion is as follows:

1.      The parties are currently in discussions to resolve Plaintiffs' claims against Mariner.  The parties need additional time to complete their discussions before the date on which Plaintiffs would need to file their Opposition to Mariner's Motion to Dismiss.  Thus, in the interest of judicial economy and to permit sufficient time for the discussions to proceed, the parties seek to extend the due date for Plaintiffs' Opposition to Mariner's Motion to Dismiss.

Dockets.Justia.com

Dated: September 2, 2008

PLAINTIFFS DOE I AND
DOE II

By:   */s/ Ashok Ramani*
Mark Lemley (*pro hac vice*)
Ashok Ramani (*pro hac vice*)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email:   MLemley@kvn.com
              ARamani@kvn.com

David N. Rosen
David Rosen & Associates PC
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Facsimile: (203) 789-1605
Email: drosen@davidrosenlaw.com

Dated: September 2, 2008

DEFENDANT A HORSE WALKS INTO
A BAR A.K.A. RYAN MARINER

By:   */s/W. Anthony Collins*
W. Anthony Collins Jr. (*pro hac vice*)
Hoppe, Collins & Ojeda, LLC
1827 Powers Ferry Road SE
Building 7, Suite 350
Atlanta, GA  30339
Phone: (678) 370-0084
Fax: (404) 745-8245
Email: collins@hcolegal.com