## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DOE I and DOE II,　　　　　　　　　　　Case No. 3:07CV00909 (CFD)

　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　September 2, 2008

Unknown Individuals,

　　　　　Defendants.

## CERTIFICATION OF SERVICE

# CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on September 2, 2008, to:

| James A. Newsom<br>MUNISTERI SPROTT RIGBY NEWSOM<br>AND ROBBINS, P.C.<br>3323 Richmond Avenue<br>Houston, TX 77098 | *Attorney for Defendant Matthew C. Ryan a.k.a ":D"* |

In addition, a copy of the foregoing was sent via email on September 2, 2008, to:

| ak47litigation@hotmail.com | *Defendant AK47* |
| [Redacted] | *Defendant Whamo* |

/s/ Rose Darling
Rose Darling