UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II,<br>    Plaintiffs<br><br>V.<br><br>MATHEW C. RYAN, aka ":D" and individuals using the following pseudonyms; pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdocder; Hl; David Carr, vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [Doe I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47<br>    Defendants | :<br><br><br><br><br><br><br><br><br><br>:<br><br><br><br><br>:<br><br><br><br><br><br>CIVIL ACTION NO.<br>307CV00909 CFD<br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 2, 2008 |

## APPEARANCE

Please enter my appearance on behalf of the defendant, Mathew C. Ryan, in the above-captioned action.

THE DEFENDANT:
MATHEW C. RYAN

By /s/ Susan O'Donnell
SUSAN O'DONNELL
HALLORAN & SAGE LLP
Fed. Bar #ct 07539
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Dockets.Justia.com

## **CERTIFICATION**

This is to certify that on this 2nd day of September, 2008, I hereby mailed a copy of the foregoing to:

Mark Lemley, Esq.
Ashok Ramani, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

David N. Rosen, Esq.
David Rosen & Associates PC
400 Orange Street
New Haven, CT 06511

*Susan O'Donnell*
SUSAN O'DONNELL

One Goodwin Square
225 Asylum Street
Hartford, CT 06103
1246063v.1

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105