UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOE I, and DOE II,<br>        Plaintiffs | : | CIVIL ACTION NO.<br>3:07cv00909 CFD |
| V. | | |
| MATHEW C. RYAN, aka %D+and individuals<br>using the following pseudonyms; pauliewalnuts;<br>neoprag; STANFORDtroll; lkjhgf; yalelaw;<br>Spanky; ylsdocder; HI; David Carr, vincimus;<br>Cheese Eating Surrender Monkey; A horse walks<br>into a bar; The Ayatollah of Rock-n-Rollah;<br>DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly<br>Women; playboytroll; Dean_Harold_Koh; kr0nz;<br>reminderdood; r@ygold; who is; Joel<br>Schellhammer; Prof. Brian Leiter;<br>hitlerhitlerhitler; lonelyvirgin; Patrick Zeke<br><patrick8765@hotmail.com>; Patrick Bateman<br><batemanhls08@hotmail.com>; [Doe I] got a<br>157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14<br>gunner; kibitzer; yalels2009; AK47<br>        Defendants | : | SEPTEMBER  8, 2008 |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, MATHEW C. RYAN, moves for an extension of time to answer, move

or otherwise plead in response to the Amended Complaint in this matter.  In particular,

defendant requests an extension of 30 days until October 8, 2008.

The defendant requests an extension until October 8, 2008 to file his responsive

pleading whether by answer or motion.  Defense counsel has recently been retained to

represent the defendant Matthew Ryan in the above matter and needs time to

familiarize themselves with the issues in this case.  In addition, the defendant is located

out of state, and gathering the necessary information will be time consuming.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dockets.Justia.com

Counsel for defendant has contacted counsel for plaintiff's counsel, David Rosen. Attorney Rosen has consented to this extension.

This is the first request for an extension of time to answer, move or otherwise plead filed by the defendant in this action.

WHEREFORE, it is respectfully requested that the court grant this extension of time to answer, move or otherwise plead.

Respectfully submitted,

THE DEFENDANT:
MATHEW C. RYAN

By_____/S/_____
    SUSAN O'DONNELL
    HALLORAN & SAGE LLP
    Fed. Bar #ct 07539
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 8th day of September, 2008, I hereby mailed a copy of the foregoing to:

Mark Lemley, Esq.
Ashok Ramani, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

David N. Rosen, Esq.
David Rosen & Associates, PC
400 Orange Street
New Haven, CT 06511

_____/s/_____
Susan O'Donnell

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105