UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOE I, and DOE II, | : | CIVIL ACTION NO. |
| Plaintiffs | | 3:07cv00909 CFD |
| V. | | |
| MATHEW C. RYAN, aka %D+ and individuals using the following pseudonyms; pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdocder; HI; David Carr, vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [Doe I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | : | OCTOBER 2, 2008 |
| Defendants | | |

### SECOND MOTION FOR ENLARGEMENT OF TIME

Defendant, MATHEW C. RYAN, moves for an additional extension of time to answer, move or otherwise plead in response to the Amended Complaint in this matter. In particular, defendant requests an extension until November 7, 2008, 30 days beyond the current pleading date of October 8, 2008.

The defendant requests this second extension until November 7, 2008 to file his responsive pleading by way of answer or motion. Defense counsel has been in recent

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

communications with plaintiff's counsel regarding settlement.  In addition, given the complex issues involved in this case gathering the necessary information to file a responsive motion or pleading will be time-consuming.

Counsel for defendant has contacted plaintiff's counsel, Ashok Ramani.  Attorney Ramani has consented to this extension.

This is the second request for an extension of time to answer, move or otherwise plead filed by the defendant in this action.

WHEREFORE, it is respectfully requested that the court grant this extension of time to answer, move or otherwise plead.

>Respectfully submitted,
>
>THE DEFENDANT:
>MATHEW C. RYAN
>
>By_____/s/_____
>  SUSAN O'DONNELL
>  HALLORAN & SAGE LLP
>  Fed. Bar #ct 07539
>  One Goodwin Square
>  225 Asylum Street
>  Hartford, CT  06103
>  (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

I hereby certify that on the 2nd day of October, 2008, a copy of the foregoing Second Motion for Enlargement of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Ashok Ramani, Esq.
Mark Lemley, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

David N. Rosen, Esq.
David Rosen & Associates, PC
400 Orange Street
New Haven, CT 06511

/s/
Susan O'Donnell

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105