UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909 (CFD) |
| Plaintiffs, | |
| v. | October 16, 2008 |
| Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z;  Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Sche11hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | |
| Defendants. | |

### NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL
### OF ACTION AGAINST DEFENDANT "WHAMO"

Pursuant to Fed. R. Civ. P. 41(a)(1) and Civil Local Rule 42, Plaintiffs DOE I and DOE II hereby notify the Court that this case has settled against Defendant "Whamo" and request this Court to enter an order dismissing the case against "Whamo" with prejudice, with all parties to bear their own costs.

Dated: October 16, 2008                    PLAINTIFFS DOE I AND
                                           DOE II


                                     By:   /s/ Ashok Ramani
                                           Mark Lemley (*pro hac vice*)
                                           Ashok Ramani (*pro hac vice*)
                                           KEKER & VAN NEST, LLP
                                           710 Sansome Street
                                           San Francisco, CA 94111
                                           Telephone: (415) 391-5400
                                           Facsimile: (415) 397-7188
                                           Email: MLemley@kvn.com
                                                  ARamani@kvn.com


                                           David N. Rosen
                                           David Rosen & Associates PC
                                           400 Orange Street
                                           New Haven, CT 06511
                                           Telephone: (203) 787-3513
                                           Facsimile: (203) 789-1605
                                           Email: drosen@davidrosenlaw.com

# CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on October 16, 2008, to:

| | |
|---|---|
| Charles E. Vermette, Jr.<br>LITCHFIELD CAVO LLP<br>40 Tower Lane, Suite 200<br>Avon, CT 06001<br><br>W. Anthony Collins Jr.<br>Hoppe, Collins & Ojeda, LLC<br>1827 Powers Ferry Road SE<br>Building 7, Suite 350<br>Atlanta, GA 30339 | *Attorneys for Defendant A Horse Walks Into a Bar* |
| James A. Newsom<br>MUNISTERI SPROTT RIGBY NEWSOM<br>AND ROBBINS, P.C.<br>3323 Richmond Avenue<br>Houston, TX 77098<br><br>Susan O'Donnell, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>Hartford, CT 06103-4303 | *Attorneys for Defendant Matthew C. Ryan* |

                                                                         */s/ Rose Darling*