UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II,<br>  Plaintiffs | CIVIL ACTION NO.<br>307CV00909 CFD |
| V. | |
| ANTHONY CIOLLI, ET AL.<br>  Defendants | NOVEMBER 6, 2008 |

## AFFIDAVIT OF JOSEPH G. FORTNER, JR.

STATE OF CONNECTICUT  :
          : ss.
COUNTY OF HARTFORD   :

Joseph G. Fortner, Jr. being duly sworn deposes and says:

1. I am a member of the firm of Halloran & Sage LLP, attorneys for defendant Mathew Ryan in the above-captioned matter.

2. Attached hereto as Exhibit A is a copy of the Second Amended Complaint in this action.

_____
Joseph G. Fortner, Jr.

Sworn to before me this __6__ day
of November 2008

_____
Notary Public- Commissioner of the Superior Court

## CERTIFICATION

This is to certify that on this 6th day of November 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph G. Fortner, Jr.

1326088v 1