| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909 (CFD) |
| Plaintiffs, | |
| v. | November 17, 2008 |
| Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Sche11hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | |
| Defendants. | |

## NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL
## OF ACTION AGAINST DEFENDANT "VINCIMUS"

Pursuant to Fed. R. Civ. P. 41(a)(1) and Civil Local Rule 42, Plaintiffs DOE I and DOE II hereby notify the Court that this case has settled against Defendant "vincimus" and request this Court to enter an order dismissing the case against "vincimus" with prejudice, with all parties to bear their own costs.

Dated: November 17, 2008                    PLAINTIFFS DOE I AND
                                            DOE II


                                    By:    */s/ Ashok Ramani*
                                            Mark Lemley (*pro hac vice*)
                                            Ashok Ramani (*pro hac vice*)
                                            KEKER & VAN NEST, LLP
                                            710 Sansome Street
                                            San Francisco, CA 94111
                                            Telephone: (415) 391-5400
                                            Facsimile:  (415) 397-7188
                                            Email:  MLemley@kvn.com
                                                       ARamani@kvn.com


                                            David N. Rosen
                                            David Rosen & Associates PC
                                            400 Orange Street
                                            New Haven, CT 06511
                                            Telephone: (203) 787-3513
                                            Facsimile: (203) 789-1605
                                            Email: drosen@davidrosenlaw.com

# **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on November 17, 2008, to:

| | |
|---|---|
| Charles E. Vermette, Jr.<br>LITCHFIELD CAVO LLP<br>40 Tower Lane, Suite 200<br>Avon, CT 06001<br><br>W. Anthony Collins Jr.<br>Hoppe, Collins & Ojeda, LLC<br>1827 Powers Ferry Road SE<br>Building 7, Suite 350<br>Atlanta, GA  30339 | *Attorneys for Defendant A Horse Walks Into a Bar* |
| James A. Newsom<br>MUNISTERI SPROTT RIGBY NEWSOM AND ROBBINS, P.C.<br>3323 Richmond Avenue<br>Houston, TX 77098<br><br>Susan O'Donnell, Esq.<br>Halloran & Sage  LLP<br>One Goodwin Square<br>Hartford, CT 06103-4303 | *Attorneys for Defendant Matthew C. Ryan* |

and via Facsimile on November 17, 2008 to:

| | |
|---|---|
| Norman A. Pattis<br>Law Offices of Norman A. Pattis, LLC<br>649 Amity Road<br>P.O. Box 280<br>Bethany, CT   06524<br>(203) 393-9746 - fax | *Attorneys for Defendant "vincimus"* |

                ____*/s/ Rose Darling*_____