UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
DOE I, and DOE II,

                Plaintiffs

        vs.

Individuals, whose true names are unknown,
using the following pseudonyms;
pauliewalnuts; neoprag; STANFORDtroll; D;
lkjhgf; yalelaw; Spanky; ylsdooder; HI; David
Carr; vincimus, Cheese Eating Surrender
Monkey; A horse walks into a bar; The
Ayatollah of Rock-n-Rollah; DRACULA;
Sleazy Z; Whamo; Ari Gold; Ugly Women;
playboytroll; Dean_Harold-Koh; kr0nz;
reminderdood; r@ygold; who is; Joel
Schellhammer; Prof. Brian Leiter;
hitlerhitlerhitler; lonelyvirgin; Patrick Zeke
&lt;patrick8765@hotmail.com&gt;; Patrick Bateman
&lt;batemanhls08@hotmail.com; [DOE I] got a
157 LSAT; azn, azn, azn; Dirty Nigger; leaf;
t14 gunner; kibitzer; yalels2009; AK47,

                Defendants.
---------------------------------------------------------X

Case No.: **3:07cv00909 (CFD)**

November 21, 2008

## **DEFENDANT HORSE WALKS INTO A BAR'S STATUS REPORT**

Defendant, A horse walks into a bar ("Horse"), hereby files his status report in the above-captioned action, and states as follows:

1.     On August 13, 2008, Defendant Horse filed his Motion to Dismiss Pursuant to Rule 12(B)(6) or in the alternative for failure to prosecute. On September 10, 2008, Plaintiffs

filed their Memorandum in Opposition to Defendant Horse's Motion to Dismiss Pursuant to Rule 12(B)(6) or in the alternative for failure to prosecute reply/objection.

2. Currently Defendant Horse and Plaintiffs are in active and productive settlement negotiations, and the parties are prepared to conduct a 26(F) conference the first week of December 2008, if necessary.

          DEFENDANT,
          A HORSE WALKS INTO A BAR

By: /s/
    Charles E. Vermette, Jr., Esq. [ct07434]
    LITCHFIELD CAVO LLP
    40 Tower Lane, Suite 200
    Avon, CT 06001
    (860) 255-5577
    (860) 255-5566 (Fax)
    vermette@litchfieldcavo.com

By: /s/
    Daniel J. Hoppe, Jr. (*pro hac vice*)
    W. Anthony Collins, Jr. (*pro hac vice*)
    Orlando P. Ojeda, Jr. (*pro hac vice*)
    HOPPE, COLLINS & OJEDA, LLC
    1827 Powers Ferry Road SE
    Suite 7-350
    Atlanta, Georgia 30339
    hoppe@hcolegal.com
    collins@hcolegal.com
    ojeda@hcolegal.com
    (678) 370-0095 (phone)
    (678) 627-0009 (facsimile)

## CERTIFICATION OF SERVICE

I hereby certify that on November 21, 2008, a copy of the foregoing Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Charles E. Vermette, Jr., Esq.