UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOE I, and DOE II,

    Plaintiffs,

v.

Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Whamo; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Schellhammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47,

    Defendants.

Case No. 3:07CV00909 (CFD)

November 21, 2008

## PLAINTIFFS' STATUS REPORT

Plaintiffs submit this status report pursuant to the Court's November 7, 2008 order. Following the Court's order granting Plaintiffs' motion for expedited discovery, Plaintiffs conducted extensive discovery regarding the identities of the anonymous defendants in this case. Through this discovery, Plaintiffs have successfully identified a number of the anonymous defendants. Plaintiffs have engaged in settlement negotiations with several of these defendants. As a result of these negotiations, Plaintiffs have settled their claims against Defendants "vincimus" and "Whamo" and are currently engaged in further settlement negotiations with other defendants.

Currently pending before the Court are motions to dismiss by Defendants Ryan Mariner

and Matthew Ryan. Plaintiffs opposed Defendant Mariner's motion on September 10, 2008. Plaintiffs intend to file their opposition to Defendant Ryan's brief on or before December 1, 2008. Plaintiffs' counsel have been in contact with counsel for Defendants Ryan and Mariner and plan to conduct a telephonic Rule 26(f) conference in early December.

Dated: November 21, 2008

PLAINTIFFS DOE I AND DOE II

By: /s/ Mark Lemley
Mark Lemley (*pro hac vice*)
Ashok Ramani (*pro hac vice*)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: ................................................

................................................

David N. Rosen
David Rosen & Associates PC
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Facsimile: (203) 789-1605
Email: drosen@davidrosenlaw.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on November 21, 2008, to:

| | |
|---|---|
| James A. Newsom<br>MUNISTERI SPROTT RIGBY NEWSOM AND ROBBINS, P.C.<br>3323 Richmond Avenue<br>Houston, TX 77098<br><br>Susan O'Donnell, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>Hartford, CT 06103-4303 | *Attorneys for Defendant Matthew C. Ryan* |
| Charles E. Vermette, Jr.<br>LITCHFIELD CAVO LLP<br>40 Tower Lane, Suite 200<br>Avon, CT 06001<br><br>W. Anthony Collins Jr.<br>Hoppe, Collins & Ojeda, LLC<br>1827 Powers Ferry Road SE<br>Building 7, Suite 350<br>Atlanta, GA 30339 | *Attorneys for Defendant Ryan Mariner* |

*[signature]*