UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909 (CFD) |
| Plaintiffs, | |
| v. | November 25, 2008 |
| Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Sche11hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | |
| Defendants. | |

## DECLARATION OF BENJAMIN BERKOWITZ

I, Benjamin Berkowitz, declare as follows:

1. I am duly licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest, LLP, counsel for plaintiffs DOE I and DOE II in the above-captioned proceeding. I am admitted *pro hac vice* to appear before this Court in this action. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On July 24, 2008, Plaintiffs deposed Matthew Ryan in accordance with this Court's order permitting them to engage in expedited discovery to uncover the identities of the defendants in this case.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the

transcript of the deposition of defendant Matthew Ryan, dated July 24, 2008. Exhibit A has been redacted to replace plaintiff's name with DOE I and co-plaintiff's name with DOE II, in accordance with this Court's June 18, 2007 Order granting Plaintiffs' motion to proceed anonymously.

I declare under penalty of perjury that the foregoing is true and correct. I executed this Declaration this 25 day of November, 2008 in San Francisco, CA.

/s/ *Benjamin Berkowitz*
BENJAMIN BERKOWITZ