## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the Declaration of Benjamin Berkowitz was mailed, first class, postage prepaid, on November 25, 2008, to:

| | |
|---|---|
| James A. Newsom<br>MUNISTERI SPROTT RIGBY NEWSOM<br>AND ROBBINS, P.C.<br>3323 Richmond Avenue<br>Houston, TX 77098<br><br>Susan O'Donnell, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>Hartford, CT 06103-4303 | *Attorneys for Defendant Matthew Ryan* |
| Charles E. Vermette, Jr.<br>LITCHFIELD CAVO LLP<br>40 Tower Lane, Suite 200<br>Avon, CT 06001<br><br>W. Anthony Collins Jr.<br>Hoppe, Collins & Ojeda, LLC<br>1827 Powers Ferry Road SE<br>Building 7, Suite 350<br>Atlanta, GA 30339 | *Attorneys for Defendant A Horse Walks Into a Bar* |

/s/ Benjamin Berkowitz