UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909 (CFD) |
| Plaintiffs, | |
| v. | January 21, 2009 |
| Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Sche11hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | |
| Defendants. | |

**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL
OF ACTION AGAINST DEFENDANT "PAULIEWALNUTS"**

Pursuant to Fed. R. Civ. P. 41(a)(1) and Civil Local Rule 42, Plaintiffs DOE I and DOE II hereby notify the Court that this case has settled against Defendant "pauliewalnuts" and request this Court to enter an order dismissing the case against "pauliewalnuts" with prejudice, with all parties to bear their own costs.

Dated: January 21, 2009  PLAINTIFFS DOE I AND
DOE II


By:   */s/ Ashok Ramani*
    Mark Lemley (*pro hac vice*)
    Ashok Ramani (*pro hac vice*)
    KEKER & VAN NEST, LLP
    710 Sansome Street
    San Francisco, CA 94111
    Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
    Email: MLemley@kvn.com
           ARamani@kvn.com


    David N. Rosen
    David Rosen & Associates PC
    400 Orange Street
    New Haven, CT 06511
    Telephone: (203) 787-3513
    Facsimile: (203) 789-1605
    Email: drosen@davidrosenlaw.com

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on January 21, 2009, to:

| | |
|---|---|
| Charles E. Vermette, Jr.<br>LITCHFIELD CAVO LLP<br>40 Tower Lane, Suite 200<br>Avon, CT 06001<br><br>W. Anthony Collins Jr.<br>Hoppe, Collins & Ojeda, LLC<br>1827 Powers Ferry Road SE<br>Building 7, Suite 350<br>Atlanta, GA 30339 | *Attorneys for Defendant A Horse Walks Into a Bar* |
| James A. Newsom<br>MUNISTERI SPROTT RIGBY NEWSOM AND ROBBINS, P.C.<br>3323 Richmond Avenue<br>Houston, TX 77098<br><br>Susan O'Donnell, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>Hartford, CT 06103-4303 | *Attorneys for Defendant Matthew C. Ryan* |

_____/s/ Benjamin Berkowitz_____