| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909 (CFD) |
| Plaintiffs, | |
| v. | January 29, 2009 |
| Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Sche11hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | |
| Defendants. | |

# NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL
# OF ACTION AGAINST DEFENDANT "A HORSE WALKS INTO A BAR," A.K.A RYAN MARINER

Pursuant to Fed. R. Civ. P. 41(a)(1) and Civil Local Rule 42, Plaintiffs DOE I and DOE II hereby notify the Court that this case has settled against Defendant "A horse walks into a bar," a.k.a., Ryan Mariner, and request this Court to enter an order dismissing the case against Mr. Mariner with prejudice, with all parties to bear their own costs.

Dated: January 29, 2009                    PLAINTIFFS DOE I AND
                                           DOE II


                                    By:    /s/ Ashok Ramani
                                           Mark Lemley (*pro hac vice*)
                                           Ashok Ramani (*pro hac vice*)
                                           KEKER & VAN NEST, LLP
                                           710 Sansome Street
                                           San Francisco, CA 94111
                                           Telephone: (415) 391-5400
                                           Facsimile:  (415) 397-7188
                                           Email:  MLemley@kvn.com
                                                   ARamani@kvn.com


                                           David N. Rosen
                                           David Rosen & Associates PC
                                           400 Orange Street
                                           New Haven, CT 06511
                                           Telephone: (203) 787-3513
                                           Facsimile: (203) 789-1605
                                           Email: drosen@davidrosenlaw.com

# **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on January 29, 2009, to:

| | |
|---|---|
| Charles E. Vermette, Jr.<br>LITCHFIELD CAVO LLP<br>40 Tower Lane, Suite 200<br>Avon, CT 06001<br><br>W. Anthony Collins Jr.<br>Hoppe, Collins & Ojeda, LLC<br>1827 Powers Ferry Road SE<br>Building 7, Suite 350<br>Atlanta, GA 30339 | *Attorneys for Defendant A Horse Walks Into a Bar* |
| James A. Newsom<br>MUNISTERI SPROTT RIGBY NEWSOM AND ROBBINS, P.C.<br>3323 Richmond Avenue<br>Houston, TX 77098<br><br>Susan O'Donnell, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>Hartford, CT 06103-4303 | *Attorneys for Defendant Matthew C. Ryan* |

_____/s/ Benjamin Berkowitz_____