07CV909 MRK
CT/cvmhrg (January 10, 2002)
HONORABLE **Droney**
DEPUTY CLERK **Devo**  RPTR/ERO/TAPE **Marshall**

TOTAL TIME: ___ hours **45** minutes

DATE **Mar. 6, 2009**  START TIME **2:05**  END TIME **2:50**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Doe** vs. **Ciolli**

CIVIL NO. **07cv909 (CFD)**

**Berkowitz** Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Fortner** Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing
☐ Confirmation Hearing
☐ Show Cause Hearing
☐ Contempt Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☐ Probable Cause Hearing
☐ Fairness Hearing
☐ Settlement Hearing
☐ Miscellaneous Hearing

MOTION DOCUMENT NO.

☒ #**77** Motion **to Dismiss** — ☐ granted ☐ denied ☒ advisement