# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## NOTICE OF CHANGE OF ATTORNEY ADDRESS

Pursuant to Local Rule 83.1(c)(3), please take notice of the following attorney information for **MARK A. LEMLEY**.

This change will be effective on **Jul 9, 2009**.
(Date)

**Please type or print clearly.**

Connecticut Federal Bar Number **See Attached**

Name: **LEMLEY**          **MARK**          **A.**
       Last              First            Middle

Firm Name: **DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP**

Address: **332 Pine Street**                    **200**
         Street                                 Suite/Room
         **San Francisco**    **CA**    **94104**
         City                 State    Zip

Phone Number: **415-362-6666**     Fax Number: **415-236-6300**

E-Mail Address: **mlemley@durietangri.com**
☐ No Change  ☒ Replacement  ☐ Addition  ☐ Removal

Secondary E-Mail Address: **cschillig@durietangri.com**
☐ No Change  ☒ Replacement  ☐ Addition  ☐ Removal

Please indicate whether this address change applies to:
☒ the individual attorney named
☐ the entire firm
☐ other _____

Person requesting this change: **Mark A. Lemley**

Note: Submission of this form will result in your address being changed in the CM/ECF only. You need to notify your clients and opposing counsel by other means. If the client will be represented by your former firm, it is your responsibility to file the necessary motion to withdraw appearance in each case.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

Doe I and Doe II, plaintiffs
v.
Anthony Ciolli, et al.

CASE NUMBER: 307CV00909 CFD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Plaintiffs Doe I and Doe II

| | |
|---|---|
| 8/6/07 | _/s/ Mark A. Lemley_ |
| Date | Signature |
| PHV 01993 | Mark A. Lemley |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 415/391-5400 | Keker & Van Nest LLP |
| Telephone Number | Address |
| 415/397-7188 | 710 Sansome St. |
| Fax Number | San Francisco, CA 94111 |
| MAL@KVN.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

No responsive pleadings have been filed

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)