UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOE I, and DOE II,

    Plaintiffs,

v.

Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Sche11hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47,

    Defendants.

Case No. 3:07CV00909 (CFD)

September 29, 2009

## NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ACTION AGAINST DEFENDANT ":D", A.K.A. MATTHEW C. RYAN

Pursuant to Fed. R. Civ. P. 41(a)(1) and Civil Local Rule 42, Plaintiffs DOE I and DOE II hereby notify the Court that this case has settled against Defendant ":D", a.k.a., Matthew C. Ryan, and request this Court to enter an order dismissing the case against Mr. Ryan with prejudice, with all parties to bear their own costs.

Dated: September 29, 2009

PLAINTIFFS DOE I AND DOE II

By: /s/ Benjamin Berkowitz
Ashok Ramani (*pro hac vice*)
Benjamin Berkowitz (*pro hac vice*)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: ARamani@kvn.com
BBerkowitz@kvn.com

Mark Lemley
Durie, Tangri, Page, Lemley, Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
(415) 362-6666
Email: mlemley@durietangri.com

David N. Rosen
David Rosen & Associates PC
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Facsimile: (203) 789-1605
Email: drosen@davidrosenlaw.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on September 29, 2009, to:

| Joseph Fortner, Esq.<br>Susan O'Donnell, Esq.<br>Halloran & Sage LLP<br>One Goodwin Square<br>Hartford, CT 06103-4303 | *Attorneys for Defendant Matthew C. Ryan* |
|---|---|

/s/ Benjamin Berkowitz