UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE I, and DOE II, | Case No. 3:07CV00909 (CFD) |
| Plaintiffs, | |
| v. | October 16, 2009 |
| Matthew C. Ryan, a.k.a. ":D"; and individuals using the following pseudonyms: pauliewalnuts; neoprag; STANFORDtroll; lkjhgf; yalelaw; Spanky; ylsdooder; HI; David Carr; vincimus; Cheese Eating Surrender Monkey; A horse walks into a bar; The Ayatollah of Rock-n-Rollah; DRACULA; Sleazy Z; Ari Gold; Ugly Women; playboytroll; Dean_Harold_Koh; kr0nz; reminderdood; r@ygold; who is; Joel Sche11hammer; Prof. Brian Leiter; hitlerhitlerhitler; lonelyvirgin; Patrick Zeke <patrick8765@hotmail.com>; Patrick Bateman <batemanhls08@hotmail.com>; [DOE I] got a 157 LSAT; azn, azn, azn; Dirty Nigger; leaf; t14 gunner; kibitzer; yalels2009; AK47, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST REMAINING DEFENDANTS WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs DOE I and DOE II hereby dismiss this action against all remaining defendants without prejudice.

Respectfully submitted,

Dated: October 16, 2009

PLAINTIFFS DOE I AND DOE II

By: */s/ Benjamin Berkowitz*
Ashok Ramani (*pro hac vice*)
Benjamin Berkowitz (*pro hac vice*)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: ARamani@kvn.com
BBerkowitz@kvn.com

Mark Lemley
Durie, Tangri, Page, Lemley, Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
(415) 362-6666
Email: mlemley@durietangri.com

David N. Rosen
David Rosen & Associates PC
400 Orange Street
New Haven, CT 06511
Telephone: (203) 787-3513
Facsimile: (203) 789-1605
Email: drosen@davidrosenlaw.com

## **CERTIFICATION OF SERVICE**

  I hereby certify that on October 16, 2009, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to everyone on the ECF list for this case.

                     ____*/s/ Benjamin Berkowitz*_____

451857.01

3