***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

## U.S. District Court

## United States District Court for the District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 10/23/2009 at 11:06 AM EDT and filed on 10/23/2009
**Case Name:**          Doe 1 et al v. Ciolli et al
**Case Number:**        3:07-cv-909
**Filer:**
**Document Number:** 110(No document attached)

**Docket Text:**
**ORDER DISMISSING CASE in accordance with stipulation of dismissal. The Clerk is directed to close this case. Signed by Judge Christopher F. Droney on 10/23/09. (Droney, Christopher)**


**3:07-cv-909 Notice has been electronically mailed to:**

David N. Rosen drosen@davidrosenlaw.com, airizarry@davidrosenlaw.com

John R. Williams jrw@johnrwilliams.com

Joseph G. Fortner, Jr fortner@halloran-sage.com, watson@halloran-sage.com

Dockets.Justia.com

Charles E. Vermette, Jr vermette@litchfieldcavo.com

Susan J. O'Donnell odonnell@halloran-sage.com, walczyk@halloran-sage.com

Mark A. Lemley mlemley@durietangri.com, records@durietangri.com

Benjamin W. Berkowitz bberkowitz@kvn.com, efiling@kvn.com, jselby@kvn.com

Rose Darling rdarling@kvn.com, efiling@kvn.com, jsmith@kvn.com

Ashok Ramani aramani@kvn.com, efiling@kvn.com, mstone@kvn.com

W. Anthony Collins, Jr collins@hcolegal.com

Daniel J. Hoppe, Jr hoppe@hcolegal.com

Orlando P. Ojeda, Jr ojeda@hcolegal.com

**3:07-cv-909 Notice has been delivered by other means to:**